UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 91-589-RJK                              Date:  Oct 27, 2003

Title:   USA -v- Shell Oil Co., et al

=======================================================================
PRESENT:

THE HONORABLE ROBERT J. KELLEHER, U.S. DISTRICT JUDGE

Debra L. O'Neill                         Lisa Gonzales
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Michael Zerenberger                      Peter R. Taft
Joshua M. Levin
Thanne Cox
Timothy R. Patterson

PROCEEDINGS:   STATUS CONFERENCE

The matter before the Court is the Parties' Joint Request for Status Conference ("Joint Request"). In the Joint Request, the Parties brought the following issues to the Court's attention:

(1) whether further allocation proceedings regarding the <u>non-benzol waste</u> cleanup costs are warranted;
(2) whether the United States and the State of California are entitled to unreimbursed response costs; and
(3) whether the Oil Companies' will pursue their non-CERCLA counterclaims against the United States.

On October 27, 2003, the Court conducted a Status Conference. Having considered the arguments advanced in the Joint Request as well as those presented during the Status Conference, the Court hereby **DENIES** the request made by Defendants for further allocation proceedings regarding the <u>non-benzol waste</u> cleanup costs. Based on the representations made by the Parties during the Status Conference, the Court hereby **DEFERS** taking any further action concerning issues (2)and (3).

IT IS SO ORDERED.

MINUTES FORM 11                                    Initials of Deputy Clerk_____
CIVIL - GEN


