Priority Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
APR 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
APR 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, et al., | CASE NO. CV 91-0589 RJK |
|---|---|
| Plaintiffs, | [PROPOSED] AMENDED ORDER TO TRANSFER CERTAIN COUNTER-CLAIMS TO THE COURT OF FEDERAL CLAIMS |
| vs. | |
| SHELL OIL COMPANY, et al., | Date: |
| Defendants. | Time: Courtroom: Honorable Robert J. Kelleher (Roybal 1439) |

On December 14, 2004, this Court granted the United States' Motion to Dismiss the Contract-Based Counterclaims Due to Lack of Subject Matter Jurisdiction with direction that such claims be brought in the Court of Federal Claims pursuant to 28 U.S.C. Section 1631. On December 29, 2004, Defendants Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc. filed Defendants' Motion for Clarification of the Order Granting the United States' Motion to Dismiss. On January 14, 2005, the Court granted Defendants' motion and directed counsel to lodge a proposed order. A proposed order was submitted and the Court entered the Order to Transfer to Court of Federal Claims ("Transfer Order") on March 17, 2005. Counsel subsequently submitted this [Proposed] Amended Order to Transfer Certain Counterclaims to the

1085551.1

[PROPOSED] AMENDED ORDER TO
TRANSFER CERTAIN COUNTER-CLAIMS
TO THE COURT CV 910589 RJK

529

1 Court of Federal Claims, which is intended to supersede the Court's Transfer Order
2 of March 17, 2005.
3 IT IS HEREBY ORDERED:
4     1.    The Ninth Counterclaim for Breach of Contract for Response Costs
5 Incurred, and the Twelfth Counterclaim for Declaratory Judgment for Declaratory
6 Relief in so far as it relates to contract, filed by Defendants and Counterclaimants
7 Shell Oil Company, Union Oil Company of California, Atlantic Richfield
8 Company, and Texaco Inc. ("Oil Companies") against the United States, are
9 transferred to the Court of Federal Claims pursuant to 28 U.S.C. Section 1631.
10     2.    All remaining counterclaims filed by the Oil Companies against the
11 United States not heretofore disposed of are dismissed.
12     3.    This Court retains jurisdiction over outstanding consent decrees and
13 claims for cost recovery not yet adjudicated in this action based upon the Complaint
14 of Plaintiff United States and Plaintiff State of California against the Oil
15 Companies, as set forth in the Final Judgment Pursuant to Rule 54(b) FRCP entered
16 in this case on October 13, 1999. The consent decrees include: (i) the Partial
17 Consent Decree Among Plaintiffs and Oil Company Defendants Regarding Certain
18 Cost Claims and Order, entered on December 12, 1994, which includes the
19 Plaintiffs' claims for Ongoing Response Costs as set forth in paragraph 10 thereof;
20 and (ii) the First Amended Consent Decree Among Government Plaintiffs and
21 Defendant McAuley LCX Corporation, etc., entered on January 16, 1997.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1   4. The Clerk is directed to send a certified copy of this Order, together
2 with the record of the Oil Companies' counterclaims against the United States in
3 this case, to the Clerk of the Court of Federal Claims. The United States and the
4 Oil Companies shall provide to the Clerk a list of the documents required by the
5 Court of Federal Claims.

7 DATED: April 7, 2005

                    Robert J. Kelleher
                    United States District Judge

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On March 28, 2005, I served the foregoing document described as **[PROPOSED] AMENDED ORDER TO TRANSFER CERTAIN COUNTER-CLAIMS TO THE COURT OF FEDERAL CLAIMS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2005, at Los Angeles, California.

Loren Rives

997361.1

*USA, et al. v. Shell Oil Company, et al.*
Case No. CIV 91 0589 RJK

Service List

| | |
|---|---|
| Thomas L. Sansonetti<br>Assistant Attorney General<br>Environemnt & Natural Resources Division<br>William A. Weinischke<br>Joshua M. Levin<br>Michael J. Zevenbergen<br>Environmental Enforcement Section<br>United States Department of Justice<br>P.O. Box 23986<br>Washington, DC  20026-3986 | Debra Wang<br>United States Attorney<br>Leon W. Weidman<br>Assistant United States Attorney<br>Chief, Civil Division<br>Monica L. Miller<br>Assistant United States Attorney<br>Room 7516 Federal Building<br>300 North Los Angeles Street<br>Los Angeles, CA  90012 |
| Bill Lockyer, Attorney General<br>of the State of California<br>Timothy R. Patterson<br>Supervising Deputy Attorney General<br>110 West "A" Street, Suite 1100<br>San Diego, CA  92186-5266 | Gene Lucero, Esq.<br>Damon P. Mamalakis, Esq.<br>Latham & Watkins LLP<br>633 W Fifth Street, Suite 4000<br>Los Angeles, CA  90071 |

997361.1