ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 91-0589 RJK | Date | February 23, 2006 |
|---|---|---|---|
| Title | United States of America, et al. v. Shell Oil Company, et al. | | |

| Present: The Honorable | ROBERT J. KELLEHER, JUDGE | | |
|---|---|---|---|
| Debra L. O'Neill | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

N/A                                                                N/A

**Proceedings:**         IN CHAMBERS

Plaintiff State of California's motion for summary judgment, etc., filed on February 17, 2006 will be heard on Monday, **March 27, 2006 at 1:00 p.m.**

Plaintiff United States' motion for partial summary judgment, etc., filed on February 21, 2006 will be heard on Monday, **March 27, 2006 at 1:00 p.m.**

In the future all motions calendared before Judge Kelleher are to be noticed for 1:00 p.m.

Furthermore, Counsel are hereby **ORDERED** to file a joint report as to the status of the proceedings before the Federal Court of Claims not later than March 10, 2006.

**IT IS SO ORDERED.**


DOCKETED ON CM
FEB 23 2006
BY ____ 006

Initials of Preparer ____