James J. Dragna (State Bar. No. 091492)
BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
E-mail: jim.dragna@bingham.com

FILED
CLERK, U.S DISTRICT COURT
FEB 24 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., Plaintiffs) v. SHELL OIL COMPANY, ET AL., Defendant(s). | CASE NUMBER: CIV 91 0589 RJK  ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Atlantic Richfield Company   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute James J. Dragna, Bingham McCutchen LLP   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

355 South Grand Avenue, Suite 4400
*Street Address*

Los Angeles, CA 90071-3106            jim.dragna@bingham.com
*City, State, Zip*                    *E-Mail Address*

213-680-6400          213-680-6499          091492
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record in place and stead of Munger Tolles & Olson LLP
                                            *Present Attorney*

is hereby   ☒ GRANTED    ☐ DENIED

Dated 2/24/2006

*[signature]*
U. S. District Judge/U.S. Magistrate Judge
Honorable Robert J. Kelleher

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, CA at 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, CA in sealed envelope(s) with postage prepaid, addressed as follows:

Cynthia L. Burch, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Damon P. Mamalakis, Esq.
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

Joshua M. Levin, Esq.
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 23986
Washington, D.C. 20026-3986

William A. Weinischke, Esq.
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on February 22, 2006.

Grace B. Barit

ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY