ORIGINAL



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

    v.

SHELL OIL COMPANY, et al.,

                Defendants.

CV 91-0589 RJK (Ex)

ORDER OF THE CHIEF JUDGE ESTABLISHING AN INTENDED DECISION DATE PURSUANT TO LOCAL RULE 83-9.4

I.

**PROCEDURAL BACKGROUND**

On January 31, 2007, the parties (Plaintiffs United States and State of California and Defendants Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco, Inc.) filed a Joint Request to Chief Judge to Establish an Intended Decision Date Pursuant to Local Rule 83-9.4. This Joint Request to the Chief Judge follows the parties' Joint request for Decisions on Submitted Motions for Summary Judgment Pursuant to Local Rule 83-9.2, filed on December 5, 2006. The parties request that the Chief Judge establish an intended

decision date by which the Court shall make its decision on two motions for summary judgment, which were deemed submitted by the Court on March 27, 2006.[1]

On January 31, 2007, Defendants also filed a Second Supplemental Report on the Status of Proceedings on Defendants' Claims Against the United States of America.   The United States filed a Response thereto on February 3, 2007.

## II.

### STANDARD

Pursuant to Local Rule 83-9.5, when the Chief Judge receives a request under Local Rule 83-9.4, he or she must consult with the judge to whom the matter is assigned and establish a firm intended date by which the Court's decision must be made.   "Such a setting of a final intended date shall be in writing, shall be filed in the case, and shall be served on the parties."   United States District Court, Central District of California, Local Civil Rule 83-9.5.

## III.

### DISCUSSION

As set forth, the parties filed their Joint Request to Chief Judge on January 31, 2007.   At the same time, however, Defendants filed a Second Supplemental Report on the Status of Proceedings on Defendants' Claims Against the United States of America.   In the Second Supplemental Report, Defendants explain

---

[1] More specifically, the motions are: Plaintiff State of California's Motion for Summary Judgment Against Oil Company Defendants Regarding Costs Incurred Between October 1990 and June 2004; and Plaintiff United States' Motion for Partial Summary Judgment as to the Amount of Recoverable Costs.

1  that the Court of Federal Claims heard a motion by Defendants for

2  summary judgment and a motion by the United States to dismiss, and

3  that the Court of Federal Claims indicated that it would take the

4  matters under consideration.  Defendants claim that if they

5  prevail on their motion before the Court of Federal Claims, the

6  United States could be required to indemnify them for any and all

7  alleged costs that Plaintiffs are seeking to recover from

8  Defendants through their motions pending before the District

9  Court.  Therefore, they opine that the District Court should

10  exercise its discretion to abstain from ruling on Plaintiffs'

11  motions pending the outcome of the proceedings in the Court of

12  Federal Claims.

13          The United States subsequently filed a Response to

14  Defendants' Second Supplemental Report on the Status of

15  Defendants' Claims Against the United States in the United States

16  Court of Federal Claims.  It contends that Defendants' Court of

17  Federal Claims case against it has no relevance to the claims

18  asserted against Defendants in the District Court.  It also

19  contends that given the likelihood of appeals, the proceedings

20  currently in the Court of Federal claims could likely take years

21  before they come to a conclusion.  The United States therefore

22  concludes that the District Court should not withhold its ruling

23  on the motions for summary judgment pending the outcome of the

24  Court of Federal Claims proceedings.

25          Pursuant to the duty prescribed by Local Rule 83-9.5,

26  the Chief Judge consulted with the judge to whom the matter is

27  assigned.  The assigned judge recommends that the Chief Judge

28  adopt the position of Defendants, namely, that it is premature

1  for the Court to rule on the pending motions for summary

2  judgment, and that the Court ought to wait until the Court of

3  Federal Claims issues its decision.  Thus, the Chief Judge sets

4  an intended decision date accordingly.

## IV.

### CONCLUSION

7            For the foregoing reasons, the Court orders that the

8  decision on Plaintiff State of California's Motion for Summary

9  Judgment Against Oil Company Defendants Regarding Costs Incurred

10 Between October 1990 and June 2004 and Plaintiff United States'

11 Motion for Partial Summary Judgment as to the Amount of

12 Recoverable Costs shall be rendered no later than 120 days after

13 the decision by the Court of Federal Claims on Defendants' motion

14 for summary judgment and the United States' motion to dismiss

15 becomes final.

16            The Clerk shall serve a copy of this Order on counsel

17 for all parties.

18            DATED: May _18_ , 2007.

19                                    ALICEMARIE H. STOTLER
20                                    CHIEF U.S. DISTRICT JUDGE