BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (SBN 91492)
GREG A. CHRISTIANSON (SBN 181231)
SANG (ALVIN) LEE (SBN 217635)
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
E-mail: jim.dragna@bingham.com
E-mail: greg.Christianson@bingham.com
E-mail: sa.lee@bingham.com

Attorneys for Defendants
SHELL OIL COMPANY, TEXACO INC.,
ATLANTIC RICHFIELD COMPANY, AND
UNION OIL COMPANY OF CALIFORNIA

SEND

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 18 2007
CENTRAL DISTRICT OF CALIF.
BY

**NOTE CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, et al., | No. CIV 91 0589 RJK |
|---|---|
| Plaintiffs, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR A CONTINUANCE OF THE HEARING ON THE UNITED STATES' MOTION FOR RECONSIDERATION OF THE COURT'S MAY 22, 2007 ORDER AND THE STATE OF CALIFORNIA'S MOTION FOR MODIFICATION OF THE INTENDED DECISION DATE TO AUGUST 31, 2007, at 10:00 a.m. |
| v. | |
| SHELL OIL COMPANY, et al., | |
| Defendants. | |
| | Date: ~~TBD~~ August 31, 2007 |
| | Time: ~~TBD~~ 10:00 a.m. |
| | Courtroom: Santa Ana, 10-A |
| | Judge: Honorable Alicemarie H. Stotler, Chief |

Plaintiffs the United States of America and the State of California (collectively, "Plaintiffs") and defendants Shell Oil Company, Texaco Inc., Atlantic Richfield Company and Union Oil Company of California (collectively, "Defendants") hereby stipulate as follows:

1

JOINT STIP. & [PROPOSED] ORDER FOR A CONT. OF THE HEARING ON THE UNITED STATES' MOTION FOR RECONS. OF THE COURT'S MAY 22, 2007 ORDER AND THE STATE OF CALIFORNIA'S MOTION FOR MOD. OF THE INTENDED DECISION DATE
A/72093070.2/3004473-0000318657

DOCKETED ON CM
JUL 20 2007
BY _____ 178

WHEREAS, the hearing on Plaintiff the United States' Motion for Reconsideration of the Court's May 22, 2007 Order and Plaintiff the State of California's Motion for Modification of the Intended Decision Date was originally set for July 23, 2007; and

WHEREAS, on July 6, 2007, the Court on its own motion continued the hearing to Friday, August 3, 2007; and

WHEREAS, Defendants' counsel is not available to attend the hearing on August 3, 2007;

NOW THEREFORE, Plaintiffs and Defendants, by and through their attorneys of records, hereby stipulate as follows:

1. Subject to the Court's availability, the hearing of the United States' Motion for Reconsideration of the Court's May 22, 2007 Order and Plaintiff the State of California's Motion for Modification of the Intended Decision Date (collectively, "Plaintiffs' Motions") shall be continued to Thursday, August 30, 2007 at 10:00 a.m.;

2. If, however, the Court is not available to hear Plaintiffs' Motions at 10:00 a.m. on August 30, 2007, the Parties stipulate that, contingent upon the Court's availability, the hearing on the Plaintiffs' Motions shall be continued to Friday, August 31, 2007, at 10:00 a.m.;

3. If the Court is not available to hear Plaintiffs' Motions on either August 30 or 31, 2007, the Parties agree to work with the Court's clerk to schedule the hearing for a mutually agreeable date and time in early September, 2007 or as soon thereafter as this matter may be heard by the Court; and

4. In the event that the hearing is continued until August 30, 2007 or later, the Parties stipulate that Defendants' opposition or oppositions to Plaintiffs' Motions shall be filed with the Court and served no later than Tuesday, August 7, 2007.

Defendants and Plaintiffs jointly submit this stipulation and respectfully request that the Court grant an order consistent with the foregoing terms.

DATED: July 17, 2007          BINGHAM McCUTCHEN LLP

By: _____
Greg A. Christianson
Attorneys for Defendants
SHELL OIL COMPANY, TEXACO INC., ATLANTIC RICHFIELD COMPANY, AND UNION OIL COMPANY OF CALIFORNIA

DATED: July 17, 2007          UNITED STATES DEPARTMENT OF JUSTICE

By: _____
William A. Weinischke
Attorneys for Plaintiff United States of America

DATED: July 17, 2007          EDMUND G. BROWN, JR.
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
THEODORA BERGER
Senior Assistant Attorney General

By: _____
Timothy R. Patterson
Supervising Deputy Attorney General
Attorneys for Plaintiff State of California

3

JOINT STIP. & [PROPOSED] ORDER FOR A CONT. OF THE HEARING ON THE UNITED STATES' MOTION FOR RECONS. OF THE COURT'S MAY 22, 2007 ORDER AND THE STATE OF CALIFORNIA'S MOTION FOR MOD. OF THE INTENDED DECISION DATE
A/72093070.2/3004473-0000318657

## ORDER

Based on the Joint Stipulation of plaintiffs the United States of America and the State of California (collectively, "Plaintiffs"), and defendants Shell Oil Company, Texaco Inc., Atlantic Richfield Company and Union Oil Company of California (collectively, "Defendants"), and good cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiff the United States' Motion for Reconsideration of the Court's May 22, 2007 Order and Plaintiff the State of California's Motion for Modification of the Intended Decision Date (collectively, "Plaintiffs' Motions") shall be continued from August 3, 2007 to _August 31_, 2007, at _10:00 a.m._; and

2. Defendants' opposition or oppositions to Plaintiffs' Motions shall be filed with the Court and served no later than August 7, 2007.

IT IS SO ORDERED.

DATED: JUL 18 2007

The Honorable Alicemarie H. Stotler
Chief U.S. District Judge

4

JOINT STIP. & [PROPOSED] ORDER FOR A CONT. OF THE HEARING ON THE UNITED STATES' MOTION FOR RECONS. OF THE COURT'S MAY 22, 2007 ORDER AND THE STATE OF CALIFORNIA'S MOTION FOR MOD. OF THE INTENDED DECISION DATE
A/72093070.2/3004473-0000318657

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, CA at 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 17, 2007, I served the foregoing documents described as:

JOINT STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF THE HEARING ON THE UNITED STATES' MOTION FOR RECONSIDERATION OF THE COURT'S MAY 22, 2007 ORDER AND THE STATE OF CALIFORNIA'S MOTION FOR MODIFICATION OF THE INTENDED DECISION DATE

on the interested party or parties in this action by placing a true copy in a sealed envelope addressed as follows:

| William Weinischke, Esq.<br>U.S. Dept. of Justice<br>Environment and Natural Resources Div.<br>601 D Street NW<br>Washington D.C., 20004 | Timothy Patterson, Esq.<br>State of California Dept. of Justice<br>110 West A Street, Suite 1100<br>San Diego, CA 92101 |
| --- | --- |
| **Courtesy copy to:**<br>Hon. Robert Kelleher<br>U.S. District Court, Central District<br>255 E. Temple Street<br>Courtroom 1439<br>Los Angeles, CA 90012 | |

I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2007.

*/s/ P.W. Holman*
P.W. HOLMAN