# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

Case No.: **CV 91-589-RJK(Ex)**                                Date: **August 31, 2007**

Case Title: **U.S.A., et al. v. SHELL OIL COMPANY, et al.**

==================================================================

PRESENT: **THE HONORABLE ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

|  |  |
|---|---|
| **Ellen Matheson** | **Debbie Gale** |
| Deputy Clerk | Court Reporter |

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):      ATTORNEY(S) PRESENT FOR DEFENDANT(S):
William A. Weinischke                                          Greg A. Christianson
Timothy R. Patterson, CAAG
Richard Mednick, EPA

PROCEEDINGS:  (1) UNITED STATES' MOTION TO RECONSIDER THE COURT'S MAY 22, 2007 ORDER BECAUSE, INTER ALIA, IT IS CONTRARY TO THE EXPRESS LAW OF THE CASE, AND THIS COURT'S 1994 CONSENT DECREE AND OCTOBER 1999 FINAL JUDGMENT;
(2) PLAINTIFF STATE OF CALIFORNIA'S MOTION FOR MODIFICATION OF INTENDED DECISION DATE ESTABLISHED PURSUANT TO LOCAL RULE 83-9.5

   Cause called before the Chief Judge. Tentative Ruling provided to counsel prior to hearing, a copy of which shall be attached to the clerk's minutes on these proceedings. Hearing held. Counsel argue. The Chief Judge will consult with the judge assigned to the matter, as indicated in the Tentative Ruling. Matters are submitted to the Court.

DOCKETED ON CM
SEP 10 2007
BY ____
074
608

Initials of Deputy Clerk: _____   :30

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HONORABLE ALICEMARIE H. STOTLER, CHIEF JUDGE, PRESIDING

TENTATIVE RULING ON LAW & MOTION MATTERS

August 31, 2007, Calendar No. 1

CASE:  **United States of America, et al. v. Shell Oil Company, et al.**
CV 91-0589 RJK (Ex)

MOTION(S) PENDING:

(1)  United States' Motion to Reconsider the Court's May 22, 2007 Order Because, Inter Alia, it is Contrary to the Express Law of the Case and this Court's 1994 Consent Decree and October 1999 Final Judgment
(2)  State of California's Motion for Modification of Intended Decision Date Established Pursuant to Local Rule 83-9.5

---

    1.  Procedurally, plaintiffs' motions[1] for reconsideration and modification of the May 21, 2007 Order of the Chief Judge Establishing an Intended Decision Date Pursuant to Local Rule 83-9.4 ("May 21, 2007 Order") appear improper under the Local Rules ("L.R.").

    2.  L.R. 83-9 governs time limits for decisions by a judge in this district. If, after a joint request that the judge make a decision on a submitted matter without further delay pursuant to L.R. 83-9.2, the judge fails to make a decision or advise the parties of an intended decision date, L.R. 83-9.4 provides that counsel may file a joint request with the Chief Judge to establish an intended decision date. In setting an intended decision date, the Chief Judge follows LR 83-9.5, which provides in relevant part:

---

[1] The State of California ("the State") asserts that its "Motion for Modification of Intended Decision Date Established Pursuant to Local Rule 83-9.5" is not a motion under L.R. 7-18 for reconsideration but cites no authority for its motion.

> Upon receipt of a request under L.R. 83-9.4, the Chief Judge shall, after consultation with the judge to whom the matter is assigned, establish a firm intended decision date by which the Court's decision shall be made.

L.R. 83-9.5.

3. Because L.R. 83-9.5 requires only that the Chief Judge consult with the judge to whom the matter is assigned, and not an independent review of the merits, the Court concludes that L.R. 7-18 neither contemplates nor authorizes motions for reconsideration of an order issued under L.R. 83-9.5.

4. Procedural defects notwithstanding, the Court is inclined to reexamine the initial determination. Further consultation with the judge to whom the matter is assigned appears appropriate, under Local Rule 83-9.5, in light of the points raised in the parties' briefings. The Court will consider amendment of the May 21, 2007 Order thereafter.