ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*SEND*

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 91-0589 RJK | Date | September 28, 2007 |
| Title | UNITED STATES, et al., v. SHELL OIL, et al. | | |

Present: The Honorable  ROBERT J. KELLEHER, U.S. District Judge

| Michele Murray | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

None

Attorneys Present for Defendants:

None

**Proceedings:**        **Order Vacating Order of Submission**

On August 31, 2007, at 10:00 a.m., the parties appeared for hearing before the Chief Judge of the Central District of California, Alicemarie H. Stotler on the following motions (1) United States' Motion to Reconsider the Court's May 22, 2007 Order Because, Inter Alia, it is Contrary to the Express Law of the Case and this Court's 1994 Consent Decree and October 1999 Final Judgment; (2) State of California's Motion for Modification of Intended Decision Date Established Pursuant to Local Rule 83-9.5 (docket no. 608).

After meeting and extensive discussion with Chief Judge Stotler, the Court has signed the Proposed Order Granting Defendants' Ex Parte Application for an Order Denying Without Prejudice Plaintiffs' Premature Motions for Summary Judgment, which was lodged with Defendants' Ex Parte Application for Order Denying Plaintiffs premature motions for Summary Judgment or in the Alterative, Temporary Stay Pending Case Management Conference Filed by Defendant Oil Companies (docket no. 538).

Accordingly, the Court hereby **VACATES** the order of submission dated March 20, 2006 (docket no. 583).

**IT IS SO ORDERED.**

DOCKETED ON CM

OCT - 1 2007

BY _____ UU5

00 : 00

Initials of Preparer        MdM

609