1  BINGHAM McCUTCHEN LLP
   JAMES J. DRAGNA (State Bar No. 091492)
2  GREG A. CHRISTIANSON (State Bar No. 181231)
   SANG (ALVIN) LEE (State Bar No. 217635)
3  BINGHAM McCUTCHEN LLP
   355 South Grand Avenue, Suite 4400
4  Los Angeles, CA 90071-1560
   Telephone:  (213) 680-6400
5  Facsimile:  (213) 680-6499
   E-mail: jim.dragna@bingham.com
6  E-mail: greg.christianson@bingham.com
   E-mail: sa.lee@bingham.com
7

8  Attorneys for Defendants
   SHELL OIL COMPANY, TEXACO INC.,
9  ATLANTIC RICHFIELD COMPANY, AND UNION
   OIL COMPANY OF CALIFORNIA
10

P-Send

FILED
CLERK, U.S. DISTRICT COURT

SEP 28 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

14  UNITED STATES OF AMERICA,
    ET AL.,
15                                          CASE NO.  CIV. 91 0589 RJK (ex)
          Plaintiffs,
16                                          [PROPOSED] ORDER GRANTING
                                            DEFENDANTS' *EX PARTE*
17    vs.                                   APPLICATION FOR AN ORDER
                                            DENYING WITHOUT PREJUDICE
18  SHELL OIL COMPANY, ET AL.,              PLAINTIFFS' PREMATURE
                                            MOTIONS FOR SUMMARY
19        Defendants.                       JUDGMENT
20

RJK

21        On _____, 2006 in the above-entitled Court, defendants

22  Shell Oil Company, Atlantic Richfield Company, Texaco Inc., and Union Oil

23  Company of California's *ex parte* application for an order denying without

24  prejudice plaintiffs' motions for summary judgment, or in the alternative, a stay

25  pending the resolution of a U.S. Court of Federal Claims action, or a temporary stay

26  pending a case management conference ("Defendants' Application") was heard.

27        The Court, having considered the papers, declarations and exhibits

OCT - 1 2007

[PROPOSED] ORDER

610

1     filed and any arguments made in connection with Defendant's Application,

2     ORDERS THAT:

3         1.     The State of California's motion for summary judgment filed with this

4     Court on February 17, 2006 is denied without prejudice;

5         2.     The United State's motion for summary judgment filed with this Court

6     on February 21, 2006 is denied without prejudice; and

7         3.     No party to this action shall file any dispositive motions, including

8     motions for summary judgment, until further order of Court, which order may be

9     requested by any party by noticed motion.

10

11         IT IS SO ORDERED.

12

13     DATED: September 28, 2007

                            The Honorable Robert J. Kelleher
14                             United States Senior District Judge

15

16

17

18

19     Presented by:

20     Bingham McCutchen LLP

21

22     By: _____

23            James J. Dragna

24

25

26

27

28

[PROPOSED] ORDER

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, CA at 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day February 22, 2006 delivery, and they are deposited that same day in the ordinary course of business.

On February 22, 2006, I served the attached:

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' PREMATURE MOTIONS FOR SUMMARY JUDGMENT

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail the document(s) listed above to the electronic mail addresses set forth below on this date before 5:00 p.m.

☒ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, CA in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

William A. Weinischke, Esq.
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
Fax No: (202) 514-2583
E-mail: bill.weinischke@usdoj.gov

Timothy R. Patterson, Esq.
State of California Attorney General's Office
110 West "A" Street, Suite 1100
San Diego, CA 92101
Fax: (619) 645-2012
E-mail: tim.patterson@doj.ca.gov

1    I declare that I am employed in the office of a member of the bar of this court at

2  whose direction the service was made and that this declaration was executed on February 22,

3  2006, at Los Angeles, CA.

4

5  _____

6                                   Grace B. Barit

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28