BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (SBN 91492)
GREG A. CHRISTIANSON (SBN 181231)
LESLEY A. COBEN (SBN 245589)
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
E-mail: jim.dragna@bingham.com
E-mail: greg.christianson@bingham.com
E-mail: lesley.coben@bingham.com

Attorneys for Defendants
SHELL OIL COMPANY, TEXACO INC.,
ATLANTIC RICHFIELD COMPANY, AND
UNION OIL COMPANY OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SHELL OIL COMPANY, et al.,<br><br>　　　　Defendants. | No. CIV 91 0589 RJK<br><br>DEFENDANTS' THIRD SUPPLEMENTAL STATUS REPORT ON THE STATUS OF PROCEEDINGS ON DEFENDANTS' CLAIMS AGAINST THE UNITED STATES OF AMERICA BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Courtroom:　Roybal 1439<br>Judge:　　　Hon. Robert J. Kelleher |

Defendants Shell Oil Company, Texaco Inc., Atlantic Richfield Company and Union Oil Company of California ("Defendants") provide the following Third Supplemental Status Report to apprise the Court of a recent decision by the U.S. Court of Federal Claims holding the United States liable for Defendants' cleanup costs at the McColl Superfund Site ("McColl"). As discussed below, this decision could moot all claims by the United States now pending before this Court in the above-captioned action.

Pursuant to the Court's Minute Order dated February 23, 2006, the parties filed a Joint Report on the State of Proceedings on Defendants' Claims Against the United States of America before the Court of Federal Claims ("Joint Status Report"). Defendants subsequently filed a Supplemental Status Report on November 29, 2006 and a Second Supplemental Status Report on January 31, 2007 apprising this Court of ongoing events in the Court of Federal Claims.

As summarized in the Joint Status Report and Defendants' Supplemental Status Reports, Defendants are currently pursuing breach of contract claims against the United States before the Court of Federal Claims in a case styled as *Shell Oil Co., et al. v. United States*, Ct. Fed. Claims, No. 06-141. If Defendants prevail in the Court of Federal Claims, the United States would be liable for Defendants' cleanup costs at McColl as well as the costs sought by the United States and the State of California in this action.

While Defendants and the United States are still litigating the United States' liability in the Court of Federal Claims, Plaintiffs moved for summary judgment in this action in 2006. Defendants opposed Plaintiffs' motions on substantive grounds and moved *ex parte* to deny Plaintiffs' motions as premature given the Court of Federal Claims action. Following a Joint Status Report on the Court of Federal Claims action, this Court deferred issuing its ruling on Plaintiffs' motions. In response to a request for a decision under the local rules, the Chief Judge agreed with this Court, rejecting Plaintiffs' arguments and staying this action

pending a decision in the Court of Federal Claims. Plaintiffs again pressed for a decision, moving for reconsideration of the stay. On September 28, 2007, this Court entered an order denying Plaintiffs' motions for summary judgment as premature given the Court of Federal Claims action and barring the parties from filing any dispositive motions until further order of this Court.

This Court's decision to deny Plaintiffs' motions for summary judgment as premature has now been vindicated. On February 8, 2008 the Court of Federal Claims granted Defendants' partial motion for summary judgment against the United States. A true and correct copy of the Court of Federal Claims opinion is attached hereto as Exhibit A. The Court of Federal Claims noted that Defendants incurred cleanup costs at McColl as a necessary result of their contractual obligations to the United States for the production of avgas during World War II. Exhibit A, pp. A10-A11. The Court also agreed with Defendants that the United States had promised to reimburse such costs, stating:

> Thus, because the only alternative to dumping the waste
> was the reduction or halting of avgas production, it is
> clear the dumping occurred "by reason of" the production
> of avgas. To ignore this fact is to ignore history of our
> Nation's struggle in WWII. To now refuse to pay costs
> imposed by supporting the war effort on behalf of the
> United States does not befit the honor of our Nation.

Exhibit A, p. A11. The Court of Federal Claims therefore granted Defendants' motion for summary judgment, holding the United States liable for Defendants' cleanup costs at McColl. Id., p. A15.

Now that the United States has been adjudged liable for Defendants' cleanup costs under its contracts with Defendants, the only remaining question in the Court of Federal Claims action is the amount of the United States' liability.

     Given Defendants' victory in the Court of Federal Claims and ongoing proceedings in that forum, it is appropriate that this Court's current ban on dispositive motions remain in place. Defendants will provide a further status report to this Court as events proceed in the Court of Federal Claims.

DATED: April 17, 2008

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: _____
Greg. A Christianson
Attorneys for Defendants
SHELL OIL COMPANY, TEXACO INC., ATLANTIC RICHFIELD COMPANY, AND UNION OIL COMPANY OF CALIFORNIA

3

DEFENDANTS' THIRD SUPP. STATUS REPORT ON THE STATUS OF DEFENDANTS' CLAIMS AGAINST THE UNITED STATES BEFORE THE U.S. COURT OF FEDERAL CLAIMS
A/72499466.2/3004473-0000318657