UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 91-00589-CJC | Date | August 5, 2019 |
|---|---|---|---|
| Title | United States of America, et al v. Shell Oil Co, et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

William Weinischke                                         Greg Christianson
Sparsh Khandeshi

**PROCEEDINGS:   STATUS CONFERENCE**

    Hearing held. Madeline Gallo and Robin McGinnis also present. The Court hears from the parties.

    The Government shall file a motion to lift the stay within 30 days of today's hearing.

                                                                                                          00   :   34

Initials of Deputy Clerk   gga

cc: