XAVIER BECERRA
Attorney General of California
SPARSH KHANDESHI
sparsh.khandeshi@doj.ca.gov
CA Bar No. 266297
Deputy Attorney General
600 W. Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 738-9061

WILLIAM A. WEINISCHKE
Bill.weinischke@usdoj.gov
MS Bar No. 7082
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.W., Suite 2.900
Washington, D.C. 20002
Tel: (202) 514-4592

Attorneys for Plaintiffs State of California and United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| | ) CASE NO. 91-00589 (CJC) |
| Plaintiffs, | ) |
| v. | ) MOTION TO LIFT STAY |
| | ) |
| SHELL OIL COMPANY, et al., | ) |
| | ) |
| Defendants. | ) Date: TBD |
| | ) Time: 1:30 P.M. |
| | ) Courtroom: 7C, First Street Court |
| | )              House |
| | ) Judge: Hon. Cormac J. Carney |
| | ) |

1

On August 5, 2019, the Court held a status conference with the parties at which time the Court requested that the Government Plaintiffs submit a Motion to Lift the Stay within thirty (30) days. The Plaintiffs respectfully request that the Court lift the stay that was imposed in 2007 so that the Plaintiffs can move forward with their action to recover response costs incurred in connection with the McColl Superfund Site in Fullerton, California. Those costs are recoverable pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607. Those claims had been stayed by this Court pending a resolution of the Defendants' breach of contract claims against the United States. The Parties now agree that: (1) the breach of contract case is concluded; (2) the only claims remaining in this case are the Plaintiffs' cost recovery claims; and (3) the issue of the stay is now moot. See Docket No. 644.

Respectfully submitted,

Plaintiff United States of America

/s/ William A. Weinischke
William A. Weinischke
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
   Division
United States Department of Justice
(202) 514-4592
Bill.weinischke@usdoj.gov

Plaintiff State of California

/s/Sparsh Khandeshi
Sparsh Khandeshi
Deputy Attorney General
California Department of Justice
(619) 738-9061
sparsh.khandeshi@doj.ca.gov

# CERTIFICATE OF SERVICE

Case Name: **USA, et al., v. Shell Oil Company, et al.**   No. **CV 91-00589 VAP**

I hereby certify that on <u>August 30, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## MOTION TO LIFT STAY

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 30, 2019</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Kermit David Marsh<br>Beam Brobeck West Borges & Rosa LLP<br>1301 Dove Street, Suite 700<br>Newport Beach, CA 92660<br>***Attorney for Deft. McAuley LCX Corporation*** | Jeffrey Zeddock B. Springer<br>Demetriou, Del Guercio, Springer, & Francis, LLP<br>915 Wilshire Blvd., Ste. 2000<br>Los Angeles, CA 90017-3496<br>***Attorney for Deft. McAuley LCX Corporation*** |
| Peter R. Taft<br>Munger Tolles & Olson LLP<br>355 S. Grand Ave., 35th FL<br>Los Angeles, CA 90071-1560<br>***Attorney for Deft. Texaco, Inc.*** | Richard B. Stewart<br>U.S. Department of Justice<br>Environment Enforcement Section<br>301 Howard, Ste. 870<br>San Francisco, Ca 91405<br>***Attorney for Plaintiff USA*** |
| Sang Min Lee<br>11005 Marcliff Rd.<br>Rockville, MD 20852<br>***Attorney for Deft.<br>Atlantic Richfield Company*** | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 30, 2019, at San Diego, California.

C. Sheppard
Declarant

*[Signature: C. Sheppard]*

SD2019500473
71970283.docx