# EXHIBIT 1

Exhibit 1
0027

1  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3
   WILLIAM A. WEINISCHKE
4  Environmental Enforcement Section
   Environment & Natural Resources Division
5  United States Department of Justice
   P.O. Box 7611
6  Washington, D.C. 20044
   Telephone:  (202) 514-4592
7  Telefax:     (202) 514-2583

8  DEBRA W. YANG
   United States Attorney for the
9  Central District of California

10 SUZETTE CLOVER
   Assistant U.S. Attorney
11 300 North Los Angeles Street
   Los Angeles, CA 90012
12 Telephone:  (213) 894-2442
   Telefax:     (213) 894-7819
13
   Attorneys for the United States of America
14

15          IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
16

17
   UNITED STATES OF AMERICA,          ) Civil No: CV 91-0589 RJK (Ex)
18                                     )
                                       )
19          Plaintiff,                 )
                                       ) **DECLARATION OF YVONNE**
20 v.                                  ) **FONG IN SUPPORT OF THE**
                                       ) **UNITED STATES'**
21 SHELL OIL COMPANY, et al.,          ) **MEMORANDUM OF POINTS**
                                       ) **AND AUTHORITIES IN**
22          Defendants.                ) **SUPPORT OF ITS MOTION FOR**
                                       ) **PARTIAL SUMMARY**
23                                     ) **JUDGMENT AS TO THE**
                                       ) **AMOUNT OF RECOVERABLE**
                                       ) **RESPONSE COSTS**
24                                     )
                                       )
25                                     ) Date:
                                       ) Time:
26                                     )
                                         Honorable Robert J. Kelleher
27

28

Exhibit 1
0028
32

1

## DECLARATION OF YVONNE FONG

2

I, YVONNE FONG, pursuant to 28 U.S.C. § 1746, and based on my personal

3

knowledge, declare and state the following:

4

    1.    I am currently employed by the United States Environmental

5

Protection Agency ("EPA") in the Region IX Superfund Accounting Program of

6

the Policy and Management Division, as a Cost Accountant. I have been

7

employed in this position since August of 1993.

8

    2.    I was employed from July 1988 to August 1993 as a Supervisory

9

Team Leader in the General Accounting Section of EPA Region IX. My

10

responsibility was to oversee the regional accounting operations for payroll,

11

travel, and small purchases.

12

    3.    I have more than 30 years of experience in the field of government

13

accounting.

14

    4.    I graduated from City College of San Francisco in 1973 with an

15

Associate Arts degree.

16

    5.    I have also taken courses to complete the accountant position

17

requirements as well as training courses provided by EPA for budget and

18

superfund cost recovery.

19

    6.    I have attended training seminars and national cost recovery

20

conferences for EPA in regards to CERCLA cost recovery issues. At these

21

conferences, agency policy and guidelines for the recovery of federal monies

22

under the Comprehensive Environmental Response, Compensation and Liability

23

Act of 1980, as amended ("CERCLA" or "Superfund") are discussed. The

24

processes of document collection, dissemination and quality assurance review

25

of site cost information are also presented.

26

    7.    I am responsible for Superfund sites throughout Region IX, which

27

encompasses California, Nevada, Hawaii, and Arizona, plus the Pacific Island

28

Exhibit 1
0020 3

1   territories, including Guam, the Commonwealth of the Northern Mariana
2   Islands and American Samoa. I have conducted accounting reviews of over 100
3   sites.

4       8.    Presently, I am a Cost Accounting Team Leader and have
5   responsibility for performing professional accounting duties that support
6   Superfund accounting operations. One of my responsibilities is to perform an
7   accounting review of costs that EPA incurs in connection with response actions
8   and enforcement activity under CERCLA. As such, I oversee the process of
9   documenting the response costs incurred at hundreds of EPA sites in Region IX.
10  I have been responsible for planning, directing, and reviewing the work of the
11  staff in maintaining the Superfund accounting records. I oversee the preparation
12  of cost documentation packages and preparation of reports which state the costs
13  incurred by EPA and its contractors at Superfund sites.

14      9.    One of my official duties as a Cost Accounting Team Leader is to
15  review and compile documentation for response costs incurred by the EPA at
16  Superfund sites. I am also responsible for preparing an itemization of costs
17  EPA incurs and verifying, for each line item, that there is supporting
18  documentation. This itemization of costs is referred to as a Cost Summary. The
19  supporting documentation is referred to as a Cost Documentation Package. In
20  addition, I am responsible for removing costs from the Cost Documentation
21  Package if directed to do so by a Cost Recovery Specialist in the Superfund
22  Division or by the Office of Regional Counsel.

23      10.    EPA maintains on file, records documenting all response costs
24  incurred by EPA. The Superfund Records Center for EPA Region IX maintains
25  custody of the supporting documents. As part of the cost documentation
26  process for the Site, I have used documents that are official government records
27  and business records. It is my understanding that these types of documents are
28  kept in the course of the regularly conducted activities of EPA. I follow the

Exhibit 1
0039
34

1  process for compilation of costs in the matter that we routinely use at all
2  Superfund sites.

3      11.     As part of my responsibility for compiling costs, I have reviewed
4  documentation and reviewed a reconciled Cost Summary relating to costs
5  incurred for site response actions at the McColl Superfund Site ("McColl Site"
6  or "Site"), Site ID No. 0904, for costs incurred from July 1, 1990  through July
7  31, 2004.

8      12.     Exhibit A to this Declaration is a true and correct copy of the
9  Cost Summary that I prepared as part of my duties as a Superfund Cost
10  Accountant for costs incurred by EPA at the McColl Site from July 1, 1990
11  through June 30, 2004.  All of the underlying documents relative to the Cost
12  Summary were provided to the Defendants in September 2003 and can be found
13  in the Cost Documentation Package.

14      13.     On October 5, 2004, I certified that the Cost Documentation
15  Package had been reviewed in accordance with EPA's financial management
16  procedures for documenting Superfund costs and the costs itemized in the
17  Package had been reconciled with EPA's financial management system.  This
18  certification is in the Cost Summary, Exhibit A, Page 2, attached to this written
19  testimony.

20      14.     As in other Superfund cases, I followed the procedures described
21  above in reviewing and compiling the Cost Summary and Cost Documentation
22  Package.  The costs incurred by EPA in connection with the Site fall into
23  several categories: intramural costs consisting of payroll expenses, travel
24  expenses and extramural costs consisting of contract costs, and indirect costs.
25  The following paragraphs below more specifically describe the process I used to
26  review and prepare the Cost Summary for the McColl Site.

