# EXHIBIT 38

Exhibit 38
4844

*1654-06744*

# FINAL
# REMEDIAL INVESTIGATION REPORT
# GROUNDWATER OPERABLE UNIT
# McColl Site
# Fullerton, California

AR0778

SFUND RECORDS CTR
88105286

*Prepared For:*
UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY
REMEDIAL PROJECT MANAGER



Volume 1

*Respondents:*
THE McCOLL SITE GROUP



December 1995

Exhibit 38
4845

*1654 - 06744*

**M c C O L L**
**S I T E**
**G R O U P**

December  29, 1995                                    Serial No: EPA -

U.S. Environmental  Protection  Agency
Region IX
ATTN Michael  Montgomery
75 Hawthorne  Street
San Francisco, CA  94105


**SUBJECT:**    **Final Remedial Investigation Report, Groundwater Operable Unit**
**McColl Site, Fullerton, California**


Dear  Mr. Montgomery:

Enclosed  are volumes 1 and 2 of the *Final Remedial  Investigation Report, Groundwater*
*Operable  Unit, McColl  Site, Fullerton, California* (ENVIRON  December  29, 1995).
Comments  provided  by U.S.EPA, DTSC, and OCWD  on the draft version of this report
have been  responded  to in Appendix I of this report.  The fourth quarter  sampling
results, the determination  of inorganic background  concentrations,  and the results of the
fate and transport  study for THT compounds  have been  included  in this final version.

If you have any questions, please feel free to call Sandra  Maxfield (ENVIRON  510-655-
7400).


Yours  truly,

*[signature]*

K.W. Rogers, Project  Coordinator
McColl Site Group

cc:     State  of California
        Department  of Toxic Substances  Control
                Caroline  Rudolph  (4)
        Parsons  Engineering  Science - Ken  Fredianelli

Exhibit 38

SFUND RECORDS CTR
1654-06744

# FINAL
# REMEDIAL INVESTIGATION REPORT
# GROUNDWATER OPERABLE UNIT

## McCOLL SITE
## FULLERTON, CALIFORNIA

*Prepared For:*

## UNITED STATES
## ENVIRONMENTAL PROTECTION AGENCY
## REMEDIAL PROJECT MANAGER

*Respondents:*

## THE McCOLL SITE GROUP

*Prepared By:*

## ENVIRON Corporation
## Emeryville, California

## December 29, 1995

## 03-3493X

Exhibit 38
4847

# TABLE OF CONTENTS

## VOLUME I

Page No.

EXECUTIVE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ES-1

SECTION 1.0 INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
    1.1    General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
    1.2    Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2
    1.3    Site Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4
    1.4    Report Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-5

SECTION 2.0 SCOPE OF GROUNDWATER REMEDIAL INVESTIGATION . . . . . 2-1
    2.1    Previous Groundwater Investigations . . . . . . . . . . . . . . . . . . . . . . 2-1
    2.2    Task 10 Groundwater Investigation     . . . . . . . . . . . . . . . . . . 2-6
            2.2.1   Phase I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-7
            2.2.2   Phase II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-8
    2.3    Task 11 Quarterly Groundwater Program . . . . . . . . . . . . . . . . . . . 2-13
    2.4    Investigations of Sump Areas . . . . . . . . . . . . . . . . . . . . . . . . . 2-14

SECTION 3.0 SITE SETTING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
    3.1    Topography and Surface Water . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
    3.2    Meteorology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2
    3.3    Demographics and Land Use . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2

SECTION 4.0 HYDROGEOLOGY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
    4.1    Regional System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
            4.1.1   Regional Geology . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
            4.1.2   Regional Hydrogeology . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
            4.1.3   Water Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3
    4.2    Site Geology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
    4.3    Description of Groundwater Flow Units Underlying Site . . . . . . . . . . . 4-6
            4.3.1   Surficial Sediment . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-8
            4.3.2   "A" Groundwater Flow Unit . . . . . . . . . . . . . . . . . . . . . . 4-9
            4.3.3   "A" Aquitard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-10
            4.3.4   "B" Flow Unit     . . . . . . . . . . . . . . . . . . . . . . . . 4-10
            4.3.5   "B" Aquitard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-11
            4.3.6   "C" Flow Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-11
            4.3.7   "C" Aquitard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-13
            4.3.8   "D" Flow Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-14
    4.4    Groundwater Flow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-14
            4.4.1   Flow in "A" Groundwater Unit . . . . . . . . . . . . . . . . . . . . 4-15
            4.4.2   Flow in "B" Groundwater Unit . . . . . . . . . . . . . . . . . . . . 4-15
            4.4.3   Flow in "C" Groundwater Unit . . . . . . . . . . . . . . . . . . . . 4-16

# TABLE OF CONTENTS
## (continued)

## VOLUME I

4.4.4   Flow in "D" Groundwater Unit . . . . . . . . . . . . . . . . . . . . . . . .   4-17
4.4.5   Flow Between Groundwater Flow Units . . . . . . . . . . . . . . . . .   4-18

SECTION 5.0 CHEMICAL TESTING OF SEDIMENT IN VADOSE ZONES . . . . . .   5-1

SECTION 6.0 SPATIAL DISTRIBUTION OF CONSTITUENTS IN
        GROUNDWATER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6-1
6.1     Field Water Quality and General Chemistry . . . . . . . . . . . . . . . . . . .   6-1
6.2     Tetrahydrothiophene Compounds  . . . . . . . . . . . . . . . . . . . . . . . . . .   6-2
6.3     Volatile and Semi-volatile Organic Compounds . . . . . . . . . . . . . . . .   6-4
6.4     Inorganics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6-7
        6.4.1   Arsenic (Dissolved)  . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6-7
        6.4.2   Manganese  (Dissolved) . . . . . . . . . . . . . . . . . . . . . . . . . . .   6-8
        6.4.3   Beryllium (Dissolved) . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6-9
        6.4.4   Chromium (Dissolved)  . . . . . . . . . . . . . . . . . . . . . . . . . . .   6-9

SECTION 7.0 CHEMICAL FATE AND TRANSPORT . . . . . . . . . . . . . . . . . . . . .   7-1
7.1     Hydrochemical Characteristics of Groundwater Matrix  . . . . . . . . . . . .   7-1
7.2     Transport Characteristics and Hydrochemical Behavior  . . . . . . . . . . . .   7-3
7.3     Potential Routes of Migration . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7-6
        7.3.1   Surface Water  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7-6
        7.3.2   Groundwater in the La Habra Formation  . . . . . . . . . . . . . . .   7-6
        7.3.3   Groundwater in the Coyote Hills Formation  . . . . . . . . . . . . .   7-9

SECTION 8.0 RISK ASSESSMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8-1
8.1     Selection of Chemicals of Potential Concern . . . . . . . . . . . . . . . . . . .   8-2
8.2     Toxicity Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8-4
8.3     Exposure Assessment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8-5
8.4     Risk Characterization  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8-6
8.5     Uncertainty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8-9
8.6     Conclusions of Risk Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . .   8-10

SECTION 9.0 SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-1
9.1     General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-1
9.2     Hydrogeology  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-2
9.3     Constituents in Groundwater  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-6
9.4     Chemical Fate and Transport . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-7
9.5     Risk Assessment (DRAFT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-11
9.6     Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9-12

SECTION 10.0 REFERENCES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10-1

# LIST OF APPENDICES

## VOLUME II

### McColl Remedial Investigation
### Fullerton, California

APPENDIX A:        1994-1995 Drilling Program

APPENDIX B:        Geophysical Logging
ATTACHMENT:        Geophysical Logs

APPENDIX C:        Soil Physical Testing
ATTACHMENT:        Soil Physical Testing Laboratory Reports

APPENDIX D:        Chemical Testing Program
ATTACHMENT:        Chemical Data Summary Tables
ATTACHMENT:        P-10L Data Validation Report

APPENDIX E:        Phase I of Groundwater RI/FS
                   Cone Penetrometer Testing
ATTACHMENT:        Cone Penetrometer Test Logs
ATTACHMENT:        Pore Pressure Dissipation Test Logs

APPENDIX F:        Memoranda for Field Activities
ATTACHMENT:        Technical Memoranda

APPENDIX G:        Aquifer Testing and Analysis
ATTACHMENT:        Aquifer Test Logs

APPENDIX H:        Quarterly Monitoring Program Annual Report

APPENDIX I:        Response to Agency Comments

Exhibit 38
4850

# LIST OF TABLES

## VOLUME I

### McColl Remedial Investigation
### Fullerton, California

| | |
|---|---|
| TABLE 2-1: | Well Installations and Abandonments Prior to Task 10 |
| TABLE 2-2: | Monitoring Program Prior to Task 11 |
| TABLE 2-3: | Task 10 Pilot Hole Program |
| TABLE 2-4: | Task 10 Well Construction Summary |
| TABLE 2-5: | Chemical Testing Parameters, Quarterly Monitoring Program |
| TABLE 2-6: | Groundwater Grab Sample Chemical Data |
| TABLE 2-7: | Organic Chemicals Detected in Soil and Waste in Sump Areas (1987) |
| TABLE 2-8: | Inorganic Chemicals Detected in Soil and Waste in Sump Areas (1987) |
| | |
| TABLE 4-1: | Generalized Stratigraphic Column of Water-Bearing Sequence Orange County, California |
| TABLE 4-2: | Site Hydrostratigraphy |
| TABLE 4-3: | Summary of Quarterly Groundwater Elevations (1994-95) |
| | |
| TABLE 5-1: | Soil Chemical Data |

# LIST OF FIGURES

## VOLUME I

### McColl Remedial Investigation
### Fullerton, California

FIGURE 1-1:    McColl General Site Location
FIGURE 1-2:    Site Plan

FIGURE 2-1:    Task 10 Phase II Field Investigation

FIGURE 3-1:    Site Topography and Drainage

FIGURE 4-1:    Cross-Section Location Map
FIGURE 4-2:    Schematic Geologic Cross Section A-A'
FIGURE 4-3:    Schematic Geologic Cross Section B-B'
FIGURE 4-4:    Schematic Geologic Cross Section C-C'
FIGURE 4-5:    Schematic Geologic Cross Section D-D'
FIGURE 4-6:    Schematic Geologic Cross Section E-E'
FIGURE 4-7:    Elevation of "A" Clay
FIGURE 4-8:    Elevation of "B" Clay
FIGURE 4-9:    Elevation of "C" Clay
FIGURE 4-10:   Flow Unit Recharge Boundaries
FIGURE 4-11:   Water Level; "B" Flow Unit
FIGURE 4-12:   Water Level; "C" Flow Unit
FIGURE 4-13:   Water Level; "D" Flow Unit
FIGURE 4-14:   Elevation of the Top of the San Pedro Formation Aquifer
FIGURE 4-15:   Schematic of Relationship between Regional Pumping Wells and On-site
               Monitoring Well
FIGURE 4-16:   Well P-3S Hydrograph
FIGURE 4-17:   "B" Flow Unit Hydrograph
FIGURE 4-18:   "C" Flow Unit Hydrograph
FIGURE 4-19:   "D" Flow Unit Hydrograph
FIGURE 4-20:   Hydrograph for Selected "C" and "D" Flow Unit Wells

FIGURE 6-1:    Explanation of Trilinear System
FIGURE 6-2:    Trilinear of "A" and "B" Flow Units
FIGURE 6-3:    Trilinear of "C" Flow Unit
FIGURE 6-4:    Trilinear of "D" Flow Unit
FIGURE 6-5:    Trilinear of Municipal Supply Well Coyote 12a
FIGURE 6-6:    THT Compounds - "B" Flow Unit
FIGURE 6-7:    THT Compounds - "C" Flow Unit
FIGURE 6-8:    THT Compounds - "D" Flow Unit
FIGURE 6-9:    Benzene Concentrations - "B" Flow Unit

## LIST OF FIGURES
### (continued)

## VOLUME I

### McColl Remedial Investigation
### Fullerton, California

| | |
|---|---|
| FIGURE 6-10: | Benzene Concentrations - "C" Flow Unit |
| FIGURE 6-11: | Benzene Concentrations - "D" Flow Unit |
| FIGURE 6-12: | 1,2-Dichloroethane Concentrations - "B" Flow Unit |
| FIGURE 6-13: | 1,2-Dichloroethane Concentrations - "C" Flow Unit |
| FIGURE 6-14: | 1,2-Dichloroethane Concentrations - "D" Flow Unit |
| FIGURE 6-15: | Semi-logarithmic Plot of Tetrahydrothiophene - "B" Flow Unit |
| FIGURE 6-16: | Semi-logarithmic Plot of Tetrahydrothiophene - "C" Flow Unit |
| FIGURE 6-17: | Semi-logarithmic Plot of Benzene - "B" Flow Unit |
| FIGURE 6-18: | Semi-logarithmic Plot of Benzene - "C" Flow Unit |
| FIGURE 6-19: | Arsenic and Beryllium Concentrations - "B" Flow Unit |
| FIGURE 6-20: | Arsenic and Beryllium Concentrations - "C" Flow Unit |
| FIGURE 6-21: | Arsenic and Beryllium Concentrations - "D" Flow Unit |
| FIGURE 6-22: | Manganese and Chromium Concentrations - "B" Flow Unit |
| FIGURE 6-23: | Manganese and Chromium Concentrations - "C" Flow Unit |
| FIGURE 6-24: | Manganese and Chromium Concentrations - "D" Flow Unit |
| FIGURE 6-25: | Semi-logarithmic Plot of Arsenic (dissolved) "B" Flow Unit |
| FIGURE 6-26: | Semi-logarithmic Plot of Arsenic (dissolved) "C" Flow Unit |
| FIGURE 6-27: | Semi-logarithmic Plot of Arsenic (dissolved) "D" Flow Unit |
| FIGURE 6-28: | Semi-logarithmic Plot of Beryllium (dissolved) "B" Flow Unit |
| FIGURE 6-29: | Semi-logarithmic Plot of Beryllium (dissolved) "C" Flow Unit |
| FIGURE 6-30: | Semi-logarithmic Plot of Beryllium (dissolved) "D" Flow Unit |
| FIGURE 6-31: | Semi-logarithmic Plot of Chromium (dissolved) "B" Flow Unit |
| FIGURE 6-32: | Semi-logarithmic Plot of Chromium (dissolved) "C" Flow Unit |
| FIGURE 6-33: | Semi-logarithmic Plot of Manganese (dissolved) "B" Flow Unit |
| FIGURE 6-34: | Semi-logarithmic Plot of Manganese (dissolved) "C" Flow Unit |
| FIGURE 6-35: | Semi-logarithmic Plot of Manganese (dissolved) "D" Flow Unit |

## EXECUTIVE SUMMARY

The 22-acre McColl site is located in Fullerton, Orange County, California southwest of the intersection of Rosecrans Avenue and Sunnyridge Drive. From 1942 through 1946, petroleum refinery waste was disposed of at the McColl site in twelve sumps, referred to as Los Coyotes and Ramparts sump areas.

The McColl site was included on the EPA National Priority List in September 1982. ENVIRON was retained by MSG as lead consultant on the groundwater Remedial Investigation and Feasibility Study (RI/FS) at the McColl site in April 1994 in response to Administrative Order 93-21. The primary objective of the RI program was to collect and analyze additional data to determine whether any perched groundwater zones exist beneath the McColl site which could impact the beneficial uses of potable groundwater in deep aquifers (if any) south (downgradient) of the McColl site.

The Task 10 groundwater RI included two phases of field investigation, as follows:

- **Phase I**: Phase I consisted of a CPT program in shallow sediments to the south (downgradient) of the Los Coyotes and Ramparts sump areas. The purpose of the CPT program was to investigate the nature of shallow sediment to the south of the sump areas and to identify areas of perched water (if any).

- **Phase II**: Phase II consisted of drilling ten continuously cored pilot holes south of the sump areas. The pilot holes were geophysically logged along with the existing monitoring wells to provide a consistent database. Selected soil samples were retained for physical and chemical testing. Eight new monitoring wells were installed at total depths ranging from 27 to 260 feet bgs. At U.S.EPA's request, well P-2D was abandoned and replaced by well P-2D(R).

As required by Task 11 of the Order, a four quarter groundwater monitoring program was coordinated with the Task 10 groundwater RI during late 1994 through 1995. Groundwater samples were collected and analyzed for volatile organic compounds, THT compounds, semivolatile organic compounds, and metals (total and dissolved).

Exhibit 38
4854

The McColl site is located on the south flank of the west-trending Western Coyote Hills anticline. The near-surface sediment immediately beneath the McColl site are interbedded clays, silts and silty sands of the Pleistocene La Habra Formation. Beneath the relatively fine-grained La Habra Formation sediment are coarser sandy gravels and gravelly sands of the Coyote Hills Formation. Surficial exposures and subsurface correlations indicate the La Habra and Coyote Hills deposits at or near the site dip southwesterly at approximately ten degrees, though dips may vary locally. The position of the site on the distal flank of the anticline likely produces the gently dipping structure.

The Task 10 drilling program has penetrated both the La Habra and upper portion of the Coyote Hills Formation. Within the La Habra Formation, three prominent dipping clay packets ("A", "B", and "C") have been identified to be continuously occurring across the site. These clay packets support intermittent perched groundwater flow units. The clay packets and overlying flow units in the La Habra Formation have been designated by ENVIRON from shallowest to deepest as the "A", "B", and "C" flow units. The "D" flow unit has been designated in the Upper Coyote Hills Formation.

The direction of flow within these three upper flow units is largely controlled by the southwesterly dip of the underlying clay packets. Due to the dipping structure of the beds, the "A", "B", and "C" flow units appear to outcrop within the McColl site area. At the southern site boundary, the "C" clay dips to a depth of approximately 268 feet below ground surface. Groundwater within the "A", "B", and "C" flow units is seasonally recharged by (i) surface infiltration in areas where the flow units outcrop at or near the McColl site, and (ii) along the buried coarse-grained sediments of current and historical drainage swales along the western and eastern boundaries of the site. The "A", "B", and "C" flow units are low producing flow units, with purge rates seldom exceeding a few gpm, and oftentimes purging dry within three well volumes. The capacity of the well has been exceed when the well purges dry.

The "A" flow unit is the least extensive groundwater unit, with water being consistently detected in only one CPT location and within the limited area of well P-3S. Six wells are screened across the "B" flow unit. The "B" flow unit is perched to the north of the McColl site boundary. Approximately five hundred feet south of the site, the "B" clay packet dips to the saturated interval of the "C" flow unit and is, therefore, no longer perched.

The "C" flow unit is perched under the central portion of the site, but the "C" clay drops beneath the saturated interval of the underlying "D" flow unit south of the Los Coyotes sump area. Eight monitoring wells are screened within the "C" flow unit. Perched well W-6A is

screened within the largely unsaturated portion of the "C" sand/silt packet. Groundwater has been consistently detected in "C" flow unit wells, with the exception of wells screened within the perched portion (W-6A and W-8A). Following an unusually wet winter, leachate from the sump area was detected for the first time in well W-6A during the Task 11 monitoring program; however, this well routinely purges dry. Well W-8A has been dry throughout the historical and Task 11 monitoring program. An upward hydraulic gradient between the "C" and "D" flow units indicate the "C" flow unit may receive recharge from the "D" flow unit along the southern boundary of the site.

The "C" clay packet marks the transition from La Habra to the coarser, thicker and more continuous deposits of the Coyote Hills Formation. The "D" flow unit is the first significant aquifer zone encountered beneath the McColl site. Four monitoring wells and three background wells are screened within the "D" flow unit The "D" flow unit is unconfined in the northern portion of the McColl site and becomes confined beneath the dipping clay beds of the La Habra Formation.

Only two production wells (Buena Park's Smith-Murphy and Fullerton's Coyote 12a) have been identified by ENVIRON within seven thousand feet of the site. The geothermal nature of the Buena Park Smith-Murphy well indicates communication with the on-site "A" through "D" flow units is highly unlikely. The "A" through "C" flow units likely pinch out prior to reaching the pumping zone of the Coyote 12a well due to the discontinuous depositional pattern of the La Habra Formation. There is a slight chance the "D" flow unit may have some equivalency to the shallowest screened interval of well Coyote 12a; however, that production well is located three thousand feet cross-gradient to the site. The pumping rate of the shallowest screen interval is only one percent (15 gpm) of the total flow rate (1500 gpm) of the Coyote 12a well. For these reasons, it is unlikely that on-site groundwater would flow to the Coyote 12a well.

A four quarter sampling program was performed under Task 11.0 of the SOW. The following text presents a summary of the results of this program.

Slightly acidic (pH 3.5 to 6.0) groundwater was detected in two low yield "B" flow unit wells (P-2I and P-4I), one low yield perched well (W-6A) and an upgradient "D" flow unit well ((W-10B). THT compounds including tetrahydrothiophene, 2-methyltetrahydrothiophene, and 3-methyltetrahydrothiophene were detected in several monitoring wells during the sampling program. THT compounds were only detected in the "A" flow unit once, during the few days well P-2S was saturated. THT compounds were only detected in three "B" flow unit wells (P-2I, P-4I, and P-10D) exceeding 1 $\mu$g/L. Concentrations in the "B" flow unit exceeding 1

$\mu$g/L for individual THT compounds ranged from 12 $\mu$g/L (P-10D) to 18,000 $\mu$g/L (P-4I). THT compounds have been detected in only two "C" flow unit well (P-5L) and perched well W-6A, although it has been preliminarily detected in new well P-10L. Concentrations of individual THT compounds at well P-5L ranged from 29 to 140 $\mu$g/L, and at well W-6A ranged from 9200 to 43,000 $\mu$g/L. THT compounds have not been detected in "D" flow unit wells exceeding 1 $\mu$g/L.

The VOC's other than THT compounds detected in the groundwater system are benzene, and at very low concentrations 1,2-DCA. With the exclusion of common laboratory contaminants, semi-VOC's were not consistently detected in groundwater at the McColl site or are likely the result of field-related or laboratory contamination.

Benzene concentrations have equaled or exceeded 1 $\mu$g/L in only three "B" flow unit wells (P-2I, P-4I, and P-5I) and one perched well (W-6A). Concentrations in the "B" flow unit exceeding the state MCL range from 1 $\mu$g/L (well P-5I) to 470 $\mu$g/L (well P-2I). Concentrations in the low yield perched well W-6A ranged from 500 to 800 $\mu$g/L.

1,2-DCA concentrations have equaled or exceeded the state MCL of 0.5 $\mu$g/L in only one "B" flow unit well (P-5I) and one "C" flow unit well (P-5L). Concentrations in well P-5I ranged from 1 to 2 $\mu$g/L (both J-qualified), and in well P-5L ranged from 0.4 to 2 $\mu$g/L.

The four inorganic constituents which occur above background concentrations or state MCL's are arsenic, beryllium, chromium, and manganese. These inorganics probably occur at natural concentrations in groundwater, evidenced by their presence in background wells. Background concentrations of these constituents in the "D" flow unit range from 3.2 to 4,300 ug/L.

Arsenic is ubiquitous at low concentrations in groundwater at the site, and has been detected in all but two "C" flow unit wells (P-5L and P-9D) and four "D" flow unit wells (P-6D, P-1D, P-5D, and W-9C) of the twenty-four monitoring wells. Evaluation of "D" flow unit background wells indicate a background concentration of 9.7 ug/L. The state MCL of 50 $\mu$g/L has been slightly exceeded only in the low yield perched well P-2I. No "C" or "D" flow unit well has exceeded either the state MCL or the background concentration for arsenic. The higher concentrations of arsenic only occur in wells with low pH, and concentrations significantly decrease off-site once the pH rises to natural levels downgradient of the site.

Manganese is ubiquitous at low concentrations in groundwater and has been detected in all background and monitoring wells. Evaluation of "D" flow unit background wells indicate a

background concentration for manganese of 4,300 ug/L. Concentrations of manganese in all off-site wells (with the exception of well P-10D) and all "C" and "D" flow unit wells are below background concentrations. The higher concentrations of dissolved manganese (30,100 to 41,700) occur in low yield on-site wells (P-2I, P-4I, and W-6A) with low pH.

Evaluation of "D" flow unit background wells indicate a background concentration for beryllium of 8.3 ug/L. This background concentration exceeds the state MCL of 4 $\mu$g/L for beryllium. No "C" or "D" flow unit wells have dissolved beryllium concentrations exceeding background. Dissolved beryllium was not detected in any off-site monitoring wells. Dissolved beryllium was detected above the state MCL in only three on-site wells (P-2I, P-4I, W-6A) of the total twenty-four wells. Beryllium concentrations exceeding the state MCL ranged from 5.7 to 90 $\mu$g/L.

Evaluation of "D" flow unit background wells indicate a background concentration for chromium of 3.2 ug/L. No "C" or "D" flow unit wells have dissolved chromium concentrations significantly above background. Dissolved chromium was detected above the state MCL of 50 $\mu$g/L in only two on-site low yield wells (P-4I and W-6A). Dissolved chromium concentrations in these low pH wells ranged from 67.8 to 424 $\mu$g/L. Anomalously high total chromium concentrations were detected in wells P-5S and P-6S which are likely artifacts of faulty well construction and not indicative of groundwater conditions.

Organic and inorganic constituents within the McColl site may potentially migrate from the sump areas by unsaturated or partially saturated flow. Percolation of surface water (rainfall or from drainage swales) may create short-lived pathways to the outcropping "B" or "C" flow units.

Evaluation of the constituent concentration maps indicate migration in the La Habra Formation "B" and "C flow units is controlled by the southwest dip of the clay packets. For the purposes of this discussion, it is necessary to consider the occurrence and movement of constituents on-site and downgradient of the McColl sump areas, separately from the southwesterly off-site movement of constituents in groundwater.

The potential on-site ""B" flow unit migration pathway for organic constituents (THT compounds, benzene, 1,2-DCA) and possibly elevated concentrations of inorganic constituents (manganese, chromium, arsenic, and beryllium) occurs in the low yield perched portion of the "B" flow unit (e.g., wells P-2I and P-4I) immediately downgradient of the Los Coyotes sump area. Migration is laterally limited above the "B" clay packet and in a downdip (southwest) direction. Data indicates the underlying on-site "B"clay packet is not leaky and

therefore does not represent an on-site vertical migration pathway to the underlying "C" flow unit. The presence of constituents in several flow units is likely the result of the outcropping of the clay packets near the sump areas, rather than downward migration through clays. Off-site wells indicate the biogeochemical environment in the "B" flow unit changes south of the McColl site; therefore, the transport characteristics of the "B" flow unit change. For this reason, off-site migration is discussed as a separate pathway.

The potential on-site "C" flow unit migration pathway for inorganic constituents (THT compounds, benzene, 1,2-DCA) and possibly elevated concentrations of inorganic constituents (manganese, chromium, arsenic, and beryllium) occurs in isolated pockets of seasonal groundwater or leachate (e.g., well W-6A) within the largely unsaturated flow portion (Figure 4-12) of the "C" sand/silt packet downgradient of the Rampart sump area. Migration is laterally limited above the "C" clay packet and in a downdip (southwest) direction. The rate of migration is limited by the generally unsaturated character of sediments within the "C" sand/silt packet. Percolating rainfall may temporarily saturate a localized thin lense of water on top of the "C" clay and mobilize constituents from the sump areas or surrounding sediment. Concentrations of constituents decrease by orders of magnitude short distances from these areas of maximum concentration. Data indicates the underlying on-site "C" clay packet is not leaky and therefore does not represent an on-site vertical migration pathway to the underlying "C" flow unit. As explained above, the biogeochemical environment of the "C" flow unit changes south of the McColl site; therefore, off-site migration is discussed as a separate pathway.

The biogeochemical environment of the "B" and "C" flow units change south of the McColl site boundary. For this reason, the mobility and transport characteristics of the constituents migrating on-site change. Off-site, approximately five hundred feet downgradient of the sump areas, THT compounds are detected in a laterally limited area of coarse- to fine-grained portions of the "B" and "C" flow units (wells P-10D, P-5L, and possibly P10L). Detections of 1,2-DCA and benzene, and elevated concentrations of the primary inorganics are not generally present in these narrow off-site area. Concentrations of 1,2-DCA and benzene likely decreased due to dilution of the already low concentrations observed on-site. Concentrations of the inorganics decreased to background concentrations likely due to an acid/base reaction causing precipitation and the immobility of the dissolved inorganics.

Therefore, off-site migration is limited to the THT compounds, as described below. Laterally limited downdip (southwest) migration of THT compounds may occur above the "B" clay within the "B" flow unit from the laterally limited area of THT compounds detected at well P-10D southwest of the site. This area is believed to be laterally limited due to the

McColl Site Group

Exhibit 38
4859

limited width of the potential source area and the lack of THT compounds detected during the drilling of pilot holes PH-8 and PH-9. Data are inconclusive as to whether the underlying off-site "B" clay packet is leaky. THT compounds were detected in soil samples from this clay packet; however, THT compounds were not detected in groundwater grab samples collected in the "C" flow unit immediately below the "B" clay. The THT compounds may be degrading during this off-site migration.

Laterally limited downdip (southwest) migration of THT compounds above the "C" clay within the "C" flow unit from the laterally limited area of THT compounds detected at wells P-5L and P-10L. (However, the "C" flow unit at the well P-5L location thins to a finer-grained sediment. Because of the low permeability of sediment at well P-5L, transport processes would be anticipated to be slow. Downgradient transport of THT compounds would therefore be expected to be limited. The lack of detection of THT compounds from grab samples within the "C" flow unit at the immediately downgradient PH-8 pilot hole location appears to verify this hypothesis.) Additionally, vertical migration of THT compounds to the underlying "D" flow unit at the well P-5L location is not considered a potential migration pathway as no THT compounds have been detected in the underlying well P-5D over the duration of the monitoring program. The THT compounds may be degrading during this off-site migration. Data are not available to determine if the "C" clay in the P-10L location is leaky, and represents a vertical migration pathway. As discussed in TM10-21 the presence of THT compounds in well P-10L may be the result of a leaky well seal. This well is under investigation.

Neither organic or elevated concentrations of inorganic constituents have been detected in the "D" flow unit, indicating no significant pathway for constituent migration currently exists. The only detected organic or inorganic constituent with any future potential to migrate to the "D" flow unit are the THT compounds. The detection of benzene only in the on-site perched portions of the flow units and the very low on-site concentrations of 1,2-DCA detected indicate limited potential to migrate to the "D" flow unit. The mobility of the inorganics appears to be limited by low pH conditions. The only theoretical migration pathways with any future potential to contribute THT compounds to the "D" flow unit are as follows:

- Laterally limited vertical migration of THT compounds through the "C" clay at the P-10L location. This pathway is purely theoretical as no data has been collected in this location.

- Lateral migration of THT compounds at some distance greater than five hundred feet off-site, from the laterally limited area of THT compounds

detected within the "C" flow unit (e.g., well P-10L) into the "D" flow unit if the "C" clay packet pinches out, is eroded away, or dips into the "D" flow unit. This conditional pathway is purely theoretical and has not been observed in any boring drilled south of the site.

ICF Kaiser, contractor to U.S.EPA prepared the following draft redlined text to summarize their baseline risk assessment study. This redlined text will be updated based on the inorganic background concentrations presented in the Annual Monitoring Report for the McColl site. Given the inherent uncertainties, the exposures that are most likely to pose excess carcinogenic risks and noncarcinogenic hazard effects at the McColl Site are those experienced by residential receptors who are exposed to COPCs in groundwater by incidental ingestion. The chemicals that contribute most to these excess carcinogenic risks include arsenic and beryllium in wells screened in the perched aquifer. Arsenic was identified as a COPC in soil samples collected from the Site, whereas beryllium was not. The concentrations of beryllium in groundwater may be attributed to the leachability of naturally-occurring chemicals in the vadose zone due to the low pH in groundwater. Noncarcinogenic hazard effects may also be expected to occur from the ingestion of manganese in wells screened in the perched zone.

Of the inorganic compounds found to exceed their corresponding MCLs, manganese in the perched zones was found to exceed the corresponding criteria by several orders of magnitude. Such concentrations of manganese are sufficiently high that, even given any moderate dilution that might be assumed for a reasonable groundwater transport and well withdrawal scenario, it is likely that the risks that might be estimated in association with ingestion of chemicals in groundwater would be found to be unacceptable.

Although it is unlikely that locally perched groundwater would be classified as a potable source, the importance of evaluating the potential health risks is based on the possibility that some areas of the perched zones are hydraulically connected to the deeper regional aquifer which serves as a potential drinking water source.

