

Schematic Geologic Cross Section A–A'
Groundwater Remedial Investigation
McColl Site
Fullerton, California
Figure 4-2

Exhibit 38
5027