1654-06744
B
(W)
C-C'
D-D'
E-E'
B'
(E)
Creek Interflow Flow Unit (Seasonal)
A Flow Unit
A Clay
B Flow Unit
B Clay
C Flow Unit
C Clay
D Flow Unit
ELEVATION (FEET, MSL DATUM)
EXPLANATION
Variably Saturated Silty Sands to Sands
Fully Saturated Silty Sands to Sandy Gravels
Interbedded Silts and Clays Within a Flow Unit
Basal Clay to an Overlying Flow Unit
Boring Log
Wells
Geophysical Logs
CPT
Scale
Notes:
1. See cross section location map for orientation of cross section.
2. Data from multiple borings and wells in a cluster are shown together for clarity.
3. Soils are classified in accordance with the Unified Soil Classification System (USCS).
4. Ground surface and top of casing well elevations are shown in a separate table accompanying the main text. The elevations shown here are based on surveys available at the time the cross sections were developed and may deviate slightly.
SDMS # 2056839
3 OF 5
ENVIRON
Schematic Geologic Cross Section B-B'
Groundwater Remedial Investigation
McColl Site
Fullerton, California
12/20/95
03-3493X
4-3
1654-06744

Exhibit 38
5028