

Exhibit 38
5029