

Exhibit 38
5030