

Exhibit 38
5031