2056840

# OVERSIZE ITEM(S)

For the document to which this oversize item relates

see # 8810S 287

F \user\share\sdms\forms\targets fully scanned O\ D (child) target wpd

Exhibit 39
5762

SFUND RECORDS CTR
2056840

# welenco

## NEUTRON LOG
## GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
|---|---|
| WELL | P-1D |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE |
| STATE | CA. |

LOCATION: SOUTH OF MAIN GATE.

Other Services: NONE

| Permanent datum | GROUND LEVEL | Elev. | 297.4 | Elev. | K.B. |
| Log Measured From | GROUND LEVEL | Above Perm. Datum | | | D.F. |
| Drilling Measured From | GROUND LEVEL | | | | G.L. |

| Date | 8/5/94 | Type Fluid in Hole | WATER |
| Job Tkt. Run No. | 22136 | OWE | Dens. Visc. | N/A | N/A |
| Depth-Driller | 248' | Time Well Ready | |
| Depth-Logger | 250' | Logger on Bottom | |
| Btm Log Interval | 250' | Equip. Location | L-14 | L.A. |
| Top Log Interval | 2' | Recorded By | RIDDER |
| Max. Rec. Temp. | N/A | Witnessed By | R. MARTINEZ |

### BOREHOLE RECORD
| Run No | Bit | From | To | 

### TUBING RECORD
| Size | Wgt | From | To |

### CASING RECORD
| Size | Wgt | From | To |
|---|---|---|---|
| 5" | PVC | C.L. | 250' |
| | | | 265' |

### LINER
| Size | Wgt | From | To |

DATE: 08/05/94   NEUTRON   API Units

DATE: 08/05/94   GAMMA-RAY   API Units

STOP: 2 FT    START: 250 FT



1654-06745

SDMS # 2056840
3 OF 20

## welenco

NEUTRON LOG
GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
|---|---|
| WELL | P-3D |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE  STATE CA. |

LOCATION: 2617 FAIRGREEN

Other Services: NONE

Sec. ___ Twp. ___ Rge. ___

| Permanent datum | GROUND LEVEL | Elev. 281.9 | Elev. K.B. |
| Log Measured From | TOP OF CASING | Above Perm. Datum | D.F. |
| Drilling Measured From | GROUND LEVEL | | G.L. |

| Date | 8/18/94 | Type Fluid in Hole | WATER |
| Job Tkt. | Run No. 22151 | ONE | Dens. N/A | Visc. N/A |
| Depth-Driller | 255' | Time Well Ready | — |
| Depth-Logger | 253' | Logger on Bottom | — |
| Btm Log Interval | 252' | Equip. Location | L-14 | t.a. |
| Top Log Interval | 1' | Recorded By | RIDDER |
| Max. Rec. Temp. | N/A | Witnessed By | R. MARTINEZ |

### BOREHOLE RECORD

| Run No | Bit | From | To |
|---|---|---|---|

### TUBING RECORD

| Size | Wgt. | From | To |
|---|---|---|---|

### CASING RECORD

| Size | Wgt. | From | To |
|---|---|---|---|
| 5" | PVC C.L. | | 255' |
| | | | 265' |

### LINER

| Size | Wgt. | From | To |
|---|---|---|---|

DATE: 08/18/94   NEUTRON   API Units

DATE: 08/18/94   GAMMA-RAY   API UNITS

STOP: 1 FT    START: 252 FT





1654-06745

SDMS # 4056840
6 OF 20

**Welenco**

NEUTRON LOG
GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
| WELL | P-6D |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE | STATE CA. |

LOCATION CORNER OF SUNNY RIDGE DR. @ ROYALE PLACE

Other Services: NONE

Permanent datum: GROUND LEVEL  Elev. 279.1  Elev. K.B.
Log Measured From: GROUND LEVEL  Above Perm. Datum  D.F.
Drilling Measured From: GROUND LEVEL  C.L.

| Date | 8/5/94 | | Type Fluid in Hole | WATER |
| Job Tkt. | Run No. 22136 | ONE | Dens. | Visc. | N/A | N/A |
| Depth-Driller | 235' | | Time Well Ready | -- |
| Depth-Logger | 235' | | Logger on Bottom | -- |
| Btm Log Interval | 235' | | Equip. Location | L-14 | L.A. |
| Top Log Interval | 2' | | Recorded By | RIDDER |
| Max. Rec. Temp | N/A | | Witnessed By | R. MARTINEZ |

**BOREHOLE RECORD** | **TUBING RECORD**

| Run No. | Bit | From | To | Size | Wgt | From | To |

**CASING RECORD** | **LINER**

| Size | Wgt | From | To | Size | Wgt | From | To |
| 5" | PVC | G.L. | 235' | | | | |
| | | | 265' | | | | |

NEUTRON  DATE: 08/05/94

GAMMA-RAY  STOP: 2 FT  START: 234 FT  NEUTRON  DATE: 08/05/94


Exhibit 39
5769