1654 06745

SDMS # 1056840
8 OF 20

# welenco

## GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
|---|---|
| WELL | P-10D |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE |

STATE CA.

**LOCATION**
GOLF COURSE

Other Services
NONE

| Sec. | Twp. | Rge. |
|---|---|---|

Permanent datum  GROUND LEVEL     Elev.  N/A
Log Measured From  GROUND LEVEL   0 Above Perm. Datum
Drilling Measured From  N/A

Elev.   K.B.
        D.F.
        C.L.

| Date | 12/7/94 | | Type Fluid in Hole | WATER/AIR | |
|---|---|---|---|---|---|
| Job Tkt. | Run No. | 23854 | Dens. Visc. | N/A | N/A |
| Depth-Driller | | 198' | Time Well Ready | 8:00 | |
| Depth-Logger | | 198' | Logger on Bottom | 8:18 | |
| Btm Log Interval | | 198' | Equip.   Location | L-14 | L.A. |
| Top Log Interval | | 0' | Recorded By | RIDDER | |
| Max Rec. Temp. | | N/A | Witnessed By | A. MAIR | |

| BOREHOLE RECORD | | | | TUBING RECORD | | |
|---|---|---|---|---|---|---|
| Run No | Bit | From | To | Size | Wgt | From | To |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| CASING RECORD | | | | LINER | | |
|---|---|---|---|---|---|---|
| Size | Wgt | From | To | Size | Wgt | From | To |
| 4" | PVC | C.L | 198' | | | | |

NOTICE: All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except in the case of gross or wilful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4, printed on the back hereof, which Clause shall control our current Price Schedule.



GAMMA-RAY
API Units

DATE: 12/07/94   TIME: 08:37

DATE: 12/07/94   TIME: 08:18
GAMMA-RAY
API Units

STOP:   1 FT

START:   198 FT

50          100          150

Exhibit 39
5770

1658-06745

SDMS # 3056840
9 OF 20

GAMMA-RAY

**welenco**

| COMPANY | ENVIRON CORP. |
|---|---|
| WELL | P-10L |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE | STATE CA. |

LOCATION
GOLF COURSE

Other Services
NONE

Sec. ___ Twp. ___ Rge. ___

| Permanent datum | GROUND LEVEL | Elev. | Elev. K.B. |
|---|---|---|---|
| Log Measured From | GROUND LEVEL | 0 Above Perm. Datum | D.F. |
| Drilling Measured From | GROUND LEVEL | | C.L. |

| Date | | 7/12/95 | Type Fluid in Hole | WATER |
|---|---|---|---|---|
| Job Tkt. | Run No. | 24885 ONE | Dens. Visc. N/A N/A |
| Depth-Driller | | 268' | Time Well Ready | 8:30 |
| Depth-Logger | | 268' | Logger on Bottom | 9:07 |
| Btm Log Interval | | 268' | Equip. Location L-14 L.A. |
| Top Log Interval | | 0' | Recorded By | RIDDER |
| Max. Rec. Temp. | N/A | | Witnessed By | -- |

**BOREHOLE RECORD**     **TUBING RECORD**

| Run No | Bit | From | To | Size | Wgt | From | To |
|---|---|---|---|---|---|---|---|
| ONE | 10" | C.L. | 268' | | | | |

**CASING RECORD**     **LINER**

| Size | Wgt | From | To | Size | Wgt | From | To |
|---|---|---|---|---|---|---|---|
| 10" | D/WALL | C.L. | 268' | | | | |

GAMMA-RAY
API Units

DATE: 07/12/95  TIME: 09:23

DATE: 07/12/95  TIME: 09:07

GAMMA-RAY
API Units

GAMMA-RAY
API Units

STOP: 0 FT

START: 268 FT

GAMMA-RAY
API Units

1654-0674S



Exhibit 39
5772

1654-06745

SDMS # 3056840
11 OF 20

**welenco**

GUARD RESISTIVITY
GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
|---|---|
| WELL | PH-2 |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE |  STATE CA. |

LOCATION
ON SITE

Other Services
E-LOG

| Sec. | Twp. | Rge. |
|---|---|---|

Permanent datum: GROUND LEVEL   Elev. N/A
Log Measured From: GROUND LEVEL   0 Above Perm. Datum
Drilling Measured From: GROUND LEVEL

| Date | 8/9/94 |
|---|---|
| Run No. | ONE |
| Depth-Driller | 352' |
| Depth-Logger | 352' |
| Btm.Log Interval | 352' |
| Top Log Interval | 0' |
| Casing Driller | 8 5/8"@ 213' |
| Casing Logger | 213' |
| Bit Size | 6.5" |
| Type Fluid in Hole | BENTONITE |

GUARD RESISTIVITY   Ohm-Meters
DATE: 08/09/94   TIME: 18:39

GAMMA-RAY   API Units
STOP: -2 FT

START: 352 FT
DATE: 08/09/94   TIME: 18:27

GUARD RESISTIVITY   Ohm-Meters
GAMMA-RAY

1654-06745

SDMS # 2056840
12 OF 20

**welenco**

NEUTRON LOG

GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
| WELL | PH-5 |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE | STATE CA. |

LOCATION
2641 FAIRGREEN

Other Services
NONE

Sec.          Twp.          Rge.

