1654 06745

SDMS # 2056840
15 OF 20

welenco

# ELECTRIC LOG

COMPANY ENVIRON CORP.
WELL PH-8
FIELD MCCOLL LANDFILL
COUNTY ORANGE STATE CA.

LOCATION ON GOLF COURSE SOUTH OF SITE

Sec. Twp. Rge.

Other Services CR/CRD

Permanent datum GROUND LEVEL Elev. N/A
Log Measured From GROUND LEVEL 0 Above Perm. Datum
Drilling Measured From GROUND LEVEL

Elev.: K.B. D.F. G.L.

| | | | | |
|---|---|---|---|---|
| Date | 9/14/94 | | | |
| Run No. | ONE | | | |
| Depth-Driller | 250' | | | |
| Depth-Logger | 250' | | | |
| Btm Log Interval | 249' | | | |
| Top Log Interval | 29' | | | |
| Casing Driller | 10" @ 15' | @ | @ | @ |
| Casing Logger | NOT REACHED | | | |
| Bit Size | 9"(190-250) | 4.5"(15-190) | | |
| Type Fluid in Hole | BENTONITE | | | |
| Density / Viscosity | N/A / N/A | | | |
| pH / Fluid Loss | N/A / N/A cc | cc | cc | cc |
| Source of Sample | CIRCULATED | | | |
| Rm @ Meas. Temp. | 9.8 @ 75 °F | @ °F | @ °F | @ °F |
| Rmf @ Meas. Temp. | 10.1 @ 75 °F | @ °F | @ °F | @ °F |
| Rmc @ Meas. Temp. | N/A @ N/A °F | @ °F | @ °F | @ °F |
| Source of Rmf and Rmc | MEAS / N/A | | | |
| Rm @ BHT | N/A @ N/A °F | @ °F | @ °F | @ °F |
| Time: End Circulation | 10:30 | | | |
| Time: Logger on bottom | 11:03 | | | |
| Max Rec Temp Deg. F | N/A °F | °F | °F | °F |
| Equip No. / Location | L-14 / L.A. | | | |
| Recorded By | RIDDER | | | |
| Witnessed By | R. MARTINEZ | | | |

Exhibit 39
5777

1654- 06745

SDMS# 2056840
16 OF 20

welenco

NEUTRON LOG
GAMMA-RAY LOG

COMPANY ENVIRON CORP.
WELL PH-9
FIELD MCCOLL LANDFILL
COUNTY ORANGE STATE CA.

LOCATION
1857 ISLAND DR.

Sec. Twp. Rge.

Other Services
NONE

Permanent datum GROUND LEVEL Elev. N/A
Log Measured From GROUND LEVEL Above Perm. Datum
Drilling Measured From GROUND LEVEL

Elev.: K.B. D.F. G.L.

| Date | | 9/6/94 | | Type Fluid in Hole | | WATER/AIR | |
|---|---|---|---|---|---|---|---|
| Job Tkt. | Run No. | 22170 | ONE | Dens. | Visc. | N/A | N/A |
| Depth-Driller | | 250' | | Time Well Ready | | 17:00 | |
| Depth-Logger | | 250' | | Logger on Bottom | | 17:18 | |
| Btm Log Interval | | 249' | | Equip. | Location | L-14 | L.A. |
| Top Log Interval | | 0' | | Recorded By | | RIDDER | |
| Max Rec. Temp. | | N/A | | Witnessed By | | R. MARTINEZ | |

BOREHOLE RECORD

| Run No | Bit | From | To |
|---|---|---|---|
| ONE | 8" | G.L. | 250' |

TUBING RECORD

| Size | Wgt | From | To |
|---|---|---|---|

CASING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| 4" | AUGERS | G.L. | 250' |

LINER

| Size | Wgt | From | To |
|---|---|---|---|

1654- 06745

SDMS # 2054840
170F20

welenco

NEUTRON LOG
GAMMA-RAY LOG

COUNTY: ORANGE CA.
FIELD: MCCOLL LANDFILL
LOCATION: STAGING AREA
WELL: W-4
COMPANY: ENVIRON CORP.

| | |
|---|---|
| COMPANY | ENVIRON CORP. |
| WELL | W-4 |
| FIELD | MCCOLL LANDFILL |
| COUNTY | ORANGE STATE CA. |

LOCATION
STAGING AREA

Sec. Twp. Rge.

