# EXHIBIT 40

Exhibit 40
5783

SFUND RECORDS CTR
1654-05670

# McColl Superfund Site Fullerton, California

# Revised Community Relations Plan

 **May 1992**

Exhibit 40
5784

88 104213



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

REGION IX

**75 Hawthorne Street**
San Francisco, Ca. 94105-3901

AR2603

May 13, 1992

Ms. Joanne Hardy
Archivist
Fullerton Public Library
353 W. Commonwealth Ave.
Fullerton, CA  92632

Dear Ms. Hardy:

Please add these four documents from the U.S. Environmental Protection Agency to the McColl Superfund information collection in your library:

1.   The **Revised McColl Community Relations Plan** identifies community concerns related to the Superfund site and details the community relations activities that EPA has developed as a result of these concerns.

2.   The **Public Information Book** contains historical fact sheets and other public information on McColl published by the U.S. and California Environmental Protection Agencies.

3.   The **McColl Supplemental Reevaluation** of Alternatives 11, April 1992.

4.   **McColl Treatability Study:**  Results and Conclusions, Revision 5, April 21, 1992.

You may call me at (415) 744-2181 if you have any questions.

Thanks for your help.

Sincerely,

Fraser Felter
Community Relations Coordinator

*Printed on Recycled Paper*

Exhibit 40
5785

EPA CONTRACT NUMBER:  68-W9-0059
WORK ASSIGNMENT NUMBER:  59-14-9L04

# THE REVISED McCOLL
# COMMUNITY RELATIONS PLAN

McCOLL SUPERFUND SITE
FULLERTON, CA

May 1992

Submitted to
EPA Region IX

Prepared by ICF Technology, Incorporated

Exhibit 40
5786

160 Spear Street, Suite 1380
San Francisco, California
94105-1535

415/957-0110



## **ICF** TECHNOLOGY INCORPORATED

May 11, 1992

Fraser Felter
Community Relations Coordinator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, CA  94105

Subject:  Revised Community Relations Plan for the McColl Site, Fullerton California

Dear Fraser:

This final Revised Community Relations Plan has been prepared for EPA under Work
Assignment No. 59-14-9LO4, issued under the ARCSWEST Contract No. 68-W9-0059.  Should
you have any questions or need additional information regarding this document, please call me at
(415) 882-3016 or D'Arcy Richardson at (415) 882-3018.

Sincerely,

Earle Krivanec
Program Manager

cc:    Pam Weiman, EPA Region IX
       Steve Linder, EPA Region IX
       John Blevins, EPA Region IX
       Jeri Simmons, EPA Region IX
       Judy Walker, EPA Region IX
       Bill Draper, DTSC
       Adam Ng, ICF Technology

Exhibit 40
5787

# Table of Contents

**INTRODUCTION** ..................................................... 1
    Objectives .......................................................... 3
    Summary of Important Issues ....................................... 4
    Designated EPA and State Contacts ................................. 5


**SITE HISTORY** ...................................................... 5
    Description of Contamination ....................................... 6
    Agency and Technical Activity to Date .............................. 8


**COMMUNITY BACKGROUND** ....................................... 12
    Community Profile ................................................. 13
    History of Community Involvement ................................. 14


**RESULTS OF COMMUNITY INTERVIEWS** ........................... 23
    Community Opinion ............................................... 23
    Community Evaluation of Community Relations Program ............. 24
    Issues of Importance ............................................. 25
    Questions to Be Addressed ........................................ 29


**THE COMMUNITY RELATIONS PROGRAM** .......................... 30
    Purpose .......................................................... 30
    Goals ............................................................ 30
    Community Relations Activities (Figure 3) .......................... 34


**APPPENDICES**
    Appendix A:  List of Key Contacts
    Appendix B:  List of Interview Questions
    Appendix C:  Information Repository / Meeting Location
    Appendix D:  List of Acronyms and Abbreviations
    Appendix E:  Glossary

Exhibit 40
5788

## INTRODUCTION

The United States Environmental Protection Agency (EPA) and the Department of Toxic Substances Control* (DTSC) of the California Environmental Protection Agency are overseeing an investigation and cleanup of the McColl Superfund Site, a former petroleum waste disposal facility which is located in Fullerton, Orange County, California.  (See Figure 1)

The State originally headed the investigation and cleanup operation.  It produced a Community Relations Plan for McColl in December 1987 that described the concerns of the community at that time and the activities it proposed to involve community members in the decision-making process.  EPA assumed the role as lead agency for the cleanup in 1989 and supervises the community relations activities for the site.

Since that time, many significant changes have been made in the technical plans for the site which have affected the community relations needs at McColl.  EPA has revised the original community relations plan to reflect the changing needs of the community.

This Revised Community Relations Plan gives an overview of the situation at the McColl site, describes community concerns and opinions about the site, and presents a community relations program that will meet the needs of the community with regard to participation in the Superfund process.  This document is divided into the following sections: Introduction; Site History; Community Background; Results of Community Interviews; The Community Relations Program; and Appendices.

---

*On July 17, 1991, the Toxic Substances Control Program (TSCP), which was the initial State agency to work on the project, was transferred from the Department of Health Services (DHS) to the newly formed California Environmental Protection Agency (Cal-EPA) and TSCP was accorded Departmental status.  The new name for TSCP is the Department of Toxic Substances Control (DTSC).  In order to avoid confusion, this document will use "State of California" or "State" when referring to these State agencies.

Exhibit 40
5789



FIGURE 1.  McColl Area Map

Exhibit 40
5790

**Objectives of the Community Relations Plan**

This Revised Community Relations Plan (CRP) is based on a review of McColl documents, ongoing contact between the agencies and the community, and information gathered during personal and telephone interviews conducted in September, 1991 with residents; businesspeople; federal, state and local elected officials; agency representatives; and a representative of the McColl Site Group, the five oil companies identified as potentially responsible for the McColl waste and its remediation (Shell Oil Company, Atlantic Richfield Company, Phillips Petroleum Company, Union Oil Company, and Texaco Marketing and Refining, Inc.) . The Revised CRP has taken into account the concerns and needs of the community that were expressed in these interviews, and has modified the activities that were outlined in the original CRP. EPA has formulated these activities 1) to ensure continued two-way communication between the affected and interested community and the agencies and 2) to keep the community informed of technical progress at the site.

The Fullerton community has been very actively involved in the McColl site throughout the investigation stage of the Superfund process. The Agency would like to express its appreciation for the many long hours community members have contributed to the cleanup effort. EPA's goal is to continue to allow for further public involvement during all stages of the operation, through formal meetings and comment periods and informal meetings with community members.

The EPA will continue to work with community members over the entire life of the project, and will reach out to recently arrived community members who may have less knowledge of the site. The community relations program will focus on providing the specific technical information that many long-time residents have asked the agencies to provide, as well as providing more general information about the site for newcomers to the community.

3

Exhibit 40
5791

**Summary of Important Issues**

The major issues of concern to the community that were expressed during community interviews include the following:

- Length of time and schedule for remediation of the site;

- Cost and subsequent availability of funding for the cleanup;

- Loss of confidence in the agencies administering the project;

- Community health as it relates to the site and the cleanup alternatives being considered;

- Potential groundwater contamination and implications for future use of area groundwater;

- Relationship between the agencies and the potentially responsible parties;

- Feasibility of the current cleanup alternatives;

- Effects of the site and cleanup alternatives on property values and the salability of homes; and

- Site maintenance including mowing, drum storage, and fencing.

In general, community members expressed satisfaction with the community relations program for McColl and had detailed knowledge of the site's history. At the same time, community members expressed frustration with technical delays in the project that resulted in the 1991 postponement of the Record of Decision (ROD), which will describe the selected remedial alternative for the site once it has been selected. Community interviews highlighted the need for more direct explanations to the community about the need for a technical delay at this point in the project.

