# EXHIBIT 41

Exhibit 41
5842



SFUND RECORDS CTR
1654-05064

AR 2505

# COMMUNITY ACTION REPORT

# THE McCOLL DISPOSAL SITE

Volume I #1 September 1991

SFUND RECORDS CTR
88103607

## More than 200 attend EPA meeting!

More than 200 people attended an Environmental Protection Agency (EPA)-sponsored community meeting at Parks Junior High School on June 3 to hear the EPA discuss clean-up options for McColl, as well as the reasons for its recently announced two-and-one-half-year delay in the decision process.

Representatives of the EPA, including Region IX Deputy Regional Executive Administrator John Wise, explained the decision-making process for McColl to a full house. Wise expects a Record of Decision (ROD) to be finalized by December, 1993 at which point EPA believes technical design of the clean-up method could begin.

After the EPA presentation, Wise and other EPA representatives heard many residents of Fullerton and Buena Park express their frustration with the delays in making a clean-up decision at McColl. Many residents also endorsed the $90 million plan offered by the McColl Site Group (MSG) to selectively excavate and treat the waste and install a RCRA (Resource Conservation and Recovery Act) equivalent closure system at the site. Commitment to fund and implement the plan was reinforced by the comments of two executives from the companies who told EPA and the community that the MSG is ready to implement the plan now. The plan includes input from the community members who told the MSG of its needs for acceptable
continued on page 3

## The Plan

In February 1991, the McColl Site Group, comprised of five oil companies named as potentially responsible parties for the site, submitted a proposed clean-up plan to the Environmental Protection Agency (EPA). Local residents identified clean-up issues important to them and participated in the development of this plan.

The plan proposes to selectively excavate and treat the tarry waste and cap the remaining material using RCRA (Resource Conservation and Recovery Act) equivalent closure. The plan, estimated at $75-$90 million:
- is protective of human health and the environment
- meets all EPA, state and local laws
- can be completed within 4 years
- will be paid for by the companies, thereby assuring funds for McColl

### Selective Excavation

The plan proposes to excavate the waste representing the greatest potential for health or engineering risk. Mobile tarry material, which periodically comes to the surface and causes odors, as well as a small area of elevated arsenic have been identified. By conducting selective excavation and minimizing the waste disturbed, the problems EPA experienced during its trial excavation one year ago, such as worker safety concerns, emissions control failure and significant odor problems, can be avoided

### Treatment of the Waste and Closure

The plan involves several ways of handling the waste including selective excavation, stabilization and on and off-site treatment. One component of the waste treatment process resembles using an egg beater or a food mixer. As the auger drills into the tarry waste, stabilizing materials are added in the way a cook
continued on page 2



The site as viewed after completion of selective excavation, treatment and RCRA equivalent closure.

Exhibit 41
5843

# The Plan

*continued from page 1*
adds ingredients while mixing a cake.

Once the tarry waste marked for excavation and off-site treatment has been mixed, it will be transported off-site for destruction. The excavated material that contains arsenic will also be treated. The remaining waste will be stabilized using above and below ground walls and the RCRA equivalent cover which closes the site. The walls will be engineered to withstand a maximum predicted earthquake and prevent any potential movement of the waste. The RCRA equivalent cover, five feet thick, and composed of layers of sand, gravel and a water impermeable geo-textile fabric, and an active emission collection system, will prevent rainwater from reaching the waste. The active emission collection system will capture and destroy any waste emissions.

### Groundwater Monitoring Program

The plan includes a system to continue monitoring groundwater quality. Although unlikely, if groundwater contamination by McColl waste is later determined to exceed federal or state health standards, the companies will implement a groundwater treatment program.

### Site Care

The companies will provide site maintenance, monitoring and security, and are committed to the continued successful operation of the plan and the appearance of the site in a usable park-like setting.

**4 years**
McColl Site Group
Proposed time line for clean up

**16-21 years**
Environmental Protection Agency
Based on trial excavation results estimated time line for clean up

**COMMUNITY ACTION REPORT**

# Groundwater Report

Based on the Environmental Protection Agency's (EPA) own groundwater testing results, the McColl Site Group (MSG) maintains that the groundwater below the McColl site is not being contaminated by leaching of McColl waste. State and local testing confirm your drinking water is not affected by the McColl site.

### Testing History

The EPA has been testing the groundwater on and around the McColl site since the early 1980's. The extensive data already collected shows that the McColl site poses no threat to city drinking water systems which continue to meet all federal, state and local health standards.

- ▶ EXTENSIVE DATA ALREADY COLLECTED
- ▶ McCOLL SITE NO THREAT TO CITY DRINKING WATER SYSTEMS
- ▶ McCOLL SITE NO THREAT TO DEEP GROUNDWATER
- ▶ QUESTIONS ON EPA CLAIMS
  - • Off-site sources
  - • Faulty well drilling
  - • Well maintenance problems
  - • Sample contamination

### Recent Results

The most recent studies released by EPA were conducted in June and October of 1990. The EPA report continues to show an absence of benzene and stable low levels of thiophenes in only one well. This EPA report should assure all concerned parties that the McColl site is not impacting the groundwater.

