# EXHIBIT 44

Exhibit 44
6180



# McCOLL SUPERFUND SITE

SFUND RECORDS CTR
1654-92969

SFUND RECORDS CTR
88108997

**United States Environmental Protection Agency, Region IX, San Francisco**

Fullerton, California                                                                April 1991

## McCOLL RECORD OF DECISION DELAYED

The United States Environmental Protection Agency (EPA) has announced a revised cleanup schedule for the McColl Superfund Site in Fullerton, CA. EPA had planned to sign a Record of Decision (ROD) in March 1991, selecting thermal destruction as the cleanup alternative. However, EPA has determined the interested parties should have the opportunity to review and comment on the documents EPA will rely upon to make its decision, including new information developed during treatability studies and from the recent trial excavation. EPA will reevaluate and update the analyses of the alternatives considered for site remediation identified in the 1989 Proposed Plan. Interested parties then will be given the opportunity to review and comment on this reevaluation of the alternatives.

Although EPA's reevaluation of the alternatives could potentially lead to a new preferred alternative, to date, EPA has not identified a cleanup alternative superior to thermal destruction. While conducting the reevaluation, EPA will review and update the following portions of the existing Supplemental Reevaluation of Alternatives (SROA): Risk Assessment, federal and state Applicable or Relevant and Appropriate Requirements (ARARS), and Cost Analysis. In addition, EPA will conduct a Nine Criteria Analysis. EPA bases its remedy selection on the nine criteria used to evaluate remedial action alternatives. This approach is a legal requirement designed to provide decision makers with sufficient information to adequately compare the alternatives and select an appropriate remedy for the site. The nine criteria are:

1) Protection of Human Health and the Environment
2) Compliance with ARARS
3) Long-Term Effectiveness and Permanence
4) Reduction of Toxicity, Mobility and Volume Through Treatment
5) Short-Term Effectiveness

> **PUBLIC MEETING SET MAY 13**
>
> EPA representatives will conduct a public presentation explaining the reasons for the ROD delay and new cleanup time schedule for the McColl Superfund Site on Monday, May 13, 1991 at 7:30 p.m. in the Parks Junior High School Music Room, 1710 Rosecrans Ave., Fullerton.

6) Implementability
7) Cost
8) State Acceptance
9) Community Acceptance

EPA will also perform an analysis to further define the thermal destruction alternative. During the analysis, EPA will determine the appropriate type of thermal destruction and the optimum location (whether it will occur on-site or off-site). While reevaluating the existing alternatives, EPA plans to evaluate a technology recently introduced to the Agency by the oil company Potentially Responsible Parties (PRPs). The technology involves selective excavation and treatment of the waste material followed by RCRA containment. If EPA determines the proposal, as is or modified, is a viable option and should be included as one of the alternatives, EPA will evaluate this option at the same time as the other options, using the Nine Criteria.

Once the analyses are complete, EPA will issue a new Proposed Plan. The public will then have an opportunity to comment on the Plan and all information supporting the preferred cleanup alternative. This information is called the "Administrative Record" and will be available in the Fullerton Public Library for public review.

The new cleanup schedule for the McColl Superfund Site follows:

| SROA II/<br>9 Criteria | Proposed Plan | Public Comment Period | Responsive Summary | ROD |
|---|---|---|---|---|
| ↑ On-going | ↑ 8/7/92 | ↑ 11/13/92 | ↑ 2/2/93 | ↑ 9/6/93 | ↑ 12/6/93 |

One significant difference between the above schedule and the schedule EPA made public earlier is the effect of possible litigation on the cleanup process. The earlier schedule reflected EPA's belief that lengthy litigation against the PRPs might be necessary prior to cleanup action. Should the upcoming negotiations with the PRPs be unsuccessful, EPA now intends to proceed with a fund financed cleanup of the McColl site to avoid delays in the cleanup related to litigation.

Exhibit 44
6181

## FOR MORE INFORMATION

If you would like to know more about Superfund activities at the McColl Site please contact:

| | |
|---|---|
| Fraser Felter | Media Contact: |
| Community Relations Coordinator | Terry Wilson |
| U.S. Environmental Protection Agency | U.S. Environmental Protection Agency |
| 75 Hawthorne Street (H-1-1) | 75 Hawthorne Street |
| San Francisco, CA 94105 | San Francisco, CA 94105 |
| (415) 744-2181 | 415/744-1578 |

or leave a message on **EPA's TOLL-FREE message line (800) 231-3075** and your call will be returned.

---

United States
Environmental Protection Agency
EPA Region 9

75 Hawthorne Street (H-1-1)
San Francisco, CA 94105
Attn: Fraser Felter

---

Official Business
Penalty for Private Use,
$300

FIRST CLASS MAIL
U.S. POSTAGE
PAID
San Francisco, CA
Permit No. G-35



**OIL RECYCLING WORKS!**

Used oil from a single oil change can ruin a million gallons of fresh water--a year's supply for 50 people.

One gallon of used oil can be re-refined into 2 1/2 quarts of high quality lubricating oil.

Don't dump, Recycle!

*Printed on Recycled Paper*

**New McColl Cleanup Schedule**

6182