# EXHIBIT 45

Exhibit 45
6183



SFUND RECORDS CTR
1654-93480

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
75 Hawthorne Street
San Francisco, Ca. 94105-3901

AR2591

April 1, 1992

Mr. William Duchie
The McColl Site Group
215 East Orangethorpe Avenue
Suite 304
Fullerton, CA  92632

SFUND RECORDS CTR
**88109506**

Dear Bill:

    We have received your Summary of Selective Excavation, Treatment and RCRA Equivalent Closure Approach, dated March 30, 1992. We appreciate receiving this information in such a timely manner.

    There appears to have been a misunderstanding regarding the reason for our request. EPA has asked for this summary to detail the changes that have evolved in your proposal since your original submittal on February 12, 1991. As we explained to you on March 5, 1992, we requested this information to help us better understand how your proposal has changed and to use this document to supplement our Administrative Record. We apologize if you interpreted this request to mean that your summary would appear in the SROA II. Also as we have explained to you in recent telephone conversations, we have developed a format for the SROA II which includes the MSG proposal without undertaking duplicated effort or incurring additional cost while allowing for a fair and unbiased analysis.

    We also regret any misunderstanding regarding your February 12, 1991 document appearing as a attachment. We will reference your document both in the executive summary, the main body and in the appendix, but it will not appear as an attachment. Your document as well as the SROA II will be available to interested community members at the Fullerton repository.

    As we indicated in our March 17, 1992 letter, EPA plans to evaluate each of the eight alternatives using the NCP 9 criteria and we plan to discuss all of the alternatives equally in the Proposed Plan.

    If you have any questions feel free to contact me (415) 744-2241.

Sincerely,

Pam Wieman, Project Manager
McColl Superfund Site

*Printed on Recycled Paper*

Exhibit 45
6184

cc: D. Jones
    S. Linder
    G. Ritter
    C. Rudolph
    S. Gaytan
    D. Bushey
    K. Ritter
    B. Brown
    D. Fraser
    T. Patterson
    L. Goldshmidt
    A. Knaster
    C. Burch

Exhibit 45
6185