# EXHIBIT 47

Exhibit 47
6635

SFUND RECORDS CTR
1654-04512

SUMMARY
of

AR2497

8-6-91 TECHNICAL MEETING BETWEEN EPA AND MSG

SFUND RECORDS CTR
88103057

| Issue | Status |
|-------|--------|
| Materials Present at McColl | EPA and MSG agree on the types of materials present at McColl.  EPA does not divide the materials into the same categories as MSG.  EPA has three categories:  (i) tar and asphalt, (ii) contaminated material and (iii) clean fill.  MSG believes the materials can be categorized into five types based on pathways and waste characteristics: (i) arsenic, (ii) drilling muds, (iii) tarry material, (iv) asphaltic material and (v) contaminated soil. |
| Contaminants of Concern at McColl | EPA and MSG agree that benzene, thiophenes, $SO_2$, arsenic and acidic materials are the potential risk "drivers" at the site.  EPA believes these contaminants are the potential "drivers" in a broad sense and that other contaminants such as other sulfur compounds ($H_2S$), toluene and xylene will be considered as well. This issue will require further discussion in meetings regarding remedial action objectives and risk assessment. |
| Pathways | EPA and MSG agree that direct contact, ingestion, inhalation, surface water and groundwater are the potential exposure pathways to be evaluated at McColl. Historically, EPA has viewed inhalation and ingestion as the major potential pathways.  ICF is looking at pathways on behalf of EPA in the context of the risk assessment.  EPA currently views ingestion, inhalation and groundwater as the major potential pathways of concern.  The surface |

Exhibit 47
6636

|  | water pathway will be investigated as part of the groundwater risk assessment. |
|---|---|
| Tar/Asphalt Relationship | EPA and MSG agree the tar to asphalt irreversible conversion process hypothesis is sound.  EPA and DHS have asked some questions about how the chemistry process actually works at McColl.  EPA is interested in any variation in ash content within the asphaltic material and in obtaining Professor Satterfield's paper on this issue.  MSG will provide Professor Satterfield's paper by early September. |
| Remediation of Tar and Asphalt | MSG believes the tar and asphalt are two distinct materials that should be analyzed individually in developing remediation.  EPA currently believes remediation of the tar and asphalt should be the same.  EPA wishes to review Professor Satterfield's paper on the tar and asphaltic materials. Further discussion needs to take place between EPA and MSG on this issue. |
| Remedial Action Objectives | EPA has two broad remedial objectives for McColl:  (i) prevent exposure through direct contact, inhalation and ingestion, and (ii) prevent potential future migration to groundwater.  EPA believes MSG's remedial objectives are more specific in that they consider different waste types.  EPA does not consider MSG objectives (h), (i) and (j) as primary remediation objectives (See Attachment A).  Another meeting needs to take place between EPA and MSG to discuss this issue. |
| Selective Excavation Approach | EPA agrees the selective excavation approach meets the EPA's remedial objectives, but has yet to agree with the MSG that it is a remedy |

-2-

Exhibit 47
6637

that treats the waste to the maximum extent practicable.  EPA believes it must do more work on the MSG approach to confirm the proposed technologies will work (e.g., the shroud).  EPA also believes it must redo the NCP nine criteria analysis on this alternative.

Excavation and Incineration

EPA advised it has screened out excavation and off-site incineration as this alternative is not cost-effective ($700-800 million). EPA is continuing to study on-site incineration.  MSG believes the cost of this alternative also makes it inappropriate.  The cost of $150/yd$^3$ is considered by MSG to be inappropriately low for a portable incinerator in the L.A. Basin.

Schedule

EPA does not agree that the decision-making process at McColl can be completed in 6 months due to internal process and resource constraints.  EPA currently believes all of the SROA alternatives need to be updated and the new alternatives fully evaluated.  MSG believes the selective excavation alternative needs to be evaluated and added to the SROA.  DHS does not believe the EIR can be redone until the Proposed Plan has been issued.  MSG believes the EIR can be placed on a parallel track with preparation of the Proposed Plan.  The schedule needs to be discussed further between MSG and DHS, with follow-up discussions with EPA.

