# EXHIBIT 48

Exhibit 48
6676

SFUND RECORDS CTR
**88103651**

SFUND RECORDS CTR
1654-05108

AR2503

## SUMMARY OF 8/29/91 EPA/MSG TECHNICAL MEETING

Agenda attached as **Attachment A**

Attendance List attached as **Attachment B**

1. **Schedule**: After the August 6 meeting with the community, the EPA McColl Project Managers had a briefing with management to discuss the 2-1/2 year schedule. EPA has agreed to meet with the community after Interagency Committee meetings. EPA will meet with the community on September 9 and has agreed to provide the community with a detailed schedule describing activities to take place over the next 2-1/2 years in that meeting. EPA will provide the MSG with a copy of the schedule before September 9. EPA and MSG will discuss the schedule in the next technical meeting. MSG proposed to meet with the EPA every week to discuss technical issues. EPA said it cannot commit to meeting with the MSG once a week and still maintain the Agency's internal schedule. EPA has agreed to meet with the MSG every three weeks to discuss technical issues and to have conference calls with the MSG to discuss isolated issues on an as-needed basis. EPA and MSG have agreed to meet in Fullerton on September 10 and to meet in San Francisco on September 30. Agendas for technical meetings will be developed based on results of the prior meetings and suggestions from EPA and the MSG.

- **Accomplishments**:

    -EPA and MSG have agreed to meet every three weeks to discuss technical issues.

    -EPA and MSG have agreed to have conference calls on an as-needed basis to discuss technical issues.

    -EPA and MSG have agreed to meet on September 10 in Fullerton and on September 30 in San Francisco.

- **Action Item**:

    -EPA to provide MSG with a copy of the Agency's detailed 2 1/2 year schedule before September 9.

2. **Tar/Asphalt Relationship**: Professor Satterfield of MIT gave a presentation on the reactions occurring at the McColl Site (See **Attachment C**). The MSG will provide EPA with a detailed paper describing these reactions in September. EPA

agrees with the reactions described by Professor Satterfield. EPA believes Professor Satterfield's presentation explains a great deal about the tar. EPA would like further information about why tar is still found at the Site if these reactions have been occurring since the sludge was placed in the sumps. MSG agreed to discuss these issues in greater detail with EPA in the next technical meeting.

- **Accomplishment**:

    -EPA and MSG agree on the reactions occurring at the McColl Site and agree the tar to asphalt conversion process is irreversible.

- **Action Item**:

    -MSG will provide EPA with further information regarding the presence of tar at the Site.


3. **Pathways, Waste Description and Remediation Objectives**: EPA and MSG agree that direct contact, ingestion, inhalation, surface water and groundwater are the potential exposure pathways to be evaluated at McColl. EPA intends to look at the surface water and groundwater potential exposure pathways as part of the risk assessment for the groundwater operable unit. EPA intends to consider the direct contact, ingestion and inhalation potential exposure pathways as part of the surface remedy. With respect to materials present at the Site, EPA and the MSG agree there are five different physical materials present at the Site (arsenic, drilling muds, tar, asphalt and contaminated soil). EPA, however, groups the materials differently than the MSG for purposes of remediation considerations. EPA would group the five physical material categories into two categories for purposes of remediation: (i) arsenic and (ii) drilling muds, tar, asphalt and contaminated soil. Currently, EPA is expressing its remedial action objectives in terms of the contaminants present at the Site rather than waste characteristics. The MSG also considers the toxicity of the contaminants present at the Site in developing its remediation goals for the Site, but found the potential exposure pathways varied with the different categories of waste. This leads the MSG to believe the material types should be categorized differently for purposes of remediation. EPA explained that the Agency is still evaluating the toxicity of the different materials. EPA stated that the MSG remedial action objectives are similar to the Agency's but that EPA views the MSG objectives as subsets of broader EPA objectives. EPA agreed to write down its remedial action objectives for McColl and to provide the list for discussion at the next Technical Meeting.