27      15.     To help me prepare and organize the documentation for the
28  expenditures that EPA has incurred at the Site, I relied upon the Superfund Cost

Exhibit 1
0035

1   Recovery Package Imaging and On-line System ("SCORPIOS"). SCORPIOS is
2   a multiuser data management system that EPA has developed to organize the
3   cost information and produce reports that summarize the costs on a site-specific
4   basis. These site-specific costs are organized into categories such as EPA
5   payroll, travel, contractual, Interagency Agreements, and state costs associated
6   with the response action.

7       16.     EPA's costs also include indirect costs. Indirect costs are costs for
8   services that benefit the Superfund program, but are not directly identified with
9   any one particular site. EPA's indirect costs, and the methodology used in
10  calculating them, are set forth in greater detail in the Declaration of Charles
11  Young. Region IX's indirect cost rate, as determined by EPA Headquarters, is
12  multiplied against the direct costs incurred for the Superfund site to determine
13  the amount of indirect costs that will be allocated to that site. EPA
14  Headquarters loads the indirect cost rate into SCORPIOS.

15      17.     The types of direct costs contained in the Cost Summary are
16  intramural (i.e., employee salary and travel costs) and extramural (i.e., contract
17  costs).

18      18.     The Cost Summary produced for the McColl Site reflects several
19  categories of costs: Regional payroll expenses, EPA Headquarters payroll,
20  Regional travel expenses, Headquarters travel expenses, Allocation Transfer
21  Interagency Agreement, Alternative Remedial Contract Support, Emergency
22  Removal Cleanup, Emergency Response Unit, Environmental Services
23  Assistance Teams, Interagency Agreements, National Enforcement
24  Investigation Center, Records Management Support Services, Remedial, State
25  Cooperative Agreements, Technical Assistant Team, Technical Enforcement
26  Support, Contract Lab Program, EPA indirect costs, and other miscellaneous
27  expenses.

28

Exhibit 1
36

1      19.   I prepared the McColl Cost Summary in the following general

2   manner.  First, I prepared a draft cost accounting of the intramural costs, based

3   on information I obtained from EPA's accounting system.  Then I obtained the

4   source documents for the information in EPA's accounting system.  To ensure

5   accuracy of the Cost Summary, I compared the cost item against the source

6   documents.  If the documents did not support any of the cost items, I made

7   appropriate dollars and cents adjustments after consulting with program staff, so

8   as to have the Cost Summary accurately reflect the supporting documentation.

9   The paragraphs below more specifically describe the process I used to prepare

10   the Cost Summary.

11      20.   In preparing the intramural cost portion of the Cost Summary for

12   the Site, I collected documents from EPA Region IX, and from EPA

13   Headquarters Financial Management Office.  These documents have all been

14   kept in the ordinary course of the regularly conducted activities of EPA and

15   were collected in a manner consistent with other Superfund sites.

16      21.   Costs incurred by EPA for employee salaries are derived primarily

17   from employee timekeeping records, known as the payroll distribution

18   timesheets.  When charging time to a Superfund site, EPA employees are

19   required to record the site/spill identification number on the payroll distribution

20   timesheets.  The printout from the SCORPIOS report lists site-specific payroll

21   expenditures by employee and includes the employee's name, pay period, fiscal

22   year, and number of hours charged.

23      22.   Costs incurred by EPA for employee travel are derived from travel

24   vouchers.  Employees on official travel are required to file a travel voucher

25   which indicates the purpose of the trip, the Superfund code, and the site/spill

26   identification number.  Employees certify the accuracy of their timesheets and

27   travel vouchers by their signature.  Supervisors of the employees also certify the

28   employees' timesheets and travel vouchers by their signature.  The printout

Exhibit 1
0037

1 from the SCORPIOS report lists site-specific travel expenditures and includes

2 the employee's name, the travel authorization number, and amount paid to an

3 employee for travel expenses.

4     23.     The supporting documents I have collected for the Site include

5 copies of EPA employee timesheets, EPA employee travel vouchers, airline

6 tickets and other travel related receipts. Custody of the supporting documents

7 that I have collected is maintained at EPA's Region IX's Superfund Records

8 Center.

9     24.    <u>Regional Payroll Cost</u> (Exhibit A, Section 2):

10      I retrieved from EPA's accounting system information relating to EPA

11 Region IX employees who charged time to the Site. I next obtained copies of

12 all the corresponding timesheets, which are presented in Exhibit A, Section 2.

13 In the ordinary course of EPA's business, timesheets are filled out every two

14 weeks by EPA employees doing Superfund site-related work. The timesheets

15 reflect the number of hours charged to different Superfund sites. I checked the

16 number of hours reported by the accounting system against the number of hours

17 reflected in the timesheets. I also ensured that the employee hours reported in

18 the accounting system were indeed the hours charged on the timesheets to the

19 Site. The regional payroll costs of $1,222,232.63, reported in Exhibit A,

20 Section 2, are an accurate accounting of EPA Region IX's payroll costs incurred

21 for the Site.

22     25.    <u>Headquarters Payroll Costs</u> (Exhibit A, Section 3):

23      As I did with the regional payroll costs, I reconciled the information in

24 EPA's accounting system with the corresponding timesheets from EPA's

25 Headquarters personnel, which are presented in Exhibit A, Section 3. The

26 Headquarters payroll costs of $13,192.56 reported in Exhibit A, Section 3, are

27 an accurate accounting of EPA Headquarters payroll costs incurred for the Site.

28

Exhibit 1
0038

1    26.  Regional Travel Costs (Exhibit A, Section 4):

2         As I did with the regional personnel costs, I reconciled the information in

3    EPA's computerized accounting system regarding regional travel costs with the

4    pertinent supporting travel documents. I reviewed the documents, presented in

5    Exhibit A, Section 4, to ensure that each instance of travel was indeed in

6    connection with the Site. The supporting documents I reviewed include EPA's

7    authorization to the employee for any travel taken for the Site and United States

8    Treasury schedules confirming payments. In the ordinary course of business,

9    travel authorizations are required for any planned non-local travel. Similarly, in

10   the ordinary course of business, travel vouchers are required to be filled out for

11   employees to receive reimbursement for allowable travel expenses. The travel

12   vouchers, as well as copies of airline tickets, and lodging invoices, are reviewed

13   by the General Accounting Program of the Policy and Management Division

14   before reimbursement to ensure that the claimed expenses are allowable. The

15   regional travel costs of $246,810.66, reported in Exhibit A, Section 4, are an

16   accurate accounting of Region IX's travel costs incurred for the Site. Regional

17   payroll and travel costs incurred at the McColl Site total $1,469,043.29.