Carcinogenic risks associated with wells screened in the deeper regional aquifer are within and are slightly above (RME scenario) the established risk range ($1 \times 10^{-4}$ to $1 \times 10^{-6}$). In addition, noncarcinogenic hazard effects may occur from groundwater ingestion of chemicals detected in wells screened in the regional aquifer. However, the concentrations of the risk-driving chemicals in the regional wells are either below the corresponding MCL (arsenic) or appear to be within background levels (manganese).

The potential risks associated with thiophene-based compounds could not be assessed quantitatively because of the lack of EPA-verified toxicity criteria. The odor threshold concentration (OTC) for THT, which is the concentration at which 50 percent of the population can detect an odor, is 0.0006 ppm or 0.0018 mg/m$^3$. In comparison to most chemicals, THT can be detected at relatively low concentrations.

Data and analyses presented within this RI Report are sufficient to proceed with the feasibility analysis to identify, screen, and select an appropriate remedial response (if any) for unacceptable (if any) concentrations of constituents within groundwater at the McColl site. The conceptual hydrogeologic model has been verified with subsequent well installations, such as well P-10L. The distribution of constituents is in agreement with the hydrogeologic model. The only outstanding matters are (i) the integrity of the well seal across the "B" clay unit at well P-10L and therefore the integrity of the data collected at well P-10L, and (ii) further study of the fate and transport characteristics of the THT compounds. These matters are currently under investigation under TM10-20 and TM10-21.

# SECTION 1.0

# INTRODUCTION

## 1.1    General

The McColl site was included on the EPA National Priority List in September 1982, pursuant to Section 105 of CERCLA, 42 U.S.C. Section 9605.  The U.S. Environmental Protection Agency ("U.S.EPA") has undertaken various response actions at the McColl site.   In June 1993, U.S.EPA issued a Record of Decision (the "ROD") for the Source Operable Unit #1 ("OU-1") for the McColl Superfund Site in Fullerton, California.  Concurrent with the ROD, the U.S.EPA has also issued an Administrative Order Number 93-21 (the "Order") to the Oil Company Respondents, who are referred to as the McColl Site Group ("MSG").   The Statement of Work (SOW), attached as Appendix 2 to the Order, describes the Remedial Design ("RD") work to be performed.

ENVIRON was retained by MSG as lead consultant on the groundwater Remedial Investigation and Feasibility Study (RI/FS) at the McColl site in April 1994 in response to Administrative Order 93-21.  The primary objective of the RI program was to collect and analyze additional data to determine whether perched groundwater zones exist beneath the McColl site  which would impact the beneficial uses of potable groundwater in deep aquifers south (downgradient) of the McColl site. This report is responsive to the requirements of Tasks 10 and 11 of the SOW.

The document *Groundwater Remedial Investigation/Feasibility Study Work Plan* (ENVIRON February 4, 1994) (herein referred to as the *Work Plan*) describes the objectives, approach, scope of activities, schedules, and costs initially projected to accomplish SOW Task 10.0 which is the Groundwater Remedial Investigation/Feasibility Study (herein referred to as the groundwater RI/FS).  The *Work Plan* was prepared to specifically address Task 10.1 of the SOW, which reads as follows:

> *The respondents shall submit a workplan that documents the approach required*
> *to undertake actions recommended in EPA's Data Evaluation and*
> *Recommendation Report dated May 1993. The workplan will document the*

*resources necessary to undertake fieldwork, produce a remedial investigation*
*(RI) report and a feasibility study (FS) report. The workplan will include a*
*detailed schedule, a detailed cost estimate, a sampling and analysis plan, a*
*quality assurance project plan, a health and safety plan, a community*
*contingency plan, and an ambient air monitoring plan.*

Concurrently with other remedial design activities at the McColl site, the groundwater RI was
conducted in accordance with the *Work Plan* from the spring of 1994 through the end of
1995. Modifications from the original scope of work presented in the *Work Plan* were
approved in Technical Memoranda Nos. 10-1 through 10-21 (Appendix F). The routine
groundwater monitoring program (Task 11.0 of the SOW) was closely coordinated with the
groundwater RI to ensure that the data needs of both programs were met. The document
*Routine Groundwater Monitoring Analysis/Recommendations Report and Work Plan*
(ENVIRON May 1994) presents the scope of work for Task 11.0 of the SOW.

This RI report is submitted on behalf of MSG in fulfillment of Task 10.0 of the SOW and
the subsequent *Work Plan*. The RI report presents the regional and site hydrogeology, the
spatial distribution of constituents potentially migrating from McColl waste in soil and
groundwater, and the chemical fate and transport of constituents in groundwater.

The following text of Section 1.0 provides an overview of the purpose of the groundwater RI
activities, the McColl site background, and the organization of this RI report.

## 1.2   Purpose

The McColl Superfund Site is located in Fullerton, California (herein, referred to as the
McColl site). The McColl site (Figure 1-1) consists of a parcel of land approximately 22
acres in size which is near the intersection of Rosecrans Avenue and Sunnyridge Drive, and is
adjacent to Ralph B. Clark Regional Park and Los Coyotes Golf Course.

EPA has conducted periodic groundwater monitoring at the McColl site since 1989. At the
time of the Order, low concentrations of various organic and inorganic constituents were
detected in groundwater underlying the McColl site. However, no significant groundwater
quality impacts were identified at the time of the Order which would pose a public health risk
or otherwise interfere with the beneficial uses of groundwater south (downgradient) of the
McColl site. The occasional detection of constituents potentially originating from McColl
waste in groundwater, however, was a concern to U.S.EPA and additional investigations of

the potential for waste at the McColl site to impact groundwater was required by Tasks 10.0 and 11.0 of the SOW.

ENVIRON was retained by the MSG as lead consultant on the groundwater RI/FS at the McColl site in April 1994, and has since conducted a two-phase field investigation. The primary objective of the RI is to collect and analyze additional data to determine whether any perched groundwater zones exist beneath the McColl site which could impact the beneficial uses of potable groundwater in the deep aquifers (if any) south (downgradient) of the McColl site. From a broader perspective, the groundwater RI is also designed to characterize groundwater conditions at and in the vicinity of the McColl site, sufficient to understand whether any releases of constituents have affected groundwater to a degree that would pose any significant public health risk or otherwise interfere with the beneficial use of groundwater in the area.

From the results of the RI field investigation, a conceptual hydrogeologic model of subsurface conditions, and fate and transport mechanisms has been developed for the McColl site. The approach to developing and testing a conceptual model for an RI/FS is clearly described in the *RI/FS Guidance Document* (EPA 1988) which states the following:

> *The objective of the RI/FS process is not the unobtainable goal of removing <u>all</u> uncertainty, but rather to gather information sufficient to support an informed risk management decision regarding which remedy appears to be most appropriate for a given site. The appropriate level of analysis to meet this objective can only be reached through constant strategic thinking and careful planning concerning the essential data needed to reach a remedy selection decision. As hypotheses are tested and either rejected or confirmed, adjustment or choices as to the appropriate course for further investigations and analysis are required. These choices, like the remedy selection itself, involve the balancing of a wide variety of factors and the exercise of best professional judgement.*

The scope of the groundwater RI was developed with this concept expressly in mind.

The RI integrates data from multiple disciplines to meet the objectives of this RI, and arrive at an understanding of McColl site conditions. These disciplines include study of the operational history of the McColl site, depositional geologic systems, stratigraphy, hydrology, and chemical distributions. Each of these studies are described in various sections of this report.

## 1.3   Site Background

The McColl site (Figure 1-2) is a former disposal site for petroleum refinery waste and
drilling muds located in the City of Fullerton, Orange County, California.  From 1942 through
1946, petroleum refinery waste was disposed of in twelve sumps within the McColl site.  The
twelve sumps were located in two regions of the McColl site, which cover a total area of
approximately six acres.  The sumps located in the northeast quadrant of the McColl site are
referred to as the Ramparts (sumps R-1 through R-6) sump area and the sumps located in the
southwest quadrant of the site are referred to as the Los Coyotes (sumps L-1 through L-6)
sump area.  The location of these sumps is presented in Figure 1-2.

The sumps were unlined pits extending to a depth ranging from approximately 23 to 40 feet.
In the 1950's and early 1960's, the inactive sumps were covered by one to five feet of
overburden soil.  The sumps in the Los Coyotes area are constructed on a northeast-trending
ridge with a maximum relief across the sumps of about 10 feet.  The sumps in the Ramparts
area are constructed in a two-tier configuration with an approximately 20-foot high northeast-
trending fill slope between the tiers.  Maximum relief across the Ramparts sumps is about 30
feet.

The McColl site is currently covered with sparse grasses and a few trees.  The northwestern
portion of the McColl site has been developed into flat pads for construction trailers, storage
yards, etc.  The sump areas currently occupy vacant land.

Developed, but open areas of the Los Coyotes Country Club golf course and Ralph B. Clark
Regional Park border the McColl site to the south and west, respectively.  The Los Coyotes
Country Club was constructed in 1960, with a portion of the course overlying the covered Los
Coyotes sump area.  This portion of the golf course is currently closed.  The developed
portion of the Regional Park (62 acres) features picnic areas, softball fields, tennis/volleyball
courts, and a lake.

By 1968, residential development to the east and southeast of the McColl site boundaries had
occurred.  The closest residence is approximately 60 feet from the McColl site boundary.  A
portion of Chevron's currently active West Coyotes Hills oil field occupies an open area north
of the McColl site, and across Rosecrans Avenue.

## 1.4    Report Organization

This RI Report is organized to present an integrated understanding of conditions at the McColl site. The RI report begins with a historical perspective on hydrogeologic studies completed at the McColl site, and details the scope of Tasks 10.0 and 11.0 of the SOW (Section 2.0). The site setting is described next in Section 3.0. A discussion of regional and site hydrogeologic conditions is presented in Section 4.0. The spatial distribution of constituents in soil (Chapter 5.0) and groundwater (Section 6.0) is then presented. Chemical fate and transport processes are described in Section 7.0. Section 8.0 presents a summary of the baseline risk assessment. The final portion of the RI report presents a summary of conclusions (Section 9.0). References are presented in Section 10.0. RI report appendices present details of completed field investigations, chemical testing results, technical memoranda, and the quarterly monitoring program.

<div align="center">

**SECTION 2.0**

**SCOPE OF GROUNDWATER
REMEDIAL INVESTIGATION**

</div>

This section of the report presents a general description of the scope of work for both the
historical and Task 10 groundwater RI investigations. Only the scope of the investigation is
discussed, as the resulting field data and interpretations are presented in later sections of this
report. Section 2.1 begins with an historical perspective of the groundwater investigations and
groundwater sampling/testing programs conducted at the McColl site by various contractors to
the EPA and the State of California prior to Tasks 10 and 11. The scope of Tasks 10
(groundwater RI) and 11 (quarterly groundwater monitoring program) are then presented in
Sections 2.2 and 2.3, respectively. Section 2.4 presents a description of investigations of the
sump areas which are relevant to this groundwater RI.

## 2.1    Previous Groundwater Investigations

Table 2-1 presents a history of the well installation/abandonment program which was
completed at the McColl site prior to the beginning of the Task 10 groundwater RI.   Table
2-2 summarizes the sampling history of  monitoring wells constructed prior to the Task 10
groundwater RI.   A summary of this historical well program, its associated sampling
program, and analysis of the utility of the available information is presented below.

### Historic Well Installations/Abandonments

In 1981, during a soil boring drilling program at the McColl site, the California
Department of Health Services (now the Cal-EPA Department of Toxic Substances
Control (DTSC)), encountered a zone of perched water in its deepest boring
(approximately 45 feet below ground surface (BGS)) adjacent to the R3 sump at the
Ramparts area. Subsequently,  the first monitoring well (well A-13  shown on Figure
1-2) was completed at the McColl site and a groundwater sample was collected.
Sulfate, arsenic, and t-butanol  were detected in this groundwater sample which
exhibited a pH of 2.8 (CH2M Hill 1987). The limited chemical test data for well A-
13 is useful in describing the chemical quality of groundwater which was potentially in
direct contact with McColl waste at that time. No detailed construction logs or

geologic data were available for well A-13 to identify the hydrostratigraphy at this location. Well A-13 has since been abandoned.

In 1982, Radian Corporation installed three deep wells (W-1, W-2, W-3) to depths ranging from 232 to 273 feet BGS in order to investigate the deeper hydrologic aspects of the McColl site. Well W-2 was located north of the Ramparts area, and wells W-1 and W-3 were located south and southeast of the Los Coyotes areas. Based on this investigation, Radian concluded that the hydrostratigraphic system underlying the McColl site was heterogeneous and fairly complicated (Radian 1983). No significant concentrations of chemicals were reported. Well W-2 was abandoned in 1991 due to poor quality groundwater samples which were caused by surfactant contamination added during the original well installation. Well W-1 was also subsequently abandoned in 1991 (Baguerizo 1992) due to sampling difficulties. Although the location of off-site well W-3 is approximately known, the street in which it is located has been repaved and the well head is now covered. ICF (1993) has recommended that well W-3 be abandoned.

Although none of the three wells constructed by Radian Corporation are currently available for sampling, limited historic data from prior chemical tests of groundwater are available. Detailed construction logs and geologic information are also available in Radian's report (1983) on this investigative program. These data have been combined with data collected during this RI program to refine the stratigraphic model of the vadose zone and underlying groundwater zones.

In late 1983 and early 1984, DTSC installed four deep monitoring wells (W-4, W-5, W-6B, and W-8B) and two shallow wells (W-6A and W-8A) at the McColl site (Figure 1-2). Water quality samples were not collected at the time of the well installations. These wells were first sampled in 1987 by CH2M Hill as part of an expanded groundwater assessment. Wells W-5 and W-6B have since been abandoned. The remaining four wells are still available for monitoring at the McColl site, although several were in need of repair and maintenance. Wells W-4, W-6A, and W-8B were repaired by ICF in 1994 due to poor condition or bent and cracked casings. Although boring logs documenting the drilling of these wells are available, the logs were based on very limited soil sampling and therefore provide insufficient stratigraphic information to characterize any groundwater zonation. The construction of these wells by DTSC is not documented by any well completion logs and may not have been in accordance with standard well construction practices. The chemical data from these wells, therefore, may be used only for limited purposes. A further discussion of

the condition of existing wells and recommendations for maintenance, repair, and rehabilitation are provided in Table 7-2 of the ICF report (1993).

In early 1987, CH2M Hill under contract to EPA, installed six deep wells (P-1D through P-6D) and three shallow wells (P-3S, P-5S, and P-6S) (see Figure 1-2) during an expanded groundwater assessment at the McColl site. No formal well construction logs or detailed geologic logs are available from this drilling program. Geophysical logs of selected wells from this drilling program are available.

These wells constructed by CH2M Hill and all other monitoring wells existing at that time were sampled in 1987 by CH2M Hill for organic and inorganic parameters. The purpose of this sampling program was to characterize groundwater quality and assess the potential for any impact of chemicals on the beneficial uses of potable groundwater in the deeper groundwater zones. In addition, the rates and directions of the deeper groundwater zones were evaluated. In this investigation, traces of three THT compounds were detected in one deep well, P-2D. Elevated concentrations of organic parameters (Total Organic Carbon and Chemical Oxygen Demand) were also reported in groundwater in a few wells. The report by CH2M Hill (1987) provided the first systematic evaluation of the potential impact of the McColl site on groundwater quality. However, the information available in CH2M Hill's report is based on very limited data. All the wells constructed by CH2M Hill are still present and are suitable for groundwater monitoring.

As a follow-up to the original CH2M Hill (1987) investigation, groundwater samples were again collected by CH2M Hill in January 1988 for analysis by EPA's National Enforcement Investigation Center (NEIC). NEIC was also asked to develop analytical methodologies for detecting organic compounds associated with McColl waste, in particular the THT compounds. During this sampling event, NEIC reported 19 micrograms per liter ($\mu$g/L) of tetrahydrothiophene in groundwater samples collected from the original well P-2D. Organic constituents that may be characteristic of the McColl site were not consistently detected in other wells in the deeper groundwater zones throughout the sampling history of well P-2D. The inconsistency of the detection of tetrahydrothiophene in well P-2D, but not in other deep wells on-site made the sampling results suspect, possibly due to faulty well construction. The driller's notes and the geophysical logs also indicate well P-2D may have been damaged during construction. For these reasons, in late 1994 during the Task 10 field investigation, U.S.EPA directed that well P-2D be replaced by well P-2D(R) and the

original well be abandoned.   ENVIRON performed these construction and
abandonment activities under the direction of MSG and U.S. EPA.

Sampling of groundwater from five wells at the McColl site was also conducted by
DTSC in 1988.  The analytical results confirmed the anomalous presence of THT
compounds in original well P-2D.  No other significant detection of constituents of
McColl waste was noted.  An analysis of the data produced by DTSC during this
program indicates several sampling results are inconsistent with groundwater quality
results reported both previously and then later by EPA contractors.  In addition, no
formal laboratory reports or quality control data were published by DTSC supporting
these chemical analyses.  These data, therefore, are of limited utility in describing
groundwater conditions at the McColl site.

In June 1988, Ecology and Environment (E&E) installed three  upgradient wells (W-
9B, W-9C, and W-10B).  E&E provided detailed construction logs of these wells
which assist in the correlation of stratigraphy and groundwater zonation.

**Historic Groundwater Sampling Program**
Prior to the start of the Task 10 groundwater RI program, a total of twenty-two
monitoring wells had been installed in association with McColl groundwater
investigations.  As noted in Table 2-1, seven of these wells have been subsequently
abandoned.  These monitoring wells and their historic sampling dates are listed in
Table 2-2.  Of these twenty-two wells, five  wells (W-6A, W-8A, P-3S, P-5S, and P-
6S) were screened at a depth of less than 110 feet BGS.  The remaining seventeen
wells were screened at depths ranging from 216 to 320 feet BGS.

Following the construction of the new upgradient wells by E&E, EPA began a
program of regular testing of groundwater quality at the McColl site.  The first of
these sampling programs was performed in June 1989.  Additional sampling programs
were performed thereafter on approximately a quarterly to semiannual interval.  The
last reported sampling round under this EPA program was in December 1992.

**Historic Water Quality**
The groundwater quality monitoring program initiated by EPA in 1989 provides the
first comprehensive and systematic groundwater quality data collection program for the
McColl site.  Sampling and testing of groundwater under this program has followed a
detailed sampling and analysis plan, and all reported data has undergone a detailed

data validation review. Further information on the findings of the sampling events is provided below.

EPA conducted two rounds of groundwater sampling at McColl during June 1989 and January 1990. The two sampling rounds confirmed the anomalous presence of THT compounds in original well P-2D (EPA 1990).

Bechtel Environmental, Inc. (Bechtel) conducted two rounds of quarterly monitoring under the direction of EPA during June and October 1990. Bechtel reported the detection of certain semi-volatile compounds (SVOC's) in wells W-2, W-4, and W-6B in the June sampling event. However, some of these same compounds had also been detected in prior tests of groundwater in wells upgradient of the McColl site. The analytical results of the October 1990 event indicated elevated metals concentrations in both shallow and deep monitoring wells, including levels of chromium (72.8 $\mu$g/L) and lead (398 $\mu$g/L) above the maximum contaminant level (MCL) in well W-4 (Bechtel 1991). During these sampling rounds, the sampling protocol for metals was changed to test for unfiltered (total) metals which probably led to the elevated total metal detections in some wells. Previously, all samples for metals analyses were filtered.

During 1990, a number of wells in which elevated metals concentrations were reported (e.g., wells P-5S, P-6S, and background well W-10B) also exhibited elevated turbidity. Total chromium concentrations in P-5S and P-6S ranged from 1220 to 5620 $\mu$g/L during this period. The presence of turbidity in these samples suggests a construction flaw in the wells and/or the need to better develop or purge the well prior to sampling in order to obtain a sample more representative of the groundwater system. Wells P-5S and P-6S continue to yield turbid samples in the 1994 through 1995 sampling program, and coarse sand is often noted in the bailer for well P-6S. The presence of this turbidity and possible sand pack has likely increased the metals concentrations in these wells beyond concentrations representative of the groundwater zone. THT compounds were detected in groundwater collected from original well P-2D in both the June and October 1990 sampling rounds.

EPA conducted three rounds of groundwater monitoring during January, April, and August 1991. EPA reported the anomalous presence of THT compounds in groundwater from original well P-2D at low concentrations consistent with previous results. Wells P-5S and P-6S continued to show elevated levels of total chromium, ranging from no detection to 2170 $\mu$g/L, along with elevated turbidity. Lead and

chromium were not detected in groundwater collected from well W-4, although these inorganics had been detected previously.

ICF Kaiser conducted four rounds of groundwater sampling in December 1991, and March, July, and December 1992. The results of these sampling rounds indicate the anomalous presence of THT compounds in original well P-2D. Elevated levels of total chromium ranging from 204 to 13,300 $\mu g/L$, and high turbidity were again detected in shallow well P-5S. Elevated levels of total arsenic ranging from 22.9 to 25.7 $\mu g/L$ were detected in groundwater collected from well W-4 at levels similar to past sampling events. The sampling report for the December 1992 sampling event has not been provided by EPA for review.

As discussed previously, the historical hydrogeologic and water quality data from the McColl site is of varying utility. The lack of consistent and accurate logging of the boreholes and reporting of well construction represents a data gap. The water quality data collected at the McColl site is extensive and provides information on groundwater upgradient, underlying, and downgradient of the McColl site. The water quality data collected prior to the Task 11 quarterly monitoring program represent substantial information to support the groundwater RI.

## 2.2    Task 10 Groundwater Investigation

As discussed earlier in Section 1.1, the scope of the Task 10 groundwater RI was first proposed in the *Work Plan*. Modifications from the original scope of work presented in the *Work Plan* were approved by U.S.EPA in Technical Memoranda Nos. 10-1 through 10-21 (Appendix F). The Task 10 groundwater RI included two phases of field investigation, as follows:

**Phase I**: Phase I consisted of a cone penetrometer testing (CPT) program in the shallow sediments to the south (downgradient) of the Los Coyotes and Ramparts sump areas. The purpose of the CPT program was to investigate the nature of the shallow sediments to the south of the sump areas and to identify areas of perched water (if any). This information was to support an evaluation of the sufficiency of the existing perched zone monitoring program.

**Phase II**: Phase II consisted of drilling ten continuously cored pilot holes south of the sump areas. The pilot holes were geophysically logged along with the existing monitoring wells to provide a consistent database. Eight new monitoring wells were

installed at total depths ranging from 27 to 260 feet BGS.  At EPA's request, well P-2D was abandoned and replaced by well P-2D(R).

Further information regarding these two phases of field investigation is presented below:

## 2.2.1   Phase I

The primary activity of the Phase I field investigation was performance of a cone penetrometer survey (CPT) to establish the boundary and source of water (if any) to the shallow perched zones (depth of 40 to 80 feet) as preliminarily identified by wells P-3S, P-5S, and P-6S south of the Los Coyotes and Ramparts sump areas.  Phase I also included investigation of whether waste constituents (if any) from the McColl site sump areas had impacted shallow groundwater.  The CPT survey provided a continuous log of some physical properties of the soil at each location, and an interpretive log of the soil types.

Pore pressure dissipation tests were also performed in order to search for potentially saturated intervals and evaluate their permeability.  Grab samples of groundwater were proposed to be collected by the CPT drilling technique using a BAT sampler according to protocol established in the *Work Plan*.

The scope of work and procedures applied during Phase I were initially described in the *Work Plan*.  Three Phase I scope modifications were approved by U.S.EPA through submittal of TM's during implementation of the CPT program, as follows:

- **TM10-1**: The experimental CPT pH probe was not used due to problems encountered with the prototype.

- **TM10-2**: Chemical analyses on groundwater samples were prioritized in the event groundwater recharge was slow and sample volume was limited.

- **TM 10-3**: Saturated conditions were not present at most CPT locations, resulting in the retrieval of only one groundwater grab sample despite 31 attempts.

Also, the maximum target depth could not be reached at all locations because of the unanticipated presence of cemented caliche layers which were impenetrable to the CPT

rig.  However, as described later, the Phase II pilot hole program provided the
necessary information for these locations.  Appendix F presents approved TM10-1
through 10-3.

The CPT investigation took place from March through April 1994, and was completed
by Earth Technology Corporation under the direction of an ENVIRON geologist.
Appendix E presents a tabulation of the results of the Phase I field investigation and a
compilation of the CPT data.  Twenty-six CPT tests to an average depth of 48 feet,
and a maximum depth of approximately 90 feet were performed along the periphery of
the two sump areas, as identified in Figure E-1 of Appendix E.  To supplement the
stratigraphic information obtained with the CPT data, piezometric pressure dissipation
tests were also conducted as documented in Table E-2 of Appendix E.  One
groundwater grab sample (Table E-1) was retrieved at the then future location of well
P-2S.

The *Draft Phase I Report* (May 19, 1994) presents the preliminary findings of the
Phase I investigation, along with descriptions of field procedures, laboratory analytical
reports, discussion of data quality, and recommendations for modifications to the Phase
II scope of work.  To respond to agency comments on the *Draft Phase I Report,*
errata sheets were later forwarded to the agencies (*Response to EPA's and DTSC's
Review Comments* August 5, 1995).  The results of the Phase I investigation as it
pertains to the groundwater RI are discussed in Sections 4.3.1, 4.3.2, and 5.0 of this RI
report.

## 2.2.2   Phase II

The initial scope of work as proposed in the *Work Plan*, is presented below.  However,
the initial scope of work was modified during the actual field investigation, and these
modifications are presented in the subsequent subsection entitled Modified Scope of
Work.

### Scope of Work Proposed in *Work Plan*

The original purpose of the Phase II activities, as presented in the *Work Plan*,
was to determine whether historic or current perched zones exist beneath and
south of the McColl site which could represent pathways for constituents of
McColl waste (if any) to migrate from the sump areas to the deep aquifer, as
theorized by ICF (1993).  (At the time of the *Work Plan,* the "deep aquifer"
south of the McColl site was defined as the groundwater zone screened by

existing wells P-2D, P-3D, P-4D, P-5D, and P-6D.)  The principal investigative tool proposed to complete this work involved drilling with a resonance sonic (RS) technique and continuously sampling soil from ground surface to the top of the deep aquifer, south of the McColl site.   Six RS pilot holes were originally proposed as identified in Figure 2-1. Pilot holes located adjacent to wells P-3D (identified as PH-2) and P-5D (identified as PH-4) were proposed to be deepened by hydraulic rotary drilling methods to a depth approximately 80 to 100 feet below the potentiometric surface of the deep aquifer.

At the time of the *Work Plan*, the soil between ground surface and the deep aquifer was assumed to be moist, but not fully saturated.   Therefore, installation of six neutron log access tubes was also proposed in the *Work Plan* to monitor soil moisture conditions in the deeper vadose zone south (downdip) of the McColl site.  Four rounds of quarterly neutron logging were then proposed.

The following monitoring wells were proposed in the *Work Plan*:

- Up to four monitoring wells in the shallow perched zone south of the McColl site, if CPT-based sampling indicated the presence of constituents potentially migrating from the sump areas.

- Two monitoring wells in the deep aquifer adjacent to wells P-3D and P-5D.

- Up to three deep monitoring wells to be located approximately 300 to 500 feet south of the McColl site.

- Up to three monitoring wells in the deep "regional" aquifer south of the McColl site.  (However, the understanding of the existence of a "regional" aquifer was very preliminary at the time of the *Work Plan*.)

Additionally, geophysical logging of the pilot holes, newly installed wells and existing wells where feasible, was proposed.  Aquifer pump tests were proposed in the deep regional aquifer in the P-3D/P-5D well nests.

## Modified Scope of Work

The actual Phase II scope of work represented a modification of the scope of work presented in the *Work Plan*. Modifications were necessitated by the discovery during the pilot hole program of three groundwater flow units between ground surface and the deep aquifer, instead of the moist, unsaturated sediment originally assumed in the development of the *Work Plan*. Monitoring of these three groundwater flow units with wells replaced the need for the neutron logging program (TM10-11) proposed in the *Work Plan*. The number and location of the remaining pilot holes and monitoring wells installed during the Phase II program was optimized based on the stratigraphic, chemical testing, and water level measurements obtained from the pilot hole program as documented in approved TM10-7, TM10-8 through TM10-10, TM10-14 and TM10-15.

The aquifer pump testing program for the P-3D and P-5D well nests was eliminated (TM10-16) to avoid increasing the hydraulic gradient between the groundwater flow units along the southern boundary of the site, and thereby to avoid increasing the potential for constituent migration across flow units.

Slight modifications to the drilling and sampling methodologies were proposed to better adapt to site conditions (TM10-4 through TM10-6, TM10-7, TM10-13, TM10-17, and TM10-19).

An additional program of groundwater sampling was approved by U.S. EPA in TM10-20 for wells P-2I, P-4I, P-9D, P-10D, and P-5L. In addition to the chemical analyses performed in the quarterly monitoring program, groundwater samples from these wells were analyzed for organic acids, methane, hydrogen sulfide, titratable acidity, dissolved oxygen, ferrous iron, and bromide. The purpose of these analyses was to further define the geochemical environment underlying the site in order to better understand fate and transport processes.

In order to confirm the representativeness of groundwater samples obtained from newly constructed well P-10L and to evaluate hydraulic properties of the "C" flow unit, a step drawdown test and an aquifer test was proposed in TM10-21 and approved by U.S. EPA. These tests are scheduled to be

performed in January 1996, and the results will be presented in
an addendum to the RI report.

More detailed explanations for the modifications to the original scope of work
are presented in approved TM10-4 through 10-21 (Appendix F).  The following
Phase II field activities, as modified by the Technical Memoranda, have been
completed:

- Drilling and continuously coring ten pilot holes (PH-1 through
  PH-10) as presented in Figure 2-1 and summarized in Table 2-3.

- Installation of monitoring wells P-2S, P-2I, and P-4I in shallow
  perched groundwater flow units underlying the McColl site to
  depths ranging from approximately 27 to 139 feet bgs.

- Installation of monitoring wells P-5I (97 feet bgs) and P-5L (210
  feet bgs) in a cluster with existing monitoring wells P-5S and P-
  5D, southeast of the McColl site on Fairgreen Drive.

- Installation of well P-9D approximately 450 feet south of the
  McColl site at a total well depth of approximately 239 feet bgs.

- Installation of wells P-10D and P-10L in a cluster 450 feet
  southwest of the McColl site to a total well depth of 200 and
  260 feet bgs, respectively.

- Replacement of well P-2D with well P-2D(R).  Well P-2D was
  subsequently abandoned after chemical testing of both wells
  indicated well P-2D(R) was a suitable replacement well.

Table 2-4 presents a well construction summary.  Section 4.3 of this report will
discuss the specific groundwater zonation of these wells.

Appendix A provides the details of the pilot hole and well installation program.
During the pilot hole program, continuous core was obtained and logged by
ENVIRON geologists.  Selected soil samples were retained for physical testing,
pH, sulfate, TOC and VOC's (including THT compounds) analyses.  Soil
samples were selected for testing if there was field evidence of discoloration, an

odor, or if the organic vapor analyzer (OVA) detected measurements above background. Appendices C and D present the results of the pilot hole physical testing program.

Geophysical logging was performed on pilot holes PH-1 through PH-10 in order to supplement direct soil observations and to assist in correlation of stratigraphy. Where possible, geophysical logging was also performed on existing monitoring wells (Table B-1). Appendix B summarizes the geophysical logging program and presents the geophysical logs obtained during the Phase II program. Cased pilot holes and wells which did not contain drilling fluid were logged with natural gamma tools. Pilot holes drilled by mud rotary techniques were logged by natural gamma and a suite of electric logs. Existing monitoring wells were logged with natural gamma.

Groundwater grab samples were collected at pilot holes PH-4, PH-8, and PH-10 using methods described in the *Work Plan*. The grab samples were analyzed for pH, conductivity, temperature, sulphate, TOC, and VOC's (including THT compounds). Table 2-6 summarizes the groundwater grab sample program and Appendix B presents the groundwater grab sampling results.

As presented in U.S.EPA-approved TM10-18, a preliminary study of the Task 10 field investigation results was proposed to evaluate the completeness of the field program. This study was described as a "data integration" study, and resulted in the finalized report *Supplemental Work Plan (Revised), Groundwater Remedial Investigation/Feasibility Study* (ENVIRON June 22, 1995). This report identified only one data gap significant to the objectives of the Task 10 RI. Evaluation of the groundwater level and concentration of constituents (if any) in the groundwater zone immediately below well P-10D was recommended. Construction and sampling of monitoring well P-10L (as described previously) was proposed and completed to eliminate that data gap.