Permanent datum  GROUND LEVEL      Elev.  N/A
Log Measured From  GROUND LEVEL    O Above Perm. Datum
Drilling Measured From  GROUND LEVEL

Elev.  K.B.
D.F.
G.L.

| Date | 8/18/94 |
| Job Tkt. | Run No. 22151 | ONE |
| Depth-Driller | 163' |
| Depth-Logger | 163' |
| Btm Log Interval | 162' |
| Top Log Interval | 0' |
| Max. Rec. Temp. | N/A |

| Type Fluid in Hole | WATER/AIR |
| Dens. | Visc. | N/A | N/A |
| Time Well Ready | 17:00 |
| Logger on Bottom | 17:10 |
| Equip. | Location | L-14 | L.A. |
| Recorded By | RIDDER |
| Witnessed By | R. MARTINEZ |

BOREHOLE RECORD          TUBING RECORD

| Run No | Bit | From | To | Size | Wgt | From | To |
| ONE | 3.5" | G.L. | 163' | | | | |

CASING RECORD          LINER

| Size | Wgt | From | To | Size | Wgt | From | To |
| 6 5/8" | COND | G.L. | 70' | | | | |
| 4.5" | PIPE | G.L. | 163' | | | | |

NEUTRON

GAMMA-RAY

DATE: 08/18/94   TIME: 17:21

DATE: 08/18/94   TIME: 17:10

STOP:   0 FT

START:  162 FT

Exhibit 39
5774

1654-06745

SDMS # 2056840
13 OF 80

**Welenco**

## NEUTRON LOG
## GAMMA-RAY LOG

| COMPANY | ENVIRON CORP. |
| WELL | PH-6 |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE |  STATE CA. |

LOCATION
2617 FAIRGREEN

Other Services
NONE

Sec.        Twp.        Rge.

Permanent datum  GROUND LEVEL        Elev.  N/A        Elev.  K.B.
Log Measured From  GROUND LEVEL        Above Perm. Datum        D.F.
Drilling Measured From  GROUND LEVEL        G.L.

| Date | 8/9/94 | | Type Fluid in Hole | WATER | |
| Job Tkt. | Run No. | 22138 | ONE | Dens. | Visc. | N/A | N/A |
| Depth-Driller | 200' | | Time Well Ready | -- | |
| Depth-Logger | 181' | | Logger on Bottom | -- | |
| Btm Log Interval | 181' | | Equip. Location | L-14 | L.A. |
| Top Log Interval | 0' | | Recorded By | RIDDER | |
| Max.Rec. Temp. | N/A | | Witnessed By | R. MARTINEZ | |

### BOREHOLE RECORD          TUBING RECORD

| Run No. | Bit | From | To | Size | Wgt | From | To |

### CASING RECORD          LINER

| Size | Wgt | From | To | Size | Wgt | From | To |
| 6 5/8" | COND | C.L. | 85' | | | | |
| 4 1/2" | CSC | C.L. | 200' | | | | |

NEUTRON
API Units

DATE: 08/09/94   TIME: 10:22

DATE: 08/09/94   TIME: 10:08
NEUTRON
API Units

GAMMA-RAY
API UNITS

STOP:

START:  181 FT
GAMMA-RAY
API UNITS

0 FT



Exhibit 39
5775

1654-06745

SDMS# 2056840
14 OF 20

## welenco

### GUARD RESISTIVITY
### GAMMA-RAY LOG

| | |
|---|---|
| COMPANY | ENVIRON CORP. |
| WELL | PH-8 |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE |
| STATE | CA. |

LOCATION  ON GOLF COURSE SOUTH OF SITE

Other Services
E-LOC

Sec. _____ Twp. _____ Rge. _____

Permanent datum  GROUND LEVEL       Elev.  N/A        Elev.  K.B.
Log Measured From  GROUND LEVEL   0 Above Perm. Datum   D.F.
Drilling Measured From  GROUND LEVEL                    G.L.

| Date | 9/14/94 |
|---|---|
| Run No. | ONE |
| Depth-Driller | 250' |
| Depth-Logger | 250' |
| Btm Log Interval | 250' |
| Top Log Interval | 0' |
| Casing Driller | 10"  @ 15' |
| Casing Logger | NOT REACHED |
| Bit Size | 8" |
| Type Fluid in Hole | BENTONITE |
| Density / Viscosity | N/A   N/A |
| pH / Fluid Loss | N/A   N/A cc |
| Source of Sample | CIRCULATED |
| Rm @ Meas. Temp. | 9.8  @ 75° |
| Rmf @ Meas. Temp. | 10.1 @ 75° |
| Rmc @ Meas. Temp. | N/A  @ N/A |
| Source of Rmf and Rmc | MEAS   N/A |
| Rm @ BHT | N/A  @ N/A |
| End Circulation | 10:30 |
| Logger on bottom | 11:03 |
| Max Rec Temp Deg. F | N/A |
| Equip No. / Location | L-14  L.A. |
| Recorded By | RIDDER |
| Witnessed By | R. MARTINEZ |

GUARD RESISTIVITY   DATE: 09/14/94  TIME: 11:41

GAMMA-RAY   STOP:   8 FT

50    100    150    200

DATE: 09/14/94  TIME: 11:23   GUARD RESISTIVITY

GAMMA-RAY   START:   250 FT

Exhibit 39
5776