Other Services
NONE

Permanent datum GROUND LEVEL Elev. 302.0
Log Measured From TOP OF CASING Above Perm. Datum
Drilling Measured From GROUND LEVEL

Elev.: K.B.
D.F.
G.L.

| Date | 8/9/94 | | Type Fluid in Hole | | WATER | |
|---|---|---|---|---|---|---|
| Job Tkt. | Run No. 22138 | ONE | Dens. | Visc. | N/A | N/A |
| Depth-Driller | 302' | | Time Well Ready | | -- | |
| Depth-Logger | 102' | | Logger on Bottom | | -- | |
| Btm Log Interval | 101' | | Equip. | Location | L-14 | L.A. |
| Top Log Interval | 4' | | Recorded By | | RIDDER | |
| Max Rec. Temp. | N/A | | Witnessed By | | R. MARTINEZ | |

BOREHOLE RECORD

| Run No | Bit | From | To |
|---|---|---|---|
| | | | |

TUBING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| | | | |

CASING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| 2" | PVC | G.L. | 302' |

LINER

| Size | Wgt | From | To |
|---|---|---|---|
| | | | |

CWP DRS 1.2616

| | |
|---|---|
| Neutron Serial No. | T-3 |
| Tool Model No. | COSMOS |
| Tool Type | N/N |
| Diameter | 1 11/16" |
| Detector Model No. | -- |
| Spacing | 13" |
| Type | He3 |
| Source Type | Am241Be |
| Source Serial No. | 71-1-241 |
| Strength | 5 Ci |
| Speed | 15'/MIN |

Fold Here

| | |
|---|---|
| Gamma-Ray Serial No. | T-3 |
| Tool Model No. | COSMOS |
| Diameter | 1 11/16" |
| Detector Model No. | -- |
| Type | GEIGER |
| Length | 13" |
| Distance to N. Source | -- |
| Speed | 15'/MIN |

REFERENCE LITERATURE:

REMARKS:

NOTICE: All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not, guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or wilful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by one of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule. Welenco

NEUTRON API Units 1100 2100
DATE: 08/09/94 TIME: 08:48

L 18 Depths 10"/100'
50
100

GAMMA-RAY API UNITS 160 260
STOP: 4 FT

NEUTRON API Units 1100 2100
DATE: 08/09/94 TIME: 08:40

GAMMA-RAY API UNITS 160 260
START: 101 FT

1654 06745

SDMS # 2056840
18 of 20

welenco

NEUTRON LOG
GAMMA-RAY LOG

COUNTY: ORANGE CA.
FIELD: McCOLL LANDFILL
LOCATION: FAIRGREEN
WELL: W-8B
COMPANY: ENVIRON CORP.

COMPANY ENVIRON CORP.
WELL W-8B
FIELD MCCOLL LANDFILL
COUNTY ORANGE STATE CA.

LOCATION
FAIRGREEN

Sec. Twp. Rge.

Other Services
NONE

Permanent datum GROUND LEVEL Elev. 265.5
Log Measured From GROUND LEVEL 0 Above Perm. Datum
Drilling Measured From GROUND LEVEL

Elev.: K.B.
D.F.
G.L.

| | | | |
|---|---|---|---|
| Date | 8/5/94 | Type Fluid in Hole | WATER |
| Job Tkt. / Run No. | 22136 / ONE | Dens. / Visc. | N/A / N/A |
| Depth-Driller | 265′ | Time Well Ready | -- |
| Depth-Logger | 121′ | Logger on Bottom | -- |
| Btm Log Interval | 120′ | Equip. / Location | L-14 / L.A. |
| Top Log Interval | 1′ | Recorded By | RIDDER |
| Max Rec. Temp. | N/A | Witnessed By | R. MARTINEZ |

BOREHOLE RECORD

| Run No | Bit | From | To |
|---|---|---|---|
| | N/A | | |

TUBING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| | | | |

CASING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| 2″ | PVC | G.L. | 265′ |

LINER

| Size | Wgt | From | To |
|---|---|---|---|
| | | | |

Fold Here

CWP DRS 1.26I6

| | |
|---|---|
| Gamma-Ray Serial No. | T-3 |
| Tool Model No. | COSMOS |
| Diameter | 1 11/16″ |
| Detector Model No. | -- |
| Type | GEIGER |
| Length | 13″ |
| Distance to N. Source | 6′ |
| Speed | 15′/MIN |

| | | | |
|---|---|---|---|
| Neutron Serial No. | T-3 | | |
| Tool Model No. | COSMOS | | |
| Tool Type | N/N | | |
| Diameter | 1 11/16″ | Spacing | 13″ |
| Detector Model No. | -- | Type | He3 |
| Source Type | Am241Be | Strength | 5 Ci |
| Source Serial No. | 71-1-241 | | |
| Speed | 15′/MIN | | |

REFERENCE LITERATURE:

REMARKS: TOOL WOULD NOT PASS 121′ DUE TO BEND IN WELL.