4

Exhibit 40
5792

**Designated EPA and State Contacts for McColl Superfund Site**

In order to provide the community with access to information about McColl, EPA and the State have designated the following individuals as community contacts:

Fraser Felter
Community Relations Coordinator
EPA, Region IX
75 Hawthorne St. (H-1-1)
San Francisco, CA  94105
(415) 744-2181 or (800) 231-3075

Pam Wieman
Remedial Project Manager
EPA, Region IX
75 Hawthorne St. (H-6-1)
San Francisco, CA  94105
(415) 744-2242

William Draper or Caroline Rudolph
Department of Toxic Substances Control
P.O. Box 806
Sacramento, CA  95812-0806
(916) 445-9543 (Mr. Draper)    (916) 324-2857 (Ms. Rudolph)

## SITE HISTORY

The McColl site was named for Eli McColl, the operator of the disposal site during the period 1942-1946.  The site occupies approximately 22 acres in the northwest corner of the City of Fullerton, Orange County, California.  It is surrounded by a regional park and golf course to the west and south, oil fields and residential areas to the north, and residential areas to the east and southeast.

5

Exhibit 40
5793

Sumps on the site covering approximately eight acres of land were used for disposal of acidic petroleum refinery sludge, a waste product resulting from the production of high-octane aviation fuel during World War II. At the time of its operation, the site was bordered by oil wells to the north, a hog farm to the south, and agricultural land to the southwest. There were no residential developments near the site. In 1946, the City of Fullerton denied a permit renewal for the facility, and it stopped accepting wastes.

The site has two geographical areas, the Ramparts parcel (named after Ramparts Research, Inc.) and the Los Coyotes parcel (formerly part of the Los Coyotes Golf Course and owned by McAuley Oil). Each area contains six sumps where petroleum waste products were deposited. (See Figure 2) In 1951, Mr. McColl informed the City of Fullerton and the Regional Water Quality Control Board of his plan to cover three of the Ramparts sumps with drilling muds in order to stabilize the previously deposited waste. Three Ramparts sumps (R-1 through R-3) were eventually covered with drilling muds. There were frequent delays in covering the sumps and they were not completely covered until 1964.

The Los Coyotes sumps were covered during the development of Los Coyotes Golf Course in the late 1950's. In 1968, extensive housing development was started east of Gilbert Street, with another small subdivision being developed west of Gilbert. By the late 1970's, housing had been built up to the eastern and southeastern borders of the McColl site and development of the north area was underway. Contamination at McColl was discovered after odor complaints were received from residents who moved into these new homes in the late 1970's.

**Description of the Contamination**

The waste at McColl is a by-product of petroleum processing operations. The waste comes in two different forms: char, which is a coal-like asphaltic material; and tar, which is a black viscous material. In addition to the petroleum wastes themselves, drilling muds that were used to cover some of the sumps and underlying soils have become contaminated through contact with the waste.

6

Exhibit 40
5794



FIGURE 2.   McColl Site Map

Exhibit 40
5795

The char and tar are very acidic, with some pH measurements less than 1.0.  Major contaminants that have been identified in the waste or in air emissions from the waste include sulfur dioxide ($SO_2$); volatile organic compounds including benzene, toluene, acetone, and thiophenes; and inorganics and metals including arsenic and chromium.

**Agency and Technical Activity to Date**

The Orange County Department of Environmental Health and the South Coast Air Quality Management District began investigations at the McColl site after receiving odor complaints from nearby residents as early as July 1978.  Other local, state, and federal authorities were informed of the problem at the site and initiated additional investigations.

From 1980 to 1983, the State coordinated a Remedial Investigation/Feasibility Study (RI/FS) of the site to choose a cleanup method for the site.  In late 1981, a Memorandum of Agreement was signed by the State, EPA, South Coast Air Quality Management District, the Regional Water Quality Control Board, Orange County Department of Environmental Health, the City of Fullerton, and Shell Oil Company, Atlantic Richfield Company, Phillips Petroleum Company, Union Oil Company, and Texaco Marketing and Refining, Inc.  This Agreement called for the formation of a Participants' Committee made up of the signing parties, and outlined each of their roles in the planned site investigation.

Later, in 1986, EPA and the State replaced the Participants' Committee with an Interagency Committee (IAC) to facilitate communication among the agencies responsible for the project. EPA, the State, the City of Fullerton, the City of Buena Park, the office of Congressman William Dannemeyer, Orange County Environmental Health Department, South Coast Air Quality Management District, the California Attorney General's Office, and the Regional Water Quality Control Board make up the IAC.  The IAC meets as necessary to review technical data, discuss site progress, share information, and coordinate decisions.

During the Remedial Investigation (RI), information was collected to define the sources, nature, and extent of the contamination at McColl, and to examine potential health effects.  The Feasibility Study evaluated cleanup alternatives based on the RI data.  In early 1983, EPA issued

8

Exhibit 40
5796

a ROD (ROD) that selected excavation and redisposal of the waste as the cleanup alternative. A test excavation was performed in May 1983 to evaluate the practicality of excavating the waste material. Following this test, the sumps in the Ramparts area where waste had been deposited were covered with a soil cap to further reduce emissions from the site.

Through a competitive bidding process, Casmalia Resources, a hazardous waste disposal facility in Santa Barbara County, was chosen for the disposal of the McColl waste. However, due to EPA's desire to dispose of the waste in a facility that was equipped with a double liner, the cost of disposal at Casmalia became prohibitive and EPA decided to evaluate other disposal facilities. The State and EPA evaluated these other disposal sites, and competitively selected Petroleum Waste Incorporated, located in Kern County. Three days before the excavation and redisposal operation was to begin in May 1985, a Kern County Superior Court Judge ruled in favor of Kern County and against the State, determining that the excavation and redisposal for McColl was not exempt from the requirements of the California Environmental Quality Act. The judge ruled that the State must prepare an Environmental Impact Report (EIR) for McColl before any remedial action could be implemented. All cleanup work at the McColl site was halted, and the State began preparing the EIR.

Since that time, new federal regulations governing the disposal of hazardous waste have made the excavation and redisposal of waste without treatment the least preferred alternative for Superfund cleanups. As a result, EPA decided to review the alternatives again and perform additional technical evaluations. EPA began its Supplemental Reevaluation of Alternatives (SROA) to update cost estimates and to evaluate the existing technologies and new ones that were not available during the original Feasibility Study.

The Supplemental Reevaluation of Alternatives (SROA) assessed four clean-up options for McColl: 1) excavation and redisposal; 2) RCRA equivalent closure; 3) RCRA equivalent containment; and 4) thermal destruction. The SROA evaluated the technical feasibility, cost, and public health and environmental protectiveness of the clean-up alternatives.

In March 1989, EPA and the State proposed that thermal destruction was the preferred remedial alternative for the McColl site. Concurrent with an extended public comment period, EPA

9

Exhibit 40
5797

conducted treatability studies for thermal destruction on the McColl waste using Ogden Environmental Services' research facility in San Diego.  Results indicated that the waste could be successfully treated using a circulating bed combustor, and plans were made for Ogden to conduct a trial burn on the McColl site in early 1990, as part of the Superfund Innovative Technology Evaluation (SITE) program.  However, Ogden withdrew from the SITE program in late 1989, citing financial concerns, and the trial burn was never conducted.

EPA made plans to sign the ROD (ROD) selecting thermal destruction in March 1991.  A trial excavation of waste was planned and conducted in June 1990 on waste at Sump L-4 to gather data about waste excavation, emissions levels, and waste processing.  EPA also began evaluating different types of thermal destruction for use at McColl.

After reviewing new information obtained during the trial excavation, EPA determined that it was necessary to provide the community with an additional opportunity to comment on all of the information that had a bearing on the ROD, consistent with the intent of the newly revised National Contingency Plan.

EPA is now in the process of preparing the Supplemental Reevaluation of Alternatives II.  The Agency expects that the ROD for McColl will be signed in December 1993.  A list of community relations activities for the technical and regulatory process is presented in Figure 3 on page 32.

Throughout the project at McColl, EPA and the State have performed sampling and monitoring of air, soil, and groundwater.  To date, boreholes have been drilled to test the soil, and groundwater monitoring wells have been installed on or near the McColl site to monitor movement of contaminants in the groundwater.  EPA samples groundwater monitoring wells quarterly.

The following is a chronological listing of major activities at the McColl site.

**1980**   •   The State begins coordination of the RI/FS.

10

Exhibit 40
5798

1981 • Memorandum of Agreement is signed by the State, EPA, South Coast Air Quality Management District, Regional Water Quality Control Board, Orange County Department of Environmental Health, the City of Fullerton, and Potentially Responsible Parties. A Participants' Committee is formed.

1983 • ROD is issued by EPA.

• Test excavation is performed to evaluate practicality of excavating the waste material.

• Following excavation test, waste sumps are covered with soil caps.