### Groundwater Unthreatened

The EPA's studies are the basis for the MSG's belief that in its undisturbed condition the waste does not pose a risk to groundwater. Selectively excavating and treating the wastes, coupled with RCRA (Resource Conservation & Recovery Act) equivalent closure, disturbs less waste, thereby providing a safer environment for the nearby community.

# McColl Perspective

### by Bill Duchie of Shell Oil Company



As a representative of the McColl Site Group (MSG), I have worked with community members, the Environmental Protection Agency (EPA) and the Department of Health Services (DHS) for more than ten years in an attempt to provide a clean up solution for McColl.

We share many of your concerns and have designed this newsletter to inform and update you. A large part of the McColl solution rests with you. We must work as a team to move the process forward.

The Fullerton Hills Community Association and the MSG, along with many technical consultants, have proposed a new, comprehensive clean up plan which, if implemented, could be completed in four years and the cost of approximately $90 million will be paid by the MSG companies.

The plan was designed with the input of the community members to meet their needs as well as all health and environmental laws. It was submitted to the EPA in February of this year as an alternative to EPA's proposed remedy of total excavation and incineration. This is the best option for timely, effective site clean up. If EPA adopts our solution, it does not need its recently announced two and one half year delay.

The widespread community distress exhibited at the EPA's community meeting on June 3rd and continued displays of support for the McColl plan will, we hope, encourage the EPA to move forward quickly with its decision making process.

To accelerate the process, express your opinion in writing to your local state and federal elected representatives. This is the key to the EPA speeding up its decision within the clean up process. Please get involved. Urge your elected officials and the EPA to act.


Exhibit 41
5844

# CLEAN-UP: Protection for You & the Environment

There are safety issues which must be addressed during on site clean up activities, as well as after the remedy is completed. Your health, worker safety and the environment are all protected in every phase of the plan designed, with the input of the community, by the McColl Site Group (MSG)

**Public Health**

The selective excavation approach the companies are taking in their plan minimizes exposure to the waste during the clean up by handling small amounts of waste in an enclosed structure. There will be monitoring of worker safety, emissions levels and temperatures in the enclosure throughout the duration of activities at the site. In addition, you will be able to contact a MSG representative regarding your questions about the clean up at any time

**Worker Safety**

Workers handling the waste will experience maximum safety as there is minimal waste to excavate and transport off site. Temperature, odors and emissions can all be controlled to meet health standards without the additional delays experienced by the EPA in its trial excavation

**Transportation**

Because selective excavation means limited waste handling and exposure, truck traffic will be minimal. Fewer trucks means less noise, lights and general disruption

**Trial Excavation**

One year ago, the EPA conducted a trial excavation which demonstrated that scaling up to total excavation is unworkable. The trial excavation indicated workers and the community may be exposed to risks from excavation. The test dig resulted in Office of Safety and Health Administration citations and community odor complaints. These risks would be intensified under any EPA plan which calls for total excavation

Furthermore, the EPA encountered technical obstacles during the trial excavation which could not be resolved during the test. In all likelihood, they can never be practically resolved

There are inherent problems associated with total excavation or any large scale waste disturbance. If the agency continues to pursue this approach, the process will likely be interrupted again even after the two and one half year delay. The EPA's preferred plan promises further frustration, delay and failure to find a workable solution

The community supported, MSG plan of selective excavation, treatment and RCRA (Resource Conservation and Recovery Act) equivalent closure represents a viable and implementable remedial approach for McColl

# 200 attend EPA meeting

*continued from page 1*
clean up

Bill Duchie, spokesman for the MSG, explained the EPA has already spent in excess of $20 million over a decade studying McColl to get to this point. Given this experience and the impractical nature of EPA's stated preferred alternative, excavation and on site incineration, the chance of a workable ROD at the end of 1993 is unlikely

Duchie also stated that the selective excavation approach could be chosen by the EPA in less time than the currently projected two and one half year delay (See The Plan, page 1) If the selective treatment and excavation offer were implemented, it could be completed within 4 years. The plan is protective of human health and the environment and meets all state and federal environmental laws

The community demanded the EPA finally take action at the site by selecting a workable clean up plan so they can close this chapter on McColl and get on with their lives

# Open Letter to the Community
by David Bushey,
Initial Agent,
Fullerton Hills
Community Association



As a resident living near the McColl Site, I have been involved in the process at McColl for the past decades. I have spoken with many of you over the years, we have attended EPA community meetings together, and many of you have signed the petition asking EPA to accept the plan of selective excavation, treatment and RCRA (Resource Conservation and Recovery Act) equivalent closure for the McColl Site so that clean-up can begin

We, the citizens of Fullerton, living in the McColl-North Fullerton Area, having spent over a year developing the current cleanup plan proposed by the McColl Site Group (MSG), ask that this plan be implemented at once without further delay. A review of the current process and reports suggests that plan and also very clearly that no further test delays should be necessary.