Risk Assessment

EPA is still analyzing whether the SROA risk assessment needs to be redone to satisfy new guidance.  MSG believes the risk assessment need only address the new alternative, selective excavation.  EPA has asked ICF, its risk assessment contractor, to determine whether EPA needs to redo the SROA risk assessment in order to comply with the new risk assessment guidance.  MSG requested

-3-

Exhibit 47
6638

|  | that EPA and MSG contractors meet soon to discuss the underlying premises for the risk assessment. |
|---|---|
| Trial Excavation – Site Applications Analysis Report | EPA's contractor, Edward Aul, made a presentation on the initial work regarding scaling up the trial excavation to a full scale excavation.  MSG will review the materials provided and communicate any questions or comments to EPA. |
| Next Meeting Date | EPA and MSG have agreed to meet on August 29 and September 10. |

**ATTACHMENT A**

Exhibit 47
6640

McColl
## MSG/EPA TECHNICAL MEETING

<u>WASTE CHARACTERISTICS</u>

- Tarry Wastes:  Semi fluid in nature, these wastes periodically flow to the surface through fractures in the cover.  Upon reaching the surface, the material hardens as a result of oxidation and volatilization of the volatile organics and off-gassing of the sulfur dioxide.  It has the same general chemical characteristics as the asphaltic wastes although higher levels of volatile organics.  Tarry materials have been characterized as the source of odors experienced by the community.

- Drilling Mud:  Drilling muds were placed on the site to neutralize and stabilize the acidic wastes.  They are mixed with the site wastes and hence contain the same contaminants but at lower concentrations.

- Asphaltic Wastes:  This material makes up the largest volume of waste.  Due to its hard physical nature, this material is immobile.  The asphaltic waste was originally more fluid in nature.  The shift to the asphaltic condition has occurred over time and is a result of the chemicals which are present and site conditions.  Chemical composition is similar to that of the tarry wastes, although the volatile organics are lower and SO2 higher.  The wastes are relatively impermeable to movement of the SO2.  Disturbance of the waste releases large amounts of SO2.

- Arsenic:  Not a component of the original waste, it is thought to be a result of midnight dumping in the lower Ramparts sumps, possibly the washings from an insecticide truck after placement of the drilling muds.  It is found only near the surface.

- Contaminated Soil:  Soils in the surface or underlying the waste which have contacted the wastes and contain contaminants.  Surface soils are contaminated by the tarry wastes passing through the soil.  Underlying soils having been contaminated when liquid wastes were initially placed at the site.  Contaminants are characterized by tarry materials, volatile organics and low pH.

McColl Site Group 8/6/91

Exhibit 47
6641

McColl
## MSG/EPA TECHNICAL MEETING

### CONTAMINANTS OF CONCERN

- Volatile Organics:
  Benzene
  Thiophenes


- Inorganic:
  Acidic Nature (low pH)
  Sulfur Dioxide
  Arsenic

McColl Site Group 8/6/91

Exhibit 47
6642

McColl
MSG/EPA TECHNICAL MEETING

PATHWAYS

- Contact:  Limited to onsite exposure to tarry materials which periodically seep to the surface.  Other wastes, including hot spots of arsenic, are under several feet of soil and thus not accessible.  Soil erosion (wind and water) or a seismic event could potentially expose waste.

- Air:  Air borne contaminants (volatile organics, sulfur dioxide and arsenic) from the waste mass or periodic surface seeps.

  - Undisturbed Waste - Onsite emission impact from undisturbed waste varies from minimal (uncovered waste) to nondetectable (covered waste).  Effects limited to odor.  Offsite emission impact from undisturbed waste is limited to periodic odors from uncovered wastes.

  - Disturbed Waste - Onsite emission impact varies from moderate to extreme depending upon the level of waste disturbance and engineering controls.  Failure of engineering controls poses offsite risk.  Soil erosion (wind and water) or a seismic event could potentially expose the waste and increase emissions.

- Surface Water:  Leaching of volatile organics and metals into the surface water where it could flow offsite.  Water contacting waste is limited to periodic rainfall contacting tarry waste that has seeped to the surface.  Analysis of surface runoff has yielded very low to non detect levels of McColl contaminants.

- Groundwater:  Leaching of contaminants through the vadose zone to ground water and which could potentially limit its uses.  After 40 years, there is no contaminant pattern found in the monitoring well system which indicates contaminates are leaching into ground water.