-2-

Exhibit 48
6678

- **Accomplishments:**

    -EPA and MSG agree on the potential exposure pathways.

    -EPA and MSG agree on the materials present at the McColl Site.

    -EPA and MSG agree their remedial action objectives are similar.

- **Action Item:**

    -EPA to provide MSG with a list of the Agency's remedial action objectives and discuss them in the September 10 meeting.

4. <u>Selective Excavation and Remediation Objectives</u>: EPA raised the following questions about Selective Excavation: (i) How does the MSG define tar? (ii) How does MSG intend to find the tar? (iii) Who determines if excavation is "safe"? (iv) What are the acceptable "safety" levels and what are the trigger points for determining those levels? and (v) What happens if the MSG is unable to locate and treat all of the tar? MSG agreed to provide EPA with further information on these questions in the upcoming technical meetings.

- **Accomplishment:**

    -EPA identified specific questions it has on the Selective Excavation approach.

- **Action Item:**

    -MSG will provide EPA with further information on these issues in upcoming technical meetings.

5. <u>Integration of Technical Studies into Current Process</u>: The MSG presented its logic for integrating new technical studies into the decision-making process (See <u>Attachment D</u>). EPA agrees with the logic set forth in the decision-tree and understands the MSG position that it is important to screen alternatives out of the process early if they are not viable alternatives. EPA agreed with this approach and stated the Agency intends to screen non-viable alternatives early in the process. EPA cited the screening out of off-site incineration as an illustration of this point. EPA suggested the MSG tell the Agency when the MSG believes an alternative should

-3-

Exhibit 48
6679

be screened out of the process and provide the reasons for the conclusion so EPA can consider the information. The MSG agreed to do so and noted that its current efforts in this regard, citing the recent letter sent to John Blevins regarding on-site incineration costs (<u>Attachment E</u>). EPA believes it must update the costs of all of the SROA alternatives. EPA does not believe its plans to update the costs of the SROA alternatives will take much time in the scheme of the 2-1/2 year schedule. EPA believes developing the new alternatives and performing the risk assessments on the new alternatives (total solidification, discrete layer solidification and Selective Excavation) are the critical path issues which will take a large amount of time to complete. The MSG believes risk assessment work need only be done on the new alternative, Selective Excavation, and that the other two new alternatives EPA is currently considering fail NCP criteria and should be screened out of the process. EPA and the MSG agreed to have their respective contractors discuss the risk assessment in upcoming technical meetings.

- <u>Accomplishments</u>:

    -EPA and MSG agree on the logic for integrating new technical studies into the decision-making process.

    -EPA and MSG agree that non-viable alternatives should be screened out of the process as soon as possible.

- <u>Action Item</u>:

    -EPA and MSG contractors to discuss risk assessment issues in upcoming technical meetings.

-4-

Exhibit 48
6680

McColl Site
Proposed Agenda for EPA/MSG Technical Meeting
August 29, 1991
9 a.m. - 3 p.m.
Baldwin Park Hilton
14635 Baldwin Park Town Center
Baldwin Park, CA 91706
Telephone: (818) 962-6000

1. Discussion as to How to Integrate the EPA and MSG McColl Schedules for Presentation to Community on September 9th

   EPA and MSG agreed to a community request to review their respective schedules regarding the time and steps necessary to select an alternative at McColl.

2. MSG Presentation on Tar - Asphalt Relationship - 1 hour

   While EPA recognizes the differences between the tar and asphalt, they currently view the tar and asphalt as a single waste category. MSG believes the waste chemistry and characteristics warrant separate categories. MSG will bring Prof. Satterfield (MIT) to make a presentation on the "tar - asphalt" relationship in advance of issuance of the technical paper.

3. EPA Presentation of: Pathways, Waste Description and Remediation Objectives - 1 hour

   At the last meeting, in response to the MSG presentation, EPA provided a broad, global overview of their approach to these issues. EPA would provide a more focused picture of their approach. From this and the MSG presentation earlier this month, specific areas of agreement and disagreement should emerge.