18        27.  Headquarters Travel Costs (Exhibit A, Section 5):

19        I reconciled the information in EPA's computerized accounting system

20   regarding Headquarters travel costs with the pertinent supporting travel

21   documents. I reviewed the documents, presented in Exhibit A, Section 5, to

22   ensure that each instance of travel was indeed in connection with the Site. The

23   supporting documents I reviewed include EPA's authorization to the employee

24   for any travel taken for the Site and United States Treasury schedules

25   confirming payments. In the ordinary course of business, travel authorizations

26   are required for any planned non-local travel. Similarly, in the ordinary course

27   of business, travel vouchers are required to be filled out before employees

28   receive reimbursement for allowable travel expenses. The travel vouchers, as

Exhibit 1
0095

1   well as copies of airline tickets, and lodging invoices, are reviewed by the
2   Financial Management Division of the Office of the Comptroller at EPA
3   Headquarters before reimbursement to ensure that the claimed expenses are
4   allowable.  The Headquarters travel costs of $6,382.45, reported in Exhibit A,
5   Section 5, are an accurate accounting of Headquarters travel costs incurred for
6   the Site.  Headquarters payroll and travel costs incurred at the McColl Site total
7   $19,575.01.

8        28.    EPA's total intramural costs of $1,488,618.30 reported in the Cost
9   Summary are an accurate accounting of the total intramural costs incurred by
10  EPA at the Site which are associated with the time period from July 1, 1990
11  through July 30, 2004.

12       29.    In preparing the extramural cost portion of the Cost Summary and
13  Cost Documentation Package for the Site, I collected documents from EPA
14  Region IX, EPA's Financial Management Field Offices in Research Triangle
15  Park, North Carolina and the Cincinnati Finance Center, Cincinnati, Ohio.

16       30.    EPA expenditures for contractor services are documented by
17  contract vouchers and invoices.  Vouchers are periodic (usually monthly)
18  statements from a contractor for the work charged under the contract for that
19  time period.

20       31.    To be paid, a contractor must send an invoice to the EPA payment
21  officer at EPA National Contractor Payment Division in Research Triangle
22  Park.  The EPA National Contractor Payment Division processes the payment of
23  all national contracts. The National Contractor Payment Division prepares a
24  treasury schedule which authorizes payment for a particular invoice.  The
25  United States Treasury then issues checks and confirms payment via a paid
26  treasury schedule.

27
28

Exhibit 1
10

1    32.    When a contractor submits an invoice, the costs are generally

2  broken down by site.  The invoice references the voucher number it is

3  associated with, and once the voucher is approved for payment, the voucher

4  number is then assigned a treasury schedule number and paid.  These vouchers

5  and treasury schedule dates and numbers are identified in the Cost Summary.

6    33.    Data for all direct costs are entered into the Integrated Financial

7  Management System ("IFMS") by the Finance Office at EPA Region IX in San

8  Francisco, and the Financial Management Field Offices in Cincinnati, Ohio,

9  Research Triangle Park, North Carolina, or Las Vegas, Nevada, which make the

10  actual disbursements.  As contractor vouchers for work performed for Region

11  IX are paid, copies of the vouchers and treasury schedules are scanned into

12  SCORPIOS by the paying finance office.

13    34.    The site-specific information is extracted from EPA's accounting

14  system (IFMS) and downloaded to produce the SCORPIOS report.  I

15  downloaded information contained in the IFMS to provide the bulk of all EPA

16  cost information in the SCORPIOS report for the McColl Superfund Site.  As

17  costs are incurred for a Superfund site, they are paid and entered into the IFMS,

18  which is then downloaded into the SCORPIOS program.  SCORPIOS produces

19  a Cost Summary report which shows only paid data.  If EPA has incurred a cost,

20  but for some reason, has not paid it, then that cost will not be reflected in the

21  SCORPIOS Cost Summary.  By definition, all costs that appear in SCORPIOS

22  reports are costs paid by EPA from the Superfund for particular sites.  The

23  SCORPIOS Cost Summary report in effect summarizes a voluminous set of cost

24  documents reflecting the costs incurred.

25    35.    In preparing the extramural portion of the McColl Cost Summary, I

26  have collected supporting documents which include, but are not limited to,

27  copies of contractor bills, invoices, vouchers, and United States Treasury

28  confirmation schedules.

Exhibit 1
0081

1    36.    Many EPA contractors have national or regional contracts with

2    EPA under which the contractors are dedicated to work for EPA for a particular

3    period of time and work on many different sites. These contractors are

4    generally paid based on an hourly rate for their personnel, but often EPA is also

5    billed an overhead figure for general expenditures related to all sites that these

6    contractors have worked on, such as general employee training or office

7    expenditures.  These costs are called allocated costs and are paid by EPA as part

8    of the contract for services rendered.

9    37.    <u>Allocation Transfer IAG</u> U.S. Department of Health & Human

10           Services, Agency for Toxic Substances and Disease Registry

11           ("ATSDR") (Exhibit A, Section 6):

12    I obtained from ATSDR the letter report for work performed by ATSDR

13    for the Site. The costs for ATSDR were taken from the letter report.  I reviewed

14    the letter report and supporting documentation to ensure that the amounts in the

15    letter report were indeed costs associated with the Site.  The ATSDR costs of

16    $62,090.67, reported in Exhibit A, Section 6, are an accurate accounting of the

17    ATSDR costs incurred on the Site.

18    38.    <u>Alternative Remedial Contract Support ("ARCS") Costs</u> CH2M

19           Hill (Contract # 68-W9-0031) (Exhibit A, Section 7); ICF

20           Technology, Inc. (Contract # 68-W9-0059) (Exhibit A, Section 8);

21           Bechtel Environmental Inc. (Contract # 68-W9-0060) (Exhibit A,

22           Section 9):

23    In the ordinary course of business, EPA's Finance Management Field

24    Office in Research Triangle Park in North Carolina processes ARCS contractor

25    vouchers, makes payments to contractors such as CH2M Hill (68-W9-0031),

26    ICF Technology, Inc. ("ICF Tech") (68-W9-0059), and Bechtel Environmental

27    Inc. ("Bechtel") (68-W9-0060), maintains custody of the vouchers and the

28    United States Treasury confirmation schedules, and inputs accounting

Exhibit 1
008 12

1   information into the EPA accounting system. Then, the vouchers and

2   confirmation schedules are scanned into SCORPIOS. I retrieved the relevant

3   information from EPA's accounting system. At about the same time, I obtained

4   from SCORPIOS copies of CH2M Hill's, ICF Tech's, and Bechtel's vouchers

5   and United States Treasury confirmation schedules. I reviewed the documents

6   against the information from EPA's accounting system to ensure that the

7   amounts in the vouchers were indeed billed to the Site and that the payments

8   were indeed made to the ARCS contractors in the amounts indicated in the

9   vouchers. As to the allocable costs which are payable to the ARCS contractor

10  for non-site specific costs to manage the site, such as program management,

11  equipment, and other costs that benefit more than one site, the SCORPIOS

12  system computed the allocated cost amount based on the EPA-approved

13  allocation rate multiplied by the direct costs. The costs of $192,288.17 reported

14  in Exhibit A, Section 7, are an accurate accounting of the CH2M Hill costs

15  incurred on contract number 68-W9-0031 for the Site. The costs of

16  $4,803,066.82 reported in Exhibit A, Section 8, are an accurate accounting of

17  the ICF Technology costs incurred on contract number 68-W9-0059 for the Site.