An interpretation of the results of the Phase II field investigation, including the construction and sampling of well P-10L, is presented in RI report sections 4.0 through 9.0.

## 2.3    Task 11 Quarterly Groundwater Program

As required by Task 11 of the Order, a four quarter program of groundwater monitoring was coordinated with the Task 10 groundwater RI. The sampling dates and resulting reports for the four quarters of groundwater monitoring are as follows;

**First Quarter Sampling Period**: Previously existing monitoring wells were sampled in September 1994. Newly installed monitoring wells were sampled in November and December 1994. The First Quarter monitoring report was released on March 2, 1995 (ENVIRON).

**Second Quarter Sampling Period**: All monitoring wells (with the exception of well P-10L which had not yet been constructed) were sampled in January 1995. The Second Quarter monitoring report was released on April 20, 1995 (ENVIRON).

**Third Quarter Sampling Period**: All monitoring wells (again with the exception of well P-10L) were sampled in April 1995. The Third Quarter monitoring report was released on July 27, 1995 (ENVIRON).

**Fourth Quarter Sampling Period**: All monitoring wells, including well P-10L, were sampled in July 1995. Well P-10L was sampled a second time in August 1995 in order to validate its initial sampling results. The Fourth Quarter monitoring report was submitted to U.S. EPA on November 30, 1995. This monitoring report also presented a summary of the four quarter sampling program. Appendix H presents a summary table (Table H-1) of the chemical results of the Task 11 sampling program.

All groundwater monitoring activities were conducted in accordance with the Groundwater Monitoring and Analysis Plan presented in Appendix A of the *Routine Groundwater Monitoring Analysis/Recommendations Report and Work Plan* (herein referred to as the *SAP*). The *SAP* was not altered during the monitoring program, with the exception of a retroactive modification of the quantitation limits for benzene and 1,2-dichloroethane from 2 $\mu$g/L to their respective state Maximum Concentration Limits of 1 $\mu$g/L and 0.5 $\mu$g/L. Data validation was performed in accordance with procedures outlined in the Quality Assurance Project Plan presented in Appendix B of the *Routine Groundwater Monitoring Analysis/Recommendations Report and Work Plan* (herein referred to as the *QAPP*).

Prior to the First Quarter (1994) sampling period, a total of seven monitoring wells (wells P-2S, P-2I, P-4I, P-5I, P-10D, P-5L, and P-9D) were installed during the RI program at the McColl site. Well P-10L, which was first proposed in the *Supplemental Work Plan* (June 22, 1995), was not installed until the Fourth Quarter sampling period. As requested by U.S.EPA, existing monitoring well P-2D was abandoned and replaced by well P-2D(R). However, during the First Quarter sampling program, wells P-2D(R) and P-2D were both sampled to ensure that well P-2D(R) was a suitable replacement well.

The new wells were incorporated with the fifteen pre-existing wells (Table 2-4 and Figure 2-1) to form a groundwater monitoring network of 24 monitoring wells. The "A", "B", "C", and "D" flow unit designations in Table 2-4 refer to the four groundwater flow units identified by ENVIRON during the groundwater RI investigation. The "A" flow unit refers to the shallowest groundwater zone and the "D" flow unit refers to the deepest groundwater zone monitored at the McColl site. The monitoring program of the "D" flow unit includes three background wells (wells W-9B, W-9C, and W-10B). A detailed explanation of these flow units will be presented in Section 4.0 of this report.

During the first day of each quarterly sampling period, water levels were measured in each well of the monitoring program. Groundwater samples were then collected and analyzed for the following constituents: volatile organic compound (VOC'S), THT compounds, semivolatile organic compounds (SVOC's), metals (total and dissolved), and a number of general chemistry and water quality parameters in accordance with requirements of the *SAP* and *QAPP*. The analytical parameters and test methods are presented in Table 2-5. All chemical analyses were performed in accordance with procedures set forth in EPA's Contract Laboratory Program (CLP). Parameters not routinely tested under CLP were analyzed using procedures set forth in *Test Methods for Evaluating Solid Waste* (EPA SW-846, Final Update 1992), *Methods for the Chemical Analysis of Waters and Waste: EPA-600/4-79-020* (EPA March 1983), and *Methods for the Determination of Inorganic Substances in Environmental Samples: EPA-600/R-93/100* (EPA August 1993).

The results of this monitoring program are discussed in Sections 4.4 and 6.0 of this RI report.

## 2.4 Investigations of Sump Areas

The five major material types present in sumps at the McColl site are as follows:

- Soil.
- Tarry materials.

- Char lenses.
- Drilling mud.
- Mixtures of soils with tars, chars, and drilling muds.

The predominant type of waste is a hard, black char waste which may be characterized by low pH, an elevated sulfur content, elevated metal concentrations, and the presence of THT compounds and a few organic chemicals. Two investigations of the sump areas have been performed, including collection and analysis of soil and waste samples by EPA in 1987; and performance of the Task 2.0 sump investigation by MSG as described in the SOW of Administrative Order Number 93-21. The results of these two sump investigations are briefly summarized below.

### 1987 Sump Investigation by EPA

In 1987, EPA collected and analyzed soil and waste samples from within and around the twelve sumps at the McColl site. The data were presented in the 1987 Field Report for the McColl site (CH2M Hill 1987), and constitutes the principal data used in the report *Baseline Risk Assessment for the McColl Superfund Site, Groundwater Operable Unit* (ICF Technology November 1995)

A total of ninety-one samples of soil and sump materials were collected from ten borings advanced within six Los Coyotes area sumps, and nine soil borings advanced within the six Ramparts area sumps. An additional seventeen soil borings were located short distances (less than fifty feet) outside the sump margins. Two background soil borings were placed northwest of the parking lot.

A subset of soil and sump samples collected were submitted for laboratory analysis to characterize constituents within the sumps and surrounding soils. The samples were segregated in the field into four types: soil, waste, mixed soil and waste, and drilling mud. The samples were analyzed for VOCs, SVOC's, and priority pollutant metals. A total of twelve VOC compounds (Table 2-7) , the THT compounds, and sixteen inorganic constituents (Table 2-8) were detected in at least five percent of the soil and sump sample set submitted for laboratory analysis. These detections represent an overly conservative estimation of the suite of constituents potentially existing within the sump areas because the list includes J- and B- qualified data, and no determination of background values for natural soils is included.

### Task 2.0 Definition of Sumps Investigation

As required in Task 2.0 of the Order, MSG performed a Definition of Sumps Investigation which included the following objectives:

- Definition of sump boundaries.
- Definition of char/soft material interface.
- Definition of sump (char) depth.

These project objectives were obtained with the following field testing methods within the sump areas:

- Hollow-stem auger boring.
- Hydraulically-pushed boring.
- Cone penetrometer when the sounding log differentiated material types.

The results of this investigation are presented in the Task 2.3 Sump Definition Report. The investigation indicates an uppermost char material lense exists at a depth of approximately three to seventeen feet below ground surface within the Los Coyotes and Ramparts sump areas. The bottom of the char lense varies from a depth of thirteen to thirty-five feet below ground surface.

Evaluation of sump material indicate that most of the Los Coyotes sump areas contain lenses which consist of less than fifteen percent char and tar. Sump L1 (Figure 1-2) contains a lense with greater than sixty percent char and tar, while sumps L-3 through L-6 contain lenses consisting of fifteen to thirty percent char and tar, and thirty to sixty percent char and tar. The Rampart sumps include lenses of char and tar which range from less than fifteen percent to greater than sixty percent. Drilling muds appear in sumps R-1, R-2, R-3, and R-4.

## SECTION 3.0

## SITE SETTING

This section of the report provides a general description of the site setting, as it is relevant to the groundwater RI.  Section 3.1 presents a discussion of the topography and surface drainage of the region surrounding the site.  The climate of Orange County is discussed in Section 3.2. Demographics and land use of the area surrounding the site is presented in Section 3.3.

### 3.1    Topography and Surface Water

The McColl site is situated on the lower portion of the south side of the east-west trending West Coyote Hills at a median elevation of approximately 300 feet above mean sea level (MSL).  The overall slope across the McColl site is generally from the northeast to the southwest, with a maximum relief across the site of approximately seventy feet.  Figure 3-1 presents the site topography and surface drainage.

The slope of the Ramparts sump area is generally to the southeast and in the Los Coyotes area slope is to the southwest.  The sumps in the Los Coyotes area are constructed on a northeast-trending ridge with a maximum relief across the sumps of about ten feet. The slopes along the east side of the Los Coyotes area decline to a drainage swale along the property line.

The sumps in the Ramparts area are constructed in a two-tier configuration with an approximately twenty-foot high northeast trending fill slope between the tiers.  Maximum relief across the Ramparts sump area is approximately thirty feet.  However, there is a five to fifteen foot high fill slope along the southeastern boundary declining to the residential tract, and a ten to fifteen foot high fill slope along the northeastern boundary rising to Sunny Ridge Drive.  A fifteen to twenty foot high cut slope declines to Rosecrans Avenue along the northern boundary of the Ramparts area.

Two drainage swales along the eastern and western perimeter of the McColl site drain surface waters generally to the south.  Figure 3-1 presents these swales.  At the southeastern edge of the lower Ramparts sump area, located ten feet below a steeply sloped berm, lies a man-made drainage swale that diverts site runoff to the southwest and south.  The second drainage swale, located to the west of the Los Coyotes and Ramparts sump areas, drains surface waters to the southwest and south.  Review of aerial photos taken in 1940 indicate drainage features existed

in these general areas prior to development of the sump areas.  The drainage patterns of these paleochannels are slightly different from current conditions due to subsequent filling and site grading, as indicated in Figure 3-1.  These drainage swales are dry most of the year, flowing for only a few hours to days following a heavy rainfall period in the winter months.

## 3.2   Meteorology

The climate of the McColl site and surrounding Orange County is classified as dry-summer subtropical, also known as a Mediterranean climate (Lutgens and Tarbuck, 1979).  The typical climate in Southern California is semi-arid with sparse rainfall, most occurring in the winter months.  Summers are hot, tempered by cool sea breezes.  The annual average temperature in this region is 65 degrees Fahrenheit, based on the annual average temperature at Los Angeles, California.

The predominant wind pattern in Southern California consists of onshore breezes during the day and offshore land breezes at might.  The daily reversing flow occurs throughout the year, but is most persistent in the summer (Keith 1980).  The diurnal wind pattern occurs mostly along a southwest-northeast axis with prevailing southwesterly winds during the day and northeasterly winds during the night.

## 3.3   Demographics and Land Use

The McColl site is presently zoned for one-family residential restricted.  The areas surrounding the site are zoned as follows (City of Fullerton, 1990):

- North of Rosecrans Avenue: Planned Residential Development.

- East of Gilbert Street:   Office-Professional.

- East of Gilbert Street (southeast of site): One-family residential restricted.

- West of site: One-family residential.

- South of site: One-family restricted.

All available land surrounding the McColl site has been developed, and the City of Fullerton provides municipal water to all residences.  Residential homes are located adjacent to the Site on the east and south with the nearest home located approximately 60 feet from the McColl

site boundary.  A reported population of 99,714 resides within a 2.5 mile radius of the McColl site (USCB 1990).  This census tract covers Los Angeles and Orange Counties.

Two large tracts of land near the McColl site are used for recreation, including the Los Coyotes Country Club golf course immediately south of the site and the Ralph B. Clark Regional Park to the west.  A portion of the golf course, which historically included the sump areas, is currently closed.

# SECTION 4.0

# HYDROGEOLOGY

This Section begins with a description of the regional system, including the geology, hydrology, and water use of the region surrounding the McColl site. Section 4.2 then provides an overview of the relationship of the sediments underlying the McColl site to the regional hydrogeology. *The information presented in Section 4.2 is graphically portrayed by the cross-sections accompanying this report (Figures 4-1 through 4-6). Figures 4-7 through 4-9 present structure maps of the various clay aquitards. Section 4.3 presents a detailed description of the groundwater flow units underlying the McColl site and Section 4.4 describes the water levels and resulting flow patterns within these flow units. The information presented in Sections 4.3 and 4.4 is graphically portrayed in a groundwater recharge location map (Figure 4-10) and water level maps of the "B", "C", and "D" flow units (Figures 4-11 through 4-13).*

## 4.1    Regional System

### 4.1.1   Regional Geology

**Orange County**

The Coastal Plain region of Orange County is underlain by a deep structural depression containing primarily sedimentary rocks, which reach a total thickness in excess of 20,000 feet. In a practical sense, only about the upper 4,000 feet of sediments are of importance as a fresh-water-bearing reservoir. These basin deposits are generally hybrid marine and continental deposits. The rapid rate of deposition of the basin sediments, accompanied by folding and faulting, has resulted in marked variations in the lithology, continuity, and thickness of sedimentary units within the basin. A considerable part of the sedimentary section that was deposited has been removed by erosion, resulting in numerous unconformities and stratigraphic discontinuities. Considering the complex depositional environment, regionally correlating individual stratigraphic units can be difficult (DWR July 1967).

The water-bearing deposits underlying Orange County, California are unconsolidated or semiconsolidated alluvial sediments that are Quaternary in age. The deeper and older Tertiary and basement rocks are essentially non-waterbearing. Table 4-1 presents a generalized stratigraphic column of the Quaternary water-bearing sequences of Orange County based on *Progress Report on Ground Water Geology of the Coastal Plain of Orange County* (DWR July 1967) and slightly updated based on USGS Professional Paper 420-C (Yerkes 1972).

**La Habra and Coyote Hills Formations**

As depicted in Table 4-1, the shallowest sediment in the region surrounding the McColl site belongs to the La Habra Formation which is an Upper Pleistocene deposit. The sediments in this Formation were deposited in a non-marine floodplain and fluvial environment. This depositional environment indicates sedimentary units within the La Habra Formation are likely thin, regionally non-continuous, fine-grained with many clay and silt units interbedded with the coarser grained units.

The next deepest geologic unit is the Lower Pleistocene Coyote Hills Formation. The sediments in this Formation were deposited in a non-marine fluvial environment. This depositional environment indicates sedimentary units will generally be coarse-grained, well-sorted, and thick.

**San Pedro Formation**

The San Pedro Formation is also a Lower Pleistocene deposit, which is deeper and slightly older than the Coyote Hills Formation. The sediments in this Formation were deposited as shallow to deep marine sands. This depositional environment indicates sedimentary units that will generally be coarse-grained, massive, and regionally continuous.

### 4.1.2 Regional Hydrogeology

The shallower water-bearing deposits of the La Habra and Coyote Hills Formations consist of "numerous semiperched aquifers of limited extent" (DWR July 1967). The limited extent of these aquifers is probably due to a limited recharge area and the lack of continuity in the coarser-grained deposits of these Formations.

The Department of Water Resources (DWR) identified a high yield aquifer (DWR July 1967) at the base of the San Pedro Formation. This high yield aquifer was designated the "main" aquifer as indicated in Table 4-1. This "main" aquifer consists of massive

sequences of coarse sand and gravel, interbedded with lenses of silt and clay. Contours of the top elevation of this "main" aquifer in the San Pedro Formation are provided in Figure 4-14, and are based on Plate 5 of *Progress Report on Ground Water Geology of the Coastal Plain of Orange County* ( DWR July 1967). This "main" aquifer is more continuous and much thicker across Orange County than the shallower water-bearing strata of the La Habra and Coyote Hills Formations. A substantial and primary area of recharge to the "main" aquifer is in the vicinity of the Santa Ana River channel at the base of the Santa Ana Mountains. Groundwater within this "main" aquifer regionally flows from the Santa Ana Mountains to the Pacific Ocean. Groundwater levels generally vary between 40 and 60 feet MSL within the "main" aquifer of the San Pedro Formation in the general region of the McColl site. These groundwater levels are based on an extrapolation by ENVIRON of water levels presented in OCWD's 1992-93 Engineers Report. The extrapolation was judged reasonable based on the common recharge area of the Santa Ana Mountains for groundwater within the San Pedro Formation and the massive nature of San Pedro sediments.

### 4.1.3  Water Use

The water rights in the Orange County groundwater basin are non-adjudicated; however, no domestic or irrigation supply wells were identified by ENVIRON or the Orange County Water District in the immediate vicinity of the McColl site. Information received from the City of Buena Park, the City of Fullerton, and the Orange County Water District (OCWD) regarding municipal water supply wells nearest the McColl site indicate only two wells are within seven thousand feet of the site. City of Fullerton's new well Coyote 12a was identified as the closest potential production well to the McColl site at a distance cross-gradient from the McColl site of approximately three thousand feet to the southeast. (However, according to recent conversations with OCWD, well Coyote 12a may not be put into production. ) The next closest production well is the City of Buena Park's Smith-Murphy well which is located approximately seven thousand feet to the southwest. Figure 4-15 presents a schematic of the relative construction of these two municipal supply wells. The relationship between these wells and the McColl site monitoring well system will be discussed later in Section 4.4.5.

The Smith-Murphy production well is geothermal with an approximate groundwater temperature of 87 degrees Farenheit. Temperatures in shallow groundwater systems in this area are typically around 15 to 25 degrees Centigrade. Groundwater can be

expected to increase approximately 3 degrees Centigrade for every 325 feet of depth below ground surface due to the geothermal gradient of the earth's crust. Considering the Smith-Murphy production well is approximately one thousand feet deep, only an eight degree Centigrade increase in temperature would be expected due to this natural temperature gradient. The geothermal conditions at the Smith-Murphy well indicate groundwater upwelling from the nearby Norwalk Fault zone to the north or a system of short faults to the southwest may provide the geothermal waters to this production well (Geothermal Surveys March 13, 1981). The production rate of this well is approximately 2100 gallons per minute (gpm) (Conversation with OCWD May 1995).

Groundwater pumped from well Coyote 12a has a field temperature of approximately 26 degrees Centigrade. This well has four separate screened intervals (Figure 4-15). Comparison of these screen intervals to regional hydrogeology indicate the upper three screened intervals are likely in the Coyote Hills Formation. The lowest screened interval appears to be screened across the "main" aquifer of the San Pedro Formation, as identified in Figure 4-14. OCWD tested with a flowmeter the percent of groundwater flow being pumped from each of the four screened intervals of this well. Approximately 69 percent of the total flow of the Coyote 12a well (approximately 1500 gpm) was pumped from the deepest interval of this well, which is screened across the "main" aquifer in the San Pedro Formation. The remaining flow is pumped from the upper part of the San Pedro Formation (approximately 30 percent) and the Coyote Hills Formation (approximately 1 percent).

## 4.2     Site Geology

The McColl site is located on the south flank of the west trending Western Coyote Hills anticline, which is coincident with the West Coyote Hills. The Western Coyote Hills anticline is an uplift of basin sediments within the Central Block of the Los Angeles Basin (*Geology of the Los Angeles Basin, California - an Introduction*, U.S. Geological Survey Professional Paper 420-A, 1965).

As presented in Table 4-2, the near-surface sediments immediately beneath the McColl site are interbedded clays, silts and silty sands of the Pleistocene La Habra Formation (*Geology and Oil Resources of the Western Puente Hills Area, Southern California*, U.S. Geological Survey Professional Paper 420-C, 1972). Beneath the relatively fine-grained La Habra Formation sediments are coarser sandy gravels and gravelly sands of the Coyote Hills Formation. Correlation of site sediments to these stratigraphic units was based on the following:

- Stratigraphic and depositional descriptions in DWR (July 1967) and USGS (Yerkes 1972) reports.

- Field units with local geologic and paleontology experts on structural geology and stratigraphy of the La Habra and Coyote Hill Formations near the McColl site, including measurement of strikes and dips at outcrop locations.

- Field visits to La Habra and Coyote Hill Formations outcrop locations.

- Stratigraphic correlations based on archived core.

Mapping by the U.S. Geological Survey (1972) indicates that the La Habra Formation is exposed at the surface in the area south of Rosecrans Avenue (approximately), and the Coyote Hills Formation is exposed at the surface in the hills north of Rosecrans Avenue. Surficial exposures and subsurface correlations of the La Habra and Coyote Hills Formations at or near the site indicate that the beds dip southwesterly at approximately 10 degrees, though dips may vary locally. The position of the site on the distal flank of the anticline likely produces the gently dipping structure of the beds underlying the site.

Therefore, the Task 10 drilling program has penetrated both the La Habra Formation and the upper portion of the Coyote Hills Formation (Table 4-2). An initial description of the groundwater flow units "A" through "D" categorized by Formation is discussed below.

### La Habra Formation

The La Habra Formation beneath the McColl site is composed of dipping interbedded clays, silts and silty sands. Within the La Habra Formation, three prominent southwest-dipping clay packets ("A","B","C") have been identified which support intermittent semi-perched groundwater flow units. The clay packets and overlying groundwater flow units in the La Habra Formation have been designated by ENVIRON, from shallowest to deepest as the "A","B", and "C" clay packets and corresponding groundwater flow units.

The direction of groundwater flow within these flow units is largely controlled by the southwesterly dip of the underlying clay packets. The "A", "B", and "C" flow units are described as perched beneath most of the site because the flow units are separated by unsaturated sediment. However, on the southern boundary of the McColl site, the clay aquitards of the "B" and "C" flow units drop to the continuously saturated interval of the underlying flow unit, and therefore are no longer perched. For discussion

McColl Site Group

Exhibit 38
4891

purposes, in this report, the "A", "B", and "C" clay packets and flow units are grouped as "semi-perched" systems because of these common characteristics (La Habra Formation, on-site perched conditions, outcropping with surficial recharge).

## Coyote Hills Formation

Based on correlation of subsurface drilling at the McColl site with surficial geologic mapping by the U.S. Geological Survey (1972), the "C" clay packet represents the bottom of the La Habra Formation. The thicker underlying sands and gravel deposits of the Coyote Hills Formation comprise the "D" flow unit.

## 4.3    Description of Groundwater Flow Units Underlying Site

Delineation of the shallow groundwater flow units (identified as "A" through "D") underlying the McColl site involved detailed compilation, review and interpretation of the following data:

- Literature review of regional hydrostratigraphy (Section 4.1.2).

- Hydrologic data regarding the nearest water supply wells (Orange County Water District's Coyote well 12a and the City of Buena Park's Smith-Murphy well)(Section 4.1.3).

- Orange County Water District's *Engineer's Reports* and other relevant public documents containing water level, water use, and hydrogeologic information regarding regional aquifers (Section 4.1.3).

- CPT, boring and geophysical (neutron, gamma, electric) logs from Task 10 and historical drilling programs (Appendices A, B, C, D, and E).

- Slug testing results of new wells and lab permeability tests on core (Appendix C and G).

- Stratigraphic correlations based on archived core (Appendix A).

- Field visits with local geologic and paleontology experts to better understand the structural geology and stratigraphy of the La Habra and Coyote Hill Formations near the McColl site, including measurement of strikes and dips at outcrop locations.

- Groundwater grab and soil sampling results of the Task 10 drilling program (Appendix D).

- Historic groundwater sampling results, prior to Task 10 program (ICF July 1992).

- Current groundwater sampling results through third quarter, including BAT sampling program (Appendix E and H).

- Trilinear diagrams of first quarter inorganic data in order to study hydrogeochemical facies.

- Structure of Ramparts and Los Coyotes sumps, including related boring program (Environmental Solutions January 1994).

- Surface water and overland flow patterns across the site (Figure 3-1).

- Historic and current water level measurements of McColl groundwater monitoring wells (Appendix H).

Figures 4-1 through 4-6 present hydrostratigraphic cross-sections which depict groundwater flow units "A" through "D", and are based on the integration of all the data listed above. The cross-sections present boring logs of pilot holes and well construction details. The cross-sections also identify where wet or saturated sediment and/or odors have been noted during drilling, and detail fourth quarter 1995 groundwater level measurements, where available. CPT logs and geophysical logs from various investigations were also included, and the best gamma and resistivity logs from each location were digitized and placed on a common scale.

Clay packets "A", "B", and "C" (not individual clay units) which are relevant to potential groundwater pathways, are also identified in these cross-sections. These clay packets were identified based not only on correlation of geologic core and geophysical logs, but also on the basis of the following:

- Continuity of dry or moist/saturated sequences of sand and silt.

- Continuity of detected constituents or odors in soil or groundwater.

- Connection of detected constituents or odors in soil/groundwater to potential surficial sources, such as sumps.

- Continuity of water levels or piezometric pressures.

- Continuity of hydrogeochemical facies.

The cross sections (Figures 4-1 through 4-6) are schematics which depict these connections and continuities through delineation of the "A", "B", and "C" clay packets. These clay packets may not represent a specific depositional unit, but do seem to represent the base of a single groundwater flow unit or potential migration pathway.

By a solid blue versus hatched blue coloration, the schematic cross-sections (Figures 4-1 through 4-6) indicate continuously saturated versus intermittently saturated conditions. As discussed later in Section 7, short-lived pathways created by intermittently saturated (e.g., blue-hatched) perched flow units may be significant to understanding constituent migration. For this reason, these differences were identified on the schematic cross-sections. The unusually wet winter in 1994-94 likely created high water levels in 1995 not indicative of long-term conditions in the flow units. For this reason, in some cases the solid blue coloration is below the measured water level for that flow unit. There is some correlation possible between the continuously saturated areas of the "C" and "D" flow units, as indicated by the very schematic dotted blue line. The saturated areas of the "C" and "D" flow units may correlate because of upward leakage from the "D" to the "C" flow unit. Correlation between saturated areas is also possible due to common recharge areas. Some license has been taken with the dotted blue line in order to correlate cross-sections, and this line does not indicate piezometric pressures.

A detailed hydrostratigraphic description of the surficial sediment underlying the McColl site, and the four individual groundwater flow units and underlying aquitards is presented below. Section 4.4 then details the flow system within each flow unit.

### 4.3.1  Surficial Sediment

As described in Section 2.2.1, a total of twenty-six CPT's were completed south of the McColl sump areas in surficial sediment to depths ranging from approximately twenty to ninety feet during the period March through April 1994 (Figure E-1). These CPT results are presented in cross-sections A-A' through E-E', and indicate surficial sediment varies from clay to sand south of the sump areas. Evaluation of CPT data

and pore dissipation tests identified only one isolated pocket of groundwater (identified at CPT-V11) at these CPT locations in a surficial coarse-grained sand unit. Well P-2S was later installed at this shallow groundwater location. This CPT survey indicated continuously saturated conditions in surficial sediment south of the sump areas are rare, and the current groundwater monitoring system of wells P-2S and P-3S is adequate to monitor conditions in surficial sediment south of the McColl sump areas.

### 4.3.2   "A" Groundwater Flow Unit

The shallowest and least extensive flow unit ("A") within the La Habra Formation is perched upon the "A" clay packet. The structure and observed extent of the "A" clay is illustrated on Figure 4-7. As listed in Table 2-4, wells P-2S and P-3S are screened within the "A" flow unit. The "A" flow unit was distinguished based on the following characteristics:

- Water level elevations and resulting flow directions relative to the elevation of "A" clay packet.

- Potential limited sources of recharge to the sediments above the "A" clay packet and resulting seasonal nature of saturation (well P-2S), except in isolated "pockets" of lower elevation "A" clays (well P-3S).

- Limited groundwater productivity and continuity of "A" flow unit.

- General chemistry and organics/inorganics suite detected within "A" flow unit, including hydrogeochemical facies (Table H-1 and Figures 6-1 through 6-5).

The only perched water consistently observed in the "A" flow unit is in the limited area of well P-3S and perched water was also observed during drilling at pilot hole PH-10. Figures 4-3 (Section B-B') and 4-10 (recharge boundaries) illustrate that the "A" flow unit may be intermittently recharged by the drainage swale along the western boundary of the McColl site. The groundwater detected in well P-2S, appears to be very seasonal in nature. Well P-2S was dry during the period spanning from the first through fourth quarterly sampling events, with the exception of a few days immediately following a major rainfall event during the second quarterly sampling event.

---

### 4.3.3   "A" Aquitard

As illustrated in cross-sections A-A' through E-E', the bottom of the "A" clay packet or aquitard remains perched above the saturated interval of the underlying "B" flow unit on-site and to the south of the site, with the exception of conditions observed at pilot hole PH-10.  During drilling of PH-10, moist to saturated conditions were observed immediately underlying the "A" clay.  The general lack of saturated conditions beneath the "A" clay indicates the low hydraulic conductivity of the clays and silts comprising this aquitard.  The "A" clay generally varies from twenty to thirty feet thick, and was identified in all pilot holes drilled during the Task 10 program.  Figure 4-7 illustrates the continuity of this clay as it dips southwest across the site area.

### 4.3.4   "B" Flow Unit

The "B" flow unit is semi-perched on top of the "B" clay packet.  The structure of the southwest-dipping "B" clay is shown on Figure 4-8, as is the area where the "B" clay outcrops within the McColl site.  As listed in Table 2-4, six wells (P-2I, P-4I, P-5I, P-5S, P-6S, and P-10D) are screened across the "B" flow unit.  The "B" flow unit was distinguished based on the following characteristics:

- The thin interbedded and discontinuous deposits of the La Habra Formation.

- Continuity of moist sediment noted during drilling, water level elevations and resulting flow directions relative to the elevation of "B" clay packet.

- The dip measured at outcrops within the La Habra Formation.

- Potential sources of recharge to the sediments above the "B" clay packet.

- Limited groundwater productivity and continuity of "B" flow unit relative to "B" clay packet elevation.

- General chemistry of "B" flow unit, including hydrogeochemical facies (Table H-1 and Figures 6-1 through 6-5).

- Continuity of constituents detected and continuity of low pH measured at various locations within "B" flow unit.

- Potential connection with sump locations to provide historic source area for THT compounds detected within this flow unit.

Groundwater has been consistently detected in all "B" flow unit wells, although the "B" flow unit does not appear to be continuously saturated north of and beneath the Los Coyotes sump area. The "B" flow unit is perched above the "C" flow unit to the north of the southern McColl site boundary. As illustrated in cross-section A-A' (Figure 4-2), approximately five hundred feet south of the site boundary the elevation of the bottom of the "B" clay dips to the saturated interval of the "C" flow unit, and the "B" flow unit is therefore no longer perched.

### 4.3.5   "B" Aquitard

Figure 4-8 illustrates the continuity of the "B" clay packet or aquitard as it dips southwest across the site. The "B" clay varies in thickness from approximately seven feet to forty feet. The general lack of moist conditions immediately beneath the perched areas of the "B" clay and the lack of organic constituents detected in soil samples collected beneath the "B" clay (as noted during the pilot hole program), indicate the low hydraulic conductivity of the silts and clays of this aquitard. The "B" clay is also capable of producing confined conditions in the underlying "C" flow unit south of the McColl site.

### 4.3.6   "C" Flow Unit

The "C" flow unit is perched on the "C" clay packet under the central portion of the site, but the "C" clay drops to the saturated interval of the underlying "D" flow unit south of the Los Coyotes sump area. The "C" flow unit contains one to two clay and silt interbeds which are leaky, but do separate its various conductive sand and silty sand beds. A thin unit of dark organic clay within these clay and silt interbeds often times produces a high gamma ray peak during geophysical surveys, as noted on the cross-sections. However, this dark organic clay does not appear to be a continuous geologic unit across the site.

Figure 4-9 presents the structure of the top of the "C" clay. Seven monitoring wells (P-2D(R), P-3D, P-4D, P-5L, P-6D, P-9D, P-10L, and W-8A) are screened within the

"C" flow unit. Well W-6A is screened within the largely unsaturated portion of the "C" sand/silt packet. The "C" flow unit was distinguished based on the following characteristics:

- The thin interbedded and discontinuous deposits of the La Habra Formation.

- Continuity of moist sediment noted during drilling, water level elevations and resulting flow directions relative to the elevation of "C" clay packet.

- The dip measured at outcrops within the La Habra Formation.

- Potential sources of recharge to the sediments above the "C" clay packet.

- More productive groundwater capacity (although still relatively limited as compared to "D" flow unit) and continuity of "C" flow unit relative to "C" clay packet elevation.

- General chemistry and chemical distribution with the "C" flow unit, including hydrogeochemical facies (Table H-1 and Figures 6-1 through 6-5).

- Potential limited connection with sump locations to the east to provide historic source area for THT compounds detected in monitoring well P-5L.

- Along the southern boundary of the site, the continuity of the high gamma clay; however, this correlation cannot be made on a more extensive basis. This high gamma clay appears to be a depositional feature of limited extent.