NOTICE: All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not, guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by one of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.
Welenco

GAMMA-RAY API UNITS 160 – 260; 60 – 160
L 3 Depths 10″/100′
NEUTRON API Units 1100 – 2100; 100 – 1100

STOP: 1 FT
DATE: 08/05/94 TIME: 09:55

50

100

START: 120 FT
DATE: 08/05/94 TIME: 09:49

GAMMA-RAY API UNITS 160 – 260; 60 – 160
L 3 Depths 10″/100′
NEUTRON API Units 1100 – 2100; 100 – 1100

Exhibit 39
5780

NEUTRON LOG
GAMMA-RAY LOG
COMPANY ENVIRON CORP.
WELL W-10B
FIELD MCCOLL LANDFILL
COUNTY ORANGE
STATE CA.
LOCATION
CORNER OF SUNNY RIDGE @ ROSECRANS
Permanent datum GROUND LEVEL
Elev. 319.9
BOREHOLE RECORD
TUBING RECORD
CASING RECORD
LINER
NEUTRON
GAMMA-RAY
DATE: 08/05/94
50
100
150
200
215 FT
START:
STOP:

Exhibit 39
5781

1654- 06745

SDMS # 2056840
20 OF 20

welenco

# NEUTRON LOG
# GAMMA-RAY LOG

COUNTY: ORANGE CA
FIELD: McCOLL LANDFILL
LOCATION: ACROSS FROM MAIN GATE AT
WELL: W-9C
COMPANY: ENVIRON CORP.

COMPANY ENVIRON CORP.
WELL W-9C
FIELD MCCOLL LANDFILL
COUNTY ORANGE STATE CA.

LOCATION
ACROSS FROM MAIN GATE AT SITE

Sec. Twp. Rge.

Other Services
NONE

Permanent datum GROUND LEVEL Elev. 316.8
Log Measured From TOP OF CASING Above Perm. Datum
Drilling Measured From GROUND LEVEL

Elev. K.B.
D.F.
G.L.

| | | | | | |
|---|---|---|---|---|---|
| Date | 8/5/94 | | Type Fluid in Hole | WATER | |
| Job Tkt. / Run No. | 22136 | ONE | Dens. / Visc. | N/A | N/A |
| Depth-Driller | 320' | | Time Well Ready | -- | |
| Depth-Logger | 318' | | Logger on Bottom | -- | |
| Btm Log Interval | 317' | | Equip. / Location | L-14 | L.A. |
| Top Log Interval | 2' | | Recorded By | RIDDER | |
| Max Rec. Temp. | N/A | | Witnessed By | R. MARTINEZ | |

## BOREHOLE RECORD

| Run No | Bit | From | To |
|---|---|---|---|
| | | | |

## TUBING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| | | | |

## CASING RECORD

| Size | Wgt | From | To |
|---|---|---|---|
| 4" | PVC | G.L. | 320' |
| | | | 265' |

## LINER

| Size | Wgt | From | To |
|---|---|---|---|
| | | | |

CWR DRS 1 2816

| | | | |
|---|---|---|---|
| Neutron Serial No. | T-3 | | |
| Tool Model No. | COSMOS | | |
| Tool Type | N/N | | |
| Diameter | 1 11/16" | Spacing | 13" |
| Detector Model No. | -- | Type | He3 |
| Source Type | Am241Be | Strength | 5 Ci |
| Source Serial No. | 71-1-241 | | |
| Speed | 15'/MIN | | |

Fold Here

| | |
|---|---|
| Gamma-Ray Serial No. | 121 |
| Tool Model No. | GUARD |
| Diameter | 3" |
| Detector Model No. | -- |
| Type | SCINT. |
| Length | 8" |
| Distance to N. Source | -- |
| Speed | 15'/MIN |

REFERENCE LITERATURE:

REMARKS:

NOTICE: All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not, guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by one of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule. Welenco

NEUTRON
API Units
1100 2100
100 1100

DATE: 08/05/94

0 2
Depths
10"/100'

GAMMA-RAY
API UNITS
160 260
60 160

STOP: 2 FT

50

100

150

200

250

300

DATE: 08/05/94
NEUTRON
API Units

START: 317 FT
GAMMA-RAY
API UNITS

Exhibit 39
5762