1984 • Casmalia Resources is chosen through a competitive bidding process as the site for McColl waste disposal.

• Due to EPA's preference that McColl waste should be disposed of in double-lined facilities, the cost of disposal at Casmalia increases and other facilities are evaluated.

1985 • Petroleum Waste Incorporated in Kern County is selected as new disposal site.

• Kern County Superior Court rules an that an EIR must be prepared prior to initiation of any remedial action and cleanup action is halted.

1986 • Interagency Committee is organized by the EPA and the State.

• EPA begins Supplemental Reevaluation of Alternatives.

• SROA evaluates on-site incineration, RCRA containment, RCRA closure, and excavation and redisposal as the four alternatives.

1989 • EPA assumes lead oversight responsibility for the McColl site.

11

Exhibit 40
5799

- EPA and the State announce thermal destruction as the preferred remedial alternative.

- Public comment period is extended by two weeks.

- EPA conducts treatability studies for thermal destruction using Ogden Environmental Systems.

- Plans made for Ogden to conduct trial burn as part of SITE.

- Ogden withdraws from SITE program and trial burn never conducted.

1990  •  Trial excavation of waste is conducted in June at Sump L-4.

1991  •  EPA prepares the Supplemental Reevaluation of Alternatives II.

- EPA to sign ROD by December 1993.

In addition to these activities, EPA and DTSC have performed sampling and monitoring of groundwater on a regular basis throughout the McColl project.

## COMMUNITY BACKGROUND

The McColl Superfund site is situated in the northwest corner of the City of Fullerton.  Fullerton is the fifth largest city in Orange County, California with a population of approximately 114,000. The average annual household income is $ 48,750.  City of Fullerton officials estimate that 30-50% of the population near the McColl Superfund Site is of Korean descent as compared to 10% for Orange County as a whole.  According to 1990 census information, there are approximately 100,000 residents living within a 2.4-mile radius of the site.

12

Exhibit 40
5800

**Community Profile**

The City's history dates back to 1887 when George H. Fullerton, president of a Santa Fe Railroad subsidiary, was sent west to purchase land for a new railroad line to be constructed in the area. Upon learning about the new railroad plans, two enterprising brothers, George and Edward Amerige, purchased 430 acres of land and offered the Railroad free right-of-way and half interest in the land if the proposed townsite was included in the survey.  An agreement was signed on July 5, 1887, resulting in the development of the Fullerton area.  In February 1904, Fullerton was incorporated as a city.

Historically, agriculture was the community's leading industry, with more orange groves than any other Orange County city during its peak years.  The soaring popularity of the Valencia oranges grown in the area strongly contributed to the enormous economic growth during the late 1890's. Today, however, less than 50 acres of groves remain in Fullerton.

In the late 1890's, oil became another important resource for Fullerton.  The oil industry continued to grow through the 1920's and, today, much of the land is still being worked by major oil companies.

Additional industrial growth began in 1932 with the opening of Val Vita Food Products in the west end of the city.  From a small citrus juice manufacturing plant, Val Vita grew into the largest canning company in the nation by 1941.  In 1943, it merged with another firm to become Hunt-Wesson Foods Company, which has since been acquired by Beatrice Foods.

After the establishment of a manufacturing zone in the southeast region of Fullerton, additional industries began to appear.  By the late 1950's, Fullerton had 142 industries producing a wide variety of products and employing about 18,500 people.  Today more than 6,000 business and industries employ a work force in excess of 71,000.  Major manufacturing employers include Hughes Aircraft, Beckman Industries, Kaynar Manufacturing, Kimberly-Clark, and Weber Aircraft.

13

Exhibit 40
5801

By the 1970's, Fullerton's rapid growth of the post-war period had slowed considerably. The City's focus shifted to providing amenities such as new libraries, cultural centers, parks, and general municipal services for all of its new residents and businesses. Revitalization of the older business areas was begun. Additionally, Fullerton College, established in 1913, was joined during this period by four new higher education facilities: California State University (formerly Orange County State College), Western State University of Law, Southern California College of Optometry, and Pacific Christian College.

City officials say that future City goals will continue to emphasize new development, as well as refinement of existing services.

**History of Community Involvement**

Community members have been involved with the McColl site since the beginning of the investigation process. Agencies initiated investigations at the site as a result of odor and health complaints received from residents beginning in July 1978. Community concern increased gradually through 1980. At that time, media attention was focused on the site as a result of the involvement of the Campaign for Economic Democracy (CED), a statewide consumer and environmental organization, and an address given to residents by Lois Gibbs, president of the Love Canal Homeowners Association. Concern increased dramatically as a result of the media attention and the organizing efforts of CED.

Due to the increasing community concerns, the State organized a public hearing in the fall of 1980. Peter Weiner, Governor Brown's special assistant on Toxic Substances Control, chaired the hearing. A panel of state agency representatives also participated. Jane Fonda, of CED, spoke to the community residents and the media following the hearing.

Individual members of the community continued to be involved in discussions and decisions related to the site through 1984, when EPA and the State announced that the site would be remediated using the excavation and redisposal alternative. Community comments received at the first public hearing indicated strong community support for this decision. Following the Kern County court injunction that prevented disposal of McColl waste to the PWI landfill without

14

Exhibit 40
5802

preparation of an EIR, some community members expressed increasing frustration at delays in the clean-up process. This frustration led to the formation of the McColl Action Group (MAG). This neighborhood committee monitored the government agencies responsible for the site cleanup and participated actively in decisions related to the site from 1985 through 1991. EPA and the State were often invited to make presentations to the group.

Another community group formed in 1991, the Fullerton Hills Community Association, supports the expedited cleanup plan recommended by the Potentially Responsible Parties.

The community as a whole has been very active in the decision-making process. During the most recent public comment period and public hearing to receive comments on the proposed thermal destruction plan (February 1989), community members wrote more than 140 letters, and made more than 100 oral comments.

At that time, the community's major concerns were related to the proposed thermal destruction technology, and included the following: potential negative health effects; potential negative effects on air quality in the Los Angeles Basin; feasibility and implementability of the technology; length of time to complete the cleanup; and impact of the clean-up technology on property values in the surrounding area.

The McColl site has received significant media attention since 1980. Site news has been carried by virtually all local newspapers, radio stations, and television stations, as well as receiving more occasional mention in regional or national newspapers and broadcasts. Community members are occasionally interviewed for news segments on the McColl site.

Elected officials also have expressed interest in the site, most notably Congressman Dannemeyer. All elected officials in the area are on the mailing list for the site, and receive all information related to site activities.

Throughout the remedial process, EPA and the State have continued to conduct a variety of community relations activities. Activities have included frequent public meetings, small group meetings, regular mailings to community members, a toll-free information line, an on-site open

15

Exhibit 40
5803

house, and regular contact with the media to provide information.  EPA and the State will continue to work closely with the community throughout the entire remediation process to keep residents informed of progress at the site.  EPA and the State will continue to monitor community interests and concerns, and will conduct community relations activities as needed to address those concerns.

The following activity list highlights community relations activities that EPA and the State have conducted to date at the McColl Superfund Site:

Fall 1980 - The State organized a public hearing chaired by Peter Weiner, (former) Governor Brown's special assistant on Toxic Substances Control.

February 4, 1982 - The State conducted a community meeting.  At the meeting, the State announced that a Memorandum of Agreement among state and local agencies had been signed and an investigation of the site would take place.

February 1982 - The State developed a schedule of community relations activities for the McColl site.  Activities included frequent public meetings, regular mailings to community residents, the formation of a community advisory committee and regular provision of information to the media. The State distributed a bulletin to community residents announcing a community meeting.

April 1982 -  The State issued a bulletin to the community announcing a drilling operation and explaining the safety precautions that would be taken.  Emphasis was given to the importance of residents' participation in the odor complaint service.

November 1982 - The State distributed the results of the McColl Health Survey to residents and announced a meeting on November 16 to discuss the survey.

February 24, 1983 - The State conducted a community meeting during the public comment period for the Feasibility Study in order to provide information to the community on the three clean-up alternatives.  The meeting was attended by approximately 200 local residents.  The State encouraged residents to comment on the information.  During the meeting and in later

16

Exhibit 40
5804

conversations with the State, residents identified excavation and removal as the preferred alternative.

April 1983 - The State conducted another community meeting to present the proposed alternative of "excavation and redisposal".