The EPA does not need two-and-one half years to complete the process needed to reach a decision. The City of Fullerton must support this plan which has been developed by the community and the MSG in order for the EPA to move forward. The plan is safe, viable, workable, technically feasible and the companies are willing to fund and implement the plan immediately.

As Jerry Burns, resident and community leader said of the plan recently, "...how many 90 million dollar offers do we get?" He is supporting the community. The City of Fullerton would cause further delay and would be an adversary to the citizens living near McColl.

It was the City of Fullerton that issued the original dump permits. The City of Fullerton allowed the homes at McColl to be built next to a dump site that they knew from earlier process was a problem. It seems a little late for the City's stand that they now do not want a dump in Fullerton.

The key to closing this chapter on McColl and getting on with cleanup rests with us, the residents. We must contact our representatives to let them know we want EPA to accept the community and companies' plan so that clean up can finally begin.

Please support this effort before time runs out on all of us. To join us, please call me at 714-738-8183

Exhibit 41
5845

# The Process

After more than a decade of working through the process, the Environmental Protection Agency (EPA) has yet to select a workable plan to clean up McColl. Like the Monopoly Game, the EPA repeatedly sends itself back to "Go," having to start the process all over again. All players are negatively impacted by this inability to select, implement and obtain funding for a workable plan.

The latest delay of two and one half years to further study the options is excessive. The plan of selective excavation, treatment and RCRA (Resource Conservation and Recovery Act) equivalent closure submitted by the McColl Site Group (MSG) with input from residents around the site can be reviewed and selected by the EPA in much less time if other new alternatives are not added to the process. Implementation of the clean up plan could begin in as few as 6 months if the MSG and EPA join forces under this plan.

**Moving The Process Along: EPA Should Amend Its Report**

At the EPA's request, the MSG prepared a report on the Selective Excavation, Treatment and RCRA (Resource Conservation and Recovery Act) Equivalent Closure plan in the form of a Feasibility Study which describes the technical details of the plan. Consequently, the EPA now need only review the MSG material and amend its existing Supplemental Re-evaluation of Alternatives (SROA) to include the MSG's report.

**Second Step to Accelerate the Process: Compress the Steps and Begin Clean-up**

After amending the SROA, the EPA would need to prepare a Proposed Plan tentatively choosing selective excavation, treatment and RCRA equivalent closure as the preferred remedy for the McColl site. The next step would be to submit the supplemented SROA and Proposed Plan to the public for comment. After a 30 day public comment period closes, a Record of Decision selecting the plan as the preferred method of clean up could be issued.

A Responsiveness Summary addressing the public comments, could be issued at the same time. At that point, implementation of the plan could begin at McColl. As shown below, there is no reason to wait two and one half years to make a decision at McColl. A concerted and coordinated effort by the MSG and EPA will allow a much shorter schedule to be met. MSG is committed to that effort.

## SIX MONTHS TO CLEAN-UP DECISION
## Under An Accelerated MSG/EPA Joint Plan

| 3 Months | 1 Month | 2 Months | |
|---|---|---|---|
| EPA reviews and amends SROA, issues Proposed Plan & draft FIR | Public comment period, Consent Decree negotiations commence | FPA prepares & issues Responsiveness Summary, ROD & FIR, Consent Decree signed | MSG implements clean up plan |

(Assuming No Additional Alternatives)

# TAKE ACTION

Make sure your opinion is known. Write or call your elected officials.

**ALL RESIDENTS**
Congressman William Dannemeyer
1235 North Harbor Blvd. #100
Fullerton, CA 92632
714-992-0141

Supervisor Gaddi Vasquez
Orange County Board of Supervisors
10 Civic Center Plaza, 5th Floor
Santa Ana, CA 92701
714-834-3330

**FULLERTON RESIDENTS**
Senator Edward Royce
305 North Harbor Blvd., #941
Fullerton, CA 92632
714-871-0279

Assemblyman Ross Johnson
1501 North Harbor Blvd. #201
Fullerton, CA 92635
714-738-5853

Mayor Chris Norby and
City of Fullerton Councilmembers
303 West Commonwealth
Fullerton, CA 92632
714-738-6300

**BUENA PARK RESIDENTS**
Senator Cecil Green
1800 Rosecrans Blvd., #12
Artesia, CA 90701
213-924-2116

Assemblywoman Doris Allen
5242 Orange Ave. #104
Cypress, CA 90630
714-821-1800

Mayor Don Griffin and
City of Buena Park Councilmembers
6650 Beach Blvd.
Buena Park, CA 90620
714-521-9900

The McColl Site Group is comprised of Union Oil Company of California, Texaco Refining and Marketing Inc., Shell Oil Company, Atlantic Richfield Company and Phillips Petroleum Company.

**THE McCOLL SITE GROUP**

215 East Orangethorpe Avenue, Suite 304
Fullerton, CA 92632
(714) 665-7391

Bulk Rate
U.S. Postage
**Paid**
Permit #1126
Santa Ana, CA

CAR-RTE SORT    ****CR13
FRANK THAMES
2753 WYCKERSHAM PL
FULLERTON CA 92633

Exhibit 41
5846