McColl Site Group 8/6/91

Exhibit 47
6643

McColl
MSG/EPA TECHNICAL MEETING

## REMEDIATION OBJECTIVES

In the development of remedial alternatives for the McColl Site, the overall objective is to protect human health and the environment. Any remediation alternative proposed for the McColl site must attain residual risk levels within the NCP cancer risks criterion of $1 \times 10^{-6}$ to $1 \times 10^{-4}$ and a hazard index for non-cancer effects of less than 1.0. Potential odor and other aesthetic problems also should be mitigated. Thus, an appropriate remedial alternative at the McColl site should:

a.   Eliminate exposure by direct contact and particulate emissions from arsenic-containing materials.

b.   Eliminate exposure to volatile organic compounds and inorganic gases.

c.   Eliminate the potential for direct contact with seeps and inhaling volatile chemicals from seeps.

d.   Prevent leaching of contaminants into ground water.

e.   Prevent migration of contaminants offsite via surface water.

f.   Eliminate community exposure to site odors.

g.   Prevent contact and exposure to emissions from asphaltic wastes.

h.   Protect against seismic events

i.   Provide a site that is compatible with the surrounding community.

j.   Balance the reduction in residual risk against any implementation risk to workers and nearby residents

McColl Site Group 8/6/91

Exhibit 47
6644

McColl
MSG/EPA TECHNICAL MEETING

RESPONSE ACTIONS

The MSG approach will protect human health and the environment by satisfying the remedial action objectives as follows.

• Exposure to arsenic materials will be eliminated by excavating material within 3 feet of the surface with concentrations above 50 ppm.  This material will be solidified to satisfy BDAT requirements of the federal land ban regulations and disposed of offsite.  A RCRA-equivalent cap will be installed over remaining materials.

• Exposure to volatile organic compounds (VOCs) and inorganic gases will be eliminated by removing the seeps, installing a RCRA-equivalent cap over the site and installing an active emission collection and treatment system.

• Direct contact with seeps and associated exposure to odor, VOC emissions and acidic material will be eliminated by 1)  pre-treating, excavating, and thermally destroying or redisposing existing seeps and select tar zones, or 2)  in-situ solidification of select tarry material.  In addition, the site will be capped and have an active emission collection and treatment system.

• Contamination of ground water will be prevented by eliminating infiltration, which will be accomplished by installing a RCRA-equivalent cap with a permeability of less than $10^{-7}$ cm/sec.  There will be surface grading and drainage to direct rain water away from the sumps.  Slurry walls around the sumps will prevent lateral migration of any perched ground water.  Long-term monitoring of ground water quality will also be performed.

• Migration of contaminants offsite via surface water will be prevented by installing a RCRA-equivalent cap and runoff collection system over the remaining materials.

• The community's exposure to odors from the site will be prevented by installing a RCRA-equivalent cap over the sumps and an emission collection/treatment system.

• Exposure to emissions from the asphaltic waste will be prevented by the installation of a RCRA-equivalent cap and an emission collection/treatment system.

• Creation of a park-like site that is compatible with the surrounding community will be accomplished by landscaping, including the installation of sidewalks, slumpstone walls, modifications to Rosecrans Boulevard and planting of trees and shrubs.  Operation and maintenance will be performed to assure continuous site operation and appearance.

McColl Site Group 8/6/91

Exhibit 47
6645

- Protection from seismic events will be achieved by solidifying drilling muds and installing backfills and crib walls designed to withstand a maximum credible earthquake.

- Risks to workers and residents during implementation will be minimized by avoiding disturbance of the asphaltic materials and controlling the excavation rate to limit emissions released. All excavations and in-situ treatment will be performed within positive air pressure enclosure with redundant air collection and purification systems. Continuous monitoring of emissions within the enclosures, around the enclosures and at site perimeters will be performed to ensure protection of workers and the community.

McColl Site Group 8/6/91

Exhibit 47
6646



McCol Site Group   8-6-91

Exhibit 47
6647

# DEPOSITED WASTES AT McCOLL

- **ARSENIC MATERIAL**

- **DRILLING MUD**

- **TARRY MATERIAL**

- **ASPHALTIC MATERIAL**

**McColl Site Group 8/6/91**

Exhibit 47
6648

90 336A/L LCH 2 5 REV 2/12/91



SHALLOW ELEVATED ARSENIC

- **Arsenic - 50 to 5,000 ppm**
- **$SO_2$ Emission Rate - None/Low**
- **Average Depth - 2.5 ft.**
- **Volume - 1,800 c.y.**
- **Migration Potential - None/Low**
- **Existing Geotechnical Instability Potential - Low**