4. EPA/MSG Discussion to Develop Documentation on Pathways, Waste Description and Remediation Objectives - 2 hours

   EPA and MSG to document areas of agreement to maximize progress. They will also identify areas of disagreement and seek to identify an approach for resolving the conflict. Identify action items and propose schedules.

5. EPA/MSG Discussion Concerning Selective Excavation and the Remediation Objectives - 1 hour

   Based on the presentation of MSG on 8/6 and EPA (item 2 above) come to agreement as to how the objectives are met. If there are areas of disagreement, identify them for resolution. Identify action items and proposed schedules.

ATTACHMENT A
Page 1 of 2

Exhibit 48
6681

Proposed Agenda, EPA/MSG Technical Meeting
(August 29, 1991)
Page 2

6. MSG Lead Discussion as to an Appropriate Response for Impact of New Information on the SROA Alternatives of 1989 - 1 hour

   MSG provides logic for integrating the results of technical studies; revised NCP and the remedial objectives into the SROA alternatives. Emphasis will be on a screening evaluation to identify the significance of the new information to the work included in the SROA.

C:\WP51\AGENDA8

ATTACHMENT A
Page 2 of 2

Exhibit 48
6682

# Attendance List
## August 29, 1991

| Name | Firm | Phone |
|---|---|---|
| Pam Andes | Allen, Matkins | (714) 851-5402 |
| Barry Eaton | City of Fullerton | (714) 738-6552 |
| Barry Brown | Fullerton Hills Comm. Assoc. / Bab-Can Consulting | (714) 594-0500 |
| Ian Webster | Unocal | (213) 977-6382 |
| Charles N. Satterfield | M.I.T. | (617)-253-4584 |
| Anne Connell | MK | (415)-442-7600 |
| Dave Jones | EPA | 415-744-2266 |
| Bill Duchie | Shell | (714) 520-3462 |
| Glen Rasmussen | Morrison-Knudsen | (415) 442-7600 |
| Des Garner | EPA TAT | (415) 777-2811 |
| Adam Ng | ICF Tech. | (415) 882-3042 |
| Steven Linder | EPA | (415) 744-2243 |
| Steve Gaytan | State of CA DTSC / Special Proj | (916) 324-2432 |
| Caroline Rudolph | DTSC / Special Projects | (916) 324-2857 |
| John Blevins | EPA | (415) 744-2241 |
| Pam Wieman | EPA | 415 744-2242 |
| John A.A. Zannos | EPA | 213-486-3685 |

**ATTACHMENT B**

Exhibit 48
6683

## REACTIONS IN THE McCOLL SUPERFUND SITE

SUMMARY - Present products have been formed by:

A. Acid-catalyzed polymerization and polycondensation of organic material.

B. Above reactions, accelerated by autoxidation

C. Above reactions, accelerated by acidified clay which also adsorbs products to form an asphaltic cement.

D. These reactions are not reversible under existing conditions

    1. Original composition of sludge

       (a) 90% $H_2SO_4$
       (b) undefined organic material of varying molecular weight and composition.
       (c) essentially no "ash"

    2. Present composition, from L-4 EPA Pre-publication Report, 1990

|     | raw tar      | raw char |
|-----|--------------|----------|
| C   | 51.1 wt%     | 8.6      |
| H   | 4.1 (net)    | 3.7      |
| S   | 10.6         | 4.5      |
| N   | 0.1          | 0.1      |
| O   | 20.8 (net)   | 28.3     |
| ash | 1.6          | 55       |

       Radian - Cores from R-1, R-2, R-5. L-1 and L-2

       Two samples of each of five. Eight of the ten described as a "hard, black asphaltic waste with a slight rubbery texture."