18  And the costs of $635,687.90 reported in Exhibit A, Section 9, are an accurate

19  accounting of the Bechtel Environmental costs incurred on contract number 68-

20  W9-0060 for the Site.

21        39.    Emergency Removal Cleanup ("ERC") Costs CET Environmental

22               Services (Contract # 68-W1-0012) (Exhibit A, Section 10):

23        In the ordinary course of business, EPA's Finance Management Field

24  Office in Research Triangle Park in North Carolina processes ERC contractor

25  vouchers, makes payments to contractors such as CET Environmental Services

26  ("CET"), maintains custody of the vouchers and the United States Treasury

27  confirmation schedules, enters the accounting information into the EPA

28  accounting system, and scans the vouchers and confirmation schedules into

Exhibit 1
0083

1   SCORPIOS.  I retrieved the information regarding the CET's costs from the
2   EPA accounting system.  At about the same time, I obtained from SCORPIOS
3   copies of CET's vouchers and United States Treasury confirmation schedules.  I
4   reviewed the documents against the information from EPA's accounting system
5   to ensure that the amounts in the vouchers were indeed billed to the Site and
6   that the payments were indeed made in the amounts indicated in the vouchers.
7   As to the allocable costs which are payable to CET under EPA contract number
8   68-W1-0012 for non-site specific costs to manage the site, such as program
9   management, equipment, and other costs that benefit more than one site, the
10  SCORPIOS system computed the allocated cost amount based on the EPA-
11  approved allocation rate multiplied by the direct costs.  The ERC costs of
12  $14,121.33 on contract number 68-W1-0012, reported in Exhibit A, Section 10,
13  are an accurate accounting of the ERC costs incurred by EPA for the Site.

14        40.   Emergency Response Unit ("ERU") Costs  Roy F. Weston

15              (Contract # 68-03-3482) (Exhibit A, Section 11):

16        In the ordinary course of business, EPA's Finance Management Field
17  Office in Research Triangle Park in North Carolina processes ERU contractor
18  vouchers, makes payments to contractors such as Roy F. Weston ("Weston"),
19  maintains custody of the vouchers and the United States Treasury confirmation
20  schedules, enters the accounting information into the EPA accounting system,
21  and scans the vouchers and confirmation schedules into SCORPIOS.  I retrieved
22  the information regarding Weston's costs from the EPA accounting system.  At
23  about the same time, I obtained from SCORPIOS copies of Weston's vouchers
24  and United States Treasury confirmation schedules.  I reviewed the documents
25  against the information from EPA's accounting system to ensure that the
26  amounts in the vouchers were indeed billed to the Site and that the payments
27  were indeed made in the amounts indicated in the vouchers.  The ERU costs of
28  $50,035.50 on contract number 68-03-3482, reported in Exhibit A, Section 11,

Exhibit 1
00104

1  are an accurate accounting of the ERU costs incurred by EPA for the Site.

2        41.   <u>Environmental Services Assistance Teams ("ESAT") Costs:</u>

3            ICF Technology, Inc. (Contract #s 68- 01-7456 and 68-D1-0135)

4            (Exhibit A, Sections 12 and 13):

5       In the ordinary course of business, EPA's Finance Management Field

6  Office in Research Triangle Park in North Carolina processes ESAT contractor

7  vouchers, makes payments to contractors such as ICF Technology, Inc. ("ICF"),

8  maintains custody of the vouchers and the United States Treasury confirmation

9  schedules, enters the accounting information into the EPA accounting system,

10  and scans the vouchers and confirmation schedules into SCORPIOS. I retrieved

11  the information regarding the ICF costs from the EPA accounting system. At

12  about the same time, I obtained from SCORPIOS copies of ICF's vouchers and

13  United States Treasury confirmation schedules. I reviewed the documents

14  against the information from EPA's accounting system to ensure that the

15  amounts in the vouchers were indeed billed to the Site and that the payments

16  were indeed made in the amounts indicated in the vouchers. As to the allocable

17  costs which are payable to ICF for non-site specific costs to manage the site,

18  such as program management, equipment, and other costs that benefit more than

19  one site, the SCORPIOS system computed the allocated cost amount based on

20  the EPA-approved allocation rate multiplied by the direct costs. The ESAT

21  costs of $143,463.70 on contract number 68-01-7456 and $153,685.43 on

22  contract number 68-D1-0135, reported in Exhibit A, Sections 12 and 13, are an

23  accurate accounting of the ESAT costs incurred by EPA for the Site.

24        42.   Interagency Agreement ("IAG") Costs: U.S. Army Corps of

25            Engineers (Contract #s DW96955310, DW96955452,

26            DW96955536, DW96955588) (Exhibit A, Sections 14-17):

27       In the ordinary course of business, EPA's Finance Management Field

28  Office in Cincinnati processes IAG vouchers, makes payments to governmental

Exhibit 1
045

1  agencies such as the U.S. Army Corps of Engineers, maintains custody of the

2  vouchers and the United States Treasury confirmation schedules, and inputs

3  accounting information into the EPA accounting system. I retrieved such

4  information from the accounting system. At about the same time, I also

5  obtained from the Cincinnati office copies of the U.S. Army Corps of Engineers

6  vouchers and United States Treasury confirmation schedules. I reviewed the

7  documents against the information from EPA's accounting system to ensure that

8  the amounts in the vouchers were indeed billed to the Site and that the payments

9  were indeed made in the amounts indicated in the vouchers. The IAG costs of

10 $348,803.00, reported in Exhibit A, Section 14, are an accurate accounting of

11 the costs incurred on the U.S. Army Corps of Engineers contract number

12 DW96955310 for the Site. The IAG costs of $627,841.93, reported in Exhibit

13 A, Section 15, are an accurate accounting of the costs incurred on the Army

14 Corps of Engineers contract number DW96955452 for the Site. The IAG costs

15 of $96,545.48, reported in Exhibit A, Section 16, are an accurate accounting of

16 the costs incurred on the Army Corps of Engineers contract number

17 DW96955536 for the Site. The IAG costs of $69,181.60, reported in Exhibit A,

18 Section 17, are an accurate accounting of the costs incurred on the Army Corp

19 of Engineers contract number DW96955588 for the Site.