Groundwater has been consistently detected in all monitoring wells screened within this flow unit, with the exception of wells W-6A and W-8A. Wells W-6A and W-8A are screened across the largely unsaturated and perched portion of the "C" flow unit. During the Task 11 groundwater monitoring program, groundwater has been detected in well W-6A; however, the winter of 1994-95 was unusually wet. During prior

quarterly monitoring programs from 1989 through 1992, no groundwater was detected in well W-6A. Well W-8A has been dry throughout the historical and the Task 11 monitoring programs.

The "C" flow unit is not expected to be a continuous and deep groundwater flow unit paired with the "D" flow unit, because of the depositional nature of the La Habra Formation and the limited source of recharge to the "C" flow unit. Even across the limited area of the site, it was difficult to correlate the units comprising the "C" flow unit. For this reason, it is not unlikely that the silts and sands of the "C" flow unit pinch out on a regional basis. The "C" flow unit appears to only receive recharge from two sources, as follows:

- Limited seasonal surficial water sources at its outcrop location (Figure 4-10).

- Slow upward leakage from the "D" flow unit to the "C" flow unit within limited areas of the site, as illustrated by the upward hydraulic gradient between wells P-5D and P-5L discussed later in Section 4.4.5. The dotted blue line in the "C" flow unit on the cross-sections indicates the upper boundary of the fully saturated portion of the perched flow units. This dotted blue line at this location correlates closely with the piezometric pressure of the underlying "D" flow unit, which indicates the potential for upward leakage.

This "C" flow unit therefore is consistent with the DWR's (July 1967) description of La Habra Formation water-bearing zones being semi-perched groundwater zones of limited extent.

### 4.3.7  "C" Aquitard

Figure 4-9 illustrates the continuity of the "C" clay packet or aquitard as it dips southwest across the site. The "C" clay packet marks the transition from the La Habra Formation to the Coyote Hills Formation. The "C" clay varies in thickness from approximately twenty to forty feet. South of the McColl site (cross-section A-A'), only pilot hole PH-10 was drilled deep enough to encounter and verify the existence of the "C" clay. The ability of the "C" clay to produce confined conditions in the underlying "D" flow unit south of the McColl site at the P-5 well cluster indicates the low hydraulic conductivity of the clays and silts of this aquitard. However, the "C"

aquitard appears to be leaky enough to allow groundwater from the "D" flow unit to recharge the "C" flow unit along the southern boundary of the site.

### 4.3.8 "D" Flow Unit

The "D" flow unit within the Coyote Hills Formation is the first significant aquifer zone encountered beneath the McColl site. Seven monitoring wells (P-1D, P-5D, W-4, W-8B, W-9B, W-9C, and W-10B) are screened within this flow unit. The "D" flow unit was distinguished based on the following characteristics:

- The thicker more continuous beds and coarser deposits of the Coyote Hills Formation.

- Continuity of moist sediment noted during drilling, water level elevations and resulting flow directions.

- More productive groundwater capacity (although still relatively limited as compared to the "main" regional San Pedro Formation aquifer) and continuity of "D" flow unit.

- General chemistry and lack of THT compounds detected within the "D" flow unit, including hydrogeochemical facies (Table H-1 and Figures 6-1 through 6-5).

- Lack of connection with sump locations.

The "D" flow unit is unconfined in the northern portion of the McColl site near Rosecrans Boulevard and becomes confined beneath the dipping clay beds of the La Habra Formation in the southern portion of the McColl site. No historical or Task 10 pilot holes have been drilled to the depth of the bottom clays of the "D" flow unit.

## 4.4 Groundwater Flow

Groundwater observed in the "A", "B", and "C" flow units beneath the McColl site is seasonally recharged, as illustrated in Figure 4-10, by (i) surface infiltration in areas where the various flow units outcrop at and near the McColl site, and (ii) along the buried coarse-grained sediments of current and historic drainage swales that flow along the western and eastern edges of the McColl site. The direction of groundwater flow within these flow units

is largely controlled by the southwesterly dip of the underlying clay packets. Sections 4.4.1 through 4.4.5 describe the water level measurements, flow directions, and flux within each of the groundwater flow units. Figures 4-11 through 4-13 present the fourth quarter water level (July 1995) maps within the flow units. (Fourth quarter water levels were presented in the water level maps and cross-section figures in order to include the measurements in new monitoring well P-10L.) Figures 4-16 through 4-20 present hydrographs per flow unit for the 1994-95 quarterly monitoring program. Table 4-3 summarizes the measured water levels for the 1994-95 quarterly monitoring program.

### 4.4.1   Flow in "A" Groundwater Unit

As discussed previously, groundwater has been detected consistently only in well P-3S. The groundwater detected in well P-2S is very intermittent in nature. Well P-2S was dry during the period spanning the first through fourth quarter sampling events, with the exception of a few days immediately following a major rainfall event during the second quarter sampling event. As indicated in the third quarter water purging and sampling logs of the Task 11 quarterly monitoring reports, well P-3S only supports a purge rate of approximately 0.35 gpm and purges dry with less than three well volumes.

At an elevation varying from 220.5 to 221.97 feet msl, approximately nine to ten feet of water was measured in well P-3S during the 1994-95 quarterly program. The hydrograph of well P-3S (Figure 4-16) indicates a gently declining trend in water levels from first through third quarters, with an increase in water level (1.47 foot) in fourth quarter.

### 4.4.2   Flow in "B" Groundwater Unit

A water level map for the "B" groundwater flow unit is presented in Figure 4-11. Groundwater has been consistently detected in all six wells screened in the "B" flow unit, flowing in a consistent southwesterly pattern at a hydraulic gradient varying from approximately 0.02 to 0.04. This hydraulic gradient is typical of a low permeability groundwater zone. This flow direction is compatible with the pattern of constituents detected in groundwater.

Assuming a hydraulic conductivity based on the slug testing program (Appendix G) of 5.3E-03 centimeters/sec, the flux in the "B" flow unit is approximately 0.6 feet/day. Assuming a literature-derived effective porosity of 0.15, the average linear velocity is

approximately 4 feet/day. Purge rates in the "B" flow unit wells vary from approximately 0.3 to 6 gpm during the third quarter monitoring program. A number of the "B" flow unit wells purge dry with less than three well volumes.

The hydrograph of water levels (Figure 4-17) measured during the 1994-95 quarterly program in the "B" flow unit indicates water levels trend together and are fairly stable across the first three quarterly monitoring events, with a slight increase (e.g., average increase of 1.63 feet) in water levels during fourth quarter. Water levels vary from approximately 138.88 to 225.55 feet MSL across the "B" flow unit. The average increase in elevation from first to fourth quarter was 1.44 feet (Table 4-3), with the greatest increase in water level at wells P-2I and P-6S near the upgradient limit of saturation and the recharge boundary for this flow unit.

### 4.4.3   Flow in "C" Groundwater Unit

A water level map for the "C" groundwater flow unit is presented in Figure 4-12. Groundwater has been consistently detected in only seven of the nine wells screened in the "C" flow unit.   As discussed previously, groundwater is not consistently detected in well W-6A and has never been detected in well W-8A. Wells W-6A and W-8A are the only wells screened in the perched and largely unsaturated portion of the "C" flow unit downgradient of the Rampart sump area.   Therefore, these wells confirm the perched portion of the "C" flow unit appears to be largely unsaturated in the north central portion of the McColl site.

In the continuously saturated portion of the "C" flow unit, groundwater flows in a consistent southwesterly pattern at a hydraulic gradient of approximately 0.017. This flow direction is compatible with the pattern of constituents detected in groundwater. Assuming a hydraulic conductivity ranging from 2.2 E-04 to 0.017 centimeters/sec (Appendix G), the flux in the saturated portion of the "C" flow unit ranges from approximately 0.01 to 0.82 feet/day. Assuming a literature-derived effective porosity of 0.15, the average linear velocity ranges from 0.07 to 5.5 feet/day. Purge rates in the "C" flow unit wells during third quarter vary from approximately 0.13 (well W-6A which routinely purges dry) to 4 gpm (well P-6D).

The hydrograph of water levels during the quarterly monitoring program (Figure 4-18) measured in the "C" flow unit indicates water levels trend together, but vary more between quarters than water levels in other flow units. Water levels vary from approximately 256.53 (well W-6A) in the perched area to 85.45 feet MSL in the

saturated "C" flow unit. The average increase in elevation from first to fourth quarter was 4.23 feet (Table 4-3), with the greatest increase in water level at wells P-5L (4.77 feet) and P-9D (9.19 feet).

As indicated in the water level map for the "C" flow unit (Figure 4-12), not all measured water levels correlate to the contoured values. Water levels in wells P-10L and P-9D are several feet higher than other upgradient "C" flow unit wells. When drilling well P-10L (Appendix A) and pilot hole PH-8, a higher water level was noted in the upper than the lower portions of the "C" flow unit. As discussed earlier, the "C" flow unit is interbedded with silts and clays which could produce this difference in water levels across the thickness of the "C" flow unit. The measured water levels in wells P-10L and P-9D may represent a composite of the piezometric pressures in the upper and lower portions of the "C" flow unit in the off-site areas; and therefore are higher than wells screened only in the lower portion of the "C" flow unit.

Also, its possible well P-10L has a faulty seal across the "B" clay packet and water levels are influenced by downward leakage from the "B" flow unit at this well location. A scope of work is being proposed to evaluate the integrity of the seal within the "B" clay packet at well P-10L. If construction of well P-10L is determined to be faulty, an addendum letter report will be submitted to the agencies detailing the situation.

### 4.4.4   Flow in "D" Groundwater Unit

A water level map for the "D" groundwater flow unit is presented in Figure 4-13. Groundwater has been consistently detected in all seven wells screened in the "D" flow unit, flowing in a consistent southwesterly pattern at a hydraulic gradient varying from approximately 0.057 at the base of the Coyote Hills to 0.0077 underlying the McColl site. As no aquifer testing was performed in the "D" flow unit, fluxes and velocities are not calculated. Purge rates in the "D" flow unit wells during third quarter vary from approximately 0.66 (well W-9B) to 3.3 (well P-5D) gpm.

The hydrograph of water levels (Figure 4-19) measured in the "D" flow unit indicates water levels in the upgradient background wells (wells W-9B, W-9C, and W-10B) and downgradient "D" flow unit wells are trending separately. Background wells W-9B, W-9C, and W-10B only showed an average change in water levels from first to fourth quarters of 0.38 feet. However, the remaining downgradient monitoring wells showed

an average increase in water levels of 3.5 feet.   These differences in water levels may be due to differences in pressure dissipation in an unconfined (upgradient) area versus a confined (downgradient) zone of the "D" flow unit. Water levels vary from approximately 90.24 to 121.59 feet MSL in the "D" flow unit.  The greatest increase in water levels was at wells W-8B and P-5D.

### 4.4.5   Flow Between Groundwater Flow Units

The general lack of moist to saturated conditions or detection of McColl constituents (discussed in Section 5.0) in the vadose zone underlying the perched portions of the "A", "B", and "C" clay packets indicate no significant downward leakage through the on-site clay packets likely occurs in the perched areas.  As discussed previously in Section 4.3.3, 4.3.5, and 4.3.7, these clay packets appear to occur continuously across the study area.

The vadose zone underlying the "B" flow unit pinches out south of the site where the "B" clay packet dips to the saturated interval of the "C" flow unit.  The approximately forty foot difference in water levels measured in the well nest P-10D/P-10L indicate the potential for downward leakage across the twenty-seven foot thick "B" clay packet is small.  Also, measurement of water levels during the construction of well P-10L (see P-10L boring log in Appendix A), indicated a twenty-six foot water level difference over a five foot interval when transitioning from the "B" clay to the "C" flow unit.  At this location, the water level measured in the "B" clay was close to the water level measured in well P-10D, and the water level measured in the upper portion of the "C" flow unit was very close to the water level measured in the upper portion of the "C" flow unit at pilot hole PH-8.  If the "B" clay packet were leaky at this location, one would expect more of an equilibrium between the water levels in the "B" clay packet and the upper "C" flow unit.

Figure 4-20 presents a hydrograph of select "C" and "D" flow unit wells in order to analyze the flow relationship between the "C" and "D" flow units.  Comparison of the hydrograph and the groundwater level maps indicate the potential for upward leakage between the "C" and "D" flow units underlying the McColl site.  Water levels in the confined portions of the "C" and "D" flow units underlying the site generally trend together.  Approximately five hundred feet south of the site at wells P-9D and P-10L, the potential for downward leakage appears to exist if measured water levels for the "D" flow unit are extrapolated southward.  However, the water levels in the underlying "D" flow unit at this location are unknown, and the water levels in wells P-9D and P-

10L may represent a composite between the upper and lower portions of the "C" flow unit.

Figure 4-15 presents a schematic of the relationship between the two closest regional production wells and monitoring well P-2D. As discussed earlier, due to the geothermal nature of groundwater extracted from the Buena Park Smith-Murphy well, communication between the "A" through "D" flow units and the screened intervals of this production well is highly unlikely. The "A" through "C" flow units likely pinch out prior to reaching the pumping zone of the Coyote 12a well due to the discontinuous depositional pattern of the La Habra Formation. There is a slight chance the "D" flow unit identified on-site may have some equivalency to the shallowest screened interval of the Coyote 12a well. However, this well is located three thousand feet cross-gradient to the McColl site within sediment which show a great deal of lateral discontinuity. The pumping rate within that screened interval is only one percent (15 gpm) of the total flow rate of that well (1500 gpm). For these reasons, it is unlikely that groundwater off-site would flow to Coyote well 12a.

## SECTION 5.0

## CHEMICAL TESTING OF SEDIMENT IN VADOSE ZONES

Sediment both in saturated and unsaturated intervals was sampled for chemical testing in the vadose zone during both Phase I and Phase II of the Task 10 field investigations as described in Section 2.2 of this report. During the CPT field investigation, BAT sampling was conducted in order to retrieve groundwater for chemical testing and any THT odors noted in the field during the CPT program were documented in Table E-2. During the Phase II pilot hole program, sediment samples were selected for chemical analysis if there was field evidence of discoloration or an odor, or if samples were associated with OVA measurements above background. Appendix A details this pilot hole sampling program and Table 5-1 summarizes the pilot hole soil sampling results.

THT-like odors were noted in only three CPT locations (CPT-V4, CPT-V6, and CPT-V13) to depths ranging from 48 to 60 feet in the shallow sediment sampled south of the sump areas. All three CPT locations with THT-like odors were located just south of Los Coyotes sumps L-2 and L-3 (Figure E-1). Although BAT sampling was attempted at each of these locations, groundwater was only present at CPT-V13. Well P-2S was subsequently installed at that location, and was dry all four sampling quarters except for a few days following a heavy rainfall event.

During the pilot hole program, new monitoring wells were generally installed in those locations where THT compounds were detected in soil samples and saturated conditions were encountered during drilling. The concentrations of THT compounds detected in the newly installed monitoring wells were always higher than the concentrations detected in soil samples from the same interval. These results may indicate the THT compounds do not sorb well to soil particles.

In general, constituents were not detected (Table 5-1) in the vadose zone underlying the perched "A", "B", and "C" clay packets. These results indicate the perched clay packets are not leaky and, therefore, do not represent a downward migration pathway to the underlying vadose zone.

## SECTION 6.0

## SPATIAL DISTRIBUTION OF CONSTITUENTS IN GROUNDWATER

Details of the scope of the Task 11 groundwater monitoring program are presented in Section 2.3 of this RI report. This section summarizes the four quarters of Task 11 sampling results for the years 1994-95. Table H-1, included in Appendix H, summarizes the minimum concentration and maximum concentration of each detected constituent for the monitoring program. Additionally, the number of detections (if any) and the number of exceedances (if any) of the state MCL are included in Table H-1.

The analytical results for field water quality and general chemistry (Section 6.1), THT compounds (Section 6.2), the volatile organic compounds and semi-volatile organic compounds (herein referred to as VOC's and semi-VOC's, respectively) (Section 6.3), and the inorganics (Section 6.4) are presented below. Because of the lack of consistent detection of any specific groups of Tentatively Identified Compounds (TICs) during the quarterly monitoring program, the TICs are not discussed further. Figures 6-6 through 6-14 present areal maps of the detected constituent concentrations of the THT compounds and select VOC's by flow unit for third quarter 1995. (Third quarter values generally represent the highest concentrations detected.) Figures 6-15 through 6-18 present semi-logarithmic plots of the sample results for select VOC's from first through third quarters. Figures 6-19 through 6-24 present concentration maps for select inorganic concentrations for third quarter. Figures 6-25 through 6-35 present semi-logarithmic plots of the concentrations of these select dissolved inorganics for first through third quarters.

### 6.1    Field Water Quality and General Chemistry

Temperature, specific conductance, pH, and turbidity were measured during sampling. In addition, general chemistry parameters are analyzed as listed in Table 2-5. With the exception of one "D" flow unit background well (well P-10B), the pH of all the "C" and "D" flow unit wells was near neutral, generally varying from approximately 7.4 to 7.9. Slightly acidic (pH 3.5 to 6.0) groundwater was detected in two low-yield perched "B" flow unit wells (P-2I and P-4I) and perched well W-6A located immediately downgradient of the sump areas. The limited permeability and slow travel times of the perched "B" and "C" flow units in the areas

McColl Site Group

Exhibit 38
4907

of wells P-2I, P-4I, and W-6A likely contribute to maintenance of this slightly acidic condition. These locations are identified as "low yield" because the on-site perched wells seldom sustain a pumping rate over 1 gpm and oftentimes purge dry prior to pumping three well volumes.

Trilinear diagrams (Figures 6-1 through 6-5) have been prepared for each groundwater flow unit based on the first quarter sampling data. Figure 6-1 presents an explanation of the trilinear classification system. This diagram classifies anion and cation fascies in terms of major ion percentages. Applied in a very general sense, this classification system is useful in identifying groundwater within a common flow unit. However, many naturally occurring reactions can disturb an hydrochemical fascies within a single flow unit. Therefore, groundwater from wells with different hydrochemical fascies can belong to the same flow unit.

The "A" flow unit well P-2S shows a young sodium carbonate type fascies typical of surface water, as would be expected. The natural hydrochemical fascies of the semi-perched flow units is likely disturbed by migration of low pH waters from the McColl site into the flow units. This disturbance is illustrated by the magnesium/sodium-sulfate type fascies of wells W-6A, P-4I, and P-2I which are impacted by migration of constituents from the McColl site. Typical "B" flow unit groundwater is a mixed sodium/potassium-chloride fascies. As indicated in the trilinears, groundwater from many of the "C" and "D" monitoring wells have a mixed sodium-carbonate/chloride type fascies which is common to shallow groundwater in this region (DWR 1967). For comparative purposes, a trilinear was prepared from groundwater sample results (July 1992) for the Coyote 12a well. The four deep to shallow screened intervals of Coyote 12a are identified as Z1 to Z4, respectively. Groundwater from the deepest screened interval (Z1) has an older sodium/potassium-chloride hydrochemical fascies. Groundwater from the other screened intervals of well Coyote 12a show a less dominant, more mixed sodium/potassium-carbonate hydrochemical fascies.

## 6.2    Tetrahydrothiophene Compounds

THT compounds including tetrahydrothiophene, 2-methyltetrahydrothiophene, and 3-methyltetrahydrothiophene have been detected in the "A" flow unit only once, during the few days that well P-2S was saturated. The concentration of the individual THT compounds in well P-2S ranged from 720 to 1200 $\mu$g/L.

THT compounds have been detected at concentrations exceeding 1 $\mu$g/L in only three "B" flow unit wells (P-2I, P-4I, and P-10D). Concentrations in the "B" flow unit exceeding 1

$\mu$g/L for individual THT compounds ranged from 12 $\mu$g/L (2-methyltetrahydrothiophene in well P-10D) to 18,000 $\mu$g/L (2-methyltetrahydrothiophene in well P-4I).

THT compounds have been detected in only two wells (P-5L and P-10L) in the "C" flow unit at concentrations exceeding 1 $\mu$g/L.  THT compounds have also been detected in well W-6A which is located immediately downgradient of the sump areas and is screened within a pocket of groundwater which may be intermittently connected with the "C" flow unit.
Concentrations of individual THT compounds at well P-5L ranged from 29 to 140 $\mu$g/L and at well P-10L ranged from 11 to 150 ug/L. However, as explained in TM10-21 (Appendix F), quarterly sampling results at well P-10L are inconsistent with groundwater grab sample results (Table 2-6) obtained when well P-10L was constructed. THT compounds were not detected in hydropunch samples within the screened interval of well P-10L.  In order to evaluate the well seal across the "B" clay at well P-10L and therefore the representativeness of groundwater samples from this well, aquifer testing is scheduled in January 1995.  The results of this testing will be presented in an addendum to this report.  Concentrations of individual THT compounds in well W-6A ranged from 2000 to 43,000 $\mu$g/l.  THT compounds have not been detected in "D" flow unit wells at concentrations exceeding 1 $\mu$g/L.

Figures 6-15 and 6-16 present semi-logarithmic plots of the concentrations of tetrahydrothiophene in the three "B" flow unit and two "C" flow unit wells, plus perched well W-6A.  These plots show a slightly increasing trend for the first three quarters in concentrations in the "B" flow unit wells P-2I and P-4I, with a decrease in concentration by fourth quarter. Well P-10D shows a slight increasing trend for all four quarters.  This pattern of chemical concentrations may be related to the unusually wet winter of 1994-95 and a subsequent increase in groundwater flow.  With the lack of recharge to the perched units over the summer, the mass of constituents transported by saturated or unsaturated flow from the sump areas likely diminished.  Tetrahydrothiophene concentrations also appear to be slightly increasing for the first three quarters in well P-5L,  and then decreasing by fourth quarter.  As would be expected due the dry summer conditions, the concentration of THT has steadily decreased in well W-6A.  The other two THT compounds generally follow the same trends.

The limited spatial distribution of these THT compounds in the "B" and "C" flow units generally agrees with the southwesterly groundwater flow direction discussed in Section 4.4.  As discussed in the *Final Baseline Risk Assessment for the McColl Superfund Site, Groundwater Operable Unit* (ICF Kaiser November 1995), there are no health or regulatory exposure limits established for the THT compounds.

Figures 6-6 through 6-8 present areal maps of the third quarter detected concentrations of THT compounds. As noted in Figure 6-6, the THT compounds during third quarter are limited to "B" flow unit wells P-2I, P-4I, and P-10D ranging in concentration from 54 (2-methyltetrahydrothiophene) to 18,000 (2-methyltetrahydrothiophene) μg/L. Figure 6-7 indicates THT compounds during third quarter are limited to "C" flow unit wells W-6A and P-5L ranging in concentration from 45 (3-methyltetrahydrothiophene) to 37,000 (2-methyltetrahydrothiophene) μg/L. However, "C" flow unit well P-10L was not sampled until fourth quarter. Fourth quarter results from well P-10L indicate the potential presence of THT compounds at this location in the "C" flow unit. However, at the "C" flow unit elevation (231, 245, and 261 feet bgs) as indicated in Table 2-6, no THT compounds were detected in hydropunch samples retrieved during construction of well P-10L. Therefore, as discussed previously, the construction of well P-10L is suspect and these sampling results may not be representative of groundwater from well P-10L.

For the first time in this quarterly program, THT compounds were detected at very low levels (0.6 μg/L "J" qualified) third quarter in well P-1D generally upgradient of the sump areas. THT compounds were also detected in quality control samples at low levels, and these detections at well P-1D are likely not valid and representative of the groundwater from that well.

## 6.3   Volatile and Semi-volatile Organic Compounds

The frequency of detection and range of analytical results for the VOC's and semi-VOC's are summarized in Table H-1 in Appendix H. Several constituents detected in groundwater may be associated with laboratory contamination and not representative of the groundwater system. The potential lab contaminants include acetone, 2-butanone, methylene chloride, and bis(2-ethylhexyl)phthalate.

### Semi-Volatile Organic Compounds
As presented in Table H-1, of the sixty-four semi-VOC compounds analyzed in the quarterly monitoring program, only four (dimethylphthalate, bis(2-ethlhexyl)phthalate, phenol and 2,4-dimethylphenol) were detected with any consistency. However, the likely low level presence of these detected semi-VOC's in field equipment and dust suspended in the air, the lack of correlation of their distribution to migration pathways indicated by the distribution of THT compounds, and their presence in equipment and field blanks indicate these detected semi-VOC compounds do not represent constituents *migrating from the sump areas into groundwater.*

For instance, bis(2-ethylhexyl)phthalate was detected in one out of four equipment blanks, and in six out of 32 field blanks at concentrations ranging from 1J to 65 ug/L. Bis(2-ethylhexyl)phthalate is a common component of the sampling gloves, bottles, and lab procedures. Bis(2-ethylhexyl)phthalate was detected sporadically in several wells, generally at concentrations below 20 ug/l. No detection exceeded the maximum concentration of 65 ug/L detected in the field blanks.

Dimethylphthalate was only detected in four wells (P-3D, P-6D, P-5D, and W-4). The concentrations of dimethylphthalate have decreased by an order of magnitude between first and fourth quarter, which is inconsistent with the trend for THT compounds in other wells. These wells are not located within the migration pathway for THT compounds. Dimethylphthalate was not detected in any of the newly constructed monitoring wells. The four wells with dimethylphthalate are older wells which historically had poor surface seals and were constructed in 1983 and 1987. For these reasons, the presence of dimethylphthalate may be related to the construction materials or methodologies used for these older wells and may also be the result of surface leakage.

2,4-Dimethylphenol was only detected in well P-4I during the first two quarters, and was undetected during subsequent quarters, indicating this semi-VOC may be related to well construction and not representative of groundwater conditions. Phenol was detected sporadically at low concentrations in several wells and in one field blank. These low level detections of phenol may be related to the newly installed pumping systems, as the concentration trends and distribution do not correlate with THT trends or migration pathways. These detections generally occur first quarter in wells with newly installed pumps, and then disappear by fourth quarter. For example, during first quarter no phenol was detected in wells W-8B and W-9C which had non-dedicated sampling systems. By second quarter, dedicated sampling pumps were installed and low levels of phenols were detected.

### Volatile Organic Compounds

As presented Table H-1, of the thirty-three VOC compounds analyzed for during the quarterly monitoring program, only thirteen VOC compounds were detected, usually at concentrations below 1 ug/L. Of the thirteen VOC compounds detected, approximately half were present in "D" flow unit background wells.

Only two VOC compounds (excluding lab contaminants) were detected with any consistency at concentrations exceeding the state MCL in more than one well; these

are benzene and at very low concentrations 1,2-dichloroethane (herein referred to as 1,2-DCA). However, 1,2-DCA was also detected at low levels in a "D" flow unit background well.   The chemical results for benzene and 1,2-DCA are discussed below.  As detections of the laboratory contaminants would not be indicative of groundwater conditions at the McColl site, discussion of these constituents has been excluded from this Section.

Benzene has not exceeded 1 $\mu$g/L in any "A" flow unit well.  Benzene concentrations have equaled or exceeded 1 $\mu$g/L in only three low yield "B" flow unit wells (P-2I, P4I, and P-5I) and perched well W-6A.  These wells are all located near the sump areas in low yield perched portions of these flow units or in isolated pockets of seasonal groundwater.  Concentrations in these "B" flow unit wells ranged from 1 $\mu$g/L (well P-5I) to 470 $\mu$g/L (J-qualified in well P-2I).  Concentrations in perched well W-6A ranged from 500 $\mu$g/L (J-qualified) to 800 $\mu$g/L.  It is important to note that, with the exception of late 1994 and 1995, well W-6A has been dry since its installation in 1983.  As such, well W-6A likely represents leachate from the sump area and is located in a stagnant area where organic constituents remain largely unaffected by groundwater flow conditions.  Figures 6-17 and 6-18 present semi-logarithmic plots of the benzene concentrations for the quarterly sampling events.  In the "B" flow unit, benzene was detected consistently for all quarters exceeding the state MCL only in well P-2I.  Benzene concentrations in "C" flow unit well W-6A are slightly increasing for the first three quarters.

1,2-DCA concentrations have equaled or exceeded the state MCL of 0.5 $\mu$g/L in only one low-yield "B" flow unit well (P-5I) and one low yield "C" flow unit well (P-5L). Concentrations in the "B" flow unit well P-5I ranged from 1 to 2 $\mu$g/L (both J-qualified).  Concentrations in the "C" flow unit well P-5L ranged from 0.4 to 2 $\mu$g/L. 1,2-DCA was not consistently enough quantified in groundwater samples during the quarterly program to warrant development of a semi-logarithmic plot of its concentrations.

Figures 6-9 through 6-14 present concentration maps of the benzene and 1,2-DCA sample results during third quarter in the "B", "C", and "D" (below MCL) flow units. The limited spatial distribution of benzene and 1,2-DCA agrees with the southwesterly groundwater flow pattern discussed in Section 4.4.

## 6.4    Inorganics

The frequency of detection and range of analytical results for the inorganics are summarized in Table H-1 in Appendix H.  Quarterly groundwater samples were analyzed for twenty-three inorganic constituents.  Eighteen of these inorganics occur naturally in groundwater as evidenced by their presence in background wells.   Only four inorganics (excluding necessary nutrient inorganics) occur significantly above background levels or above state MCLs.  Iron, magnesium, potassium, and sodium were removed from further consideration in this section as these inorganics are essential nutrients.  These four inorganics include arsenic, beryllium, chromium, and manganese.   Background concentrations of these inorganics range from 3.2 to 4,300 ug/L as presented in Table 5 of the *Annual Groundwater Monitoring Report 1994 to 1995* (ENVIRON November 30, 1995).  As noted in Table 2-8, arsenic, chromium, and manganese were detected in soil and waste samples collected from the sump areas.  However, beryllium was not detected in sump samples.  Beryllium may be present above background in groundwater if low pH vadose zone water mobilized any beryllium naturally occurring in the soils underlying the McColl site.

Sections 6.4.1 through 6.4.4 individually discuss the dissolved state of each of the four primary inorganic constituents.  Figures 6-19 through 6-24 present maps of the detected concentrations of these four primary inorganic constituents.  Figures 6-25 through 6-35 present semi-logarithmic plots of these four inorganics.

### 6.4.1   Arsenic (Dissolved)

Arsenic is a naturally occurring inorganic, and as such was detected in background wells (W-9B, W-10B) at the McColl site.  Arsenic is ubiquitous at low concentrations in groundwater at the site, and has been detected as dissolved or total metals in all but six of the twenty-four wells ("C" and "D" flow unit wells P-5L, P-6D, P-9D, P-1D, P-5D and W-9C) at the McColl site. Evaluation of "D" flow unit background wells indicate a background concentration for arsenic of 9.7 ug/L.  The state MCL for arsenic is 50 $\mu$g/L and no "C" or "D" flow unit well has exceeded either the state MCL or significantly exceeded arsenic's background concentration.  One sample from off-site well P-10L was slightly above background (12 ug/L); however, this *slight variation is likely due to spatial variability as explained in the Annual Groundwater Monitoring Report.*  Only low-yield on-site perched wells (P-2I, P-4I, and W-6A) with low pH have concentrations of arsenic slightly exceeding background or slightly exceeding the state MCL  These above background

McColl Site Group

Exhibit 38
4913

concentrations are very laterally limited to a region immediately downgradient of the sump areas.

Figures 6-19 through 6-21 present areal maps of the third quarter detected arsenic concentrations in the "B", "C", and "D" flow units.   As indicated in the concentration maps, the higher concentrations of dissolved arsenic (28.5 to 99.4 $\mu$g/L) occur in wells P-2I and P-4I during third quarter.  The low pH  and low flow condition of these two wells (3.5 to 5.6) likely produce these higher arsenic concentrations.  Downgradient and cross-gradient of these wells where the pH increases, the arsenic concentrations decrease (nondetect to 2.1 $\mu$g/L)

Figures 6-25 through 6-27 present semi-logarithmic plots of the arsenic concentrations in the "B", "C" and "D" flow units for the four monitoring periods.  These plots will not necessarily be indicative of any temporal trend in migration of arsenic from a source area, because inorganic concentrations oftentimes fluctuate in response to minor natural changes in the pH or redox potential of the groundwater.  As such, no specific trends in concentrations are noted for arsenic.  Arsenic does appear to have been detected more often in the third quarter; however, redox or pH conditions may have been more conducive to ionization of arsenic.