June 1983 - After a successful test excavation, the State and EPA announced that the excavation and redisposal alternative would be selected.

January 1984 - The State conducted a community meeting to discuss the clean-up schedule, funding for the project, and upcoming site preparation activities.

July - September 1984 - The State sent letters to residents to provide status reports on site progress.

December 1984 - Canonie Engineers (the State's contractor) made a presentation at a community meeting that described site activities in preparation for the excavation.

August 1985 - The State sent a letter to residents explaining a court injunction that halted the proposed redisposal of McColl waste at the PWI Landfill in Kern County. The injunction stated that no waste could be redisposed from McColl without an Environmental Impact Report (EIR).

February 1986 - The State sent a letter to community members explaining upcoming site maintenance activities conducted by EPA to control waste material seeping upwards on to the site.

Spring 1986 - The State held a series of EIR scoping meetings in different locations around the region to receive public comments on the topics to be considered in the EIR.

March 1986 - The State and EPA met with a small group of residents (who later formed the McColl Action Group) to discuss site activities and the tentative project schedule, and to identify community concerns.

May 1986 - McColl Action Group formed.

17

Exhibit 40
5805

June 1986 - Interagency Committee formed to coordinate the activities of the regulatory agencies and communicate with elected officials and city staff.

August 1986 -  The State met with the McColl Community Action Group to continue discussions on local community concerns, and to provide an update of the project schedule on the site.

September 1986 - The State and EPA distributed a fact sheet to community members within a one-mile radius of the site that outlined the schedule of activities and explained the planned studies.

November 1986 - The State and EPA distributed a fact sheet to community members describing planned groundwater sampling and monitoring activities.

February 1987 - The State and EPA distributed a fact sheet to community members describing the clean-up alternatives that were under evaluation.

February 24, 1987 -  The State and EPA held a community meeting to provide updates on the project schedule, EIR progress, upcoming field activities and EPA's Reevaluation of Alternatives.

March 1987 - The State and EPA distributed a fact sheet to community members describing the planned investigation of waste and contaminated soil.

September 1987 - The State and EPA distributed a fact sheet to community members describing the Potentially Responsible Parties' (PRP's) proposal to contain the site prior to the selection of a final remedy.

December 1987 -  The State completed a Community Relations Plan (CRP) that described planned community relations activities for the duration of the cleanup of McColl.

December 1987 -  The State and EPA distributed a fact sheet to community members describing the revised site activity schedule and the response to the PRP's proposal.

18

Exhibit 40
5806

January 1988 -  The State and EPA distributed a fact sheet to community members that contained an update of field activities at the site.

January 12, 1988 - The State and EPA conducted a public meeting to update community members on the project schedule and to discuss the PRP's proposal and agencies' response to that proposal.  A question and answer session was included.

March 17, 1988 -  The State and EPA conducted a community workshop that focused on the specific community concerns.  Topics included excavation and redisposal as a clean-up alternative and the remedy selection process.

April 1988 -  The State and EPA distributed a fact sheet to community members that posed commonly asked questions and provided answers to those questions.

September 1988 - The State and EPA distributed a fact sheet to community members that described the clean-up alternatives under evaluation, including thermal destruction.

December 1988 - The State and EPA distributed a fact sheet to community members that announced the public comment period on cleanup alternatives and the plans for a thermal destruction demonstration project.

February 1989 - The State and EPA distributed a fact sheet to community members that provided an update of the proposed alternatives and included an announcement of a public comment period from 2/89 to 5/89 and a public meeting during that time.

March 14, 1989 - The State and EPA conducted a community meeting where the newly proposed thermal destruction alternative was discussed.  Community attendance was so large that a second meeting was scheduled.

April 11, 1989 - The State and EPA held another community meeting to discuss the thermal destruction alternative.

19

Exhibit 40
5807

May 1989 - The State and EPA distributed a fact sheet to community members that described the Superfund Innovative Technology Evaluation (SITE) program and included an announcement that the test burn of a rotary kiln incinerator had been completed.

May 1989 - The State and EPA distributed a fact sheet to neighbors announcing that a ground water drilling and sampling program would begin in May.

June 1989 - The State and EPA issued a fact sheet to area residents that responded to key concerns and recurring questions raised during the public comment period.

August 1989 - The State and EPA distributed a fact sheet to the community announcing the revised cleanup schedule for McColl.

November 1989 - The State and EPA distributed a fact sheet to community members that announced test results for the treatment of McColl waste.

March 21, 1990 - The State and EPA hold an informational meeting to discuss Superfund activities at the McColl site including Ogden Environmental Services withdrawal from the SITE program.

March 1990 - The State and EPA distributed a fact sheet to community members announcing a planned SITE demonstration was canceled.

March 1990 - The State and EPA issued a fact sheet to area residents announcing the installation of three new monitoring wells and groundwater sampling results.

April 1990 - The State and EPA distributed a fact sheet to community members that announced the beginning of a trial waste excavation at the site.

April 23, 1990 - EPA and the State hold a community meeting to discuss upcoming Superfund activities at McColl.

20

Exhibit 40
5808

May 1990 - The State and EPA sent out an announcement of a community meeting scheduled for May 24 to give the PRPs an opportunity to explain their cleanup proposal to the community. Also in May, the State and EPA distributed a fact sheet to community members that announced that a planned visitor's day at the site in June.

June 1990 - EPA sent letters to community members explaining the trial excavation and addressing possible concerns. The letter was published in English, Korean, Vietnamese, and Chinese. On June 9, EPA and the State conducted a press and visitors' day at the site. The trial excavation activity was discussed, with demonstrations of the site enclosure, waste type, foam that was used to cover the waste after excavation. Residents were shown live and taped video footage of the excavation activities inside the enclosure.

July 1990 - EPA and the State sent out an update to community members that described the plan to extend the length of time the excavation would be conducted.

August 1990 - EPA and the State distributed a fact sheet to community members that announced exploratory boreholes were to be drilled at McColl.

September 1990 - The State and EPA distributed a fact sheet to residents that announced successful completion of a trial excavation at McColl and included a chronology of the trial excavation.

October 1990 - The State and EPA distributed a fact sheet to community members that described groundwater activities at McColl. The fact sheet confirmed groundwater contamination and showed locations of wells in use and wells that EPA planned to seal and abandon.

October 1990 - The State distributed to the community the results of a 1988 health survey of symptoms and odors experienced by residents living near the McColl site.

November 1990 - EPA, SITE, and the State distributed to residents the results of the trial excavation conducted during June and July, 1990.

21

Exhibit 40
5809

April 1991 - EPA distributed a fact sheet to residents announcing a revised cleanup schedule and the delay in signing the ROD. A review period of documents for interested parties was also announced.

April 1991 - EPA and the State distributed an update on McColl field activities to the community.

May 1991 - A community meeting bulletin was distributed to residents announcing a meeting on June 3, 1991 to discuss the delay in the cleanup schedule.

June 3, 1991 - In the community meeting, residents expressed displeasure at the continued delay and a waning confidence in the Agency's ability to effect a timely cleanup.

July 1991 - EPA distributed a fact sheet to residents announcing that EPA would be collecting samples of waste material from the McColl site in mid-July to determine if the waste could be solidified and stabilized.

August 1991 - EPA distributed a fact sheet to residents announcing that it would be conducting groundwater sampling at the McColl Site beginning August 20, 1991.

October 1991 - EPA and the State distributed a fact sheet to residents announcing several field activities.

December 1991 - EPA distributed a fact sheet to residents announcing groundwater sampling and the availability of the Administrative Record on microfilm in the Fullerton Public Library Reference section.

April 1992 - EPA distributed a fact sheet outlining the eight alternatives being considered for use at McColl. A calendar for decision-making and commencement of site work toward cleanup was included.

22

Exhibit 40
5810

**RESULTS OF COMMUNITY INTERVIEWS FOR THE COMMUNITY RELATIONS PLAN REVISION**

Thirty-one interviews were conducted between September 16 and September 30, 1991 with individuals interested in the McColl Superfund Site.  Those interviewed included federal, state, and local elected officials, agency representatives, businesspeople, residents, and a representative of the Potentially Responsible Parties (PRPs).  The results of community interviews are presented below.

**Community Opinion**

The greater Fullerton community did not express strong concerns about the McColl site.  In general, the closer an interviewee lived to the site, the more concern he or she expressed about the site and activities there.