**CHARACTERISTICS OF ELEVATED ARSENIC**

McCOLL SITE

**ENVIRONMENTAL SOLUTIONS, INC.**

Exhibit 47
6649

8/6/91

90 336A/ETCH 2 6 REV 2/12/91



DRILLING MUD

- **Arsenic - Low**
- **SO$_2$ Emission Rate - Low**
- **Maximum Depth - 13 ft.**
- **Volume - 10,900 c.y.**
- **Migration Potential - None**
- **Existing Geotechnical Instability Potential - High**

**CHARACTERISTICS OF DRILLING MUD**

McCOLL SITE

**ENVIRONMENTAL SOLUTIONS, INC.**

Exhibit 47
6650

8/6/91



**TARRY MATERIAL**

- **Arsenic - None**
- **SO$_2$ Emission Rate - High**
- **Maximum Depth - 17 ft.**
- **Volume - 5,900 c.y.**
- **Migration Potential - High**
- **Existing Geotechnical Instability Potential - High**

**CHARACTERISTICS OF TARRY MATERIAL**

McCOLL SITE

**ENVIRONMENTAL SOLUTIONS, INC.**

Exhibit 47
6651

**8/6/91**

90 3 I6A1 I( R 2 9 I8 V  2/12/91



ASPHALTIC MATERIAL

- **Arsenic - None**
- **SO$_2$ Emission Rate - High**
- **Maximum Depth - 30 ft.**
- **Volume - 48,000 c.y.**
- **Migration Potential - None**
- **Existing Geotechnical Instability Potential - None**

**CHARACTERISTICS OF ASPHALTIC MATERIAL**

McCOLL SITE

**ENVIRONMENTAL SOLUTIONS, INC.**

**8/6/91**

Exhibit 47
6652

# WASTE CONCERNS AT McCOLL

- **ODORS**

- **LOW pH**

- **SO2**

- **BENZENE**

- **ARSENIC**

**McColl Site Group 8/6/91**

Exhibit 47
6653

# EXPOSURE PATHWAYS AT McCOLL

- **DIRECT CONTACT**

- **INGESTION**

- **INHALATION**

- **SURFACE WATER**

- **GROUND WATER**

**McColl Site Group 8/6/91**

Exhibit 47
6654

# <u>OVERALL OBJECTIVE:  PROTECT HUMAN HEALTH AND ENVIRONMENT</u> <u>(10$^{-4}$ TO 10$^{-6}$)</u>

## <u>McCOLL REMEDIAL ACTION OBJECTIVES:</u>

- **ELIMINATE EXPOSURE TO ARSENIC**
- **ELIMINATE EXPOSURE TO VOCs AND INORGANIC GASES**
- **ELIMINATE CONTACT WITH SEEPS**
- **PREVENT CONTAMINATION OF GROUND WATER**
- **PREVENT OFFSITE MIGRATION VIA SURFACE WATER**
- **ELIMINATE COMMUNITY EXPOSURE TO ODORS**
- **PREVENT CONTACT/EMISSIONS FROM ASPHALTIC WASTES**
- **PROVIDE A SITE COMPATIBLE WITH SURROUNDING COMMUNITY**
- **MINIMIZE IMPLEMENTATION RISKS**