Average analysis: 48% ash
(variation amongst individual samples apparently not available)

    3. Clay was present in all $CH_2M$ borings (1987) of soil near pits. (LO-SO-01 through LO-SO-09 and RA-SO-01 through RA-SO-07)

ATTACHMENT C
Page 1 of 2

Drilling muds (essentially bentonite clay) also disposed of in some pits (Bentonite is a montmorillonite type of clay).

4. Reactions

Dehydropolymerization
$$RH + R'H \xrightarrow{O_2} R \cdot R' + H_2O, \text{ etc.}$$

Polycondensation
$$R(O)H + R'(O)H \longrightarrow R \cdot R' \text{ or } R(O)R' + H_2O, \text{ etc.}$$

Polymerization reactions are catalyzed by acids

5. Contact of clays with an acidic hydrocarbon sludge

Kaolin (ideal) $Al_4Si_4O_{10}(OH)_8 \cdot nH_2O$

Montmorillonite (ideal)

$$(Al_{3.15}Mg_{0.85})Si_{8.0}O_{20}(OH)_4X_{0.85} \cdot nH_2O$$

X = monovalent cation

A. clays are converted to the acidic form

B. they dissolve/disperse

C. they reprecipitate as acid concentration drops

    simultaneously
    - they catalyze polymerization reactions
    - they adsorb polymeric materials and gradually become inactive
    
    Result: Formation of an asphaltic cement structure

D. These processes are exothermic and occur spontaneously at ambient conditions. They cannot occur in the reverse direction under the same conditions that drive them forward.

ATTACHMENT C
Page 2 of 2



McCOLL SITE STUDIES
DECISION TREE

McColl Site Group
August 29, 1991

ATTACHMENT D
Page 1 of 1 Exhibit B
6686

## McCOLL SITE STUDIES SINCE THE SROA

- PRELIMINARY TEST BURN TREATABILITY STUDY OF McCOLL SUPERFUND WASTE IN OGDEN'S CIRCULATING BED COMBUSTER RESEARCH FACILITY, MARCH 1989

- TECHNOLOGY EVALUATION REPORT, SITE PROGRAM DEMONSTRATION OF A TRIAL EXCAVATION AT THE McCOLL SUPERFUND SITE, SEPT. 1990

- McCOLL SITE SUBSURFACE INVESTIGATION, FEB. 20, 1991 (L-1 BORING REPORT)

- EVALUATION OF INCINERATION ALTERNATIVES FOR THE McCOLL SUPERFUND SITE, EPA START PROGRAM REPORT, MAY 1991

- GROUNDWATER STUDIES

- TREATABILITY STUDIES

ATTACHMENT D
Page 2 of 2

McColl Site Group
August 29, 1991

Exhibit 48
6687

**THE McCOLL SITE GROUP**

215 East Orangethorpe Avenue, Suite 304, Fullerton, California 92632 (714) 665-7391

August 23, 1991

Mr. John Blevins
U.S. EPA, Region IX
75 Hawthorne Street, H-6-1
San Francisco, California  94105

      Re:  McColl Superfund Site - Analysis of Onsite
           Incineration Costs

Dear John:

      The EPA has stated in the Interagency Committee (IAC) letter dated August 2, 1991, that costs for onsite incineration are currently running approximately $150 per ton. We do not believe a $150 per ton estimate is appropriate for incineration and ash disposal at the McColl Site. A recent fixed price estimate for the Brio NPL site indicates that the incineration component alone, not including ash handling, for the site was $150 per ton. Further, this site is less complex than McColl and is located in a less restrictive air quality area.

      In our comments to the Supplemental Reevaluation of Alternatives, we cited a 1988 paper by John H. Lanier in the Hazardous Materials Control Research Institute's Superfund '88 which states: "Incineration prices (for transportable units) range from $200/ton for dry contaminated soil to $1000/ton for sludges with high heating values." We believe that transportable incinerator costs will increase significantly in the future, just as the costs of fixed base units have, and that the McColl Site wastes will be on the upper end of the cost range.