20        43.    National Enforcement Investigation Center ("NEIC") Costs:

21               Techlaw, Inc. (Contract # 68-W0-0001) (Exhibit A, Section 18):

22        In the ordinary course of business, EPA's Finance Management Field

23 Office in Research Triangle Park in North Carolina processes NEIC contractor

24 vouchers, makes payments to contractors such as Techlaw, Inc.("Techlaw"),

25 maintains custody of the vouchers and the United States Treasury confirmation

26 schedules, enters the accounting information into the EPA accounting system,

27 and scans the vouchers and confirmation schedules into SCORPIOS. I retrieved

28 the information regarding Techlaw's costs from the EPA accounting system. At

Exhibit 1
0042
476

1 about the same time, I obtained from SCORPIOS copies of Techlaw's vouchers
2 and United States Treasury confirmation schedules.  I reviewed the documents
3 against the information from EPA's accounting system to ensure that the
4 amounts in the vouchers were indeed billed to the Site and that the payments
5 were indeed made in the amounts indicated in the vouchers.  The NEIC costs of
6 $5,093.33 on contract number 68-W0-0001, reported in Exhibit A, Section 18,
7 are an accurate accounting of the NEIC costs incurred by EPA for the Site.
8      44.   Other Expenditures: Federal Express (Contract # 4U2000NDLX)
9          (Exhibit A, Section 19); Federal Express (Contract
10          # 8U1020NALX) (Exhibit A, Section 26):
11    In the ordinary course of EPA's business, EPA's Finance Management
12 Office in Region IX, San Francisco processes vendor vouchers, makes payments
13 to vendors, maintains custody of the vouchers and the United States Treasury
14 confirmation schedules, enters the accounting information into the EPA
15 accounting system, and scans the vouchers and confirmation schedules into
16 SCORPIOS.  I retrieved the information regarding Federal Express costs from
17 the EPA accounting system.  At about the same time, I obtained from
18 SCORPIOS copies of Federal Express's vouchers and United States Treasury
19 confirmation schedules.  I reviewed the documents against the information from
20 EPA's accounting system to ensure that the amounts in the vouchers were
21 indeed billed to the Site, and that the payments were indeed made in the
22 amounts indicated in the vouchers.  The Federal Express costs of $3.99 on
23 contract number 4U2000NDLX, and the costs of $3.75 on contract number
24 8U1020NALX reported in Exhibit A, Sections 19 and 26, are accurate
25 summaries of the Federal Express costs incurred by EPA for the Site.
26      45.   Other Expenditures: PEI Associates, Inc. (Contract # 68-02-4284)
27          (Exhibit A, Section 20):
28

Exhibit 1
0437

1       In the ordinary course of EPA's business, EPA's Finance Management
2  Office in Region IX, San Francisco, processes vendor vouchers, makes
3  payments to vendors, maintains custody of the vouchers and the United States
4  Treasury confirmation schedules, enters the accounting information into the
5  EPA accounting system, and scans the vouchers and confirmation schedules
6  into SCORPIOS.  I retrieved the information regarding PEI Associates,
7  Inc.("PEI") costs from the EPA accounting system.  At about the same time, I
8  obtained from SCORPIOS copies of PEI's vouchers and United States Treasury
9  confirmation schedules.  I reviewed the documents against the information from
10 EPA's accounting system to ensure that the amounts in the vouchers were
11 indeed billed to the Site, and that the payments were indeed made in the
12 amounts indicated in the vouchers.  The PEI's costs of $1,009,087.02 on
13 contract number 68-02-4284, reported in Exhibit A, Section 20, are an accurate
14 accounting of PEI costs incurred by EPA for the Site.

15       46.   <u>Other Expenditures</u>: ACZ Inc. Laboratory Division (Contract # 68-
16             03-3267) (Exhibit A, Section 21):

17       In the ordinary course of EPA's business, EPA's Finance Management
18 Office in Region IX, San Francisco, processes vendor vouchers, makes
19 payments to vendors, maintains custody of the vouchers and the United States
20 Treasury confirmation schedules, enters the accounting information into the
21 EPA accounting system, and scans the vouchers and confirmation schedules
22 into SCORPIOS.  I retrieved the information regarding ACZ Inc. Laboratory
23 Division ("ACZ") costs from the EPA accounting system.  At about the same
24 time, I obtained from SCORPIOS copies of ACZ's vouchers and United States
25 Treasury confirmation schedules.  I reviewed the documents against the
26 information from EPA's accounting system to ensure that the amounts in the
27 vouchers were indeed billed to the Site, and that the payments were indeed
28 made in the amounts indicated in the vouchers.  The ACZ's costs of $1,008.82

Exhibit 1
0040

1  on contract number 68-03-3267, reported in Exhibit A, Section 21, are an
2  accurate accounting of ACZ costs incurred by EPA for the Site.
3      47.   Other Expenditures: PRC/SSC (Contract # 68-C0-0047) (Exhibit
4            A, Section 22):
5      In the ordinary course of EPA's business, EPA's Finance Management
6  Office in Region IX, San Francisco, processes vendor vouchers, makes
7  payments to vendors, maintains custody of the vouchers and the United States
8  Treasury confirmation schedules, enters the accounting information into the
9  EPA accounting system, and scans the vouchers and confirmation schedules
10 into SCORPIOS.  I retrieved the information regarding PRC/SSC costs from the
11 EPA accounting system.  At about the same time, I obtained from SCORPIOS
12 copies of PRC/SSC's vouchers and United States Treasury confirmation
13 schedules.  I reviewed the documents against the information from EPA's
14 accounting system to ensure that the amounts in the vouchers were indeed billed
15 to the Site, and that the payments were indeed made in the amounts indicated in
16 the vouchers.  The PRC/SSC's costs of $300,000.00 on contract number 68-C0-
17 0047, reported in Exhibit A, Section 22, are an accurate accounting of PRC/SSC
18 costs incurred by EPA for the Site.
19     48.   Other Expenditures: Science Applications International
20            Corporation (Contract # 68-C8-0062) (Exhibit A, Section 23):
21     In the ordinary course of EPA's business, EPA's Finance Management
22 Office in Region IX, San Francisco, processes vendor vouchers, makes
23 payments to vendors, maintains custody of the vouchers and the United States
24 Treasury confirmation schedules, enters the accounting information into the
25 EPA accounting system, and scans the vouchers and confirmation schedules
26 into SCORPIOS.  I retrieved the information regarding Science Applications
27 International Corporation ("SAIC") costs from the EPA accounting system.  At
28 about the same time, I obtained from SCORPIOS copies of SAIC's vouchers

Exhibit 1
00459

1 and United States Treasury confirmation schedules. I reviewed the documents
2 against the information from EPA's accounting system to ensure that the
3 amounts in the vouchers were indeed billed to the Site, and that the payments
4 were indeed made in the amounts indicated in the vouchers. The SAIC's costs
5 of $38,953.00 on contract number 68-C8-0062, reported in Exhibit A, Section
6 23, are an accurate accounting of SAIC costs incurred by EPA for the Site.