## 6.4.2   Manganese   (Dissolved)

Manganese is ubiquitous in groundwater, and as such was detected in all background wells (W-9B, W-9C, W-10B) and all 24 monitoring wells at the McColl site.  A state or federal MCL has not been assigned to manganese. Evaluation of "D" flow unit background wells indicate a background concentration for manganese of 4,300 ug/L. Concentrations of manganese in off-site wells (with the exception of well P-10D) and all "C" and "D" flow unit wells are below background concentrations.  The higher concentrations of dissolved manganese (22,100 to 98,800 ug/L) occur in low yield on-site perched wells (P-2I, P-4I, and W-6A) with low pH.  Figures 6-22 through 6-24 present areal maps of the third quarter detected manganese concentrations in the "B", "C", and "D" flow units.     Well P-10D also has a dissolved manganese concentration above background (17,500 $\mu$g/L) and a mildly acidic pH which ranges from 6.4 to 6.5. Downgradient and cross-gradient of these wells where the pH increases, the manganese concentrations decrease.

Figures 6-33 through 6-35 present semi-logarithmic plots of the manganese concentrations in the "B", "C" and "D" flow units for the four sampling periods.

These plots will not necessarily be indicative of any temporal trend in migration of manganese from a source area, because inorganic concentrations oftentimes fluctuate in response to minor changes in the pH or redox potential of the groundwater. As such, no specific trends in concentrations are noted for manganese.

### 6.4.3   Beryllium (Dissolved)

Dissolved beryllium was detected in background well W-10B all three quarters at concentrations ranging from 2.8 to 8.3 $\mu$g/L at the McColl site. This background concentration exceeds the state MCL for beryllium of 4 $\mu$g/L. Evaluation of these "D" flow unit background wells indicates a background concentration for beryllium of 8.3 ug/L. This background concentration therefore exceeds the state MCL. No "C" or "D" flow unit wells have concentrations exceeding background for beryllium. Dissolved beryllium was not detected in any off-site monitoring wells. Besides the background well, dissolved beryllium was detected above the state MCL in only three of the twenty-four wells, including well P-2I (ranging from 5.7 to 8.8 $\mu$g/L), P-4I (ranging from 28.7 to 40 $\mu$g/L), and W-6A (ranging from 42.8 to 90 $\mu$g/L). Figures 6-19 through 6-21 present areal maps of the third quarter detected beryllium concentrations in the "B", "C", and "D" flow units. As indicated in this concentration maps, the higher concentrations of dissolved beryllium occur only wells with low pH. The low pH of these three wells likely produces these higher beryllium concentrations, and may leach the beryllium from the nearby soils as it has not been detected in waste samples from the sump areas. Beryllium is not detected in other monitoring wells cross- and down-gradient of these low pH wells.

Figures 6-28 through 6-30 present semi-logarithmic plots of the beryllium concentrations in the "B", "C" and "D" flow units for the four sampling periods. These plots will not necessarily be indicative of any temporal trend in migration of beryllium from a source area, because inorganic concentrations oftentimes fluctuate in response to minor changes in the pH or redox potential of the groundwater. As such, no specific trends in concentrations are noted for beryllium.

### 6.4.4   Chromium (Dissolved)

Evaluation of "D" flow unit background wells indicate a background concentration for dissolved chromium of 3.2 ug/L. No "C" or "D" flow unit wells have dissolved chromium concentrations significantly above background levels. The state MCL for chromium is 50 $\mu$g/L. Dissolved chromium was detected above the state MCL in only

two of the twenty-four wells, including low yield wells P-4I (ranging from 67.8 to 84.8 $\mu$g/L), and W-6A (ranging from 211 to 424 $\mu$g/L). These above state MCL concentrations of chromium are very laterally limited to an on-site region immediately downgradient of the sump areas. These concentrations decrease to below background concentrations once the pH rises to natural levels.

Figures 6-22 through 6-24 present areal maps of the third quarter detected chromium concentrations in the "B", "C", and "D" flow units. As indicated in these concentration maps, the higher concentrations of dissolved chromium occur only in wells with low pH, with the exception of well P-5S (pH ranges from 7.8 to 9.2). The low pH of wells P-4I and W-6A likely produces these higher dissolved chromium concentrations.

As indicated in these concentration maps, the ratio between dissolved versus total chromium is anomalous for wells P-5S and P-6S. With the exception of these two wells, dissolved and total chromium concentrations are nearly the same. These total chromium concentrations also exceed concentrations detected near the sumps (well W-6A ranges from 235 to 427 $\mu$g/L). As well P-5S and P-6S are older wells which yield turbid groundwater samples and sometimes gravel pack during sampling, it is likely these chromium concentrations are an artifact of the well construction and do not represent the quality of water in the groundwater system.

Figures 6-22 through 6-24 present plots of the dissolved chromium concentrations in the "B", "C" and "D" flow units for the four sampling periods. These plots will not necessarily be indicative of any temporal trend in migration of chromium from a source area, because inorganic concentrations oftentimes fluctuate in response to minor changes in the pH or redox potential of the groundwater. As such, no specific trends in concentrations are noted for chromium.

## SECTION 7.0

## CHEMICAL FATE AND TRANSPORT

This section describes the processes that influence the occurrence and transport of constituents within sediment and groundwater in the McColl site area. Section 7.1 begins with discussion of the hydrochemical characteristics of the groundwater matrix which would affect transport of constituents. Section 7.2 then discusses the transport characteristics and hydrochemical behavior of THT compounds, VOC compounds, and inorganics which have been detected in groundwater at the McColl site. Section 7.3 discusses the potential routes of migration for these constituents detected at the McColl site.

### 7.1    Hydrochemical Characteristics of Groundwater Matrix

The general chemistry results for the quarterly monitoring program indicate certain characteristics of groundwater immediately downgradient of the sump areas may impact the transport behavior of the organic and inorganic constituents. Most notable of these characteristics is the low pH groundwater in low-yield flow unit "B" in the limited area immediately downgradient of the sump areas.   As proposed in TM10-20 and reported in detail in *Fate and Transport of Tetrahydrothiophenes at the McColl Site* (ENVIRON December 18, 1995), wells P-2I, P-4I, P-9D,  P-10D, and P-5L were sampled in October 1995 for several additional parameters, including organic acids (acetic acid, propionic acid, and butyric acid), methane, dissolved oxygen, ferrous iron, hydrogen sulfide, redox potential, and titratable acidity.  The purpose of this additional sampling was to better characterize the geochemical environment in order to better understand the fate of constituents, particularly THT compounds. Pairs of upgradient and downgradient wells (P-2I, P-4I, and P-10D; and P-9D and P-5L) were selected to compare geochemical conditions within areas of known contamination.  In addition, wells P-2D(R), P-6S, and W-9C were selected to evaluate naturally occurring conditions.

Wells were sampled for organic acids to assess the possible presence of THT degradation products in McColl site groundwater. Methane, dissolved oxygen, ferrous iron, hydrogen sulfide, and redox potential provide an indication of the level of biological activity and assist in determining the oxidation-reduction potential of the McColl site groundwater.  In general,

biodegradation rates tend to be much slower under reducing conditions than under oxidizing conditions. Titratable acidity was conducted to determine the presence of certain organic acids, which may indicate degradation of the THT compounds.

### Sample Results During Supplemental Sampling Event

The report *Fate and Transport of Tetrahydrothiophenes at the McColl Site* (ENVIRON December 18, 1995), provides a detailed discussion of the sampling results for the October supplemental sampling event. A brief discussion of these sampling results is presented below.

Ferrous iron was detected in four of the five wells sampled in the supplemental sampling event. Concentrations in the "B" flow unit ranged from 4 to 9.5 mg/L and the "C" flow unit wells had little or no ferrous iron (1 mg/L or less). Dissolved oxygen concentrations varied between 0.35 to 4.9 mg/L and were less than 1.1 mg/L in all wells except P-6S, a cross-gradient well. The two remaining cross-gradient or background wells during this sampling event contained low concentrations of dissolved oxygen below 1 mg/L. In general, redox potentials varied between -55 and 501 millivolts (mV). In general, the higher redox values were observed in the "B" flow unit wells with values varying between 97 and 501 mV.

Alkalinity in the five wells during the supplemental sampling event ranged from below detection to 350 mg/L. Titratable acidity ranged from 12 to 1190 mg/L. The wells with the lowest alkalinity (P-2I and P-4I) were the wells which exhibited the highest titratable acidity. These results indicate groundwater from well P-2I has a strong buffering capacity. Concentrations of nitrite were below detectable concentrations. Analytical results indicate no hydrogen sulfide was present in any of the groundwater samples. No organic acids (acidic acid, propionic acid, and butyric acid) were detected above their detection limit of 20 mg/L. Methane was detected in the headspace (air) in groundwater samples from four of the five wells sampled at concentrations ranging from 21 to 230 ppm. Methane was not detected in well P-9D. Converting this air concentration to an estimated water concentration, the highest methane concentrations in water were observed in the "B" flow unit wells. Wells in the "C" flow unit had concentrations of methane in water that were near or below the detection limit.

### Redox Environment at the McColl Site

Based on the field and general chemistry results, inferences can be made regarding the biological environment present and the likelihood that aerobic or anaerobic degradation

is occurring in a particular flow unit. To characterize the biological environment, an examination is made of the possible oxidation and reduction (redox couples) of several important naturally occurring constituents (dissolved oxygen, nitrate, ferrous iron, sulfate and methane).

The low concentration of oxygen in the five wells sampled during the supplemental sampling event suggests that oxygen is limiting and microorganisms (biotic degradation) would chose nitrate as an alternate electron acceptor or that oxygen is rapidly consumed once its introduced to the groundwater system. An electron acceptor facilitates the biodegradation process. (The presence of oxygen in well P-6S suggest that areas of the "B" flow unit that are not impacted by sump constituents may have concentrations of oxygen that can support aerobic processes.) Nitrate and nitrite were not detected in four of the five wells suggesting that denitrification is no longer occurring. After nitrate is reduced, iron present in oxidized form (ferric iron) is often used as a chemical faciliator by microorganisms. Ferrous iron and methane were detected in four wells; therefore, iron reduction could be occurring.

In summary, four of the five wells sampled (with the exception of well P-9D) exhibit characteristics indicating that their geochemical environments are anaerobic. Only well P-9D exhibited chemical characteristics of a potentially aerobic environment. It is premature to determine whether the redox conditions present at the McColl site are the result of biologically mediated degradation of THT compounds; however, the results do suggest that if THT compounds are degrading, the degradation occurs under anaerobic conditions. Degradation of THT compounds is discussed in the following section.

## 7.2    Transport Characteristics and Hydrochemical Behavior

The predominant mechanisms that explain the movement of organic and inorganic in sediment and groundwater include:

- Advection of dissolved organic and inorganic constituents along matric suction or groundwater hydraulic gradients.

- Lateral spreading along the average groundwater flow path due to hydrodynamic dispersion.

- Sorption (and desorption) of dissolved constituents on fine-grained sediment.

Other mechanisms that likely play a lesser role in constituent migration and persistence include:

- Molecular diffusion of dissolved constituents through fine-grained sediment, such as within the clay packets.

- Biotic and abiotic degradation.

- Chemical transformations (e.g., oxidation-reduction, ion-exchange, precipitation-solution).

Numerous chemical characteristics of the organic and inorganic constituents impact the potential for these transport processes to be present and, if present, the rate at which these process may occur. As presented in the previous subsection, field studies are have been completed to provide site-specific information regarding the potential transport processes in groundwater at the McColl site. The transport characteristics of the inorganics and the THT compounds will be separately discussed below.

### Inorganic Transport Processes
The primary transport process of importance to inorganics at the McColl site is related to chemical transformations. This process is important because of the low pH conditions immediately downgradient of the sumps in the low yield portion of the "B" flow unit. Inorganics are potentially subject to transformation via oxidation-reduction (redox) reactions or acid/base reactions. Acid/base reactions involve the gain or loss of the hydrogen ion, and redox reactions change the speciation of the dissolved inorganic. Both reaction types can result in the precipitation and immobilization of a dissolved inorganic in groundwater. This transformation process explains the varying concentrations of inorganics downgradient of the sump areas. In low pH and slow moving groundwater immediately downgradient of the sumps, inorganics are dissolved. However, as the pH increases to its natural neutral level, these inorganics are precipitated and immobilized.

### THT Transport Processes
As discussed earlier, the report *Fate and Transport of Tetrahydrothiophenes at the McColl Site* (ENVIRON December 18, 1995) discusses the transport processes of the THT compounds. An in-depth search of published literature on the behavior of THT compounds was performed along with the previously discussed supplemental sampling event in order to evaluate these transport processes.

Based on the literature review, THT compounds appear to be mobile in saturated flow units. THT compounds have low octanol-water partition coefficients, and thus will not be strongly adsorbed to soils of moderate organic carbon content (<1%). Therefore, the migration of these constituents at the McColl site is not likely to be retarded by adsorption due to their physical-chemical properties.

The literature review revealed little published information regarding the transformation of THT compounds in the environment. Because structurally similar compounds, such as thiophene 2-carboxylic acid and benzothiophene, undergo biologically mediated transformations in groundwater, it is probable that THT compounds also degrade under certain biogeochemical conditions. However, insufficient information is available to predict the conditions under which biodegradation would occur or the rates of this biodegradation. Also, no data were found in the literature to confirm that THT compounds degrade under anaerobic conditions, which predominate in the flow units underlying the McColl site. However, literature does indicate that related compounds such as thiophene do degrade.

Based on the distribution and concentration of THT compounds detected in groundwater wells at varying distances from the McColl site during the supplemental sampling event and the four quarterly monitoring periods, THT compounds appear to undergo natural degradation. For instance, the molar ratio of the THT compounds in the monitoring wells indicate a preferential loss and therefore degradation of 2-methyltetrahydrothiophene.

Using a one dimensional fate and transport model (fully detailed in the aforementioned report), successful simulation of the transport of THT compounds in the "B" flow unit between wells P-4I and P-10D required a loss term to fit the concentrations detected at the McColl site to the model-predicted concentrations. Simple advection and dispersion processes did not account for the change in THT concentrations over time and distance. A first order decay rate for THT compounds of 0.004 day-1 observed for anaerobic degradation processes provided the best fit of the data. This value is within the range of values observed for the degradation of aromatics and for volatile petroleum compounds such as benzene, toluene, and xylene. Assuming first order decay, this rate constant indicates that THT compounds have a half-life of 173 days under the biogeochemical conditions at the McColl site.

## 7.3     Potential Routes of Migration

Organic and inorganic constituents within the McColl site may primarily migrate from the sump areas by unsaturated flow or partially saturated flow in the underlying vadose zone or by advection and related processes in groundwater flow units.  Each of these potential routes of migration are discussed below.

### 7.3.1   Surface Water

Data from the Task 10 field investigation indicate percolation of surface water into the underlying sediment may create a short-lived pathway for downgradient migration of constituents.  These pathways could be created through two mechanisms.  First, surface water flowing within the western drainage swale (Figure 4-10) for several days could percolate through underlying sediment containing constituents of the McColl waste and accumulate on a shallow clay packet (e.g., the "B" clay packet).  This transport mechanism appears to be the source for the intermittent constituent concentrations and groundwater observed at well P-2S.   Secondly, surface water recharging the outcrop areas of the "A", "B", and "C" flow units could mobilize constituents within the sump areas.

### 7.3.2   Groundwater in the La Habra Formation

Evaluation of the constituent concentration maps indicate migration in the La Habra Formation "B" and "C flow units is controlled by the southwest dip of the clay packets.  For the purposes of this discussion, it is necessary to consider the occurrence and movement of constituents on-site and downgradient of the McColl sump areas, separately from the southwesterly off-site movement of constituents in groundwater.

#### Potential On-site Migration of Organic and Inorganic Constituents

**On-site "B" Flow Unit Pathway:** The potential *on-site* ""B" flow unit migration pathway for organic constituents (THT compounds, benzene, 1,2-DCA) and possibly elevated concentrations of inorganic constituents (manganese, chromium, arsenic, and  beryllium) occurs in the low yield perched portion of the *"B" flow unit* (e.g., wells P-2I and P-4I) immediately downgradient of the Los Coyotes sump area.  Migration is laterally limited and in a downdip (southwest) direction above the clay packets underlying the "B" flow unit.  Data indicates the underlying on-

site "B"clay packet is not leaky and therefore does not represent an on-site vertical migration pathway to the underlying "C" flow unit.  The presence of constituents in several flow units is likely the result of the outcropping of the clay packets near the sump areas, rather than downward migration through clays.  Off-site wells indicate the biogeochemical environment in the "B" flow unit changes south of the McColl site; therefore, as discussed in Section 7.2, the transport characteristics of the "B" flow unit change.  For this reason, off-site migration is discussed as a separate pathway.

**On-site "C" Flow Unit Migration:**  The potential *on-site* "C" flow unit migration pathway for inorganic constituents (THT compounds, benzene, 1,2-DCA) and possibly elevated concentrations of inorganic constituents (manganese, chromium, arsenic, and beryllium) occurs in isolated pockets of seasonal leachate (e.g., well W-6A) within the largely unsaturated flow portion (Figure 4-12) of the "C" sand/silt packet downgradient of the Rampart sump area.  Migration is laterally limited and in a downdip (southwest) direction above the underlying "C" clay packet.   The rate of migration is limited by the generally unsaturated character of sediments within the "C" sand/silt packet. Percolating rainfall may temporarily saturate a localized thin lense of water on top of the "C" clay and mobilize constituents from the sump areas or surrounding sediment.  Concentrations of constituents decrease by orders of magnitude short distances from these areas of maximum concentration. Data indicates the underlying on-site "C" clay packet is not leaky and therefore does not represent an on-site vertical migration pathway to the underlying "D" flow unit. As explained above, the biogeochemical environment of the "C" flow unit changes south of the McColl site; therefore, off-site migration is discussed as a separate pathway.

## Potential Off-site Migration of Organic Constituents

As discussed in Sections 7.1 and 7.2, the biogeochemical environment of the "B" and "C" flow units change south of the McColl site boundary.  For this reason, the mobility and transport characteristics of the constituents migrating on-site change. *Off-site*, approximately five hundred feet downgradient of the sump areas, THT compounds are detected in a laterally limited area of coarse- to fine-grained portions of the "B" and "C" flow units (wells P-10D, P-5L, and

possibly P10L). Detections of 1,2-DCA and benzene, and elevated concentrations of the primary inorganics are not generally present in this narrow off-site area. Concentrations of 1,2-DCA and benzene likely decreased downgradient to nondetectable levels due to dilution of the already low concentrations observed on-site. *Off-site*, concentrations of the inorganics decreased to background concentrations likely due to an acid/base reaction causing precipitation and the immobility of the dissolved inorganics.

Therefore, off-site migration is limited to the THT compounds, as described below.

### Off-site "B" Flow Unit Migration

Laterally limited downdip (southwest) migration of THT compounds above the clay packets underlying the "B" flow unit may occur within the "B" flow unit from the laterally limited area of THT compounds detected at well P-10D southwest of the site. This area is believed to be laterally limited due to the limited width of the potential source area and the lack of THT compounds detected during the drilling of pilot holes PH-8 and PH-9. Data are inconclusive as to whether the underlying off-site "B" clay packet is leaky. THT compounds were detected in soil samples from this clay packet; however, THT compounds were not detected in groundwater grab samples collected in the "C" flow unit immediately below the "B" clay at PH-10. As discussed in Section 7.2, the THT compounds may be degrading during this off-site migration.

### Off-site "C" Flow Unit Migration

Laterally limited downdip (southwest) migration of THT compounds above the clay packets underlying the "C" flow unit may occur within the "C" flow unit from the laterally limited area of THT compounds detected at wells P-5L and P-10L. (However, the "C" flow unit at the well P-5L location thins to a finer-grained sediment. Because of the low permeability of sediment at well P-5L, transport processes would be anticipated to be slow. Downgradient transport of THT compounds would therefore be expected to be limited. The lack of detection of THT compounds from grab samples within the "C" flow unit at the immediately downgradient PH-8 pilot hole location appears to verify this hypothesis.) Additionally, vertical migration of THT compounds to the underlying "D" flow unit at the well P-5L location is not considered a potential migration pathway as no THT compounds have been detected in the underlying

well P-5D over the duration of the monitoring program. Data is not available to determine if the "C" clay in the P-10L location is leaky, and therefore, represents a vertical migration pathway. As discussed in Section 7.2, the THT compounds may be degrading during this off-site migration.

### 7.3.3   Groundwater in the Coyote Hills Formation

Neither organic or elevated concentrations of inorganic constituents have been detected in the "D" flow unit, indicating no significant pathway for constituent migration currently exists. The only detected organic or inorganic constituents with any future potential to migrate to the "D" flow unit are the THT compounds. The detection of benzene only in the perched portions of the flow units and the very low concentrations of 1,2-DCA detected on-site indicate limited potential for these constituents to migrate to the "D" flow unit. The mobility of the inorganics appears to be limited to low pH conditions. The only migration pathways with any future potential to contribute THT compounds to the "D" flow unit are purely theoretical as follows:

- Laterally limited vertical migration of THT compounds through the "C" clay at the P-10L location. This conditional pathway is purely theoretical as no data has been collected in this location.

- Lateral migration of THT compounds at some distance greater than five hundred feet off-site, from the laterally limited area of THT compounds detected within the "C" flow unit (e.g., well P-10L) into the "D" flow unit if the "C" clay packet pinches out, is eroded away, or dips into the "D" flow unit. This conditional pathway is purely theoretical and has not been observed in any boring drilled south of the site.

DRAFT

## SECTION 8.0

## RISK ASSESSMENT

This draft section on Baseline Risk Assessment (BRA) has been prepared by ICF Kaiser, contractor for the U.S. Environmental Protection Agency (EPA).  Section 8.0 will be updated based on the inorganic background concentrations presented in the Annual Monitoring Report for the McColl site.  The purpose of this BRA is to provide an evaluation of potential risks associated with the presence of chemicals in groundwater underlying the McColl Superfund Site in Fullerton, California.  A Baseline Public Health Evaluation assuming a no-action scenario and a Public Health Evaluation of Remedial Alternatives for the soil/source operable unit were prepared in May 1992 (ICF, 1992a and 1992b).

The objectives of this risk assessment are to describe and evaluate the potential public health risks associated with exposure to chemicals detected in groundwater underlying the McColl Site.  This risk assessment is intended as a focused study and was conducted in accordance with specific risk assessment approaches and procedures outlined in the Risk Assessment Revised Work Plan dated June 22, 1995 (ICF, 1995).  The risk assessment also incorporates as much as possible standard assumptions that have been developed for Superfund projects by EPA as described in *Risk Assessment Guidelines for Superfund Volume 1:  Human Health Evaluation Manual, Part A* (RAGS) (EPA, 1989a), the *Exposure Factors Handbook* (EPA, 1989b), the *Human Health Evaluation Manual, Supplemental Guidance: "Standard Default Exposure Factors* (EPA, 1991a), and the *Guidelines for Exposure Assessment* (EPA, 1992a).

The wells screened in both the perched and regional aquifers were evaluated in this risk assessment.  Although unlikely because of the limited occurrence of water observed in the perched zones, it was assumed for this risk assessment that locally perched groundwater is potable and potentially serves as a drinking water source.  The perched zones are of potential concern because it is possible that contaminants found in the shallower zones can migrate into the deeper zones of the regional aquifer.  Once in the regional aquifer, contaminated groundwater may migrate along the southwesterly regional groundwater flow until it is

DRAFT

intercepted by wells placed within the regional aquifer at points downgradient of the McColl Site. Although there is a possible connection between the perched area of the flow zones and the regional portion of the flow zones C and D, it is unlikely that the perched portion of the individual flow zones would yield sufficient volume of water for potential exposures. Exposure point concentrations for wells screened in each flow unit were estimated and are provided in this report.

## 8.1     Selection of Chemicals of Potential Concern

Groundwater data obtained from the first three quarterly groundwater sampling events were identified as the most appropriate database to evaluate current site conditions. (Data validation had not been completed on fourth quarter data by the time the BRA was started.) The sampling events occurred in September 1994, January 1995, and April 1995 (ENVIRON, 1995a, 1995b, and 1995c).

A screening analysis was conducted to determine the areas of groundwater within each zone that may have the highest concentrations of chemicals. It was assumed that a well(s) in each flow unit represents the center of any potential plume migrating from the Site. The manner in which the wells were selected to represent chemical concentrations in each flow unit is designed to be conservative, by selecting narrow areas in which the highest concentrations are observed. The analysis consisted of comparing the maximum chemical concentrations in each individual well with the most conservative chemical-specific Federal or California Maximum Contaminant Level (MCL)[1] and a chemical-specific tap water preliminary remediation goal (PRG), as summarized by EPA Region IX (EPA, 1995a). Individual wells or a group of wells was selected based on the frequency of detection of chemicals, the toxicity of the chemicals detected, and the ratios of the maximum chemical concentration to the MCLs and tap water PRGs.

Individual wells were selected to represent groundwater in the A and D flow units, and groundwater in the perched and regional C flow units. Two separate wells were selected to represent the B flow unit primarily because of different chemical constituents. The wells selected as a result of this screening evaluation are presented below.

---

[1]     If both a Federal and a California MCL exist for a particular compound, the lower of the two MCLs was used in the screening analysis. For instance, benzene has a Federal and a California MCL of 5 and 1 $\mu$g/L, respectively. In this scenario, the California MCL was used in the screening evaluation.

DRAFT

| AQUIFER | FLOW UNIT ZONE | WELL |
|---------|----------------|------|
| perched | A | P-3S |
| perched | B | P-2I & P-6S |
| perched | C | W-6A |
| regional | C | P-5L |
| regional | D | W-4 |

Chemicals of potential concern (COPCs) were selected if organic and inorganic chemicals were detected in at least one sample above their respective method detection limits (MDLs). Detected chemicals (from the wells identified based on the results of the screening analysis) were selected to represent the chemicals that are attributable to the Site and that are of greatest concern from a health risk standpoint (i.e., the COPCs). Of the inorganics, iron, magnesium, potassium, and sodium were eliminated as COPCs because they are considered essential nutrients. Inorganic chemicals that are present at naturally occurring levels may also be eliminated from the risk assessment. Groundwater data collected from three off-site upgradient wells were used to represent background. However, given that these wells are screened in the D flow unit of the regional aquifer, a comparison can only be made for groundwater data that were also collected from wells screened in the D flow unit (i.e., well W-4). Based on an analysis of groundwater data, it is unclear whether the inorganics detected in the D flow unit are natural or anthropogenic in origin. Consequently, with the exception of the essential nutrients, inorganics detected in at least one sample above the MDL from well W-4 were selected as COPCs. A comprehensive list of COPCs evaluated in this risk assessment is presented below.

DRAFT

| THT Compounds | VOCs | SVOCs | INORGANICS |
|---|---|---|---|
| Tetrahydrothiophene<br>2-methyltetrahydrothiophene<br>3-methyltetrahydrothiophene | Acetone<br>Benzene<br>2-butanone<br>Carbon Disulfide<br>Chloroform<br>1,2-dichloroethane<br>Ethylbenzene<br>2-hexanone<br>Methylene Chloride<br>Toluene<br>Xylenes (total) | Bis(2-<br>ethylhexyl)phthalate<br>Butylbenzylphthalate<br>Dimethylphthalate<br>Di-n-butylphthalate<br>Isophorone<br>2-Methylphenol<br>Nitrobenzene<br>Phenol<br>Pyrene | Aluminum<br>Arsenic<br>Barium<br>Beryllium[2]<br>Cadmium<br>Chromium<br>Cobalt<br>Copper<br>Lead<br>Manganese<br>Mercury<br>Nickel<br>Selenium<br>Thallium<br>Vanadium<br>Zinc |

VOCs = Volatile Organic Compounds
SVOCs = Semi-volatile Organic Compounds

## 8.2    Toxicity Assessment

For each of the COPCs identified for this risk assessment, relevant toxicity criteria were identified from EPA's Integrated Risk Information System (IRIS) database (EPA, 1995b). When not available on IRIS, the Health Effects Assessment Summary Tables (HEAST) (EPA, 1994) and EPA's Region IX Preliminary Remediation Goals (PRGs) (EPA 1995a) were consulted. If no values could be identified from either source, the chemical was not evaluated quantitatively. COPCs that lack agency-derived toxicity criteria include the thiophene-based compounds. In addition, there are no available toxicity values for evaluating dermal (uptake) exposures. For this risk assessment, oral cancer slope factors (CSFs) and reference doses (RfDs) were used to evaluate dermal exposures.

Regulatory toxicity criteria that have been developed by Cal/EPA were also used and separately evaluated in this risk assessment. When Cal/EPA toxicity values were not

---

[2]    Although beryllium was not identified in waste and sump samples (CH2M Hill, 1987), beryllium was selected as a COPC for this risk assessment because it was positively detected in at least one groundwater sample. The existence of beryllium in groundwater may be associated with the leachability of chemicals in vadose zone soils due to the low pH in groundwater.

DRAFT

available, EPA values were used.  Cal/EPA has not derived RfDs or RfCs, and therefore an evaluation of potential risks was only conducted for chemicals that are classified as carcinogens.

Of the chemicals identified as being COPCs at the McColl Site, 11 are considered to be known or suspected human carcinogens.  Two chemicals are known human carcinogens based on sufficient evidence in human studies (Group A).  One chemical is considered to be a probable human carcinogen based on limited evidence in human studies (Group B1).  Eight chemicals are considered probable human carcinogens based on sufficient evidence in animal studies (Group B2).  A list of carcinogenic COPCs is summarized below.

| Group A | Group B1 | Group B2 |
|---------|----------|----------|
| Arsenic<br>Benzene | Cadmium | Beryllium<br>Bis(2-ethylhexyl)phthalate<br>Butylbenzylphthalate<br>Chloroform<br>1,2-DCA<br>Isophorone<br>Methylene Chloride<br>Lead |

## 8.3    Exposure Assessment

The McColl Site is located in an area zoned for single family residences.  Residential homes are located adjacent to the Site on the east and south boundaries with the nearest home located approximately 200 feet from the sumps.  It is assumed that no future residential development will occur on the McColl Site itself and that the surrounding areas are likely to continue to support residential homes.  Based on the current and expected future uses of the McColl Site, residential adults and children living in the vicinity of the Site represent potential exposed populations.

Groundwater is not currently used as a source of potable water within the McColl Site.  Water for adjacent communities is supplied by the local water district through a municipal distribution system.  No shallow domestic wells are known to exist in the vicinity of the Site and irrigation water is supplied by the City of Buena Park.  Therefore, no complete exposure

DRAFT

pathways for chemicals in groundwater exist under current land use scenarios. However, potential future uses of the surrounding areas may result in the development and use of private and municipal water supply wells.

Based on an evaluation of current and future conditions at the McColl Site, the following exposure pathways were identified and evaluated for this risk assessment:

- incidental ingestion and dermal absorption of chemicals in groundwater; and
- inhalation of chemicals released from groundwater during domestic uses.

To quantify human health risks, exposure point concentrations (EPCs) of the chemicals in groundwater appropriate to each specific exposure pathway at each appropriate receptor location were developed. Potential exposures to groundwater were estimated based on chemicals already existing in groundwater, as observed in the selected set of on-site wells. No groundwater transport or contaminant leaching modeling was performed for this risk assessment. Furthermore, it was assumed that the chemical concentrations are unlikely to increase or decrease in the future. Concentrations of volatile chemicals in air released from potable water were conservatively estimated using EPA's default volatilization constant ($0.5 \text{ mg/m}^3/\text{mg/L}$) (EPA, 1991b).

Average concentrations from the three groundwater sampling rounds were used to represent the EPCs from the wells identified from the screening analysis. EPCs representing background were developed based on the arithmetic average of data collected from three off-site wells over three quarters. Potential risks were evaluated based on doses that were estimated both for a reasonable maximum exposure (RME) estimate and a more probable estimate of exposure.

## 8.4    Risk Characterization

EPA has established an acceptable range of risk ($1 \times 10^{-6}$ to $1 \times 10^{-4}$ excess cancer risks) for known or suspected carcinogens at Superfund sites. If the calculated risks exceed $1 \times 10^{-4}$ excess cancer risks, then remediation is usually required. For noncarcinogenic effects, a hazard index (HI) in excess of 1 generally indicates an unacceptable condition requiring remediation (EPA, 1992b).

DRAFT

The results of the risk assessment indicate that with the exception of the RME exposures for well W-4 (flow unit D), the carcinogenic risks associated with the regional aquifer are below or within the acceptable range of $1 \times 10^{-6}$ and $1 \times 10^{-4}$. The average and RME risks for well P-5L (flow unit C) are below $1 \times 10^{-6}$. The RME cancer risks associated with well W-4 are 3 $\times 10^{-4}$ and $1 \times 10^{-4}$ for adults and children, respectively, and are slightly above the target risk of $1 \times 10^{-4}$. Arsenic is the primary chemical contributor to the overall risks. However, the concentrations of arsenic observed in well W-4 are below the MCL.