It became clear through the interviews that community opinion has diverged in recent years as a result of the community's overall frustration with the Superfund process and delays in the cleanup.  Whereas an overwhelming number of community members originally backed excavation and redisposal, there are now four segments of the community near the site: 1) long-time residents who continue to support a total cleanup of the site (including the remnants of the McColl Action Group), but who are tired of being involved in McColl activities; 2) long-time residents who now favor the PRPs' current proposal for selective excavation of the site and subsequent capping of the remaining waste (including members of the Fullerton Hills Community Association), and who continue to be active in McColl issues; 3) long-time residents who would like to see the site capped as the alternative that could be completed most quickly; and 4) new residents of the community who are not well-informed about the site or who have not expressed concerns about the site (primarily ethnic Korean residents).

Interviewees believe a majority of people favor total cleanup of the site, but some said the number of people in favor of the PRPs' current proposal is steadily increasing as time goes on and no action is taken at the site.

23

Exhibit 40
5811

The community near the McColl site has changed significantly since the Superfund process was initiated at McColl, and is now estimated by residents and City officials to be between 30% and 50% ethnic Korean.  As a result of this shift, EPA has not been reaching the entire community through its more recent community relations efforts.  Some interviewed said the lack of participation in the McColl cleanup on the part of the Korean segment of the community was due, in part, to cultural differences as well as language difficulties.

### Community Evaluation of EPA's Community Relations Program

It appears from the interviews the community has been pleased with EPA's community relations program for the site.  With very few exceptions, those interviewed stated they are adequately informed about activities at the site through EPA fact sheets and public notices, and have had ample opportunities to participate in the Superfund process through public meetings, comment periods, and smaller meetings with local community groups.

At the same time, several people said that the overall community feeling is that residents are tired of attending meetings without hearing some "good news" about the future.  Several people interviewed suggested the community is not interested in being informed about site activities (either through mailings or meetings) until EPA can announce it is moving forward with cleanup preparations.

Many of those interviewed expressed concern that PRPs for the McColl Site, under the name of the McColl Site Group, are waging a very effective public relations campaign that is overshadowing EPA's efforts to educate the community about the site.  Many people said PRPs have used the community's frustration to their advantage, and have gained an "upper hand" by getting the community's backing for their proposal to do a selective excavation of the site.  There is a sentiment that many community members have been confused between informational fact sheets produced by EPA and those produced by the PRPs.  Several people noted, however, that it is useful to them to get "both sides of the story."

24

Exhibit 40
5812

Several of those interviewed suggested that EPA could improve its community relations program by:

1) Making fact sheets and written materials less technical and easier to understand;

2) Making a greater distinction between fact sheets EPA publishes and those distributed by the PRPs;

3) Establishing a greater presence in the Fullerton area by having a part-time community relations staffperson in Fullerton;

4) Using local media, including community access cable television stations, to inform the community of site-related developments more frequently; and

5) Reaching out to other, newer members of the neighborhood, especially the Korean community, by producing bilingual fact sheets and holding smaller meetings with these segments of the community.

**Issues of Importance to the Community**

Although those persons interviewed differed on the details of their comments, there was widespread agreement on the issues of importance to the community. Many of these concerns were enumerated in the original community relations plan for the site, although their level of importance has changed since that time. The major issues for the community include the following:

- Length of time and schedule for remediation of the site;

- Cost and subsequent availability of funding for the cleanup;

- Loss of confidence in the agencies administering the project;

25

Exhibit 40
5813

- Community health as it relates to the waste at the site and the cleanup alternatives being considered;

- Potential groundwater contamination and implications for future use of area groundwater;

- Relationship between the agencies and the potentially responsible parties;

- Viability of the current cleanup alternatives; and

- Effects of the site and cleanup alternatives on property values and the salability of homes.

- Site maintenance including mowing, drum storage, and fencing.

In the following, the above concerns are described in detail.

**Length of time and schedule for remediation of the site.** All of those interviewed expressed a sense of frustration at the length of time that has elapsed since the beginning of EPA's involvement in the project, with no perceived progress in site cleanup. Interviewees said repeatedly community members are tired of continuing site investigations and do not clearly understand the need for further studies before action is taken. Many people said they had lost hope completely since the announcement of the two-and-a-half-year delay in the ROD, and now believe the site will never be cleaned up. Many interviewed related that, while the majority of the community would still prefer a total cleanup of the site, the community is now willing to accept less than a total cleanup in favor of having some concrete action taken. Community members appear to perceive the start of cleanup could be accelerated if EPA were to accept the PRPs' remediation proposal for the site. This perception may be a result of misinterpretation of information provided by the PRPs and a lack of understanding of the necessary legal steps during the Superfund process.

26

Exhibit 40
5814

**Cost and subsequent availability of funding for the cleanup.**  A number of those interviewed expressed concern for the cost of the cleanup, particularly for the more expensive alternatives being considered.  Some community members were concerned the funding to implement more expensive alternatives would not be available from the federal government at the time the cleanup could be started.  Lack of funding concerns them because of the potential for further delays in the cleanup.  Some community members expressed the opinion the more expensive alternatives were a waste of taxpayer money, and less expensive alternatives were preferable.

**Loss of confidence in the agencies administering the project.**  Interviewees see the current situation as a crisis of confidence in the agencies with responsibility for the cleanup, particularly EPA.  This crisis of confidence has been precipitated by the decision to postpone the ROD until December 1993.  Although the community questions the agencies' ability to make a decision about the cleanup and to implement that decision, the community remains confident of the agencies' technical abilities.

People who expressed doubt in the agencies said the only way for EPA to rebuild public confidence in its ability to move forward was to initiate action on the site.  Community members stated they cannot trust EPA's current promises (schedules, etc.) because of the many changes and disappointments the community has experienced over the course of the Superfund process at McColl.  Interviewees frequently referred to Ogden Environmental's pullout from the trial burn as a major disappointment for the community.

**Community health as it relates to the site and the cleanup alternatives being considered.**  Many people interviewed expressed a continuing concern for the health effects of the site, especially effects on vulnerable segments of the community such as children, the elderly, and those with chemical sensitivities.  Those interviewed who mentioned health as a concern included the potential for increased cancer rates as a major concern.  Several of those living closest to the site complained odor from the site was markedly worse during the summer of 1991 than in the few years previous.  Some of the respondents said they have experienced headaches, nausea, and respiratory ailments as a result of the substances causing the odors.

27

Exhibit 40
5815

Several community members said that if an alternative were selected that leaves untreated waste on the site, they would be concerned about the continuing potential for health effects in the future, through exposure to odors (and hence sulfur dioxide gases) and contamination of groundwater. Most people interviewed expressed opposition to on-site thermal destruction as a treatment alternative because of a concern for negative health impacts (coupled with high costs).

**Potential groundwater contamination and the implications for future use of area groundwater.** Although the majority of those interviewed were aware that no drinking water is supplied by the aquifers underneath the McColl site, there is continuing concern that McColl waste may be contaminating groundwater. Both residents and elected officials expressed a desire to keep the option open for domestic use of all groundwater supplies in the future, including groundwater related to the McColl site. The continuing drought in California was mentioned as a reason for the importance of groundwater issues to them by many of those interviewed.

**Relationship between the agencies and the potentially responsible parties.** Several interviewed said there is a general sense in the community that it is time for the agencies and the PRPs to begin cooperating on technical and legal issues related to the site, rather than carrying on an adversarial relationship. These individuals put a portion of the blame for project delays on a lack of dialogue between the agencies and the PRPs, so that subsequent disagreements stall progress.

**Viability of the current cleanup alternatives.** Many interviewed expressed concern about the viability of the cleanup options currently being considered by EPA. They cited past technical changes and subsequent delays as the reason for their concern about the alternatives being considered. Some believe the options proposed will not be implementable because of community or PRP opposition. Most expressed a desire to find an alternative that can effectively address contamination concerns and be implemented quickly.

28

Exhibit 40
5816

**Effects of the site and cleanup alternatives on property values and the salability of homes.**  Although most people interviewed concurred that concerns about property values have decreased significantly since the initial stages of the McColl site investigation, several homeowners expressed concern their properties had not appreciated as rapidly as they would have expected.  They attributed this, in part, to their proximity to McColl, in addition to the depressed nature of the real estate market in general.  Several interviewed said although the value of homes in the McColl vicinity is comparable to similar homes in other areas, it takes more time to sell the homes because of their location near McColl.