**McColl Site Group 8/6/91**

Exhibit 47
6655

## REMEDIATION GOAL:

## ELIMINATE EXPOSURE TO ARSENIC MATERIALS

## RESPONSE:

- **EXCAVATE AND TREAT THE SHALLOW ELEVATED ARSENIC MATERIAL AND DISPOSE IT OFFSITE**

- **INSTALL RCRA-EQUIVALENT CAP**

**McColl Site Group 8/6/91**

Exhibit 47
6656

## REMEDIATION GOAL:

# ELIMINATE EXPOSURE TO VOCs AND INORGANIC GASES

## RESPONSE:

- **EXCAVATE/TREAT SEEPS**

- **INSTALL RCRA-EQUIVALENT CAP**

- **COLLECT AND TREAT EMISSIONS**

McColl Site Group 8/6/91

Exhibit 47
6657

## REMEDIATION GOAL:

## ELIMINATE APPEARANCE OF SEEPS AND EXPOSURE TO ODORS, VOCs AND ACIDIC MATERIALS

## RESPONSE:

- **PRE-TREAT, EXCAVATE AND THERMALLY DESTROY OR REDISPOSE EXISTING SEEPS AND SELECT TAR ZONES**

- **IN-SITU TREAT/SOLIDIFY SMALLER POTENTIALLY MOBILE TARRY ZONES**

- **INSTALL RCRA-EQUIVALENT CAP**

- **COLLECT AND TREAT EMISSIONS**

**McColl Site Group 8/6/91**

Exhibit 47
6658

## REMEDIATION GOAL:

## PREVENT LEACHING OF CONTAMINANTS INTO GROUND WATER

## RESPONSE:

- **INSTALL RCRA-EQUIVALENT CAP**
  - **+ $<10^{-7}$ CM/SEC COVER**
  - **+ SURFACE GRADING AND DRAINAGE TO DIRECT RAIN WATER AWAY FROM SUMPS**

- **INSTALL SLURRY WALLS AROUND REMAINING MATERIALS TO ISOLATE FROM PERCHED WATER**

- **MONITOR GROUND WATER QUALITY**

**McColl Site Group 8/6/91**

Exhibit 47
6659

# REMEDIATION GOAL:

# PREVENT OFFSITE MIGRATION OF CONTAMINANTS VIA SURFACE WATER

# RESPONSE:

- **INSTALL RCRA-EQUIVALENT CAP AND RUNOFF COLLECTION SYSTEM**

- **SURFACE GRADING AND DRAINAGE TO DIRECT SURFACE WATER AWAY FROM SUMPS**

**McColl Site Group 8/6/91**

Exhibit 47
6660

# REMEDIATION GOAL:

# ELIMINATE COMMUNITY EXPOSURE TO ODORS

# RESPONSE:

- **INSTALL RCRA-EQUIVALENT CAP**

- **COLLECT AND TREAT EMISSIONS**

**McColl Site Group 8/6/91**

Exhibit 47
6661

## REMEDIATION GOAL:

## PREVENT CONTACT AND EXPOSURE TO EMISSIONS FROM ASPHALTIC WASTES

## RESPONSE:

- **INSTALL RCRA-EQUIVALENT CAP**

- **COLLECT AND TREAT EMISSIONS**

- **INSTALL BACKFILLS AND CRIB WALLS DESIGNED TO WITHSTAND A MAXIMUM CREDIBLE EARTHQUAKE**

**McColl Site Group 8/6/91**

Exhibit 47
6662

## REMEDIATION GOAL:

## PROTECT AGAINST SEISMIC EVENTS

## RESPONSE:

- **SOLIDIFY DRILLING MUDS**

- **INSTALL BACKFILLS AND CRIB WALLS DESIGNED TO WITHSTAND A MAXIMUM CREDIBLE EARTHQUAKE**

**McColl Site Group 8/6/91**

Exhibit 47
6663

## REMEDIATION GOAL:

## MINIMIZE RISK TO WORKERS/RESIDENTS DURING IMPLEMENTATION

## RESPONSE:

- **AVOID DISTURBANCE OF THE ASPHALTIC MATERIALS**

- **MINIMIZE AND CONTROL RATE OF EXCAVATION TO LIMIT EMISSIONS**

- **PERFORM ALL EXCAVATION/IN-SITU TREATMENT WITHIN POSITIVE AIR PRESSURE ENCLOSURE WITH REDUNDANT AIR COLLECTION/PURIFICATION SYSTEMS**

- **CONTINUOUS MONITORING OF EMISSIONS**

- **ADOPT COMMUNITY CONTINGENCY PLAN**

**McColl Site Group 8/6/91**

Exhibit 47
6664

# REMEDIATION GOAL:

# PROVIDE A SITE THAT IS COMPATIBLE WITH COMMUNITY

# RESPONSE:

- **LANDSCAPING**

- **SIDEWALKS AND WALLS**

- **O & M**

**McColl Site Group 8/6/91**

Exhibit 47
6665

# EPA'S 2½ YEAR SCHEDULE FOR MCCOLL

| ITEM: | DATE: |
|---|---|
| **FINALIZE FS** | **FEBRUARY 1992** |
| **FINALIZE NINE CRITERIA ANALYSIS** | **AUGUST 1992** |
| **ISSUE PROPOSED PLAN** | **NOVEMBER 1992** |
| **ISSUE ROD** | **DECEMBER 1993** |