      Science Applications International Corporation, in their START program report of May, 1991, estimated that the cost for incineration at McColl, using a transportable rotary kiln system, would be $249 per ton in 1987 dollars, or approximately $300 per ton in 1991 dollars. However, this number assumes " . . . no capital or annual costs involved in procuring such a system," nor does it account for the ash handling. It is unrealistic to expect that a company would provide an incinerator for six years without looking to recover the capital cost of that unit. This would add up to $100 per ton to amortize the cost of the unit. In addition, the ash handling for other sites costs approximately

ATTACHMENT E
Page 1 of 3

The McColl Site Group is composed of:
Shell Oil Company, ARCO, Phillips Petroleum, Texaco and UNOCAL
6688

**THE McCOLL SITE GROUP**

215 East Orangethorpe Avenue, Suite 304, Fullerton, California 92632 (714) 665-7391

Mr. John Blevins
August 23, 1991
Page 2

$65 per ton. The total cost for incineration and ash handling would be at least $465 per ton. We believe the cost of meeting air quality standards in the South Coast Air Quality Management District ("SCAQMD") would require additional capital cost, but do not have any specific estimate at this time.

Although we are not convinced that incineration is even possible within the SCAQMD, given the above, we have developed an illustrative cost analysis for an onsite incineration program. For ease of comparison, we have used the costs EPA quoted in the Interagency Committee letter for excavation and storage, tar treatment, char treatment and contingency percentage. Even though we believe EPA's cost estimates are substantially low, and the air quality issues associated with such a program have not been adequately addressed, we have used them for illustration purposes and have found that the lower range of costs for an onsite incineration program at McColl would be $215-$330 million (see Attachment 1). Adjustments for air quality facilities and waste excavation and handling would substantially increase the final cost and clearly result in this alternative not being cost-effective.

We would be glad to discuss the foregoing with you in detail. We expect the foregoing information will be used in your decision-making process at McColl.

Very truly yours,

*William J. Duchie/RM*

William J. Duchie

WJD:mfl

cc: David Jones
    Pam Wieman
    Steve Linder
    Barry Eaton
    David Bushey
    Barry Brown

ATTACHMENT E
Page 2 of 3

The McColl Site Group is composed of:
Shell Oil Company, ARCO, Phillips Petroleum, Texaco and UNOCAL

Exhibit 48
6689



**THE McCOLL SITE GROUP**

215 East Orangethorpe Avenue, Suite 304, Fullerton, California 92632 (714) 665-7391

## ATTACHMENT 1
## COST FOR ONSITE INCINERATION

| ITEM | COST ($MILLIONS) |
|---|---|
| Excavation and Storage | $ 62* |
| Tar Treatment | 5* |
| Char Treatment | 16* |
| Transportation | 0 |
| Incineration and Ash Disposal** | 70-150 |

============================================================

| | |
|---|---|
| TOTAL | $153-233 |
| CONTINGENCIES*** | $18-28 |
| TOTAL PLUS CONTINGENCIES*** | $171-261 |
| TOTAL COST WITH 5%/YEAR ESCALATION*** | $215-330 |

\* THESE NUMBERS HAVE BEEN TAKEN FROM EPA LETTER TO THE INTERAGENCY COMMITTEE (8/2/91) FOR CONSISTENCY. THE MCCOLL SITE GROUP <u>DOES NOT AGREE</u> WITH THE EXCAVATION AND TREATMENT NUMBERS CITED ABOVE AND BELIEVES THAT EXCAVATION WILL BE SIGNIFICANTLY MORE COSTLY.

\*\* BASED ON 150,000 TONS AT $465-$1000 PER TON

\*\*\* MULTIPLIERS TAKEN FROM EPA LETTER TO INTERAGENCY COMMITTEE (8/2/91)

ATTACHMENT E
Page 3 of 3

1281/MCC41/3169-005/08-28-91fclw
Shell Oil Company, ARCO, Phillips Petroleum, Texaco and UNOCAL

Exhibit 48
6690