7     49.   Other Expenditures: Edward Aul & Associates, Inc. (Contract # 68-
8           S2-9006) (Exhibit A, Section 24):

9     In the ordinary course of EPA's business, EPA's Finance Management
10 Office in Region IX, San Francisco, processes vendor vouchers, makes
11 payments to vendors, maintains custody of the vouchers and the United States
12 Treasury confirmation schedules, enters the accounting information into the
13 EPA accounting system, and scans the vouchers and confirmation schedules
14 into SCORPIOS. I retrieved the information regarding Edward Aul &
15 Associates, Inc.("EA&A") costs from the EPA accounting system. At about the
16 same time, I obtained from SCORPIOS copies of EA&A's vouchers and United
17 States Treasury confirmation schedules. I reviewed the documents against the
18 information from EPA's accounting system to ensure that the amounts in the
19 vouchers were indeed billed to the Site, and that the payments were indeed
20 made in the amounts indicated in the vouchers. EA&A's costs of $12,250.00 on
21 contract number 68-S2-9006, reported in Exhibit A, Section 24, are an accurate
22 accounting of EA&A costs incurred by EPA for the Site.

23     50.   Other Expenditures: Ronson Management Corporation (Contract #
24           68-W3-0023) (Exhibit A, Section 25):

25     In the ordinary course of EPA's business, EPA's Finance Management
26 Office in Region IX, San Francisco, processes vendor vouchers, makes
27 payments to vendors, maintains custody of the vouchers and the United States
28 Treasury confirmation schedules, enters the accounting information into the

Exhibit 1
0640

1 EPA accounting system, and scans the vouchers and confirmation schedules
2 into SCORPIOS. I retrieved the information regarding Ronson Management
3 Corporation ("Ronson") costs from the EPA accounting system. At about the
4 same time, I obtained from SCORPIOS copies of Ronson's vouchers and United
5 States Treasury confirmation schedules. I reviewed the documents against the
6 information from EPA's accounting system to ensure that the amounts in the
7 vouchers were indeed billed to the Site, and that the payments were indeed
8 made in the amounts indicated in the vouchers. The Ronson's costs of $207.83
9 on contract number 68-W3-0023, reported in Exhibit A, Section 25, are an
10 accurate accounting of Ronson costs incurred by EPA for the Site.

11     51.   <u>Other Expenditures</u>: California Newspaper Service Bureau, Inc.
12         (Contract #s 91091S0128, 9209PR0182, 93093S0047,
13         9309PR0028, 9809H8S075, 9809H8S076) (Exhibit A, Sections 27-
14         32):

15     In the ordinary course of EPA's business, EPA's computerized accounting
16 system maintains site-specific information expenditures made by Region IX,
17 San Francisco to vendors like the California Newspaper Service Bureau, Inc.
18 ("California Newspaper"). I retrieved such information from the computerized
19 accounting system and also obtained from the Region's cost accounting team the
20 supporting documents from the California Newspaper costs. I reviewed the
21 documents, such as copies of the newspaper's invoices, the advertising orders,
22 and the advertisements themselves, and the United States Treasury confirmation
23 schedules to ensure that the costs were indeed made in the amounts indicated on
24 the invoices. The California Newspaper costs of $41.00 incurred on contract
25 number 91091S0128, reported in Exhibit A, Section 27; the California
26 Newspaper costs of $579.69 incurred on contract number 9209PRO182 reported
27 in Exhibit A, Section 28; the California Newspaper costs of $553.67 incurred on
28 contract number 93093S0047, reported in Exhibit A, Section 29; the California

Exhibit 1
0042

1   Newspaper costs of $386.46 incurred on contract number 9309PR0028, reported
2   in Exhibit A, Section 30; the California Newspaper costs of $342.00 incurred on
3   contract number 9809H8S075, reported in Exhibit A, Section 31; and the
4   California Newspaper costs of $580.62 incurred on contract number
5   9809H8S076, reported in Exhibit A, Section 32, are accurate summaries of the
6   California Newspaper costs incurred by EPA for the Site.

7       52.    <u>Other Expenditures</u>: Dun and Bradstreet  (Contract
8             # DU1001NBLX) (Exhibit A, Section 33):

9       In the ordinary course of EPA's business, EPA's Finance Management
10   Field Office in Research Triangle Park in North Carolina processes vendor
11   vouchers, makes payments to vendors, maintains custody of the vouchers and
12   the United States Treasury confirmation schedules, enters the accounting
13   information into the EPA accounting system, and scans the vouchers and
14   confirmation schedules into SCORPIOS.  I retrieved the information regarding
15   Dun and Bradstreet ("D&B") costs from the EPA accounting system.  At about
16   the same time, I obtained from SCORPIOS copies of D&B's vouchers and
17   United States Treasury confirmation schedules.  I reviewed the documents
18   against the information from EPA's accounting system to ensure that the
19   amounts in the vouchers were indeed billed to the Site, and that the payments
20   were indeed made in the amounts indicated in the vouchers.  The D&B's costs
21   of $740.22 on contract number DU1001NBLX, reported in Exhibit A,
22   Section 33, are an accurate accounting of D&B costs incurred by EPA for the
23   Site.

24       53.    <u>Other Expenditures</u>: Government Printing Office (Contract #
25             FRL61283) (Exhibit A, Section 34):

26       I reviewed the contractor vouchers, treasury schedules, and any other
27   documents related to the Government Printing Office contract that is included in
28   the cost documentation package, to ensure that information contained in these

Exhibit 1
0048
92

1  documents matched the voucher number, voucher date, voucher amount,
2  treasury schedule and the amount identified on the Cost Summary.  I also
3  verified that the Cost Documentation Package contains the supporting
4  documents for each of the contractor vouchers identified on the Cost Summary.
5  The Government Printing Office's costs of $1,755.00 on contract number
6  FRL61283, reported in Exhibit A, Section 34, are an accurate accounting of the
7  Government Printing Office costs incurred by EPA for the Site.