The potential risks associated with chemicals detected in background wells were also estimated. As indicated above, the only available site-specific background data are for the D flow zone. Under an average exposure scenario, the total background risks are below or within the acceptable range of $1 \times 10^{-6}$ and $1 \times 10^{-4}$. On the other hand, the estimated RME cancer risks attributed to chemicals detected in background wells are $2 \times 10^{-4}$ and $1 \times 10^{-4}$ for adults and children, respectively, and are primarily associated with the ingestion of beryllium. Although the RME risks are slightly above the target risk range, the RME background risks are comparable to the estimated risks associated with regional well W-4. A summary of the total carcinogenic risks associated with the selected wells screened in the regional aquifer, including background wells, is provided below. The estimated risks using Cal/EPA CSFs are presented in parentheses.

## SUMMARY OF TOTAL CARCINOGENIC RISKS

| Flow Unit (Well) | Average Risk Adult | RME Risk Adult | Average Risk Child | RME Risk Child |
|---|---|---|---|---|
| C (P-5L) | $2 \times 10^{-7}$ ($2 \times 10^{-7}$) | $7 \times 10^{-7}$ ($1 \times 10^{-6}$) | $2 \times 10^{-7}$ ($3 \times 10^{-7}$) | $3 \times 10^{-7}$ ($5 \times 10^{-7}$) |
| D (W-4) | $5 \times 10^{-5}$ ($5 \times 10^{-5}$) | $2 \times 10^{-4}$ ($3 \times 10^{-4}$) | $8 \times 10^{-5}$ ($8 \times 10^{-5}$) | $1 \times 10^{-4}$ ($1 \times 10^{-4}$) |
| D (background wells) | $4 \times 10^{-5}$ ($5 \times 10^{-5}$) | $2 \times 10^{-4}$ ($2 \times 10^{-4}$) | $7 \times 10^{-5}$ ($8 \times 10^{-5}$) | $1 \times 10^{-4}$ ($1 \times 10^{-4}$) |

The lowest and highest estimated risk values for wells screened in the perched flow zones are $6 \times 10^{-6}$ and $4 \times 10^{-3}$. The lowest risk is associated with chemicals detected in well P-3S (flow zone A) for adult receptors under an average exposure scenario. The highest estimated risk corresponds to chemicals detected in well W-6A (flow unit C) for child receptors under an RME exposure scenario. The primary exposure pathway contributing to the overall risks is

**DRAFT**

from ingestion of groundwater.  Arsenic in well P-3S and beryllium in well W-6A are the
primary chemicals responsible for the majority of the risks.

The potential noncarcinogenic effects associated with the exposure pathways evaluated above
were combined in the same manner as was done for the carcinogenic effects to yield total Site
HIs.  Of the three potentially complete exposure pathways evaluated, ingestion of groundwater
contributes most to overall noncarcinogenic health effects.

The noncarcinogenic HIs associated with regional well P-5L are below the target HI level of
1.  Conversely, the noncarcinogenic HIs associated with regional well W-4 are slightly above
the target HI level and are primarily associated with arsenic.  However, as stated above, the
concentrations of arsenic observed in well W-4 are below the MCL.  The HIs associated with
background wells are slightly above the target level and are primarily attributed to manganese.
A summary of the cumulative noncarcinogenic HIs is provided below.

### SUMMARY OF TOTAL NONCARCINOGENIC HAZARD INDEX

| Flow Unit (Well) | Average HI Adult | RME HI Adult | Average HI Child | RME HI Child |
|---|---|---|---|---|
| C (P-5L) | 0.3 | 0.4 | 0.6 | 0.9 |
| D (W-4) | 1 | 2 | 3 | 4 |
| D (background wells) | 0.9 | 1 | 2 | 3 |

The lowest and highest noncarcinogenic HIs associated with wells screened in the shallow
zones are 0.4 (P-3S) and 300 (W-6A).  Analogous to the carcinogenic risks, the lowest and
highest HIs correspond to adult receptors for an average exposure scenario and to children
under a RME exposure scenario, respectively.  The ingestion of manganese is the primary
chemical and exposure pathway contributing to the overall total HI from well W-6A.

Incremental risks may be estimated by subtracting background carcinogenic risks and
noncarcinogenic HIs from the total carcinogenic and noncarcinogenic chemical- and pathways-
specific risks.  If the incremental risks exceed the target risk ranges, it is possible that these
risks are associated with site-related activities rather than ambient conditions.  In the case of

**DRAFT**

arsenic, the incremental cancer risks are above the target risk level for the RME adult exposure scenario and the incremental HIs are above the target range for the average and RME child exposure scenario. However, the concentrations of arsenic detected in background wells and well W-4 <u>are below</u> the arsenic MCL of 50 µg/L.

Analytical data from samples obtained during test pumping of Coyote municipal well 12A show that manganese was also detected slightly above the MCL. Given that manganese was detected in samples collected from a crossgradient municipal well, it is possible that manganese detected in on-site groundwater wells in the perched and regional zones is naturally occurring. However, it should be noted that the concentrations of manganese, specifically in well W-6A, are several orders of magnitude greater than the MCL, the levels in Coyote well 12A, and the three upgradient background wells. Furthermore, the concentrations of manganese in regional wells P-5L and W-4 are higher than the concentrations in Coyote well 12A by a factor of 4 to 5.

## 8.5    Uncertainty

There are numerous sources of uncertainty associated with the methodologies and data used in this risk assessment that tend to limit the confidence in the resulting quantitative estimates of carcinogenic risks and non-carcinogenic hazards. Uncertainty is unavoidable in quantifying health risks. Many parameters are not well known (toxicity values) or contain significant variability. This risk assessment attempts to account for this uncertainty by using average or intentionally biased (conservative) values to represent uncertain parameters in the calculations. However, if several intentionally biased values are multiplied or divided, the resulting value will be biased to a much greater degree than the individual values used to calculate it (compound bias). Because numerous intentionally biased values were used in this risk assessment, actual risks are probably much lower than reported risks. Other potential sources of uncertainty that may over- or underestimate actual Site risks in this risk assessment include:

- Perched groundwater is unlikely to be used for domestic uses under present conditions due to its limited presence and insufficient yield. However, descriptions of the low and high risk related values for perched water are provided in the text of the report. These values are provided for evaluating the additional incremental risk in unmonitored portions of the perched/regional aquifer interface;

DRAFT

- The manner in which the wells were selected to represent chemical concentrations in each flow unit is designed to be conservative, by selecting narrow areas in which the highest concentrations are observed;

- Estimated carcinogenic risks and noncarcinogenic hazard effects are based on current concentrations of chemicals measured in groundwater without consideration of natural (i.e., dilution, dispersion, and/or degradation) and/or anthropogenic (i.e., treatment systems) processes that will tend to reduce concentrations over time;

- The majority of the carcinogenic risks and noncarcinogenic health effects are attributed to inorganic metals, specifically, arsenic, beryllium, and manganese. Beryllium was not identified in soil and waste sump samples. The presence of metals, specifically beryllium and manganese, may be attributed to the low pH in groundwater; and

- Comparisons with background concentrations were not made because data are only available for wells screened in the D flow unit of the regional aquifer. In addition, metals are likely to be present only at isolated locations and their movement in groundwater is likely to be retarded by subsurface soils. Therefore, the conclusions drawn concerning the potential risks associated with metals in groundwater may be less certain than cases in which the risks are driven by more mobile chemicals.

Given the above, it is expected that the risks are conservative at least to some degree. Therefore, actual risks may be lower than those estimated for both the more probable average and RME cases.

## 8.6    Conclusions of Risk Assessment

In summary, given the inherent uncertainties, the exposures that are most likely to pose excess carcinogenic risks and noncarcinogenic hazard effects at the McColl Site are those experienced by residential receptors who are exposed to COPCs in groundwater by incidental ingestion. The chemicals that contribute most to these excess carcinogenic risks include arsenic and beryllium in wells screened in the perched aquifer. Arsenic was identified as a COPC in soil samples collected from the Site, whereas beryllium was not. The concentrations of beryllium in groundwater may be attributed to the leachability of naturally-occurring chemicals in the vadose zone due to the low pH in groundwater. Noncarcinogenic hazard

DRAFT

effects may also be expected to occur from the ingestion of manganese in wells screened in the perched zone.

Of the inorganic compounds found to exceed their corresponding MCLs, manganese in the perched zones was found to exceed the corresponding criteria by several orders of magnitude. Such concentrations of manganese are sufficiently high that, even given any moderate dilution that might be assumed for a reasonable groundwater transport and well withdrawal scenario, it is likely that the risks that might be estimated in association with ingestion of chemicals in groundwater would be found to be unacceptable.

Although it is unlikely that locally perched groundwater would be classified as a potable source, the importance of evaluating the potential health risks is based on the possibility that some areas of the perched zones are hydraulically connected to the deeper regional aquifer which serves as a potential drinking water source.

Carcinogenic risks associated with wells screened in the deeper regional aquifer are within and are slightly above (RME scenario) the established risk range ($1 \times 10^{-4}$ to $1 \times 10^{-6}$). In addition, noncarcinogenic hazard effects may occur from groundwater ingestion of chemicals detected in wells screened in the regional aquifer. However, the concentrations of the risk-driving chemicals in the regional wells are either below the corresponding MCL (arsenic) or appear to be within background levels (manganese).

The potential risks associated with thiophene-based compounds could not be assessed quantitatively because of the lack of EPA-verified toxicity criteria. The odor threshold concentration (OTC) for THT, which is the concentration at which 50 percent of the population can detect an odor, is 0.0006 ppm or 0.0018 mg/m$^3$. In comparison to most chemicals, THT can be detected at relatively low concentrations.

# SECTION 9.0

# SUMMARY

## 9.1     General

The 22-acre McColl site is located in Fullerton, Orange County, California southwest of the intersection of Rosecrans Avenue and Sunnyridge Drive.  From 1942 through 1946, petroleum refinery waste was disposed of in twelve sumps within the McColl site.  The twelve inactive sumps are located on vacant land in two regions referred to as Los Coyotes and Ramparts sump areas.

From 1981 through 1994 prior to the start of the RI, a total of twenty-two monitoring wells associated with McColl groundwater investigations were installed.  Seven of these monitoring wells have been subsequently abandoned.  EPA has conducted periodic groundwater monitoring at the McColl site since 1989.  Low concentrations of various organic and inorganic constituents were detected in groundwater during this monitoring program.  However, no significant groundwater quality impacts were identified at the end of this historical monitoring program.

The McColl site was included on the EPA National Priority List in September 1982, pursuant to Section 105 of CERCLA, 42 U.S.C. Section 9605.  In June 1993, U.S.EPA issued to MSG Unilateral Administrative Order No. 93-21 for Partial Remedial Investigation and Response Actions, which related in part to groundwater work.  This Order was subsequently amended on September 28, 1995 to reflect EPA's decision to implement the contingency remedy.

ENVIRON was retained by MSG as lead consultant on the groundwater RI/FS at the McColl site in April 1994. The primary objective of the RI program was to collect and analyze additional data to determine whether any perched groundwater zones exist beneath the McColl site which could impact the beneficial uses of potable groundwater in deep aquifers (if any) south (downgradient) of the McColl site.   The document *Groundwater Remedial Investigation/Feasibility Study Work Plan* (ENVIRON February 4, 1994) describes the RI project objectives and scope initially projected to accomplish SOW Task 10 of Order No. 93-21.  Modifications from the *Work Plan's* original scope necessitated by a developing

conceptual hydrogeologic model of the site are documented in TM's 10-1 through 10-19 (Appendix F).

The Task 10 groundwater RI included two phases of field investigation, as follows:

- **Phase I**:  Phase I consisted of a CPT program in shallow sediments to the south (downgradient) of the Los Coyotes and Ramparts sump areas.  The purpose of the CPT program was to investigate the nature of shallow sediments to the south of the sump areas and to identify areas of perched water (if any).  This information also supported evaluation of the sufficiency of the existing perched zone monitoring program.

- **Phase II**:  Phase II consisted of drilling ten continuously cored pilot holes through the vadose zone south of the sump areas.  The pilot holes were geophysically logged along with the existing monitoring wells to provide a consistent database.  Selected soil samples were retained for physical and chemical testing.  Eight new monitoring wells were installed at total depths ranging from 27 to 260 feet bgs.  At U.S.EPA's request, well P-2D was abandoned and replaced by well P-2D(R).

As required by Task 11 of the Order, a four quarter groundwater monitoring program was coordinated with the Task 10 groundwater RI.  Groundwater samples were collected and analyzed for volatile organic compounds, THT compounds, semivolatile organic compounds, and metals (total and dissolved).  The fifteen previously existing monitoring wells and six of the monitoring wells installed during the Task 10 groundwater RI were sampled in September-December 1994, January 1995, and April 1995.  Monitoring wells were sampled in July 1995 during the fourth quarter program, and the seventh newly installed well P-10L was included.

## 9.2    Hydrogeology

### Regional

The water-bearing deposits underlying Orange County are unconsolidated to consolidated Quaternary alluvial sediments.  The water-bearing deposits are located in three geologic Formations extending to a depth of several thousand feet, as follows:

- **La Habra Formation**: Upper Pleistocene deposit laid in a non-marine and floodplain environment. La Habra Formation consists of numerous perched aquifers of limited extent.

- **Coyote Hills Formation:** Lower Pleistocene deposit laid in a non-marine fluvial environment. Coyote Hills Formation consists of numerous perched aquifers of limited extent.

- **San Pedro Formation:** Older Lower Pleistocene deposit consisting of shallow to deep massive marine sands. A high yield aquifer for the Orange County basin is identified at the base of the San Pedro Formation (identified as "main" aquifer) at a depth of seven hundred feet or more.

Only two production wells are located within seven thousand feet of the McColl site, including City of Fullerton's new well Coyote 12a and City of Buena Park's Smith-Murphy well. At approximately seven thousand feet southwest of the site, the Smith Murphy well obtains its flow from geothermal waters upwelling from fault systems totally unrelated to groundwater at the McColl site. The Coyote 12a well is located approximately three thousand feet southeast (cross-gradient) from the site, and obtains approximately sixty-nine percent of its flow from the San Pedro "main" aquifer, thirty percent from the upper San Pedro Formation, and approximately one percent from the Coyote Hills Formation.

## McColl Site

The McColl site is located on the south flank of the west-trending Western Coyote Hills anticline. The near-surface sediment immediately beneath the McColl site are interbedded clays, silts and silty sands of the Pleistocene La Habra Formation. Beneath the relatively fine-grained La Habra Formation sediment are coarser sandy gravels and gravelly sands of the Coyote Hills Formation. Surficial exposures and subsurface correlations indicate the La Habra and Coyote Hills deposits at or near the site dip southwesterly at approximately ten degrees, though dips may vary locally. The position of the site on the distal flank of the anticline likely produces the gently dipping structure.

## Flow Units "A", "B" and "C"

The Task 10 drilling program has penetrated both the La Habra and upper portion of the Coyote Hills Formation. Within the La Habra Formation, three prominent dipping

clay packets ("A", "B", and "C") have been identified continuously occurring across the site. These clay packets support intermittent perched groundwater flow units. The clay packets and overlying flow units in the La Habra Formation have been designated by ENVIRON from shallowest to deepest as the "A", "B", and "C" flow units. (The "D" flow unit has been designated in the Upper Coyote Hills Formation.)

The direction of flow within these three upper flow units is largely controlled by the southwesterly dip of the underlying clay packets. Due to the dipping structure of the beds, the "A", "B", and "C" flow units appear to outcrop within the McColl site area. Groundwater beneath the "A", "B", and "C" flow units is seasonally recharged by (i) surface infiltration in areas where the flow units outcrop at or near the McColl site, and (ii) along the buried coarse-grained sediments of current and historical drainage swales along the western and eastern boundaries of the site.

The "A" flow unit is the least extensive groundwater unit, with water being detected in only one CPT location, within the limited area of well P-3S, and seasonally within well P-2S. Well P-3S supports a purge rate of only 0.35 gpm, and purges dry with less than three well volumes during the quarterly monitoring program. Well P-2S was dry during the period spanning the four quarterly sampling programs, with the exception of a few days following a major rainfall event.

Six wells (P-2I, P-4I, P-5I, P-5S, P-6S, and P-10D) are screened across the "B" flow unit. Groundwater has been consistently detected in all "B" flow unit wells; however, purge rates vary from 0.3 to 0.6 gpm with many wells purging dry with less than three well volumes. The "B" flow unit is perched to the north of the McColl site boundary. Approximately five hundred feet south of the site, the "B" clay packet dips to the saturated interval of the "C" flow unit and is, therefore, no longer perched.

The "C" flow unit is perched under the central portion of the site, but the "C" clay drops beneath the saturated interval of the underlying "D" flow unit south of the Los Coyotes sump area. The "C" flow unit contains one to two clay and silt interbeds. Eight monitoring wells (P-2D(R), P-3D, P-4D, P-5L, P-6D, P-9D, P-10L, and W-8A) are screened within the "C" flow unit. Well W-6A is screened within the largely unsaturated portion of the "C" sand/silt packet. Groundwater has been consistently detected in "C" flow unit wells, with the exception of wells screened within the perched portion (W-6A and W-8A). Wells typically have a purge rate from 0.13 (well W-6A) to 4 gpm (well P-6D). Following an unusually wet winter, leachate from the sump areas was detected for the first time during 1994-95 in well W-6A; however, this

well routinely purges dry. Well W-8A has been dry throughout the historical and Task 11 monitoring program. An upward hydraulic gradient between the "C" and "D" flow units (e.g., wells P-5L and P-5D) indicate the "C" flow unit may receive recharge from the "D" flow unit along the southern boundary of the site.

## "D" Flow Unit

The "C" clay packet marks the transition from La Habra to the coarser, thicker and more continuous deposits of the Coyote Hills Formation. The "D" flow unit is the first significant aquifer zone encountered beneath the McColl site. Seven monitoring wells (wells P-1D, P-5D, W-4, W-8B, and background wells W-9B, W-9C, and W-10B) are screened within the "D" flow unit, where water is consistently detected. Purge rates in the "D" flow unit range from 0.66 (well W-9B) to 3.3 (well P-5D). The "D" flow unit is unconfined in the northern portion of the McColl site and becomes confined beneath the dipping clay beds of the La Habra Formation.

## Flow Between Units

The general lack of moist to saturated conditions, or detection of constituents potentially from McColl waste, in the vadose zone underlying perched portions of the "A", "B", and "C" clay packets indicate no significant downward leakage occurs on-site through the clay packets. Water level measurements taken during construction of well P-10L indicate downward leakage across the twenty-seven foot thick "B" clay packet south of the site is unlikely.

As discussed earlier, the geothermal nature of the Buena Park Smith-Murphy well indicates communication with the on-site "A" through "D" flow units is highly unlikely. The "A" through "C" flow units likely pinch out prior to reaching the pumping zone of the Coyote 12a well due to the discontinuous depositional pattern of the La Habra Formation. There is a slight chance the "D" flow unit may have some equivalency to the shallowest screened interval of well Coyote 12a; however, that production well is located three thousand feet cross-gradient to the site. The pumping rate of the shallowest screen interval is only one percent (15 gpm) of the total flow rate (1500 gpm) of that well. For these reasons, it is unlikely that on-site groundwater would flow to Coyote well 12a.

## 9.3    Constituents in Groundwater

### Organic Constituents

Slightly acidic (pH 3.5 to 6.0) groundwater was detected in two "B" flow unit wells
(P-2I and P-4I), one perched well (W-6A) and an upgradient "D" flow unit well ((W-
10B). THT compounds including tetrahydrothiophene, 2-methyltetrahydrothiophene,
and 3-methyltetrahydrothiophene were detected in several monitoring wells during the
sampling programs. THT compounds were only detected in the "A" flow unit once,
during the few days well P-2S was saturated. THT compounds were only detected in
three "B" flow unit wells (P-2I, P-4I, and P-10D) exceeding 1 $\mu$g/L. Concentrations in
the "B" flow unit exceeding 1 $\mu$g/L for individual THT compounds ranged from 12
$\mu$g/L (P-10D) to 18,000 $\mu$g/L (P-4I). THT compounds have been detected in only one
"C" flow unit well (P-5L) and in perched well W-6A. However, THT compounds
have been preliminarily detected in well P-10L. Concentrations of individual THT
compounds at well P-5L ranged from 29 to 140 $\mu$g/L, and at well W-6A ranged from
9200 to 43,000 $\mu$g/L. THT compounds have not been detected in "D" flow unit wells
exceeding 1 $\mu$g/L.

The most prevalent and primary VOC's other than THT compounds detected in the
groundwater system are benzene, and at very low concentrations 1,2-DCA. With the
exclusion of common laboratory contaminants, semi-VOC's were not consistently
detected in groundwater at the McColl site or are likely the result of field-related or
laboratory contamination.

Benzene concentrations have equaled or exceeded the state MCL of 1 $\mu$g/L in only
three "B" flow unit wells (P-2I, P-4I, and P-5I) and one "C" flow unit well (W-6A).
Concentrations in the "B" flow unit range from 1 $\mu$g/L (well P-5I) to 470 $\mu$g/L (well
P-2I). Concentrations in perched well W-6A ranged from 500 to 800 ug/L.

1,2-DCA concentrations have equaled or exceeded the state MCL of 0.5 $\mu$g/L in only
one "B" flow unit well (P-5I) and one "C" flow unit well (P-5L). Concentrations in
well P-5I ranged from 1 to 2 $\mu$g/L (both J-qualified), and in well P-5L ranged from
0.4 to 2 $\mu$g/L.

### Inorganic Constituents

The four inorganic constituents which occur above background concentrations or above
MCL's (excluding nutrient inorganics) are arsenic, beryllium, chromium, and
manganese. These inorganics probably occur at natural concentrations in groundwater,

evidenced by their presence in background wells. Background concentrations of these constituents in the "D" flow unit range from 3.2 to 4,300 ug/L.

Arsenic is ubiquitous at low concentrations in groundwater at the site, and has been detected in all but six (P-5L, P-6D, P-9D, P-1D, P-5D, and W-9C) of the twenty-four monitoring wells. Evaluation of "D" flow unit background wells indicate a background concentration of 9.7 ug/L. No "C" or "D" flow unit well has exceeded either the state MCL of 50 $\mu$g/L or the background concentration for arsenic. The state MCL has been slightly exceeded only in on-site well P-2I. The higher concentrations of arsenic only occur in wells with low pH, and concentrations significantly decrease off-site once the pH rises to natural levels.

Manganese is ubiquitous at low concentrations in groundwater and has been detected in all background and monitoring wells. Evaluation of "D" flow unit background wells indicate a background concentration for manganese of 4,300 ug/l. Concentrations of manganese in all off-site wells (with the exception of well P-10D) and all "C" and "D" flow unit wells are below background concentrations. The higher concentrations of dissolved manganese occur in on-site perched wells (P-2I, P-4I, and W-6A) with low pH.

Evaluation of "D" flow unit background wells indicate a background concentration for beryllium of 8.3 ug/L. This background concentration exceeds the state MCL of 4 $\mu$g/L for beryllium. No "C" or "D" flow unit wells have concentrations exceeding background. Dissolved beryllium was not detected in any off-site wells. Dissolved beryllium was detected above the state MCL in only on-site three (wells P-2I, P-4I, W-6A) of the total twenty-four wells. Beryllium concentrations exceeding the state MCL ranged from 5.7 to 90 $\mu$g/L.

Evaluation of "D" flow unit background wells indicate a background concentration for chromium of 3.2 ug/L. No "C" or "D" flow unit wells have dissolved chromium concentrations significantly above background. Dissolved chromium was detected above the state MCL of 50 $\mu$g/L in only two on-site wells (P-4I and W-6A). Dissolved chromium concentrations in these low pH wells ranged from 67.8 to 424 $\mu$g/L. Anomalously high total chromium concentrations were detected in wells P-5S and P-6S which are likely artifacts of faulty well construction and not indicative of groundwater conditions.

## 9.4    Chemical Fate and Transport

## "B" and "C" Flow Units

Organic and inorganic constituents within the McColl site may potentially migrate from the sump areas by unsaturated or partially saturated flow. Percolation of surface water (rainfall or from drainage swales) may create short-lived pathways to the outcropping "B" or "C" flow units.

Evaluation of the constituent concentration maps indicate migration in the La Habra Formation "B" and "C flow units is controlled by the southwest dip of the clay packets. For the purposes of this discussion, it is necessary to consider the occurrence and movement of constituents <u>on-site</u> and downgradient of the McColl sump areas, separately from the southwesterly <u>off-site</u> movement of constituents in groundwater.

### Potential On-site Migration of Organic and Inorganic Constituents

- **On-site "B" Flow Unit Pathway:** The potential *on-site* ""B" flow unit migration pathway for organic constituents (THT compounds, benzene, 1,2-DCA) and possibly elevated concentrations of inorganic constituents (manganese, chromium, arsenic, and beryllium) occurs in the low yield perched portion of the *"B" flow unit* (e.g., wells P-2I and P-4I) immediately downgradient of the Los Coyotes sump area. Migration is laterally limited above the clay packet underlying the "B" flow unit and in a downdip (southwest) direction. Data indicates the underlying on-site "B"clay packet is not leaky and therefore does not represent an on-site vertical migration pathway to the underlying "C" flow unit. The presence of constituents in several flow units is likely the result of the outcropping of the clay packets near the sump areas, rather than downward migration through clays. Off-site wells indicate the biogeochemical environment in the "B" flow unit changes south of the McColl site; therefore, as discussed in Section 7.2, the transport characteristics of the "B" flow unit change. For this reason, off-site migration is discussed as a separate pathway.

- **On-site "C" Flow Unit Migration:** The potential *on-site* "C" flow unit migration pathway for inorganic constituents (THT compounds, benzene, 1,2-DCA) and possibly elevated concentrations of inorganic constituents (manganese, chromium, arsenic, and beryllium) occurs in isolated pockets of seasonal groundwater or leachate (e.g., well W-6A) within the largely

unsaturated flow portion (Figure 4-12) of the "C" sand/silt packet downgradient of the Rampart sump area. Migration is laterally limited above the "C" clay packet and in a downdip (southwest) direction. The rate of migration is limited by the generally unsaturated character of sediments within the "C" sand/silt packet. Percolating rainfall may temporarily saturate a localized thin lense of water on top of the "C" clay and mobilize constituents from the sump areas or surrounding sediment. Concentrations of constituents decrease by orders of magnitude short distances from these areas of maximum concentration. Data indicate the underlying on-site "C" clay packet is not leaky and therefore does not represent an on-site vertical migration pathway to the underlying "C" flow unit. As explained above, the biogeochemical environment of the "C" flow unit changes south of the McColl site; therefore, off-site migration is discussed as a separate pathway.

**Potential Off-site Migration of Organic Constituents**

As discussed in Sections 7.1 and 7.2, the biogeochemical environment of the "B" and "C" flow units change south of the McColl site boundary. For this reason, the mobility and transport characteristics of the constituents migrating on-site change. Off-site, approximately five hundred feet downgradient of the sump areas, THT compounds are detected in a laterally limited area of coarse- to fine-grained portions of the "B" and "C" flow units (wells P-10D, P-5L, and possibly P10L). Detections of 1,2-DCA and benzene, and elevated concentrations of the primary inorganics are not generally present in these narrow off-site area. On-site concentrations of 1,2-DCA and benzene likely decreased downgradient due to dilution of the already low concentrations observed on-site. Concentrations of the inorganics decreased to background concentrations likely due to an acid/base reaction which caused precipitation and the immobility of the dissolved inorganics.

Therefore, off-site migration is limited to the THT compounds, as described below.

- **Off-site "B" Flow Unit Migration:** Laterally limited downdip (southwest) migration of THT compounds within the "B" flow unit above the "B" clay packet from the laterally limited area of THT compounds detected at well P-10D southwest of the site. This area is believed to be laterally limited due to the limited

width of the potential source area and the lack of THT compounds detected during the drilling of pilot holes PH-8 and PH-9. Data are inconclusive as to whether the underlying off-site "B" clay packet is leaky. THT compounds were detected in soil samples from this clay packet; however, THT compounds were not detected in groundwater grab samples collected in the "C" flow unit immediately below the "B" clay. As discussed in Section 7.2, the THT compounds may be degrading during this off-site migration.

- **Off-site "C" Flow Unit Migration:** Laterally limited downdip (southwest) migration of THT compounds above the "C" clay packet within the "C" flow unit from the laterally limited area of THT compounds detected at wells P-5L and P-10L. (However, the "C" flow unit at the well P-5L location thins to a finer-grained sediment. Because of the low permeability of sediment at well P-5L, transport processes would be anticipated to be slow. Downgradient transport of THT compounds would therefore be expected to be limited. The lack of detection of THT compounds from grab samples within the "C" flow unit at the immediately downgradient PH-8 pilot hole location appears to verify this hypothesis.) Additionally, vertical migration of THT compounds to the underlying "D" flow unit at the well P-5L location is not considered a potential migration pathway as no THT compounds have been detected in the underlying well P-5D over the duration of the monitoring program. Data are not available to determine if the "C" clay in the P-10L location is leaky, and represents a vertical migration pathway. As discussed in Section 7.2, the THT compounds may be degrading during this off-site migration.

## "D" Flow Unit

Neither organic or elevated concentrations of inorganic constituents have been detected in the "D" flow unit, indicating no significant pathway for constituent migration currently exists. The only detected organic or inorganic constituents with any future potential to migrate to the "D" flow unit are the THT compounds. The detection of benzene only in the perched portions of the flow units and the very low concentrations of 1,2-DCA detected indicate limited potential to migrate to the "D" flow unit. The

mobility of the inorganics appears to be limited by low on-site pH conditions.   The only migration pathways with any future potential to contribute THT compounds to the "D" flow unit are theoretical and are as follows:

- Laterally limited vertical migration of THT compounds through the "C" clay at the P-10L location.  This pathway is purely theoretical as no data have been collected in this location.

- Lateral migration of THT compounds at some distance greater than five hundred feet off-site, from the laterally limited area of THT compounds detected within the "C" flow unit (e.g., well P-10L) into the "D" flow unit if the "C" clay packet pinches out, is eroded away, or dips into the "D" flow unit.  This conditional pathway is purely theoretical and has not been observed in any boring drilled south of the site.

## 9.5    Risk Assessment (DRAFT)

This redlined text presents a draft summary of the baseline risk assessment as prepared by U.S. EPA's contractor, ICF Kaiser.  This text will be updated based on inorganic background concentrations presented in the Annual Monitoring Report for the McColl site.  Given the inherent uncertainties, the exposures that are most likely to pose excess carcinogenic risks and noncarcinogenic hazard effects at the McColl Site are those experienced by residential receptors who are exposed to COPCs in groundwater by incidental ingestion.  The chemicals that contribute most to these excess carcinogenic risks include arsenic and beryllium in wells screened in the perched aquifer.  Arsenic was identified as a COPC in soil samples collected from the Site, whereas beryllium was not.  The concentrations of beryllium in groundwater may be attributed to the leachability of naturally-occurring chemicals in the vadose zone due to the low pH in groundwater.  Noncarcinogenic hazard effects may also be expected to occur from the ingestion of manganese in wells screened in the perched zone.

Of the inorganic compounds found to exceed their corresponding MCLs, manganese in the perched zones was found to exceed the corresponding criteria by several orders of magnitude.  Such concentrations of manganese are sufficiently high that, even given any moderate dilution that might be assumed for a reasonable groundwater transport and well withdrawal scenario, it is likely that the risks that might be estimated in association with ingestion of chemicals in groundwater would be found to be unacceptable.

Although it is unlikely that locally perched groundwater would be classified as a potable source, the importance of evaluating the potential health risks is based on the possibility that some areas of the perched zones are hydraulically connected to the deeper regional aquifer which serves as a potential drinking water source.

Carcinogenic risks associated with wells screened in the deeper regional aquifer are within and are slightly above (RME scenario) the established risk range ($1 \times 10^{-4}$ to $1 \times 10^{-6}$). In addition, noncarcinogenic hazard effects may occur from groundwater ingestion of chemicals detected in wells screened in the regional aquifer. However, the concentrations of the risk-driving chemicals in the regional wells are either below the corresponding MCL (arsenic) or appear to be within background levels (manganese).

The potential risks associated with thiophene-based compounds could not be assessed quantitatively because of the lack of EPA-verified toxicity criteria. The odor threshold concentration (OTC) for THT, which is the concentration at which 50 percent of the population can detect an odor, is 0.0006 ppm or 0.0018 mg/m$^3$. In comparison to most chemicals, THT can be detected at relatively low concentrations.