**Site maintenance, including mowing, drum storage, and fencing.**  Interviewees living nearest the site and those who pass the site to and from work said site maintenance should be performed more regularly.  Of particular concern to some is the fire hazard presented by the high grass on the site.  In addition, residents noted the site was aesthetically unpleasant because of drum storage facilities and other equipment in full view of the road.  Several people proposed a fence be erected to screen the site from the view of passersby and residents.

**Questions to be Addressed as Part of the Community Relations Program**

The concerns described above are specific community information needs that will be addressed through the community relations program for McColl.  Briefly stated, the community's specific questions are as follows:

1)   Why is there a need for another technical delay and further study before remediation can begin at the site?

2)   How is the Supplemental Re-evaluation of Alternatives II different from other evaluations already produced?

3)   When is the earliest possible date actual cleanup work could start?  Would accepting the PRPs' proposal change this schedule in any way?

4)   How can EPA guarantee enough funding will be available to complete remediation at McColl, and that lack of funding will not further delay the start of the cleanup activities?

29

Exhibit 40
5817

5)      What are the health risks associated with living near the McColl site?

6)      What threat does the waste pose to groundwater supplies in the area?

## THE COMMUNITY RELATIONS PROGRAM

### Purpose of the Community Relations Program

The community relations program is designed to provide continuing opportunities for the community to work with the agencies in arriving at a remedy for the McColl site. Community acceptance of the remedy is one factor considered when evaluating remedial alternatives. At this stage in the remedial process when the alternatives are being re-evaluated, the community relations program will focus on 1) answering the community's questions (listed above) about McColl and 2) providing information to, and getting feedback from, the community on the cleanup alternatives being considered.

Activities described below were developed as a result of the community interviews conducted by EPA and the State in September 1991. Together, they support the agencies' efforts to address the community's concerns about McColl in the process of finding an acceptable remedial alternative.

### Goals of the Community Relations Program

Interviews with community members pointed to the need for revisions in the community relations program for the site. The community surrounding McColl has changed considerably over the life of the Superfund project there. Ethnic Korean residents now make up between 30% and 50% of the neighborhoods around the site. It is important to reach these newer residents to allow them an opportunity for participation in the cleanup process.

In addition, there are many long-time residents who have participated in McColl activities for more than 10 years and are well-versed in the issues. These individuals have consistently expressed frustration and unwillingness to continue being actively involved in the process unless

30

Exhibit 40
5818

action is being taken.  It is important to communicate with this segment of the community about progress made at the site.

The community relations program for the McColl site will 1) keep the public informed of progress at the site and 2) continue to involve community members in the Superfund decision-making process.

Community members interviewed expressed general satisfaction with receiving the majority of their information through written materials.  Interviewees often stated a preference for receiving written materials over attending public meetings, unless important new information becomes available or key decisions are being made.

There will be opportunities for both formal and informal comments during this phase of the cleanup process.  EPA will hold a public meeting to receive comments from the community on the proposed remedial action plan, and will respond to those comments in the responsiveness summary, a part of the ROD for the site.  The ROD will describe the method by which McColl will be remediated.  It is expected to be completed and signed by December 1993.

**1)  To keep the community informed of progress at the site.**  EPA will continue to keep the community informed of technical progress at the McColl site and to answer the community's questions through the following activities:

**Updating and revising the site mailing list.**  Several people interviewed have received duplicate copies of mailings or have not received some of the mailings.  EPA will review and update the mailing list on a continuing basis to avoid duplications and correct any inadvertent omissions.  Mailing list clip-out coupons will be included in every other mailing, so that anyone who wishes to be added to the list or would like to make name and address corrections may do so.

**Producing and distributing fact sheets at key points.**  Those interviewed expressed a desire to continue receiving information from EPA but did not want to be overwhelmed with written material.  Among long-time residents, the general sentiment was that they know enough of the background of the site and wish to receive only fact sheets that announce positive steps toward

31

Exhibit 40
5819

resolution of the McColl cleanup in the future.

EPA will produce and distribute a fact sheet explaining the steps to be taken to reach the ROD signing by December 1993. In addition, EPA will produce fact sheets as needed to announce key technical or legal steps in the Superfund process.

In order to address the community's concern about confusion between EPA fact sheets and those produced by the PRPs, EPA will develop a new, standard masthead to be used on all mailings to the community. The masthead will display the U.S. EPA logo, and, as appropriate, the Cal-EPA logo to identify it as an official publication.

**Producing and distributing flyers providing notice of routine technical and maintenance work at the site.** Community members interviewed said that full fact sheets were no longer necessary to keep the community informed about the routine activities at the site (e.g., mowing, groundwater sampling, and seep removal). Community members suggested that the EPA continue to send out one-page flyers or announcements containing this information. EPA will continue to mail these flyers, and will provide the name, address, and telephone number of the contact person(s) for more information.

**Simplifying and maintaining the information repository for technical documents.** Several interviewed said the site information repository had become unwieldy because of the large number of documents it contains. EPA will review the repository, and will work with the librarians at the Fullerton Public Library (where the repository is located) to improve the repository's organization. In addition, EPA will provide the repository with a complete, bound set of McColl Superfund Site fact sheets that have been produced by EPA and the State. This binder will give the public a non-technical overview of the activities at the site to complement the technical documents contained in the repository. The Administrative Record also will be microfilmed and updated on a regular basis. The microfilm will be available for public purchase.

**2) To continue to involve the community in the decision-making process.** EPA will solicit comments and questions from the community through the following activities:

32

Exhibit 40
5820

**Reaching out to the Korean community near McColl.** Members of the community who were interviewed were of the opinion that the Korean community has not become involved in McColl because of the language barrier and cultural differences. EPA will reach out to the Korean community by providing Korean translations of fact sheets and flyers, as necessary, and arranging small group meetings with representatives of the Korean community. An interpreter will be provided at these meetings as necessary. EPA will identify and contact key Korean community leaders to arrange meetings at which general information about the site will be presented, followed by a question and answer session. EPA will continue to meet with the Korean community as long as its members express interest in the site.

**Conducting formal public meetings at important milestones.** The majority of community members interviewed said they were not interested in attending any more large public meetings unless important progress toward cleanup could be announced. In keeping with community preference, EPA will hold public meetings at important milestones. At least one public meeting will be held to receive comments on the proposed remedial action plan after it is released in 1992. Additional public meetings may be held at the request of community members or their representatives.

**Holding a public comment period.** EPA will open a public comment period when the proposed remedial action plan is released. Community members will have an opportunity to submit written and oral comments to the Agency on the preferred alternative for site remediation, and any other alternatives that were considered in the Supplemental Reevaluation of Alternatives II. EPA is required to respond to all significant comments as part of the process toward a ROD.

**Continuing to meet regularly with interested community groups.** EPA has been meeting with interested community groups as requested throughout the McColl project. EPA will offer to meet with other organized community groups at their request.

**Continuing to keep officials and agency representatives informed.** EPA will continue to work closely with elected officials and agency representatives through Interagency Committee meetings.

33

Exhibit 40
5821

The schedule for community relations activities, as they relate to the technical milestones for the site, is provided in the following Figure 3.

Figure 3.