**McColl Site Group 8/6/91**

Exhibit 47
6666

# MSG's SIX-MONTH SCHEDULE FOR MCCOLL

## ITEM:                                                          DATE:

**MEETINGS BETWEEN EPA AND MSG**          **AUG-OCT 1991**
   **TO AMEND SROA**

**ISSUE AMENDED SROA, PROPOSED**          **END OCT 1991**
   **PLAN & DEIR**

**PUBLIC COMMENTS**                              **NOVEMBER 1991**
**BEGIN CONSENT DECREE NEGOTIATION**

**ISSUE ROD & EIR**
**SIGN CONSENT DECREE**                         **FEBRUARY 1992**

**McColl Site Group 8/6/91**

Exhibit 47
6667

## SUGGESTED 1991 MEETINGS BETWEEN EPA & MSG

| ITEM/MEETING | DATE |
|---|---|
| DISCUSSION OF PRINCIPAL THREAT | AUG 5-16 |
| REMEDIAL ACTION OBJECTIVES | AUG 5-16 |
| HOW MSG ALTERNATIVE MEETS OBJECTIVES | AUG 5-16 |
| SROA ALTERNATIVES AGAINST NEW NCP | AUG 12-23 |
| TECHNICAL STUDIES/REMEDIAL ACTION OBJECTIVES | AUG 12-23 |
| REVIEW OF RISK ASSESSMENT | AUG 12-23 |
| DISCUSSION OF DEIR | AUG 12-23 |
| REVIEW OF ARARS | AUG 12-23 |
| TECHNICAL EVALUATION OF SELECTIVE EXCAVATION | AUG 19-SEP 13 |
| COMMENCE AMENDMENT OF SROA AND DEIR AND DRAFTING OF PROPOSED PLAN | AUG 19-SEP 13 |
| REVIEW MSG ALTERNATIVE COSTS | AUG 30-SEP 13 |
| INDIVIDUAL & COMPARATIVE ANALYSIS | AUG 30-SEP 20 |
| ISSUE AMENDED SROA, PROPOSED PLAN AND DEIR | OCT 1991 |
| PUBLIC COMMENTS ON PROPOSED PLAN | NOV 1991 |
| ISSUE ROD & EIR | FEB 1992 |

McColl Site Group 8/6/91

Exhibit 47
6668

# DRAFT

## TABLE 2.1

## TECHNICAL FEASIBILITY ISSUES REGARDING EXCAVATION UNDER AN ENCLOSURE

| System Components | Trial Excavation | Full-Scale Remediation | Reason For Change |
|---|---|---|---|
| **Excavation Equipment** | | | |
| - Backhoe | Track-mounted, with 20 ft digging depth and 1 yd$^3$ bucket | Track-mounted, with 31 ft digging depth and 3 yd$^3$ bucket | Need to excavate deeper sumps and move more material efficiently |
| - Loader | Wheel-mounted with 1 yd$^3$ bucket | Track-mounted with 3 yd$^3$ bucket | Sloped terrain and the need to move more material efficiently |
| **Enclosure** | | | |
| - Size | 120 ft x 60 ft x 25 ft | 300 ft x 120 ft x 60 ft | Need to excavate entire sumps and accommodate larger equipment |
| - Number required | One | Four | Maximize operations flexibility, productivity, and safety |
| - Airlocks | One personnel airlock; no vehicle airlocks | One personnel air lock and two vehicle airlocks | Trucks will regularly move into and out of enclosures for material transport |
| **Air Ventilation System** | | | |
| - Size | Nominal 1,000 ACFM | Nominal 130,000 ACFM | Greater surface area exposed, maintain lower pollutant concentration levels |

PRP MTG
8/6/91
HARBOR W

Exhibit 47
6669

**DRAFT**

| | | | |
|---|---|---|---|
| - Air exhaust and delivery design | Air delivery and exhaust portals in enclosure walls | Fresh air will be delivered to the work areas via flexible ducting, exhaust hoods with flexible ducting will capture pollutants near sources | Reduce effective concentrations of pollutants within enclosure to which workers are exposed |
| **Foam System** | | | |
| - Temporary foam | Used on moving waste surfaces | Will not be used | Ineffective in suppressing emissions; discharged water to floor areas, complicating operations |
| - Stabilized foam | Used on stationary waste surfaces | Will be used on stationary waste surfaces | N/A |
| **SO$_2$/Particulate Scrubber** | | | |
| - Number/capacity | One/1,000 ACFM | Four/35,000 ACFM each for excavation enclosure | Accommodate higher air ventilation rate |
| - Liquor pH/blowdown control | Manual | Automatic | Avoid foaming and plugging |
| **Granular Activated Carbon Unit** | | | |
| - Number/capacity | One/1500 ACFM | 16 (12 operating/4 spare)/12,000 ACFM each for excavation enclosure | Accommodate higher air ventilation rate |
| - Duct burner | None | One natural gas-fired burner in each of four APCD trains for excavation enclosure | Avoid moisture condensation in GAC unit, increase adsorption efficiency |