8      54.   Records Management Support Services ("RMSS") Costs:  ASRC
9            Aerospace Corp. (Contract #s 68-R9-0101, 68-W0-1002, 68-W5-
10           0024) (Exhibit A, Sections 35, 36, 38); Labat-Anderson, Inc.
11           (Contract #s 68-W4-0028, 68-W9-0052) (Exhibit A, Sections 37,
12           39):

13         In the ordinary course of EPA's business, EPA's Finance Management
14  Field Office in Research Triangle Park in North Carolina processes vendor
15  vouchers, makes payments to vendors, maintains custody of the vouchers and
16  the United States Treasury confirmation schedules, enters the accounting
17  information into the EPA accounting system, and scans the vouchers and
18  confirmation schedules into SCORPIOS.   I retrieved the information regarding
19  ASRC Aerospace Corp. ("ASRC"), Armstrong Data Services,
20  Inc.("Armstrong") and Labat-Anderson, Inc.("Labat") costs from IFMS.  At
21  about the same time, I obtained copies of Armstrong's, ASRC's, and Labat's
22  vouchers and the United States Treasury confirmation schedules from
23  SCORPIOS.  I reviewed the documents against the information from IFMS to
24  ensure that the amounts in the vouchers were indeed billed to the Site and that
25  the payments were indeed made to Armstrong, ASRC, and Labat in the amounts
26  indicated in the vouchers.  The ASRC costs of $31,820.12 incurred on contract
27  number 68-R9-0101 and reported in Exhibit A, Section 35, and the ASRC costs
28  of $419.10 incurred on contract  number 68-W0-1002, reported in Exhibit A,

Exhibit 1
0049

1   Section 36, accurately reflect ASRC costs incurred by EPA for the Site. The
2   Armstrong costs of $43,649.90 incurred on contract number 68-W5-0024,
3   reported in Exhibit A, Section 38, accurately reflect the Armstrong costs
4   incurred by EPA at the Site. The Labat costs of $7,018.94 incurred on contract
5   number 68-W4-0028, reported in Exhibit A, Section 37, and the Labat costs of
6   $13,785.40 incurred on contract 68-W9-0052, reported in Exhibit A, Section 39,
7   accurately reflect Labat costs incurred by EPA for the Site.

8        55.    <u>Remedial ("REM") Costs</u>: CH2M Hill (Contract # 68-01-7251)
9                (Exhibit A, Section 40):

10      In the ordinary course of business, EPA's Finance Management Field
11  Office in Research Triangle Park in North Carlina processes REM contractor
12  vouchers, makes payments to contractors such as CH2M Hill, maintains custody
13  of the vouchers and the United States Treasury confirmation schedules, enters
14  the accounting information into the EPA accounting system, and scans the
15  vouchers and confirmation schedules into SCORPIOS. In reviewing the Cost
16  Summary and Cost Documentation Package for the Site, I reviewed the
17  information regarding the CH2M Hill costs from the IFMS. At about the same
18  time, I obtained copies of CH2M Hill's vouchers and the United States Treasury
19  confirmation schedules from SCORPIOS. I reviewed the documents against the
20  information from IFMS to ensure that the amounts in the vouchers were indeed
21  billed to the Site and that the payments were indeed made to CH2M Hill in the
22  amounts indicated in the vouchers. The Site costs of $135,879.78 incurred on
23  contract number 68-01-7251, reported in Exhibit A, Section 40, are an accurate
24  account of the costs incurred for the Site by EPA for the Site.

25       56.    <u>State Cooperative Agreement ("SCA") Costs</u>; California
26               Department of Toxics Substances Control  (Contract #s 937801,
27               937802, 940402, 940403, 940404, 940405, 940406) (Exhibit A,
28               Sections 41-47):

Exhibit 1
0054

1      In the ordinary course of business, EPA Region IX processes SCA

2  vouchers, makes payments to state governmental agencies such as the State of

3  California Department of Toxics Substances Control ("DTSC"), maintains

4  custody of the vouchers and the United States Treasury confirmation schedules,

5  inputs accounting information into the EPA accounting system, and scans

6  vouchers and Treasury confirmation schedules into the SCORPIOS system. I

7  retrieved such information from the accounting system. At about the same time,

8  I also obtained from SCORPIOS copies of DTSC's vouchers and United States

9  Treasury confirmation schedules. I reviewed the documents, against the

10  information from EPA's accounting system to ensure that the amounts in the

11  vouchers were indeed billed to the Site and that the payments were indeed made

12  in the amounts indicated in the vouchers. The SCA costs of $2,836,787.10,

13  reported in Exhibit A, Section 41, are an accurate accounting of the SCA costs

14  incurred for contract number 937801 for the Site. The SCA costs of

15  $1,229,850.32, reported in Exhibit A, Section 42, are an accurate accounting of

16  the SCA costs incurred for contract number 937802 for the Site. The SCA costs

17  of $229,117.45, reported in Exhibit A, Section 43, are an accurate accounting of

18  the SCA costs incurred for contract number 940402 for the Site. The SCA costs

19  of $136,313.58, reported in Exhibit A, Section 44, are an accurate accounting of

20  the SCA costs incurred for contract number 940403 for the Site. The SCA

21  costs of $107,659.10, reported in Exhibit A, Section 45, are an accurate

22  accounting of the SCA costs incurred for contract number 940404 for the Site.

23  The SCA costs of $120,564.24, reported in Exhibit A, Section 46, are an

24  accurate accounting of the SCA costs incurred for contract number 940405 for

25  the Site. The SCA costs of $49,428.12, reported in Exhibit A, Section 47, are

26  an accurate accounting of the SCA costs incurred for contract number 940406

27  for the Site. SCA costs incurred by EPA at the McColl Site total $4,709,719.91.

28

Exhibit 1
55

57.   Technical Assistance Team ("TAT") Costs: Ecology and
      Environment, Inc. (Contract #s 68-01-7368, 68-W0-0037) (Exhibit
      A, Sections 48 and 49)

In the ordinary course of business, EPA's Finance Management Field
Office in Research Triangle Park in North Carolina processes TAT contractor
vouchers, makes payments to contractors such as Ecology and Environment,
Inc. ("E&E"), maintains custody of the vouchers and the United States Treasury
confirmation schedules, enters the accounting information into the EPA
accounting system, and scans the vouchers and confirmation schedules into
SCORPIOS. I retrieved the information regarding the E&E costs from the EPA
accounting system. At about the same time, I obtained from SCORPIOS copies
of E&E vouchers and United States Treasury confirmation schedules. I
reviewed the documents against the information from EPA's accounting system
to ensure that the amounts in the vouchers were indeed billed to the Site and
that the payments were indeed made in the amounts indicated in the vouchers.
As to the allocable costs which are payable to E&E under EPA contract number
68-01-7368 and number 68-W0-0037 for non-site specific costs to manage the
site, such as program management, equipment, and other costs that benefit more
than one site, the SCORPOIS system computed the allocated cost amount based
on the EPA-approved allocation rate multiplied by the direct costs. The TAT
costs of $161,186.25 on contract number 68-01-7368, and $402,739.70 on
contract number 68-W0-0037, reported in Exhibit A, Sections 48 and 49, are
accurate summaries of the TAT costs incurred by EPA for the Site.