## 9.6     Conclusions

Data and analyses presented within this RI Report are sufficient to proceed with the feasibility analysis to identify, screen, and select an appropriate remedial response (if any) for unacceptable (if any) concentrations of constituents within groundwater at the McColl site. The conceptual hydrogeologic model has been verified with subsequent well installations, such as well P-10L. The distribution of constituents is in agreement with the hydrogeologic model. The only outstanding matters are (i) the integrity of the well seal across the "B" clay unit at well P-10L and therefore the integrity of the data collected at well P-10L, and (ii) further study of the fate and transport characteristics of the THT compounds. These matters are currently under investigation under TM10-20, TM10-21, and will be presented as addendum reports to the RI report.

# SECTION 10.0

# REFERENCES

Baguerizo, E., 1992. Personal Communication with ICF Technology staff. Mr. Baquerizo was a project manager at Bechtel, Inc. at the time of the communication.

Bechtel Environmental, Inc. *Groundwater Monitoring Report for October 1990, ARCS Program - McColl Superfund Site.* Prepared for U.S.EPA. February 12, 1991.

CH2M Hill. *Field Report. Various Tasks to Supplement the Previous RI/FS.* Prepared for EPA, Hazardous Site Control Division. Contract No. 68-01-7251. 1987.

CH2M Hill. *Soil and Waste Investigation Report, McColl Site.* Prepared for U.S.EPA. 1987.

CH2M Hill. *Final Draft Groundwater Investigation Report, McColl Site.* Prepared for U.S.EPA. 1987.

City of Fullerton. *Zoning Maps.* Development Services Department. 1990.

Department of Water Resources. *Progress Report on Groundwater Geology of the Coastal Plain of Orange County.* July 1967.

Ecology and Environment. *Monitor Well Installation Report, McColl Site, California.* 1989.

ENVIRON. *Groundwater Remedial Investigation/Feasibility Study Workplan, McColl Site.* Prepared for McColl Site Group. February 4, 1994.

ENVIRON. *Routine Groundwater Monitoring Analysis/Recommendations Report and Work Plan, McColl Site.* Prepared for McColl Site Group. May 13, 1994.

ENVIRON. *Draft Phase 1 Report, Task 10: Groundwater Remedial Investigation, McColl Site.* Prepared for McColl Site Group. May 19, 1994.

ENVIRON. *Quarterly Groundwater Monitoring Report, First Quarter Sampling Period (1994), McColl Site.* Prepared for McColl Site Group. March 2, 1995.

ENVIRON. *Quarterly Groundwater Monitoring Report, Second Quarter Sampling Period (1995), McColl Site.* Prepared for McColl Site Group. April 28, 1995.

ENVIRON.  *Quarterly Groundwater Monitoring Report.  Third Quarter Sampling Period
(1995).*  July 1995.

ENVIRON.  *Supplemental Work Plan (Revised), Groundwater Remedial
Investigation/Feasibility Study, McColl Site.*  Prepared for McColl Site Group.  June
22, 1995.

ENVIRON.  *Response to EPA's and DTSC's Review Comments on Task 10, Phase I Report.*
Prepared for McColl Site Group.  August 5, 1995.

ENVIRON.  *Quarterly Groundwater Monitoring Report, Third Quarter Sampling Period
(1995), McColl Site.*  Prepared for McColl Site Group.  July 27, 1995.

Environmental Solutions.  *Final Draft.  Geotechnical Investigation of the McColl Superfund
Site.*  January 1994.

Geothermal Surveys.  Letter Regarding Buena Park's Smith-Murphy well.  Prepared for City
of Buena Park.  March 13, 1981.

Guadagnino, P.  *McColl Site Investigation Report.*  California Department of Health Services.
1982.

ICF Technology, Inc.  *Baseline Public Health Evaluation, McColl Superfund Site.*  Prepared
for U.S. EPA, Region IX.  May 1992a.

ICF Technology, Inc.  *Public Health Evaluation of Remedial Alternatives (PHERA), McColl
Superfund Site.*  Prepared for U.S. EPA, Region IX.  May 1992b.

ICF Technology, Inc.  *Risk Assessment Revised Work Plan and Cost Estimate, McColl
Superfund Site.*  June 22, 1995.

ICF Technology.  *Quarterly Monitoring Report, McColl Site.*  July 1992.

ICF Technology.  *Groundwater Operable Unit, Data Evaluation and Recommendations,
McColl Site.*  Prepared for U.S.EPA.  May 1993.

ICF Technology.  *Baseline Risk Assessment for the McColl Superfund Site, Groundwater
Operable Unit, Fullerton, CA.*  Prepared for U.S. EPA.  November 1995.

Keith, R.  *A Climatological/Air Quality Profile, California South Coast Air Basin.*  South
Coast Air Quality Management District.  1980.

Lutgens, F. and E. Tarbuck.  *The Atmosphere.*  Englewood Cliffs, N.J.:Prentice-Hall, Inc.
1979.

Orange County Water District.  *1992-93 Engineers Report.*  February 1994.

Radian Corporation. *McColl Phase II, Hydrogeologic Aspects of the McColl Site.* Submitted to California Department of Health Services, Sacramento, California.  March 2, 1983.

Reynolds, S. *Remediation of Damage to McColl Wells W-4 and W-6B.* California Department of Health Services.  EPA Superfund Records Center No. 1654-04504.  1985.

United States Census Bureau. *1990 Census of Population and Housing, Public Law 94-171 Data.* 1990.

U.S. Environmental Protection Agency (U.S. EPA) *Region IX Preliminary Remediation Goals (PRGS).* September 1995a.

U. S. Environmental Protection Agency (U.S. EPA). *Integrated Risk Information System (IRIS).* Environmental Criteria and Assessment Office, Cincinnati, Ohio.  September 1995b.

U.S Environmental Protection Agency (U.S. EPA). *Health Effects Assessment Summary Tables (HEAST).* Prepared by Office of Health and Environmental Assessment, Environmental Assessment and Criteria Office, Cincinnati, Ohio, for the Office of Solid Waste and Emergency Response, Office of Emergency and Remedial Response, Washington, D.C.  FY-1993.  1994.

U.S. Environmental Protection Agency (U.S. EPA). *Guidelines for Exposure Assessment.* Federal Register, Volume 57, No. 104.  May 1992a.

U.S. Environmental Protection Agency (U.S. EPA). *Code of Federal Regulations (40 Code of Federal Regulations (40 CFR) Part 300 - National Oil and Hazardous Substances Pollution Contingency Plan, Subpart E - Hazardous Substance Response.* 1992b.

U.S. Environmental Protection Agency (U.S. EPA). *Human Health Evaluation Manual, Supplemental Guidance: "Standard Default Exposure Factors."* Office of Solid Waste and Emergency Response.  OSWER Directive 9285.6-03.  March 1991a.

U.S. Environmental Protection Agency (U.S. EPA). *Risk Assessment Guidance for Superfund. Volume I:  Human Health Evaluation Manual.  Part B, Development of Risk-based preliminary Remediation Goals.* Office of Emergency and Remedial Response.  OSWER Directive 9285.7-Olb.  December 1991b.

U.S. Environmental Protection Agency (U.S. EPA). *Sampling Results for June 1989 and January 1990, McColl Site.* March 1990 approximate.

U.S. Environmental Protection Agency (U.S. EPA). *Risk Assessment Guidance for Superfund, Volume I, Human Health Evaluation Manual (Part A), Interim Final.* EPA 540/1-89/002.  December 1989a.

U.S. Environmental Protection Agency (U.S. EPA) 1989b. *Exposure Factors Handbook.* Office of Health and Environmental Assessment, Office of Research and Development. EPA/600/8-89/043.  July 1989b.

U.S Environmental Protection Agency. *Guidance for Conducting Remedial Investigations and Feasibility Studies under CERCLA.*  October 1988.

Yerkes, R.F.  *Geology and Oil Resources of the Western Puente Hills Area, Southern California.*  U.S.Geological Survey Professional Paper 420-c.  1972.

**TABLES**

Exhibit 38
4953

## TABLE 2-1

## WELL INSTALLATIONS AND ABANDONMENTS PRIOR TO TASK 10
### McColl Site

| Author | Date | Scope |
|---|---|---|
| DOHS, Caltrans, ARB, SCAQMD | 1981 | In Ramparts area, 12 boreholes were drilled, including six in sumps, five in adjacent soils, and one in background. Analyses were for pH, sulfates, and heavy metals. |
| DOHS | 1981 | In Ramparts area, monitoring well A-13 was installed and a groundwater sample was collected. Analyses were for pH, sulfate, and organic compounds. |
| Radian | 1982 | Three deep wells (depths of 232 to 273 feet) were installed. Well W-2 was located north of Ramparts area. Wells W-1 and W-3 were located south and southeast of the Los Coyotes areas. Wells W-1 and W-2 were later abandoned in 1991. The well head of well W-3 was covered during repaving of its street location. |
| DTSC | 1983/1984 | Four deep monitoring wells (W-4, W-5, W-6B, and W-8B) and two shallow wells (W-6A and W-8A) were installed. Wells were first sampled in 1987. Wells W-5 and W-6B has since been abandoned. |
| CH2M Hill | 1987 | Six deep monitoring wells (P-1D through P-6D), and three shallow wells (P-3S, P-5S, and P-6S) were installed during an expanded groundwater assessment. Wells were sampled for organic and inorganic parameters. |
| Ecology and Environment | June 1989 | Three deep upgradient wells (W-9B, W-9C, and W-10B) were installed. |

**TABLE 2-2**

**MONITORING PROGRAM PRIOR TO TASK 11**
McColl Site

| Well Name | Installation Date | Installed By | Elevation[1] | Total Depth[2] | Sampling Events | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6/82 | 7/82 | 10/82 | 1/83 | 4/86 | 8/86 | 11/86 | 2/87 | 4/87 | 1/88 | 4/88 | 7/88 | 6/89 | 1/90 | 6/90 | 10/90 | 1/91 | 4/91 | 8/91 | 12/91 | 3/92 | 7/92 |
| A-13[4] | 01/81 | DTSC[a] | 290.90 | 45.0 | | | | | | X | | | X | X | X | | | | | | | | | X | | X |
| W-1[4] | 01/82 | Radian[b] | 265.48 | 245.0 | X | | X | X | | | X | X | X | X | X | X | | | | | | | | | | |
| W-2[4] | 01/82 | Radian[b] | 314.97 | 273.0 | | X | | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | |
| W-3[4] | 01/82 | Radian[b] | 292.78 | 232.0 | | | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | |
| W-4 | 01/83 | DTSC[c] | 302.47[3] | 250.0 | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| W-5[4] | 04/84 | DTSC[c] | 290.54 | 248.0 | | | | | | | | X | X | X | X | | | | | | | | | | | |
| W-6A | 01/83 | DTSC[c] | 293.35[3] | 50.0 | | | | | X | X | X | X | X | X | X | | | | | | | | | | | |
| W-6B[4] | 01/83 | DTSC[c] | 290.54 | 260.0 | | | | | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X | X |
| W-8A | 01/83 | DTSC[c] | 266.00[3] | 105.0[3] | | | | | | | | X | X | X | X | | | | | | | | | | | |
| W-8B | 01/83 | DTSC[c] | 266.44 | 310.0 | | | | | | X | X | X | | | X | | X | X | X | X | X | X | X | X | X | X |
| P-1D | 01/87 | CH2M Hill[d] | 298.34[3] | 248.0 | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | X | X |
| P-2D[4] | 01/87 | CH2M Hill[d] | 266.96[3] | 230.0[3] | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | X | X |
| P-3S | 01/87 | CH2M Hill[d] | 281.42[3] | 69.1[3] | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | X | X |
| P-3D | 01/87 | CH2M Hill[d] | 282.40[3] | 250.0[3] | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | X | |
| P-4D | 01/87 | CH2M Hill[d] | 282.53[3] | 240.0 | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | X | |
| P-5S | 01/87 | CH2M Hill[d] | 259.26[3] | 81.0 | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | | X |
| P-5D | 01/87 | CH2M Hill[d] | 259.40[3] | 265.0 | | | | | | | | X | X | X | | | X | X | X | X | X | X | X | X | | |

McColl Site Group

## TABLE 2-2

### MONITORING PROGRAM PRIOR TO TASK 11 (continued)
### McColl Site

| Well Name | Installation Date | Installed By | Elevation[1] | Total Depth[2] | Sampling Events | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6/82 | 7/82 | 10/82 | 1/83 | 4/86 | 8/86 | 11/86 | 2/87 | 4/87 | 1/88 | 4/88 | 7/88 | 6/89 | 1/90 | 6/90 | 10/90 | 1/91 | 4/91 | 8/91 | 12/91 | 3/92 | 7/92 |
| P-6S | 01/87 | CH2M Hill[d] | 279.71[3] | 64.0 | | | | | | | | | X | X | X | | X | X | X | X | X | X | X | X | | |
| P-6D | 01/87 | CH2M Hill[d] | 279.52[3] | 235.0 | | | | | | | | | X | X | | | X | X | X | X | X | X | X | X | X | X |
| W-9B | 01/89 | E&E[e] | 316.71[3] | 225.0 | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X |
| W-9C | 01/89 | E&E[e] | 316.09[1] | 320.0 | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X |
| W-10B | 01/89 | E&E[e] | 314.55 | 216.0 | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X |
| Coyote 1 (Municipal Well) | | | | | X | | | | | | | | | | | | | | | | | | | | | |
| Pioneer (Municipal Well) | | | | | X | | | | | | | | | | | | | | | | | | | | | |

[1] Feet above Mean Sea Level
[2] Measured from ground surface in feet
[3] Value corrected during Task 10 RI investigation
[c] Well abandoned prior to Task 10 RI investigation

[a] Guadagnino, 1981
[b] Radian, 1983
[c] Reynolds, 1984
[d] CH2M Hill, 1987
[e] E&E, 1989

McColl Site Group

Exhibit 38
4956

## TABLE 2-3

### TASK 10 PILOT HOLE PROGRAM
### McColl Site

| Pilot Hole | Ground Surface Elevation (ft. MSL) | Total Depth (ft. bgs) | Drilling Method | Adjacent New Wells | Associated Pre-existing Wells |
|---|---|---|---|---|---|
| PH-1 | 265.3 | 187 230 | RS DWP | P-2S, P-2I, P-2D(R) | -- |
| PH-2 | 284.2 | 196 350 | RS mud | -- | P-3S, P-3D |
| PH-3 | 283.4 | 188 | RS | P-4I | P-4D |
| PH-4 | 258.9 | 152 202 | RS ARCH | P-5I, P-5L | P-5S, P-5D |
| PH-5 | 267.8 | 163 | RS | -- | W-8A, W-8B |
| PH-6 | 280.6 | 196 | RS | -- | -- |
| PH-7 | 287.3 | 185 | RS | -- | -- |
| PH-8 | 264.0 | 190 250 | HSA mud | -- | -- |
| PH-9 | 263.3 | 250 | HSA | P-9D | -- |
| PH-10 | 248.4 | 105 205 | HSA mud | P-10D, P-10L | -- |

Drilling Method Abbreviations:
RS = Resonant Sonic, continuously cored.
mud = Mud Rotary, continuously cored.
HSA = Hollow Stem Auger, continuously cored.
DWP = Dual Wall Percussion, continuously cored.
ARCH = Air Rotary Casing Hammer, regular drive samples and logged cuttings.

ft. MSL = Feet above mean sea level datum.
ft. bgs = Feet below ground surface.

McColl Site Group

p:\lf\mccoll\03-3493x\final.rpt

1 of 1

December 29, 1995

Exhibit 38
4957

**TABLE 2-4**

## TASK 10 WELL CONSTRUCTION SUMMARY
## McColl Site

| Well | Ground Surface Elevation (ft. MSL) | Top of Casing Elevation (ft. MSL) | Screened Interval (ft. bgs) | Total Well Depth (ft. bgs) |
|---|---|---|---|---|
| "A" Flow Unit | | | | |
| P-2S* | 265.67 | 268.47 | 20.0 - 25.0 | 27.3 |
| P-3S | 282.02 | 281.42 | 60.0 - 70.0 | 69.1 |
| "B" Flow Unit | | | | |
| P-2I* | 265.41 | 267.66 | 125.0 - 135.0 | 139 |
| P-4I* | 283.84 | 283.34 | 115.5 - 125.5 | 127.7 |
| P-5I* | 259.98 | 259.77 | 82.0 - 92.0 | 97.5 |
| P-5S | 260.09 | 259.26 | 70.0 - 80.0 | 81 |
| P-6S | 280.29 | 279.71 | 52.0 - 62.0 | 64 |
| P-10D* | 248.84 | 248.42 | 186.0 - 196.0 | 200 |
| "C" Flow Unit | | | | |
| P-2D(R)* | 265.26 | 266.96 | 20.0 - 30.0 | 230 |
| P-3D | 283.11 | 282.40 | 240.0 - 250.0 | 250 |
| P-4D | 283.28 | 282.53 | 225.0 - 235.0 | 240 |
| P-5L* | 258.84 | 258.13 | 195.5 - 205.5 | 210 |
| P-6D | 280.22 | 279.52 | 222.0 - 232.0 | 235 |
| P-9D* | 263.79 | 263.26 | 214.0 - 231.0 | 239 |
| P-10L* | 249.03 | 248.63 | 247.7 - 257.7 | 259.5 |
| W-6A | 291.35 | 293.35 | 30.0 - 50.0 | 50 |
| W-8A | 266.46 | 266.00 | 85.0 - 105.0 | 105 |
| "D" Flow Unit | | | | |
| P-1D | 298.37 | 298.34 | 223.0 - 243.0 | 248 |
| P-5D | 260.28 | 259.40 | 253.0 - 265.O | 265 |
| W-4 | 303.14 | 302.47 | 225.O - 250.0 | 250 |
| W-8B | 266.94 | 266.44 | 260.0 - 310.0 | 310 |
| W-9B | 317.59 | 316.71 | 214.9 - 224.9 | 225 |
| W-9C | 317.19 | 316.09 | 309.8 - 319.80 | 320 |
| W-10B | 315.25 | 314.55 | 204.9 - 214.9 | 216 |

* New wells constructed by ENVIRON during 1994-1995 field program.
ft. MSL = Feet above mean sea level datum.
ft. bgs = Feet below ground surface.

**TABLE 2-4**

**TASK 10 WELL CONSTRUCTION SUMMARY**
**McColl Site**

| Well | Ground Surface Elevation (ft. MSL) | Top of Casing Elevation (ft. MSL) | Screened Interval (ft. MSL) | Total Well Depth (ft. bgs) |
|---|---|---|---|---|
| **"A" Flow Unit** | | | | |
| P-2S* | 265.67 | 268.47 | 245.7 - 240.7 | 27.2 |
| P-3S | 282.02 | 281.42 | 221.5 - 211.5 | 70.3 |
| **"B" Flow Unit** | | | | |
| P-2I* | 265.41 | 267.66 | 139.8 - 129.8 | 137.8 |
| P-4I* | 283.84 | 283.34 | 167.8 - 157.8 | 128.2 |
| P-5I* | 259.98 | 259.77 | 177.8 - 167.8 | 94.4 |
| P-5S | 260.09 | 259.26 | 189.4 - 179.4 | 81.5 |
| P-6S | 280.29 | 279.71 | 228.4 - 218.4 | 62.2 |
| P-10D* | 248.84 | 248.42 | 62.4 - 52.4 | 198.7 |
| **"C" Flow Unit** | | | | |
| P-2D(R)* | 265.26 | 266.96 | 52.4 - 42.4 | 224.8 |
| P-3D | 283.11 | 282.40 | 42.5 - 32.5 | 255 |
| P-4D | 283.28 | 282.53 | 57.5 - 47.5 | 240 |
| P-5L* | 258.84 | 258.13 | 62.6 - 52.6 | 206.8 |
| P-6D | 280.22 | 279.52 | 57.4 - 47.4 | 235 |
| P-9D* | 263.79 | 263.26 | 49.2 - 32.2 | 233.6 |
| P-10L* | 249.03 | 248.63 | 0.3 - (-9.7) | 260.8 |
| W-6A | 291.35 | 293.35 | 263.6 - 243.6 | 47.5 |
| W-8A | 266.46 | 266.00 | 180.8 - 160.8 | 105 |
| **"D" Flow Unit** | | | | |
| P-1D | 298.37 | 298.34 | 74.9 - 54.9 | 248 |
| P-5D | 260.28 | 259.40 | 4.5 - (-5.5) | 265 |
| W-4 | 303.14 | 302.47 | 77.5 - 52.5 | 250 |
| W-8B | 266.94 | 266.44 | 6.9 - (-44.1) | 310 |
| W-9B | 317.59 | 316.71 | 102.7 - 92.7 | 225 |
| W-9C | 317.19 | 316.09 | 7.4 - (-2.6) | 320 |
| W-10B | 315.25 | 314.55 | 110.3 - 100.3 | 216 |

* New wells constructed by ENVIRON during 1994-1995 field program.
ft. MSL = Feet above mean sea level datum.
ft. bgs = Feet below ground surface.

# TABLE 7-5
## CHEMICAL TESTING PARAMETERS, QUARTERLY MONITORING PROGRAM
### McColl Site

| Parameter | Analytical Method |
|---|---|
| RAS Volatile Organic Compounds | CLP GC/MC2 |
| SAS THT Compounds | CLP GC/MS |
| RAS Semi-Volatile Compounds | CLG GC/MS |
| RAS Metals (total and dissolved) | |
| Aluminum | CLP |
| Antimony | CLP |
| Arsenic | CLP |
| Barium | CLP |
| Beryllium | CLP |
| Cadmium | CLP |
| Calcium | CLP |
| Chromium | CLP |
| Cobalt | CLP |
| Copper | CLP |
| Iron | CLP |
| Lead | CLP |
| Magnesium | CLP |
| Manganese | CLP |
| Mercury | CLP |
| Nickel | CLP |
| Potassium | CLP |
| Selenium | CLP |
| Silver | CLP |
| Sodium | CLP |
| Thallium | CLP |
| Vanadium | CLP |
| Zinc | CLP |
| General Chemistry | |
| Alkalinity, Total | EPA 310.1 |
| Chemical Oxygen Demand | EPA 410.4 |
| Chloride | EPA 300 |
| Nitrate | EPA 300 |
| Nitrite (as N) | EPA 300 |
| pH* | EPA 9040 |
| Specific Conductance* | EPA 9050 |
| Sulfate | EPA 300 |
| Temperature* | EPA 170.1 |
| Total Dissolve Solids | EPA 160.1 |
| Total Organic Carbon | EPA 415.1 |
| Total Reactive Sulfide | EPA 9030 |
| Turbidity* | EPA 180.1 |

* These parameters are tested in the field at the time of ground water sampling using field instruments and
 methods.
RAS = Routine Analytical Services
SAS = Special Analytical Services
CLP = Contract Laboratory Program

## TABLE 2-6

## GROUNDWATER GRAB SAMPLE CHEMICAL DATA
## McColl Site

| Sample ID | Sample Depth# (ft. bgs) | Total THT's (µg/L) | Total VOCs** (µg/L) | pH (units) | Sulfate (mg/L) | TOC (mg/L) |
|---|---|---|---|---|---|---|
| PH4 | 170 | 1,330 | ND | NA | NA | NA |
| | 194 | ND | ND | 8.2 | 65 | <10 |
| | 194 Dup. | ND | ND | 8.3 | 62 | <10 |
| PH8 | 193 | ND | ND | 7.8 | 40 | <10 |
| | 193 Dup. | ND | ND | 7.7 | 45 | 12 |
| P-10L | 218 | 18,500 | 891 | 4.61 | 7,700 | 350 |
| | 231@ | ND | 0.2 | 7.96 | 71 | <10 |
| | 245@ | ND | ND | 7.85 | 71 | 15 |
| | 261@ | ND | 18.6 | 7.87 | 102 | 25.3 |

ft. bgs = feet below ground surface
µg/L = micrograms per liter
mg/L = milligrams per liter
ND = Not Detected
NA = Not Analyzed

\# Sample depth refers to depth of drill pipe or Hydropunch and not depth to ground water.
\* Total THT's equals the sum of Tetrahydrothiophene, 2-Methyltetrahydrothiophene, and 3-Methyltetrahydrothiophene concentrations.
\*\* Total VOCs equals the sum of detected VOCs. However, methylene chloride and acetone, common laboratory contaminants, were excluded from this calculation.
@ Samples collected using a Hydropunch.

TABLE 2-7

## ORGANIC CHEMICALS DETECTED IN SOIL AND WASTE IN SUMP AREAS (1987)
### McColl Site

| Constituent | Total Samples | Positively Detected[1] | % Detected[2] |
|---|---|---|---|
| Methylene Chloride | 91 | 79 | 87 |
| Benzene | 91 | 42 | 46 |
| Ethylbenzene | 91 | 31 | 34 |
| Toluene | 91 | 44 | 48 |
| Xylenes (mixed) | 91 | 32 | 35 |
| Acetone | 91 | 81 | 89 |
| 2-Butanone | 91 | 39 | 43 |
| Bis(2-ethylhexyl)phthalate | 78 | 35 | 45 |
| Diethylphthalate | 78 | 4 | 5.1 |
| 2-Methylnaphthalene | 78 | 20 | 26 |
| Naphthalene | 78 | 35 | 45 |
| Phenanthrene | 78 | 7 | 9.0 |
| THT Compounds | 87 | 44 | 51 |
| TICs[3] | 87 | 79 | 91 |

[1]Positively detected chemicals include J and B qualified data.
[2]% Detected = (Number of Samples Positively Identified/Total Samples) x 100.
[3]TICs (Tentatively Identified Compounds) represent chemicals grouped under "Others" by CH2M Hill.

Source:  CH2M Hill Field Report, October 9, 1987.

## TABLE 2-8

### INORGANIC CHEMICALS DETECTED IN SOIL AND WASTE
### IN SUMP AREAS (1987)
### McColl Site

| Chemical | Total Samples | Positively Detected[1] | % Detected[2] |
|---|---|---|---|
| Aluminum | 44 | 43 | 98 |
| Arsenic | 44 | 20 | 45 |
| Barium | 44 | 31 | 70 |
| Calcium | 44 | 36 | 82 |
| Chromium | 44 | 42 | 95 |
| Copper | 44 | 34 | 77 |
| Iron | 44 | 44 | 100 |
| Lead | 44 | 38 | 86 |
| Magnesium | 44 | 34 | 77 |
| Manganese | 44 | 44 | 100 |
| Mercury | 41 | 13 | 30 |
| Nickel | 44 | 21 | 48 |
| Potassium | 44 | 23 | 52 |
| Sodium | 44 | 3 | 6.8 |
| Vanadium | 44 | 36 | 82 |
| Zinc | 44 | 41 | 93 |

[1]Positively detected chemicals include J and B qualified data.
[2]% Detected = (Number of Samples Positively Identified/Total Samples) x 100.

* Positively detected in at least 5% of samples.

Source:  CH2M Hill Field Report, October 9, 1987.

TABLE 4-1

## GENERALIZED STRATIGRAPHIC COLUMN OF WATER-BEARING SEQUENCE
## ORANGE COUNTY, CALIFORNIA
## McColl Site

| Series | Formation (Thickness) | Regional Groundwater Zonation | Depositional Environment | Type Section Description (West Coyote Oilfield) |
|---|---|---|---|---|
| Upper Pleistocene | La Habra Formation (200-1500+/-) | Semi-perched zones of limited extent | Non-marine flood plain and fluvial deposits | Upper 140 feet: MUDSTONE, sandy and pebbly with streaks of calcium carbonate. Weathers easily to dark clay<br>Lower 70 feet: SANDSTONE, coarse-grained to pebbly, poorly cemented and sorted with a clayey matrix |
| Lower Pleistocene | Coyote Hills Formation (250-500 +/-) | Discontinuous groundwater zones | Non-marine fluvial deposits (may also include final marine regression sequence) | Upper 195 feet: PEBBLY SANDSTONE, pebbles are crystalline to 4-inches, in matrix of coarse-grained arkosic sand<br>Lower 95 feet: MUDSTONE with interbedded sandstone and pebble conglomerate |
| Lower Pleistocene | San Pedro Formation (500+) | "Main" aquifer, interconnected to greater extent, yields large quantities of fresh water | Shallow to deep marine sands | Upper 170 feet: SAND, coarse-grained to pebbly with clayey matrix<br>Next 155 feet: SILTY SANDSTONE, massive, silty with depth |

References:  DWR, Southern District, 1967.
          Yerkes, USGS Prof. Paper 420-C, 1972.

## TABLE 4-2

### SITE HYDROSTRATIGRAPHY
### GROUNDWATER REMEDIAL INVESTIGATION
### McColl Site

| Geologic Formation | Depositional Environment | Hydrostratigraphic Units | Description |
|---|---|---|---|
| La Habra Formation | Non-marine flood plain and fluvial deposits | "A" Flow Unit<br><br>"B" Flow Unit<br><br>"C" Flow Unit | The "A", "B" and "C" flow units are silty and clayey sands observed to be interbedded with silts and clays. Individual sandy beds appear to be discontinuous, though sandy packages of sediments can be correlated across the site.  The flow units overlie the "A Clay," "B Clay," and "C Clay" respectively.<br><br>The flow units and their basal clays daylight in the area of the McColl site and dip to the southwest.  The flow units have a generally low hydraulic conductivity.  The flow units are partially saturated or unsaturated beneath the McColl site. |
| Coyote Hills Formation | Non-marine fluvial deposit | "D" Flow Unit | The "D" flow unit is a massive silty and gravelly sand with some interbedded silts.<br><br>The "D" flow unit is unconfined beneath the northern portion of McColl site, and appears confined by the La Habra Formation clays in the southern portion and south of the site. |

## TABLE 4-3

## SUMMARY OF QUARTERLY GROUNDWATER ELEVATIONS (1994-95)
## McColl Site

| Well | Screened Interval Elevation (ft.MSL) | Groundwater Elevation (11/30/94) | Groundwater Elevation 1/11/95 | Groundwater Elevation 4/3/95 | Groundwater Elevation 7/10/95 | Net Elevation Change[1] (ft) |
|---|---|---|---|---|---|---|
| "A" Flow Unit | | | | | | |
| P-2S | 245.7 - 240.7 | 239.17 | 238.89 | 240.89 | 239.02 | -0.15 |
| P-3S | 221.4 - 211.4 | 220.76 | 220.64 | 220.5 | 221.97 | 1.21 |
| Average Groundwater Elevation Change (ft): | | | | | | -0.15 |
| "B" Flow Unit | | | | | | |
| P-2I | 139.8 - 129.8 | 157.81 | 158.43 | 158.94 | 160.37 | 2.56 |
| P-4I | 167.8 - 157.8 | 185.57 | 185.13 | 184.52 | 186.33 | 0.76 |
| P-5I | 177.8 - 167.8 | 195.61 | 195.48 | 194.99 | 196.57 | 0.96 |
| P-5S | 189.3 - 179.4 | 189.34 | 188.85 | 188.74 | 190.91 | 1.25 |
| P-6S | 228.4 - 218.4 | 223.25 | 223.09 | 223.06 | 225.55 | 2.30 |
| P-10D | 62.4 - 52.4 | 138.88 | 139.18 | 139.06 | 139.67 | 0.79 |
| Average Groundwater Elevation Change (ft): | | | | | | 1.44 |
| "C" Flow Unit | | | | | | |
| P-2D(R) | 52.4 - 42.4 | 89.51 | 88.07 | 89.58 | 92.62 | 3.11 |
| P-3D | 42.5 - 32.5 | 89.72 | 88.33 | 89.6 | 92.80 | 3.08 |
| P-4D | 57.5 - 47.5 | 89.78 | 88.34 | 89.57 | 92.65 | 2.87 |
| P-5L | 62.6 - 52.6 | 86.38 | 85-45 | 88.11 | 91.15 | 4.77 |
| P-6D | 57.4 - 47.4 | 92.96 | 90.35 | 93.54 | 96.72 | 3.76 |
| P-9D | 49.2 - 32.2 | 86.95 | 89.16 | 93.39 | 96.14 | 9.19 |
| P-10L | 0.3 - (-9.7) | NA | NA | NA | *99.99 | NA |
| W-6A | 263.6 - 243.6 | 248.00 | 247.68 | 256.53 | 255.04 | 7.04 |
| W-8A | 180.8 - 160.8 | DRY | DRY | DRY | DRY | NA |
| Average Groundwater Elevation Change (ft): | | | | | | 4.23 |

Exhibit 38
4966

## TABLE 4-3

## SUMMARY OF QUARTERLY GROUNDWATER ELEVATIONS- 1994-95 (continued)
### McColl Site

| Well | Screened Interval Elevation (ft.MSL) | Groundwater Elevation (11/30/94) | Groundwater Elevation 1/11/95 | Groundwater Elevation 4/3/95 | Groundwater Elevation 7/10/95 | Net Elevation Change[1] (ft) |
|------|------|------|------|------|------|------|
| **"D" Flow Unit** | | | | | | |
| P-1D | 74.9 - 54.9 | 93.70 | 90.33 | 93.49 | 96.70 | 3.00 |
| P-5D | 4.5 - (-5.5) | 91.9 | 90.30 | 93.56 | 96.74 | 4.84 |
| W-4 | 77.5 - 52.5 | 93.83 | 90.24 | 93.43 | 96.45 | 2.62 |
| W-8B | 6.9 - (-44.1) | 93.58 | 90.89 | 94.09 | 97.09 | 3.51 |
| +W-9B | 102.7 - 92.7 | 121.35 | 121.26 | 120.06 | 121.59 | 0.24 |
| +W-9C | 7.4 - (-2.6) | 114.06 | 113.82 | 112.94 | 114.47 | 0.41 |
| +W-10B | 110.3 - 100.3 | 113.94 | 113.7 | 113.64 | 114.42 | 0.48 |
| Average Groundwater Elevation Change (ft): | | | | | | 1.89 |

[1]Net elevation change represents change in depth to water from first through fourth quarter.

ft MSL =  Elevation in feet above mean sea level datum.
      **  Change in elevation based on depth to water.
      #  Water level below base of screened interval.
      +  Background monitoring well.
      *  Water level measured on 7/24/95.
NA  =  Not Applicable.