**Community Relations Activities Schedule for the McColl Superfund Site**

| Technical Milestones | Community Relations Activities |
|---|---|
| 1. **Supplemental Re-evaluation of Alternatives II (SROA II)** | • Conduct community interviews and revise Community Relations Plan<br>• Identify and contact leaders of the Korean community to offer them presentations<br>• Continually update the mailing list of persons interested in the site<br>• Prepare and distribute a fact sheet explaining the alternatives being considered in the SROA II<br>• Prepare and distribute flyers as needed to inform the community of site maintenance and sampling activities<br>• Offer presentations and informational meetings on site activities to officials and community groups<br>• Review and simplify the information repository at the Fullerton Public Library |

34

Exhibit 40
5822

| Technical Milestones | Community Relations Activities |
|---|---|
| **2.   Proposed Plan** | • Make new technical site documents available to the public (place copies in the information repositories)<br>• Publish a public notice of the issuance of the Proposed Plan and the availability of documents for review<br>• Produce and distribute a fact sheet describing the Proposed Plan to the community<br>• Distribute press release on Proposed Plan<br>• Hold a (minimum) 30-day public comment period on the Proposed Plan<br>• Hold a public hearing to receive comments on the Proposed Plan during the comment period<br>• Prepare a transcript of the public hearing<br>• Offer presentations and informal meetings to interested groups |

35

Exhibit 40
5823

| Technical Milestones | Community Relations Activities |
|---|---|
| **3.   Signing of ROD (ROD)** | • Prepare a Responsiveness Summary<br>• Publish public notice in a major local newspaper announcing the ROD signing and the final decision on the remedial clean-up alternative<br>• Update information repositories with the ROD<br>• Re-evaluate community interest and revise Community Relations Plan if needed<br>• Make presentations to officials, community groups<br>• Prepare and distribute press releases to local media |
| **4.   Remedial Design** | • Hold informal meetings with community members as requested<br>• Produce and distribute an update fact sheet on site progress |
| **5.   Remedial Action** | • Notify the public if the remedial action in the ROD changes significantly<br>• Distribute fact sheet that describes upcoming site activities<br>• Hold informal meetings or information sessions for community members, as needed |

36

Exhibit 40
5824

# Appendix A

# List of Key Contacts

Exhibit 40
5825

## Appendix A

### List of Key Contacts

**<u>Elected Officials</u>**

**Federal**

Senator Alan Cranston
5757 W. Century Blvd., # 620
Los Angeles, CA  90045
(213) 215-2186
Contact:  Jim Kohlenberger

Senator John Seymour
11111 Santa Monica Blvd.
West Los Angeles, CA  90025
(213) 575-6765
Contact:  Rich Golb

Congressman William Dannemeyer
1235 N. Harbor Blvd., Ste. 100
Fullerton, CA  92632
(714) 992-0141
Contact:  Brett Barbre, Special Assistant

**State**

Senator Ed Royce
305 N. Harbor Blvd., Ste. 300
Fullerton, CA  92362
(714) 871-0270
Contact:  Linda LeQuire

Senator Cecil Green
State Senate, Rm. 2054
State Capital
Sacramento, CA  95814
Contact:  Melissa Gamer

Assemblyman Ross Johnson
1501 N. Harbor Blvd., Ste. 201
Fullerton, CA  92362
(714) 738-5853
Contact:  Susie Swatt   (916) 445-7448

Assemblyman Tom Umberg
State Capital
P.O. Box 942849
Sacramento, CA  94249
Contact:  Mark Galli

Assemblywoman Doris Allen
5252 Orange Avenue, #100
Cypress, CA  90630
(916) 445-6233
Contact:  Jeff Wright

**Local**

County of Orange

Hall of Administration
10 Civic Center Plaza
Santa Ana, CA  92701
Contact:      Supervisor Gaddi Vasquez      (714) 834-3330
              Supervisor Don R. Roth        (714) 834-3440

City of Fullerton

City Hall
303 W. Commonwealth Ave.
Fullerton, CA  92632
(714) 738-6311

Mayor:                                Chris Norby
Mayor Pro Tem:                        Dawn Bankhead
Councilmembers:                       Richard Ackerman
                                      Buck Catlin
                                      Molly McClanahan

City of Buena Park

Civic Center Offices
6650 Beach Blvd.
Buena Park, CA
(714) 521-9032

Mayor:                                Don R. Griffin
Mayor Pro Tem:                        Rhonda McCune
Councilmembers:                       Donna Chessen
                                      Arthur Brown
                                      Donald Bone

**Agency/Non-Elected Representatives**

U.S. Environmental Protection Agency
Region IX
75 Hawthorne St.
San Francisco, CA  94105
Contacts:
      Pam Wieman
      Remedial Project Manager
      (415) 744-2242

U.S. Environmental Protection Agency (cont.)

Steve Linder
Remedial Project Manager
(415) 744-2243

Fraser Felter
Community Relations Coordinator
(415) 744-2181 or (800) 231-3075

California Environmental Protection Agency
Department of Toxic Substances Control
Special Projects
P.O. Box 806
Sacramento, CA  95812-0806
Contacts:  William Draper, Public Participation Specialist, (916) 445-9543
          Caroline Rudolph, Project Officer, (916) 324-2857

Environmental Epidemiology and Toxicology Program
5900 Hollis Street, Suite E
Emeryville, CA  94608
(510) 540-2917
Contact:  Elinor Blake

South Coast Air Quality Management District
21865 East Copley Drive
Diamond Bar, CA  91765
(818) 572-6200
Contacts:  Ted Kawalczyk
          Dan Russell

Regional Water Quality Control Board-Santa Ana Region
2010 Iowa Ave., Suite 100
Riverside, CA  92507
(714) 782-4496
Contact: Ken Williams

Orange County Department of Environmental Health
1725 W. 17th St.
Santa Ana, CA  92706
(714) 667-3769
Contact:  Bob Allen

Exhibit 40
5828

City of Fullerton
Development Services
303 W, Commonwealth Ave.
Fullerton, CA  92632
(714) 738-6543
Contact:  Barry Eaton, City Planner
          Ted Commerdinger, Assoc. Planner

City of Fullerton
City Manager
303 W. Commonwealth Ave.
Fullerton, CA  92632
(714) 738-6310
Contact:  William Winter, City Manager
          Chris Meyer, Assistant

City of Fullerton
Public Library
353 W. Commonwealth Ave.
Fullerton, CA  92632
(714) 738-6333
Contact:  Joanne Hardy, Archivist
          Evelyn Cadman

City of Buena Park
Development Services
6650 Beach Blvd.
P.O. Box 5009
Buena Park, CA  90620
(714) 521-9900
Contact:  Nabil Henein

City of Buena Park
City Manager
6650 Beach Blvd.
P.O. Box 5009
Buena Park, CA  90620
(714) 562-3550
Contact:  Kevin O'Rourke, City Manager

**<u>Chambers of Commerce</u>**

Fullerton Chamber of Commerce
219 E. Commonwealth Ave.
Fullerton, CA  92632
(714) 871-3100
Contact:  Frank Reed, Director

A-4

Exhibit 40
5829

Buena Park Chamber of Commerce
6280 Manchester Blvd., Suite 102
Buena Park, CA  90621
(714) 521-0261
Contact:  Fred Sica, Executive Director

## Cultural Organizations

Fullerton Chinese Cultural Association
c/o Robert Feng
2160 Seaview Dr.
Fullerton, CA  92632
(714) 870-7896 (H)
(818) 302-8419 (W)

## Media Representatives

Fullerton News Tribune
701 W. Commonwealth Ave.
Fullerton, CA  92632
(714) 733-0154
Contact:  John Kane

The Times Orange County
1375 Sunflower Ave.
Costa Mesa, CA  92626
(714) 966-7700
Contact:  Marla Cone, Environmental Writer
          Claudia Luther, Editorial Writer 966-5992

Orange County Register
625 N. Grand Ave.
Santa Ana, CA  92701
(714) 664-5017
Contact:  Alina Tugend

San Pedro News Pilot
P.O. Box 191
San Pedro, CA  90733
(310) 832-0221
Contact:  Teresa Simons

Daily Star Progress
600 South Palm
La Habra, CA  90631
(714) 529-2144
Contact:  Jackie Brown

A-5

Exhibit 40
5830

**Environmental and Civic Groups**

Coalition for Clean Air
122 Lincoln Blvd., #201
Venice, CA  90291-2826
(213) 450-3190
Contact:  Ralph Propper/Sabrina Schuller

Sierra Club - Angeles Chapter
411 Fiesta Place
Fullerton, CA  92635
(714) 525-3605
Contact:  Lydia Goldshmidt

Citizens for a Better Environment
501 Second St., Ste. 305
San Francisco, CA  94107
(415) 243-8373
Contact:  Mike Belliveau

League of Women Voters of LA Co.
10855 Darby Ave.
Northridge, CA  91326
(213) 939-3535
Contact:  Betty Trotter

American Red Cross
P.O. Box 11364
Santa Ana, CA  92711
(714) 835-5381
Contact:  Paula Herrera

**Community Groups**

Fullerton Hills Community Association
Dave Bushey
1819 Fairgreen
Fullerton, CA  92633
(714) 738-8133

North Fullerton Homeowners Association
c/o Barbara and Jerry Younker
2213 Terraza
Fullerton, CA  92635
(714) 441-0605

A-6

Exhibit 40
5831

# Appendix B

# List of Interview Questions

Exhibit 40
5832

## Appendix B

### List of Interview Questions

1. What sort of involvement have you had in the McColl site?

2. How would you describe the community's general attitude toward the site?  Toward the regulatory agencies?  What level of trust does the community place in EPA's ability to take care of the site?