Exhibit 47
6670

DRAFT



**Figure 4-1. Excavation of North Half of Sump R-2.**

38

Exhibit 47
6671



Figure 4-2.  Excavation of Center Column in Sump R-2.

39

Exhibit 47
6672

# DRAFT



Figure 4-3. Positioning of Enclosure on Sump R-2.

40

R-2: 144' E/W X 142' N/S
      (AT WIDEST POINT)

ENCLOSURE: 120' X 300'

Exhibit 47
6673

# DRAFT

**TABLE 4-1.   PLANNING RESULTS FOR EXCAVATION UNDER AN ENCLOSURE AT MCCOLL**

| Sump | Number of enclosure positions | Depth[a] ft | Length[b] x width ft | In-place volume yd³ | Excess excavation[c] volume, % | Total excavation volume, yd³ |
|---|---|---|---|---|---|---|
| **Los Coyotes Area** | | | | | | |
| L-1 | 4 | 31 | 272 x 151 | 13,800 | 18.4 | 16,300 |
| L-2 | 2 | 35 | 163 x 125 | 10,500 | 18.4 | 12,400 |
| L-3 | 2 | 37 | 142 x 118 | 12,500 | 13.2 | 14,100 |
| L-4 | 1 | 33 | 128 x 76 | 6,200 | 0.7 | 6,600 |
| L-5 | 1 | 45 | 97 x 66 | 5,700 | 6.7 | 6,100 |
| L-6 | 1 | 35 | 118 x 65 | 8,400 | 2.2 | 8,600 |
| **Ramparts Area** | | | | | | |
| R-1 | 4 | 28 | 144 x 132 | 8,800 | 7.2 | 9,400 |
| R-2 | 3 | 55 | 144 x 142 | 9,800 | 144.9 | 21,100 |
| R-3 | 2 | 31 | 161 x 142 | 6,800 | 5.9 | 7,200 |
| R-4 | 2 | 30 | 146 x 116 | 7,300 | 10 | 8,000 |
| R-5 | 2 | 35 | 170 x 87 | 11,800 | 23.3 | 14,500 |
| R-6 | 7 | 45 | 234 x 148 | 19,600 | 39.8 | 27,400 |
| Totals | 31 | -- | -- | 121,200 | -- | 151,700 |

[a] Depth of contaminated material.

[b] Length and width of sump at grade level.

[c] Volume to be excavated in excess of in-place volume (including covers).

[d] Based on (CH2M-Hill 1988).

42

Exhibit 47
6674

# DRAFT

## TABLE 4-2.  AIR VENTILATION SYSTEM SPECIFICATIONS AND COSTS

**Component/specifications**

Air Supply Blower
   32,522-cfm throughput
   4 inches water pressure drop
   40 HP motor

Air Supply Ducting
   200 ft in length
   3 ft in diameter
   FRP construction

$SO_2$ Scrubber
   35,000-cfm throughput
   2 to 4 inches water pressure drop
   10-ft packed bed
   300-gpm recirculation pump
   Automatic controls for pH and sump level
   Blowdown pump
   Reagent metering pump
   Mist eliminator
   HPDE construction

Inducted-Draft Fan
   32,500-cfm throughput
   20 inches water suction pressure
   200-hp motor

Reagent Storage Tank
   2000-gallon capacity
   FRP construction

Blowdown Wastewater Storage Tank
   550-gallon capacity
   FRP construction

Duct Burner
   20°F temperature rise
   1 million BTU/h heat input

GAC Adsorber Modules
   3 operating modules/1 spare
   12,000-cfm throughput each
   5-7 inches water pressure drop
   5100-lb carbon each
   0.8-second residence time

Air Exhaust Ducting
   150 ft in length
   3 ft in diameter
   316 stainless steel construction

46

Exhibit 47
6675