58.   Technical Enforcement Support ("TES") Costs: Science
      Application International Corp. (Contract #68-W9-0008) (Exhibit
      A, Sections 50)

In the ordinary course of business, EPA's Finance Management Field
Office in Research Triangle Park in North Carolina processes TES contractor

Exhibit 1
0052 6

1  vouchers, makes payments to contractors such as Science Application

2  International Corp. ("SAIC"), maintains custody of the vouchers and the United

3  States Treasury confirmation schedules, enters the accounting information into

4  the EPA accounting system, and scans the vouchers and confirmation schedules

5  into SCORPIOS. I retrieved the information regarding the SAIC costs from the

6  EPA accounting system. At about the same time, I obtained from SCORPIOS

7  copies of SAIC vouchers and United States Treasury confirmation schedules. I

8  reviewed the documents against the information from EPA's accounting system

9  to ensure that the amounts in the vouchers were indeed billed to the Site and

10  that the payments were indeed made in the amounts indicated in the vouchers.

11  As to the allocable costs which are payable to SAIC under EPA contract number

12  68-W9-0008, for non-site specific costs to manage the site, such as program

13  management, equipment, and other costs that benefit more than one site, the

14  SCORPIOS system computed the allocated cost amount based on the EPA-

15  approved allocation rate multiplied by the direct costs. The TES costs of

16  $73,664.06 on contract number 68-W9-0008, reported in Exhibit A, Sections

17  50, are an accurate accounting of the TES costs incurred by EPA for the Site.

18        59.  Contract Lab Program ("CLP") Costs: Financial Cost Summary

19               (Exhibit A, Section 51):

20        In the ordinary course of business, EPA's Finance Management Field

21  Office in Research Triangle Park in North Carolina processes CLP contractor

22  vouchers, makes payments to contractors, maintains custody of the vouchers

23  and the United States Treasury confirmation schedules, enters the accounting

24  information into the EPA accounting system, and scans the vouchers and

25  confirmation schedules into SCORPIOS. Contractors receiving payment

26  include: Rudd Group, Inc.; Silver Valley; Associated Laboratories, Inc.;

27

28

Exhibit 1
0053 7

1   Columbia Analytical Services, Inc.; Weyerhaeuser Analyt. & Testing Services;

2   Chester Labnet, CKY Incorporated Analytical Services; and Viar & Company,

3   Inc. I retrieved the information regarding these contractor costs from the EPA

4   accounting system. At about the same time, I obtained from SCORPIOS copies

5   of vouchers and United States Treasury confirmation schedules. I reviewed the

6   documents against the information from EPA's accounting system to ensure that

7   the amounts in the vouchers were indeed billed to the Site and that the payments

8   were indeed made in the amounts indicated in the vouchers. As to the allocable

9   costs which are payable under EPA contracts for non-site specific costs to

10  manage the site, such as program management, equipment, and other costs that

11  benefit more than one site, the SCORPIOS system computed the allocated cost

12  amount based on the EPA-approved allocation rate multiplied by the direct

13  costs. The CLP costs of $111,128.75 on these contracts, reported in Exhibit A,

14  Section 51, are an accurate accounting of the CLP costs incurred by EPA for the

15  Site.

16      60.    EPA's total extramural costs of $14,259,409.84 are an accurate

17  accounting of the total extramural costs incurred by EPA at the Site which are

18  associated with the time period from July 1, 1990 through July 30, 2004.

19      61.    EPA Indirect Costs: (Indirect Costs Summary) (Exhibit A, Section

20             51); (Indirect Costs Detail) (Exhibit A, Section 52):

21      EPA's computerized system, designed for this purpose, was used to

22  calculate the indirect charges (direct costs multiplied by the indirect cost rate)

23  shown in Exhibit A, Section 52. The calculation was made based on the total

24  direct costs charged to the Site, and the indirect rate applicable to each fiscal

25  year as supplied by EPA's Headquarters. The indirect costs of $5,587,320.43,

26  reported in Exhibit A, Section 52, are an accurate accounting of the indirect

27

28

Exhibit 1
0055

1   costs associated with the time period from July 1, 1990  through June 30, 2004.

2       62.    Also included on the Cost Summary is the prejudgment interest

3   accrued at the Site.  Interest on EPA's intramural costs began to accrue on

4   August 1, 1990.  EPA settled all intramural costs and interest prior to this date

5   in the Partial Consent Decree Among Plaintiffs and Oil Company Defendants

6   Regarding Certain Cost Claims and Order.  The use of this date and the accrual

7   of prejudgment interest are in accordance with CERCLA, 42 U.S.C.

8   § 9607(a)(4).  Interest was calculated from August 1, 1990 through June 30,

9   2004, the date on which the Cost Summary was run.  The prejudgment interest

10  on EPA intramural costs totals $1,073,802.82.

11      63.    Interest on EPA's extramural costs began to accrue on August 1,

12  1990.  EPA settled all extramural costs and interest prior to this date in the

13  Partial Consent Decree Among Plaintiffs and Oil Company Defendants

14  Regarding Certain Cost Claims and Order.  The use of this date and the accrual

15  of prejudgment interest are in accordance with CERCLA, 42 U.S.C.

16  § 9607(a)(4).  Interest was calculated from August 1, 1990 through June 30,

17  2004, the date on which the Cost Summary was run.  The prejudgment interest

18  on EPA extramural costs totals $11,629,238.56.  Intramural and extramural

19  prejudgement interest at the McColl Site from August 1, 1990 through June 30,

20  2004, totals $12,703,041.38.

21      64.    Factoring in the costs and interest, the total unreimbursed Site costs

22  are $34,038,389.95 for costs through June 30, 2004.  These totals are reflected

23  in the Cost Summary attached as Exhibit A.

24      65.    Since the Cost Summary was run, the United States has continued

25  and is continuing to incur response costs.  These costs can be captured and

26  calculated by running another Cost Summary at an appropriate time.

27

28

Exhibit 1
0055 9

66.    I declare under penalty of perjury that the foregoing is true and correct and based upon my personal knowledge.  Executed in San Francisco, California on February 2, 2006.

Yvonne Fong
Cost Accountant Team Leader
U.S. Environmental Protection Agency
Region 9

Exhibit 60
.0056