# TABLE 5-1

## SOIL CHEMICAL DATA
## McColl Site

| Pilot Hole/Well Boring | Sample Depth (ft. bgs) | Total THT's ($\mu$g/kg) | Total VOCs** ($\mu$g/kg) | pH (units) | Sulfate (mg/kg) | TOC (mg/kg) |
|---|---|---|---|---|---|---|
| PH-1 | 14.5 | 144 | 15 | 8.4 | 94 | 6,200 |
| | 18 | ND | 6 | 7.7 | 129 | 1,000 |
| | 18.5D | ND | 2 | 7.8 | 135 | 1,200 |
| | 37.5 | 278 | 25 | 6.7 | 512 | 330 |
| | 47 | 256 | 32 | 7.6 | 424 | 720 |
| | 58 | 394 | 4 | 7.9 | 149 | 390 |
| | 63.1 | 424 | 52 | 7.9 | 216 | 480 |
| | 87 | ND | ND | 8.2 | 11 | 180 |
| | 103 | ND | ND | 7.9 | 17 | 350 |
| | 116.5 | ND | 26 | 7.8 | 14 | 490 |
| | 128.5 | 1,110 | 2 | 7.0 | 293 | 370 |
| | 139 | ND | ND | 7.6 | 27 | 400 |
| | 144 | ND | ND | 8.7 | 12 | 190 |
| | 167.5 | 8 | ND | 7.5 | 40 | 940 |
| | 174 | 2 | ND | 8.7 | 60 | 650 |
| | 183.5 | ND | ND | 9.0 | 19 | 320 |
| | 187 | ND | ND | | 72 | 690 |
| P-2D(R) | 197.5 | ND | 1 | | 22 | 320 |
| PH-2 | 34 | ND | ND | 8.3 | 23 | 120 |
| | 48.5 | ND | ND | 7.7 | 13 | 160 |
| | 67.5 | ND | ND | 9.1 | 18 | 210 |
| | 102 | ND | ND | | 24 | 150 |
| | 102.5 | ND | ND | | 15 | 230 |
| | 112 | 364 | ND | 7.8 | 180 | 120 |
| | 136.5 | 520 | 155 | 4.0 | 2,300 | 620 |
| | 137D | 530 | 200 | 4.0 | 990 | 480 |
| | 190 | ND | 14 | 9.1 | 190 | 4,000 |
| | 205.5 | 32 | ND | 8.4 | 110 | 280 |
| PH-3 | 11 | ND | ND | 7.6 | 354 | 310 |
| | 56 | ND | 9 | 8.6 | 18 | 190 |
| | 77.5 | ND | 4 | 8.4 | 11 | 560 |
| | 87 | ND | ND | 7.7 | 59 | 230 |
| | 106 | ND | ND | 8.3 | 13 | 220 |
| | 119.4 | 24 | 18 | | 263 | 180 |
| | 134.5 | ND | 7 | 8.6 | 16 | 360 |
| | 160.5 | ND | ND | 8.5 | 22 | 140 |
| | 172.5 | ND | ND | 8.4 | 24 | 260 |
| | 187.5 | ND | 16 | 7.8 | 176 | 250 |
| PH-4 | 77.5 | ND | ND | | 12 | 260 |
| | 77.5D | ND | ND | | 14 | |
| | 147 | ND | ND | 8.3 | 28 | 570 |
| | 186.5 | ND | ND | | 53 | 530 |
| | 189 | 3 | ND | 10.2 | 55 | 2,700 |

### TABLE 5-1

### SOIL CHEMICAL DATA (continued)
### McColl Site

| Pilot Hole/Well Boring | Sample Depth (ft. bgs) | Total THT's (µg/kg) | Total VOCs** (µg/kg) | pH (units) | Sulfate (mg/kg) | TOC (mg/kg) |
|---|---|---|---|---|---|---|
| PH-5 | 11.5 | ND | ND | 7.7 | 45 | 8,200 |
|  | 37 | ND | ND | 7.3 | 140 | 940 |
|  | 71 | ND | 9 | 9.0 | 25 | 700 |
|  | 80 | ND | 9 | 8.4 | 19 | 1,200 |
|  | 90 | ND | 20 | 8.4 | 85 | 1,100 |
|  | 95 | ND | 16 | 7.0 | 200 | 830 |
|  | 101 | 30 | 29 | 6.0 | 1,400 | 960 |
|  | 136 | ND | 11 | 8.7 | 13 | 690 |
|  | 144 | ND | 30 | 8.4 | 13 | 1,200 |
|  | 163 | ND | 20 | 8.3 | 64 | 4,800 |
| PH-6 | 33 | ND | ND | 9.3 | 54 | 380 |
| PH-7 | 33.5 | ND | ND | 8.4 | 22 | 190 |
|  | 173 | ND | ND | 8.8 | 9 | 280 |
|  | 65.5 | ND | ND | 8.3 | 7 | 130 |
| PH-8 | 111 | ND | ND | 8.2 | 12 | <100 |
|  | 152.5 | ND | ND |  | 21 | 810 |
|  | 182.5 | ND | ND |  | 10 | 160 |
|  | 247 | ND | ND | 9.3 | 55 | 420 |
| PH-9 | 26.5 | ND | ND | 8.1 | 71 | <100 |
|  | 27 | ND | ND | 8.1 | 86 | 330 |
|  | 161 | ND | ND | 9.5 | 17 | 440 |
| PH-10 | 59 | ND | ND | 8.5 | 82 | 3,100 |
|  | 81 | ND | ND | 7.9 | 21 | 300 |
|  | 153 | ND | 1 | 8.0 | 92 |  |
|  | 183 | ND | ND | 8.6 | 23 | 430 |
|  | 191 | 22 | 7 | 8.8 | 64 | 390 |
|  | 196 | 27 | ND | 8.4 | 125 | 120 |
|  | 204 | 19 | 11 | 7.9 | 42 | 980 |
| P-10L | 211.5 | 1,970 | 99.8 | 6.1 | 4,800 | 2,800 |
|  | 211.5RE | 1,300 | 62 | NA | NA | NA |
|  | 218.5 | ND | ND | 8.4 | 26 | 1,200 |

ft. bgs = feet below ground surface
µg/kg = micrograms per kilogram
mg/kg = milligrams per kilogram
ND = Not Detected
NA = Not Analyzed
    * Total THT's equals the sum of Tetrahydrothiophene, 2-Methyltetrahydrothiophene, and 3-Methyltetrahydrothiophene concentrations.
  ** Total VOCs equals the sum of detected VOCs. However, methylene chloride and acetone, common laboratory contaminants, were excluded from this calculation.
   + Sample was reanalyzed because all internal standards were below limits.

**FIGURES**

Exhibit 38
4970



ENVIRON
Counsel in Health and Environmental Science

McColl General Site Location
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

1-1

Drafter: RS          Date: 10/95          Exhibit 38          Contract Number: 03-3493X          Approved:          Revised:
4971



EXPLANATION

Waste Sumps

Facility Boundary

"A" Flow Unit Monitoring Well

"B" Flow Unit Monitoring Well

"C" Flow Unit Monitoring Well

"D" Flow Unit Monitoring Well

Abandoned Well

N

0      200      400

SCALE IN FEET

ENVIRON

5820 Shellmound Street  Suite 700, Emeryville, California 94608

Site Plan
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | FIGURE |
|---|---|---|
| 10/11/95 | 03-3493X | |
| DRAFTER | APPROVED | REVISED | 1-2 |
| RS | | | |

Exhibit 38
4972



Exhibit 38
4973



EXPLANATION

R-1 — Waste Sumps

~300~ — Ground Surface Contours at 5-foot Intervals, MSL

Current Drainage Swales

Paleo-Channels from 1940 Aerial Photograph

McColl Site Boundary

ENVIRON
5820 Shellmound Street, Suite 700, Emeryville, California 94608

Site Topography and Drainage
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | | FIGURE |
|---|---|---|---|
| 10/3/95 | 03-3493X | | 3-1 |
| DRAFTER RS | APPROVED | REVISED | |

Exhibit 38
4974



Exhibit 38
4975

# OVERSIZE ITEM(S)

Due to the size of this item, it has been scanned separately.

See Document # 2056839 for scanned image(s).

F:\user\share\SDMS\forms\target sheets\fully scanned OVD (parent) target.wpd

Exhibit 38
4976



EXPLANATION

Elevation of "C" Clay
Groundwater Remediation Investigation
McColl Site
Fullerton, California

Exhibit 38
4977



Exhibit 38
4978



Exhibit 38
4979



EXPLANATION

| | |
|---|---|
| L-1 | Waste Sumps |
| — — — | Facility Boundary |
| — · — · — | Modern Channels |
| ·············· | Paleo-Channels from 1940 Aerial Photograph |
| | Pilot Hole for Groundwater RI |
| | "A" Flow Unit Monitoring Well |
| | "B" Flow Unit Monitoring Well |
| | "C" Flow Unit Monitoring Well |
| | "D" Flow Unit Monitoring Well |
| W-2 | Abandoned Well |
| CPT-N8 | Cone Penetrometer Test for Groundwater RI |

N

0      200      400

SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

Flow Unit Recharge Boundaries
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE 12/20/95 | CONTRACT NUMBER: 03-3493X | FIGURE 4-10 |
|---|---|---|
| DRAWN BY: RS | APPROVED: | REVISED: |

Exhibit 38
4980



Exhibit 38
4981



Exhibit 38
4982



EXPLANATION

L-1    Waste Sumps

Facility Boundary

Pilot Hole for Groundwater RI

"A" Flow Unit Monitoring Well

"B" Flow Unit Monitoring Well

"C" Flow Unit Monitoring Well

"D" Flow Unit Monitoring Well

W-2    Abandoned Well

CPT-N8    Cone Penetrometer Test for Groundwater RI

—110    Groundwater Elevation July 1995 Feet MSL

+    Not contoured because well is screened in higher sand unit as compared to other "D" flow unit wells

N

0    200    400
SCALE IN FEET

**ENVIRON**
5820 Shellmound Street, Suite 700, Emeryville, California 94608

Water Level; "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | FIGURE |
|------|-----------------|--------|
| 10/11/95 | 03-3493X | **4-13** |
| DRAFTER RS | APPROVED | REVISED | |

Exhibit 38
4983



EXPLANATION

—*500*— Top of San Pedro Formation Water Bearing Zone (DWR 1967) feet MSL

Elevation of the Top of
San Pedro Formation Aquifer
Groundwater Remedial Investigation
McColl Site, Fullerton, California

ENVIRON
Counsel in Health and Environmental Science

Figure
4-14

Drafter: RS    Date: 10/3/95    Contract Number: 03–3493X    Approved:    Revised:

Exhibit 56
4984

Schematic Relationship between Regional Pumping Wells and On-site Monitoring Well
Groundwater Remedial Investigation
McColl Site, Fullerton, California

ENVIRON
5820 Shellmound St., Suite 700, Emeryville, CA 94608

Figure
4-15

Drafter: RS          Date: 10/3/95          Contract Number: 03-3493X          Approved:          Revised:

4985



Well P-3S Hydrograph
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

4-16

ENVIRON
Counsel in Health and Environmental Science

Drafter: RS        Date: 10/93   Exhibit 38   Contract Number: 03-3493X        Approved:        Revised:



E N V I R O N
Counsel in Health and Environmental Science

"B" Flow Unit Hydrograph
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure
4-17

Drafter: tdk          Date: 10/95   Exhibit 38   Contract Number: 03-3493X          Approved:          Revised:

4967



ENVIRON
Counsel in Health and Environmental Science

"C" Flow Unit Hydrograph
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure
4-18

Drafter: tdk    Date: 10/55    Exhibit 38    Contract Number: 03-3493X    Approved:    Revised:
4906



"D" Flow Unit Hydrograph
Groundwater Remedial Investigation
McColl Site
Fullerton, California

ENVIRON
Counsel in Health and Environmental Science

Drafter: tdk     Date: 10/95     Contract Number: 03-3493X     Approved:     Revised:

Figure
4-19

Exhibit 38
4500



Hydrograph for Selected "C" and "D" Flow Unit Wells
Groundwater Remedial Investigation
McColl Site
Fullerton, California

**ENVIRON**
Counsel in Health and Environmental Science

Drafter  tdk        Date: 10/93        Contract Number  03-3493X        Approved:        Revised

Exhibit 38

Figure
**4-20**



Classification diagram for anion and cation fascies in terms of major ion percentages. Water types are designated according to the domain in which they occur on the diagram segments.

| **ENVIRON** Counsel in Health and Environmental Science | Explanation of Trilinear Diagram Groundwater Remedial Investigation McColl Site Fullerton, California | Figure 6-1 |
|---|---|---|
| Drafter: tdk     Date: 10/95 | Contract Number: 03–3493X     Approved: | Revised: |

Exhibit 58
4991



∞ P10D
□ P2I
▣ P4I
× P5I
● P5S
✦ P6S
◈ P3S

CATIONS          %meq/l          ANIONS

**ENVIRON**
Counsel in Health and Environmental Science

Trilinear of "A" and "B" Flow Units
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

**6-2**

| Drafter: tdk | Date: 10/95 | Contract Number: 03–3493X | Approved: | Revised: |

Exhibit 38
4992



| | | |
|---|---|---|
| | ◇ | P2DR |
| | ◇ | P3D |
| | ✶ | P4D |
| | ○ | P5L |
| | ◉ | P6D |
| | ✳ | P9D |
| | ○ | W6A |

**ENVIRON**
Counsel in Health and Environmental Science

Trilinear of "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

**6-3**

Drafter: tdk    Date: 10/95    Contract Number: 03–3493X    Approved:    Revised:

Exhibit 38
4993



Trilinear of "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure
6-4

**E N V I R O N**
Counsel in Health and Environmental Science

| Drafter: tdk | Date: 10/95 | Contract Number: 03-3493X | Approved: | Revised: |

Exhibit 58
4994



| | | |
|---|---|---|
| Z1 | | |
| Z2 | | |
| Z3 | | |
| Z4 | | |

CATIONS          %meq/l          ANIONS

**ENVIRON**
Counsel in Health and Environmental Science

Trilinear of Municipal Supply Well Coyote 12a
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure
**6-5**

Drafter: tdk      Date: 10/95      Contract Number: 03-3493X      Approved:      Revised:

Exhibit 38
4995



EXPLANATION

Waste Sumps

Facility Boundary

"B" Flow Unit Monitoring Well

Concentrations in micrograms per liter ($\mu$g/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

* Duplicate sample collected here.

Rosecrans Avenue

Ralph B. Clark Regional Park

Regency Circle

Sunny Ridge Drive

Crown Way

Tiffany Place

Tiffany Place

| Tetrahydrothiophene | 14000D |
| 2-Methyltetrahydrothiophene | 17000D |
| 3-Methyltetrahydrothiophene | 13000D |

| Tetrahydrothiophene | <2 |
| 2-Methyltetrahydrothiopene | <2 |
| 3-Methyltetrahydrothiophene | <2 |

| Tetrahydrothiophene | <2 |
| 2-Methyltetrahydrothiophene | <2 |
| 3-Methyltetrahydrothiophene | <2 |

Royale Place

| Tetrahydrothiophene | 14000 |
| 2-Methyltetrahydrothiophene | 18000 |
| 3-Methyltetrahydrothiophene | 12000 |

Fairford Drive

Locklin Way

Sunny Ridge Drive

Los Coyotes Country Club

| Tetrahydrothiophene | 960D,1000* |
| 2-Methyltetrahydrothiophene | 54,56* |
| 3-Methyltetrahydrothiophene | 570D,660* |

Fairgreen Drive

| Tetrahydrothiophene | <2 |
| 2-Methyltetrahydrothiophene | <2 |
| 3-Methyltetrahydrothiophene | <2 |

Island Drive

Locklin Way

BARONET PLACE

N

0    200    400

SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

THT Compounds – "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE 10/4/95 | CONTRACT NUMBER 03-3493X | FIGURE |
| DRAFTER RS | APPROVED | REVISED | 6-6 |

Exhibit 38
4996



Exhibit 38
4997



EXPLANATION

Waste Sumps

Facility Boundary

"D" Flow Unit Monitoring Well

Concentrations in micrograms per liter (μg/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

*    Duplicate sample collected here.

W-9B   W-9C

Rosecrans Avenue

W-10B

| Tetrahydrothiophene | <2 |
| 2—Methyltetrahydrothiophene | <2 |
| 3—Methyltetrahydrothiophene | <2 |

| Tetrahydrothiophene | <2 |
| 2—Methyltetrahydrothiophene | <2 |
| 3—Methyltetrahydrothiophene | <2 |

| Tetrahydrothiophene | <2 |
| 2—Methyltetrahydrothiophene | <2 |
| 3—Methyltetrahydrothiophene | <2 |

Ralph B. Clark Regional Park

P-1D

R-6

Regency Circle

Ramparts Sumps

R-5

R-4

Sunny Ridge Drive

| Tetrahydrothiophene | <2,<2* |
| 2—Methyltetrahydrothiophene | 0.7J,<2* |
| 3—Methyltetrahydrothiophene | 0.6J,<2* |

R-2

R-3

Crown Way

W-4

R-1

| Tetrahydrothiophene | <2 |
| 2—Methyltetrahydrothiophene | <2 |
| 3—Methyltetrahydrothiophene | <2 |

Tiffany Place

Tiffany Place

L-6

L-5

Los Coyotes Sumps

L-4

W-8B

L-3

| Tetrahydrothiophene | <2 |
| 2—Methyltetrahydrothiophene | <2 |
| 3—Methyltetrahydrothiophene | <2 |

L-2

Royale Place

P-50

Fairford Drive

Locklin Way

Sunny Ridge Drive

Los Coyotes Country Club

Fairgreen Drive

| Tetrahydrothiophene | <2,<2* |
| 2—Methyltetrahydrothiophene | <2,<2* |
| 3—Methyltetrahydrothiophene | <2,<2* |

Island Drive

Locklin Way

BARONET PLACE

0    200    400

N

SCALE IN FEET

**ENVIRON**

5820 Shellmound Street, Suite 700, Emeryville, California 94608

THT Compounds — "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE: 10/3/95 | CONTRACT NUMBER: 03-3493X | FIGURE |
| DRAFTER: RS | APPROVED | REVISED | 6-8 |

Exhibit 38
4998



EXPLANATION

Waste Sumps

Facility Boundary

"B" Flow Unit Monitoring Well

Concentrations in micrograms per liter (µg/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

• Duplicate sample collected here.

N

0    200    400

SCALE IN FEET

ENVIRON

5820 Snellmound Street, Suite 700, Emeryville, California 94608

Benzene Concentrations – "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | FIGURE |
|------|-----------------|--------|
| 10/3/95 | 03-3493X | 6-9 |
| DRAFTER: RS | APPROVED: | REVISED: | |

Exhibit 38
4999



EXPLANATION

Waste Sumps

Facility Boundary

"C" Flow Unit Monitoring Well

Concentrations in micrograms per liter (µg/L)

Chemical concentrations based on Third
Quarter Sampling Period (1995) data.

See definition of data qualifiers in
Appendix D.

**   Installed after Third Quarter
Sampling Period (1995).

N

0       200      400

SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

Benzene Concentrations —
"C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | FIGURE |
|------|------|------|
| 10/3/95 | 03-3493X | 6-10 |
| DRAFTER RS | APPROVED | REVISED |

Exhibit 38
5000



EXPLANATION

L-1   Waste Sumps

— — —   Facility Boundary

"D" Flow Unit Monitoring Well

Concentrations in micrograms per liter (μg/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

•   Duplicate sample collected here.

N

0        200        400

SCALE IN FEET

**ENVIRON**

5820 Shellmound Street, Suite 700, Emeryville, California 94608

Benzene Concentrations –
"D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | FIGURE |
|---|---|---|
| 10/3/95 | 03-3493X | |
| DRAFTED RS | APPROVED | REVISED | 6-11 |

Exhibit 38
5001



Exhibit 38
5002



EXPLANATION

Waste Sumps

– – – Facility Boundary

"C" Flow Unit Monitoring Well

Concentrations in micrograms per liter ($\mu g/L$)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

** Installed after Third Quarter Sampling Period (1995).

N

0    200    400
SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

1,2-Dichloroethane Concentrations –
"C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

DATE 10/3/95

DRAFTER RS

CONTRACT NUMBER 03-3493X

APPROVED

REVISED

FIGURE 6-13

Exhibit 38
5003



EXPLANATION

Waste Sumps

Facility Boundary

"D" Flow Unit Monitoring Well

Concentrations in micrograms per liter ($\mu$g/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

• Duplicate sample collected here.

N

0   200   400

SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

1,2-Dichloroethane Concentrations – "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE 10/3/95 | CONTRACT NUMBER 03-3493X | FIGURE |
| DRAFTER RS | APPROVED      REVISED | 6-14 |

Exhibit 38
5004



Semi—logarithmic Plot of Tetrahydrothiophene — "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

ENVIRON
Counsel in Health and Environmental Science

Drafter: RS        Date: 12/55        Contract Number: 03-3493X        Approved:        Revised

Figure
6-15

Exhibit 38



Semi−logarithmic Plot of Tetrahydrothiophene − "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure
6-16

**E N V I R O N**
Counsel in Health and Environmental Science

Drafter: RS     Date: 12/9x     Exhibit 38   Contract Number: 03−3493X     Approved:     Revised:



**Semi-logarithmic Plot of Benzene – "B" Flow Unit**
Groundwater Remedial Investigation
McColl Site
Fullerton, California

**E N V I R O N**
Counsel in Health and Environmental Science

Figure

**6-17**

Drafter: RS       Date: 12/95       Contract Number: 03-3493X       Approved:       Revised:

Exhibit 38
5007



**ENVIRON**
Counsel in Health and Environmental Science

Semi-logarithmic Plot of Benzene — "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Drafter. RS     Date: 12/95     Contract Number. 03-3493X     Approved     Revised

Exhibit 38
5008

Figure
**6-18**



Exhibit 38
5009



EXPLANATION

Waste Sumps

Facility Boundary

"C" Flow Unit Monitoring Well

$\frac{<1.8}{<1.8}$  Dissolved Concentration (μg/L)
    Total Concentration (μg/L)

Concentrations in micrograms per liter (μg/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D

**    Installed after Third Quarter Sampling Period (1995).

N

0        200        400

SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

Arsenic and Beryllium Concentrations, "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

| DATE | CONTRACT NUMBER | FIGURE |
|------|-----------------|--------|
| 10/3/95 | 03-3493X | **6-20** |
| DRAFTER RS | APPROVED | REVISED |

Rosecrans Avenue

Ralph B. Clark Regional Park

Regency Circle

R-6

R-5   Ramparts Sumps   R-4

R-3

R-2   W-6A

R-1

Arsenic  $\frac{72.2J}{71.1J}$
Beryllium  $\frac{42.8}{46.1}$

Crown Way

L-6

L-5   Los Coyotes Sumps

L-4   W-8A DRY

L-3

L-2

Tiffany Place

Tiffany Place

Arsenic  $\frac{11.4}{12.5}$
Beryllium  $\frac{0.69U}{<0.20}$

P-2DR

P-3D

Arsenic  $\frac{6.0}{4.9}$
Beryllium  $\frac{<0.20}{<0.20}$

P-4D

Arsenic  $\frac{3.7}{4.2}$
Beryllium  $\frac{<0.20}{<0.20}$

Los Coyotes Country Club

Arsenic  $\frac{<1.8}{<1.8}$
Beryllium  $\frac{<0.20}{<0.20}$

P-6D

Royale Place

Arsenic  $\frac{<1.8}{<1.8}$
Beryllium  $\frac{<0.20}{<0.20}$

P-5L

Fairgreen Drive

Fairfard Drive

Locklin Way

Sunny Ridge Drive

P-10L **

Arsenic  $\frac{<1.8}{<1.8}$
Beryllium  $\frac{<0.20}{<0.20}$

P-9D

Island Drive

Locklin Way

BARONET PLACE

Sunny Ridge Drive

Exhibit 38
5010



Exhibit 38
5011



EXPLANATION

Waste Sumps

Facility Boundary

"B" Flow Unit Monitoring Well

7.5 / 1150    Dissolved Concentration (µg/L) / Total Concentration (µg/L)

Concentrations in micrograms per liter (µg/L)

Chemical concentrations based on Third Quarter Sampling Period (1995) data.

See definition of data qualifiers in Appendix D.

•    Duplicate sample collected here.

Rosecrans Avenue

Ralph B. Clark Regional Park

Regency Circle

Crown Way

Tiffany Place

Tiffany Place

Royale Place

Los Coyotes Country Club

Fairford Drive

Locklin Way

Sunny Ridge Drive

Fairgreen Drive

Island Drive

Locklin Way

BARONET PLACE

Manganese 41700 / 43700    Chromium <5.7 / <5.7    P-21

Manganese 26.8 / 282    Chromium 16.5 / 4550    P-6S

Manganese 11.0U / 108    Chromium 7.5 / 1150    P-55

Manganese 30100 / 30200    Chromium 84.8 / 90.3    P-41

Manganese 3.4U / 10.8U    Chromium 12.5 / 21.3    P-51

Manganese 16700,17500* / 17700,17100*    Chromium <5.7,<5.7* / <5.7,<5.7*    P-10D

N

0    200    400

SCALE IN FEET

ENVIRON

5820 Shellmound Street, Suite 700, Emeryville, California 94608

Manganese and Chromium Concentrations, "B" Flow Unit Groundwater Remedial Investigation McColl Site Fullerton, California

DATE 10/3/95    CONTRACT NUMBER 03-3493X    FIGURE 6-22

DRAFTED RS    APPROVED    REVISED

Exhibit 38
5012



Exhibit 38
5013



Rosecrans Avenue

W-9B    W-9C

W-10B

| Manganese | 754 |
| | 775 |
| Chromium | <5.7 |
| | 9.4 |

| Manganese | 53.3 |
| | 53.8 |
| Chromium | <5.7 |
| | <5.7 |

| Manganese | 3050 |
| | 2960 |
| Chromium | <5.7 |
| | 18.9 |

Regency Circle

Ralph B. Clark
Regional
Park

P-1D

| Manganese | 219,213 * |
| | 221,225 * |
| Chromium | <5.7, <5.7 * |
| | <5.7, <5.7 * |

Sunny Ridge Drive

R-6
R-5        Ramparts Sumps        R-4
R-3
V-4        R-2
R-1

Crown Way

| Manganese | 386 |
| | 414 |
| Chromium | <5.7 |
| | <5.7 |

Tiffany Place

L-6
L-5        Los Coyotes Sumps
L-4        L-1
L-3
L-2

Tiffany Place

W-8B

| Manganese | 102 |
| | 108 |
| Chromium | <5.7 |
| | 6.0 |

Royale Place

| Manganese | 55.0,52.4 * |
| | 55.2,57.3 * |
| Chromium | <5.7, <5.7 * |
| | <5.7, <5.7 * |

Fairford Drive        Sunny Ridge Drive

P-5D

Los Coyotes
Country
Club

Fairgreen Drive        Locklin Way

Island Drive

Locklin Way

BARONET PLACE

EXPLANATION

L        Waste Sumps

– – –        Facility Boundary

"D" Flow Unit Monitoring Well

386        Dissolved Concentration (μg/L)
414        Total Concentration (μg/L)

Concentrations in micrograms per liter (μg/L)

Chemical concentrations based on Third
Quarter Sampling Period (1995) data.

See definition of data qualifiers in
Appendix D.

•        Duplicate sample collected here

N

0        200        400
SCALE IN FEET

ENVIRON
5820 Shellmound Street, Suite 700, Emeryville, California 94608
Manganese and Chromium
Concentrations, "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

DATE 10/3/95        CONTRACT NUMBER 03-3493X        FIGURE 6-24
DRAFTER RS        APPROVED        REVISED

O: \03349X\VMM\5DF.IL

Exhibit 38
5014



Semi—logarithmic Plot of Arsenic (dissolved) — "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California Exhibit 38

Figure
6-25



Semi-logarithmic Plot of Arsenic (dissolved) — "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

6-26

ENVIRON
Counsel in Health and Environmental Science

Drafter: RS      Date: 12/95      Contract Number: 03-3493X      Approved:      Revised:

Exhibit 38
5016

Semi-logarithmic Plot of Arsenic (dissolved) – "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Drafter RS   Date 12/95   Contract Number 03-3493X   Approved   Revised

Figure 6-27

ENVIRON
Counsel in Health and Environmental Science

Exhibit 38
5017



Semi—logarithmic Plot of Beryllium (dissolved) — "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

ENVIRON
Counsel in Health and Environmental Science

Drafter: RS        Date: 12/95        Contract Number: 03—3493X        Approved:        Revised:

Figure
6-28

Exhibit 38
5018



Semi—logarithmic Plot of Beryllium (dissolved) — "C" Flow Unit

Groundwater Remedial Investigation

McColl Site

Fullerton, California

ENVIRON
Counsel in Health and Environmental Science

Drafter: RS    Date: 12/95    Contract Number: 03-3493X    Approved:    Revised:

Figure
6-29

Exhibit 38
5019



Semi—logarithmic Plot of Beryllium (dissolved) — "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

6-30

ENVIRON
Counsel in Health and Environmental Science

Drafter  RS        Date  12/95        Contract Number  03-3493X        Approved·        Revised

Exhibit 38



Semi-logarithmic Plot of Chromium (dissolved) - "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

6-31

ENVIRON
Counsel in Health and Environmental Science

Drafter RS      Date 12/95      Contract Number  03-3493X      Approved      Revised

Exhibit 38



Semi—logarithmic Plot of Chromium (dissolved) — "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Exhibit 38

Figure

6-32

ENVIRON
Counsel in Health and Environmental Science

Drafter. RS        Date. 12/98        Contract Number: 03—3493X        Approved        Revised



Semi−logarithmic Plot of Manganese (dissolved) − "B" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California   Exhibit 38

Figure

6-33

ENVIRON
Counsel in Health and Environmental Science

Drafter: RS     Date: 12/95   5023   Contract Number: 03-3493X     Approved:     Revised:



Semi-logarithmic Plot of Manganese (dissolved) — "C" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

**ENVIRON**
Counsel in Health and Environmental Science

Drafter. RS      Date. 12/95      Contract Number. 03-3493X      Approved·      Revised

Figure
6-34

Exhibit 38
924





Semi−logarithmic Plot of Manganese (dissolved) − "D" Flow Unit
Groundwater Remedial Investigation
McColl Site
Fullerton, California

Figure

6-35

Drafter. RS      Date. 12/95     Contract Number. 03−3493X      Approved:      Revised

Exhibit 38
5025

2056839

# OVERSIZE ITEM(S)

For the document to which this oversize item relates

see # _88 105 286_

F user\share\sdms forms targets fully scanned O\ D (child) target wpd

Exhibit 38
5026