3. As of the last Community Relations Plan in 1987, most people in the area opposed leaving the waste in place because it didn't provide a permanent solution to the problem at McColl. Do you think this opinion has shifted?  If so, why?

4. What aspects of EPA's community outreach program have been most beneficial to you (or the community)?

5. What are some of the changes you would like to see in the community relations program?

6. Do you feel that you (or the community) have been given an adequate amount of information about the McColl site?  Where has the best information about the site come from, in your opinion?

7. How could information dissemination be improved?

8. Are there other types of information that would be helpful to you?

9. Have you been to any of the public meetings about the site?  How many?  What was your overall impression of the meetings--were they productive?

10. How could public participation in the clean-up process be improved?

11. Do you belong to any organized group that deals with McColl issues (e.g., McColl Action Group, Green Party, etc.)

12. Would you be interested in participating in a community work group that would discuss McColl issues and keep up to date on technical developments at the site?  How much time could you devote to meetings of the group?

13. Are there any other comments or suggestions you would like to make about the site and specifically about the community relations program?

14. Do you have any suggestions about other people we should talk with about the McColl site?

B-1

Exhibit 40
5833

# Appendix C

# Information Repository and Meeting Location

Exhibit 40
5834

## Appendix C

### Information Repository

Fullerton Public Library
Local History Room
353 W. Commonwealth Ave.
Fullerton, CA  92632
(714) 738-6333
Contact:  Joanne Hardy, Archivist

| Hours: | | |
|---|---|---|
| Monday-Wednesday | 10:00 a.m. - 8:00 p.m. |
| Thursday | 10:00 a.m. - 6:00 p.m. |
| Friday-Saturday | 10:00 a.m. - 5:00 p.m. |
| Sunday | 1:00 p.m. - 5:00 p.m. |

### Meeting Location

Parks Junior High School
Music Room
1710 Rosecrans Avenue
Fullerton, CA
(714) 447-7785
Contact:  Karen Nichols

Capacity:  350

C-1

Exhibit 40
5835

# Appendix D

# List of Acronyms and Abbreviations

Exhibit 40
5836

# Appendix D

## List of Acronyms and Abbreviations

*The following acronyms and abbreviations are used in this document:*

| | |
|---|---|
| Cal EPA | California Environmental Protection Agency |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act (also known as Superfund) |
| CRP | Community Relations Plan |
| DTSC | Department of Toxic Substances Control |
| EIR | Environmental Impact Report |
| EPA | Environmental Protection Agency |
| RI/FS | Remedial Investigation/Feasibility Study |
| ROD | Record of Decision |
| RWQCB | Regional Water Quality Control Board |
| SARA | Superfund Amendments and Reauthorization Act |
| TAG | Technical Assistance Grant |
| VOC | Volatile Organic Compound (e.g., benzene) |

D-1

Exhibit 40
5837

# Appendix E

# Glossary

Exhibit 40
5838

# Glossary

Aquifer - An underground formation composed of material such as sand, soil, or gravel that can store and supply water to wells and springs.  Aquifers can be a source of water for domestic, agricultural, and industrial uses.  Most aquifers used in the U.S. are within 1000 feet of the earth's surface.

California Environmental Protection Agency (Cal EPA) - The California State agency with responsibility  for incidents of hazardous waste contamination that affect public health.  Cal EPA was formerly named the Department of Health Services (DHS).

Cleanup - Actions taken to deal with a release or threatened release of hazardous substances that could affect public health and/or the environment.

Comment Period - A time period during which the public can review and comment on various documents and EPA actions.  For example, a comment period is provided when EPA proposes to add sites to the National Priorities List.

Community Relations Plan (CRP) - The CRP outlines specific community relations activities that will occur during the remedial response at a site.  The CRP also outlines how the public will be kept informed of work at the site and the ways in which citizens can review and comment on decisions that may affect the final site actions.  This document is typically placed in the information repository(s) established for the site.

Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) - Also known as Superfund, this law authorizes the Federal government to respond directly to releases of hazardous substances that may endanger public health or the environment.  The U.S. Environmental Protection Agency (EPA) is responsible for managing Superfund.  The major step in the Superfund process is the Remedial Investigation/Feasibility Study.  CERCLA was amended in 1986 with the passage of the Superfund Amendments and Reauthorization Act (SARA).

Department of Toxic Substances Control (DTSC) - This department originated as the Toxic Substances Control Program within the California Department of Health Services (DHS).  In 1991, the Program was given Departmental status and transferred to the newly formed California Environmental Protection Agency (Cal-EPA).

Environmental Impact Report (EIR) - A detailed report on the significant environmental impacts from any project that is carried out, approved, or funded by a local or California state public agency that may change the physical environment.  The EIR process was created by the California Environmental Quality Act (CEQA).

Environmental Protection Agency (EPA) - The U.S. Government agency established in 1970 by Presidential Executive Order bringing together various government agencies involved with the control of pollution.

E-1

Exhibit 40
5839

Feasibility Study (FS) - A study made on the basis of a remedial investigation (RI) to determine the feasibility of correcting the release, or threat of release, of hazardous substances, pollutants, or contaminants.  The study evaluates and develops remedial action alternatives to prevent or mitigate the release or migration of hazardous substances or contaminants.

Groundwater - Underground water that fills pores in soil or openings in rocks to the point of saturation. Where groundwater occurs in significant quantity, it can be used as a water supply.

Hazardous Wastes - Wastes exhibiting any of the following characteristics:  ignitability, corrosivity, reactivity, or toxicity.  The EPA has also listed as hazardous other wastes that do not necessarily exhibit these characteristics.  Although the legal definition of hazardous waste is complex, the term generally refers to any waste that EPA believes could pose a threat to human health and the environment if managed improperly.  RCRA regulations set strict controls on the management of hazardous wastes.

Information Repository - A file containing current information, technical reports, and reference documents regarding a Superfund site.  The information repository is usually located in a public building that is convenient for local residents such as a library, public school, or city hall.  In order to provide better public access, there is often more than one information repository for a particular Superfund site.

National Priorities List (NPL) - EPA's list of the top priority hazardous waste sites in the country that are subject to the Superfund program.

Proposed Plan - A public participation requirement of SARA in which EPA summarizes for the public the preferred cleanup strategy, the rationale for the preference, and a review of the alternatives presented in the detailed analysis of the remedial investigation/feasibility study.

Record of Decision (ROD) - A document outlining the steps which have been taken to arrive at a final clean-up decision for a site on the National Priorities List.  The ROD is based on information and technical analysis generated during the remedial investigation/feasibility study and consideration of public comments and community concerns.  All comments received in writing, or expressed orally at a public hearing, during the public comment period are responded to in a formal manner in a Responsiveness Summary section of the ROD.

Regional Water Quality Control Board (RWQCB) - A California State agency that exercises regulatory authority over water quality standards within its jurisdiction and enforces state water quality laws.

Remedial Investigation (RI) - An investigation conducted to fully assess the nature and extent of the release, or threat of release, of hazardous substances, pollutants, or contaminants.  This investigation gathers the necessary data to support the corresponding feasibility study (FS).

Responsiveness Summary - A summary of oral and or/written public comments received during formal public comment periods on key documents such as the RI/FS report, and the formal responses to these comments.  The responsiveness summary is especially valuable during the ROD phase of the clean-up process, when it highlights community concerns for decision-makers.

E-2

Exhibit 40
5840

South Coast Air Quality Management District (SCAQMD) - The California State agency exercising regulatory authority over air emissions in San Joaquin County.

Superfund - The common name used for the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA).

Superfund Amendments and Reauthorization Act (SARA) - Modifications to CERCLA enacted on October 17, 1986. This act amended and reauthorized CERCLA for 5 years at a total funding of $8.5 billion. SARA also strengthened State involvement in the clean-up process, encouraged the use of treatment technologies and permanent solutions, and subjected federal facilities to the same requirements to which other responsible parties must adhere once they are placed on the Superfund National Priorities List.

Technical Assistance Grant (TAG) - A grant offered by the EPA to the community in the neighborhood of a cleanup site. The community may receive this grant to pay for an independent expert on cleanup issues to assist them in making informed comments during the public involvement process.

E-3

Exhibit 40
5841