# EXHIBIT 49

Exhibit 49
6691



*9/*

SFUND RECORDS CTR
1654-05103

**AR2511**

## AGENDA FOR SEPTEMBER 10 EPA/MSG TECHNICAL MEETING

TIME:       10:00 a.m. to 3:00 p.m.
LOCATION:   Fullerton Hunt Branch Library
            201 South Basque (from Euclid go west on
              Valencia to Basque and follow the signs)
            Fullerton, California
            (714)738-3121

SFUND RECORDS CTR
**88103646**

I.   **TAR - ASPHALT RELATIONSHIP**  (1/2 hour)

     After Professor Satterfield's presentation at the August
     29, 1991 meeting regarding the reactions occurring at
     the McColl Site which have led to the sludge becoming an
     asphaltic cement material, the EPA asked for further
     discussion as to why tar is still present at the Site.
     The MSG will lead the discussion.

II.  **DISTRIBUTION AND AMOUNT OF TAR**  (1 hour)

     In the August 29, 1991 meeting, EPA raised questions the
     Agency has regarding the Selective Excavation, Treatment
     and RCRA-Equivalent Closure approach.  Issues which EPA
     would like further information about include:  (i) how
     does the MSG define tar, (ii) how much tar does the MSG
     believe is present at the Site, (iii) where does the MSG
     believe the tar is located, (iv) how does the MSG intend
     to find the tar, and (v) how will the Selective
     Excavation alternative be impacted, if at all, if the
     MSG is unable to locate and treat all of the tar.  The
     MSG will lead the discussion.

III. **REMEDIAL ACTION OBJECTIVES**  (1 1/2 hours)

     In the August 29, 1991 meeting, EPA stated the MSG
     objectives were similar to EPA's, just more detailed.
     EPA will present a list of the objectives to the MSG and
     lead a follow-up discussion of the Agency's remedial
     action objectives for the Site.

IV.  **SCHEDULE**  (1/2 hour)

     EPA and MSG will discuss the detailed schedule that EPA
     will be providing to the community on September 9.
     Dates and agendas for the next technical meetings will
     be set, along with any conference calls.

V.   **RISK ASSESSMENT**  (1/2 hour)

     EPA and MSG will begin initial discussions as to the
     need for or lack of need for new risk assessments.
     Unfortunately, MSG's contractor will not be available to
     participate in this meeting and detailed discussions
     between the respective contractors will need to be
     deferred to the September 30 meeting.

Exhibit 49
6692

DISCUSSION OF SELECT ISSUES REGARDING TAR AT McCOLL

I.     INTRODUCTION

During the August 29, 1991 meeting with the EPA, the McColl Site Group (MSG) described the processes by which acidic sludge at McColl has been and is being converted to asphalt and tar.  Further clarification was requested on the distribution of the tar within the sumps, why some pockets of tar appear to be found within the asphalt, and whether it is critical to find and solidify all of the tar to successfully close the site.   The following paragraphs describe the acidic sludge conversion process, relate that process to the observations from sampling programs at McColl, and explain why it is not necessary to find and solidify all of the tar.

II.    ACIDIC SLUDGE CONVERSION PROCESS

Dr. Charles Satterfield, in his presentation to the EPA on August 29, 1991, identified the three reactions by which acidic sludges are converted to asphalt:

        1.    acid catalyzed polymerization/condensation;
        2.    acid catalyzed polymerization/condensation,
              accelerated by acidified clay; and
        3.    acid catalyzed polymerization/condensation,
              accelerated by autoxidation.

Initially, the reactions occurred rapidly.  This is due to the exposure of the acidic sludge to air, the presence of concentrated sulfuric acid, the presence of clay from the sides and bottom of the sumps, and the presence of drilling muds in some of the sumps.  The high ash content of the asphalt confirms acidic clay catalysis as a primary mechanism for the formation of the asphalt.  The tar is an intermediate product that has not been completely transformed to asphalt due to: (i) the presence of saturated hydrocarbons that will not polymerize, or (ii) reduction in the reaction rate due to lack of oxygen.

III.   WHAT IS TAR?

Tar is an intermediate product from acidic sludge that has not been transformed to asphalt.

Physically, the tar is black and semi-fluid in nature. The viscosity of the tar varies depending on the stage of transformation the material has reached, which is determined by the original composition of the sludge and the amount of

commingling with clay and oxygen.  The variation in tar
characteristics is exemplified by the waste descriptions used
during the EPA drilling in Sump L-1, as shown in Tables 1 and 2.

The tar has organic characteristics similar to those of
the asphalt, but with much lower ash content, indicative of the
absence of clay.  Data from the EPA (1990) indicate that tar
samples had an ash content of less than 2 percent, while
asphaltic samples had ash levels of about 55 percent.  The tar is
acidic, with pH ranging from less than 1.0 to 2.0.

IV.   WHERE IS THE TAR?

Tar is found primarily in localized areas above or in
the upper portions of the asphalt, in areas near where seeps have
occurred.

Due to density differences between tar and asphalt, the
majority of the tar is found above the asphalt.  As the acidic
sludge converted into tar and asphalt, the denser asphalt sank to
the bottom of the sump, while the lighter asphalt moved toward
the top.  While small droplets of tar may be trapped within the
asphalt, the majority of tar is found above the asphalt.
Separating the relatively pure tar and asphalt phases is a
transition zone.  Because of the small density variations, both
tar and asphalt would be found in this zone.  The EPA Subsurface
Investigation Report (Ecology and Environment, 1991) shows that
virtually all of the tar in Sump L-1 was found either immediately
above the asphalt or in the transition zone.  The transition zone
is approximately one to two feet thick.

Large tar deposits are found near seeps.  The Ecology
and Environment Report showed that tar was found in the vicinity
of "Old Faithful" (see Figure 1).  Cone penetrometer data
(Ecology and Environment, 1989) confirmed a tar zone in this
area.  The tar is believed to move to the surface through cracks
in the overlying material as pressure extrudes the tar.

Tar distribution above the asphalt is consistent with
the MSG "mud wave" theory (MSG, 1991), in which overburden soils
or drilling muds pushed into the sumps from one side of the sump
displaced the tar.  This activity would result in more
concentrated zones of tar, which could be thicker at some
locations, as indicated by the available data.  Figure 2, a
cross-section through Sump L-1, shows that the thickest tar
occurs toward the sump edges.  The predesign investigations will
define these localized areas of tar within the sumps which will
require treatment.

-2-

V.     HOW MUCH TAR IS THERE?

        Based on the L-1 drilling program, the boring logs by
Radian (1983) and CH$_2$M Hill (1987), and MSG mapping of the tar
seeps (MSG, 1991), the volume of tar within the McColl sumps is
predicted at 5,000 to 10,000 cubic yards.  A more precise
estimate of the volume and location of the tar will be obtained
during the cone penetrometer study.

        From information obtained during the recent drilling
program conducted at the McColl Site, it is known that Sump L-1
contains tar in areas above the asphalt, in the transition zone
and in isolated pockets within the asphalt.  The amount of tar in
Sump L-1 is less than 10% of the total carbonaceous waste in the
sump.  Since the sumps are all of similar origin and age, this
distribution should be similar for the other sumps.  It is
possible, however, that there may not be as much tar in upper
Ramparts because there are very few seeps in that area.

VI.    CONCLUSIONS AND RELEVANCE TO McCOLL.

        The Selective Excavation, Treatment and RCRA Equivalent
Closure plan has identified a process for locating, solidifying
and/or excavating significant areas of tar at the McColl Site.
The plan will work for the following reasons:

                (a)   The asphaltic waste does not reconvert to tar;

                (b)   The tar in the sumps is primarily located at
        the top of the asphalt;

                (c)   The plan will allow tar to be located through
        a combined cone penetrometer and drilling program.  The plan
        will locate all of the significant tar areas above the
        asphalt and in the transition zone.  Any remaining material
        will be of an isolated nature and of too small of a volume to
        contribute to seeps or cause geotechnical instability;

                (d)   The plan will allow backfilling of the spots
        where tar is removed with crushed rock.  The void space in
        this crushed rock would be sufficient to assimilate any
        remaining tar; and

                (e)   Tar which is currently trapped within the
        asphalt is immobile.  The asphalt itself will withstand the
        weight of the overlying material and will resist "squeezing
        out" any small residual amounts of tar, just as it contains
        the sulfur dioxide.  Therefore, isolated pockets of tar
        within the asphalt will not impact the integrity of the plan,
        and permanence will be achieved.

-3-

REFERENCES:

- CH$_2$M Hill.  1987. Field Report, McColl Site Fullerton, California  Various Tasks to Supplement the Previous RI/FS Efforts.  Waste and Contaminated Soil Investigation.  October 9, 1987.

- Ecology and Environment.  1991.  McColl Site Assessment, TDD #T098810-019.  May 8, 1989.

- Ecology and Environment.  1991.  McColl Site Subsurface Investigation, TDD #T099010-016.  February 20, 1991.

- Environmental Protection Agency.  1990.  Technology Evaluation Report.  Pre-Publication Report.  September, 1990.

- McColl Site Group.  1991.  Selective Excavation, Treatment and RCRA Equivalent Closure Report.  February 12, 1991.

- Radian Corporation.  1983.  McColl Phase II – Physical and Chemical Characterization and Distribution of the Waste at the McColl Site, Fullerton, California. February 23, 1983b.

-4-

TABLE 1
POSSIBLE TAR ENCOUNTERS
DURING AUGUST 1990 BOREHOLE DRIILING AT LOS COYOTES PIT L01

| BOREHOLE NUMBER | GEOLOGIST | DEPTH INTERVAL (FT) | | DESCRIPTION |
|---|---|---|---|---|
| 3 | VR | 7.5 | – 9 | Black, plastic material mixed with brown silt |
| | | 14 | – 15 | Brown clay intermixed with black tar |
| | | 15 | – 19 | Brown clay mixed with black tar |
| 4 | VR | 8.5 | – 10 | Black char, granular, with stringers of plastic tar |
| 8 | AF | 8.5 | – 9 | Moist char layer |
| 12 | AF | 1 | – 5 | Hard silty clay, tar ball stuck in sampler |
| | | 5 | – 6.5 | Clay mixed with tar lense |
| | | 6.5 | – 7 | Tar lense |
| 13 | AF | 10 | – 12 | Tar |
| | | 12 | – 12.5 | Tar and char |
| 15 | DW | 5.9 | – 15 | Char, initially with moisture then becoming hard |
| | | 15 | – 16.8 | Char, initially with moisture then becoming hard |
| 16 | DW | 7 | – 7.5 | Tar and clay mixed |
| 17 | VR | 8.5 | – 9.5 | Tar |
| | | 10 | – 11 | Tar |
| 18 | VR | 4 | – 5 | Tarry clay |
| | | 5 | – 7 | Tar, non–liquid, soft, consolidated and cohesive. |
| 19 | VR | 6 | – 7.5 | Soft Char |
| | | 7.5 | – 8 | Char with tar lenses |
| 22 | AF | 5 | – 6 | Soft char, pliable and moist |
| | | 7.5 | – 8 | Tar lens, liquid |
| | | 9 | – 10 | Softer char |
| | | 10 | – 12.5 | Oily flowing tar |
| | | 13 | – 14 | New tar flow |
| | | 14 | – 14.5 | Soft char |
| 31 | VR | 7 | – 7.8 | Moist soft char |
| 32 | VR | 9 | – 10 | Char, sticky at barrier |
| 34 | VR | 9 | – 10 | Black soft char, pliable, not friable |
| | | 10 | – 11.5 | Soft pliable char |
| 35 | VR | 7.5 | – 8 | Soft pliable char |
| | | 8 | – 8.5 | Soft liquid char |
| 36 | VR | 7 | – 7.5 | Soft pliable char mixed with hard platy char |
| 37 | VR | 7 | – 7.3 | Sticky char, non–flowing |
| 39 | VR | 6.5 | – 7 | 2 inch lens of gooey sticky tar consistency of frosting |
| | | 9.5 | – 10 | Soft tar, mostly oily saturation |
| | | 10 | – 10.4 | Soft tar |
| 40 | AF | 6 | – 7.5 | Slightly sticky semi–soft char; breaking into wafers |
| | | 7.5 | – 8.5 | Friable char, oily and dripping |
| 43 | VR | 9.5 | – 10 | Moist, platy, vitreous char |
| | | 11 | – 12 | Soft pliable/friable char |
| 44 | VR | 7 | – 7.5 | Black tarry char, vitreous amd pliable |

Exhibit 49
6697

TABLE 2

---

**DESCRIPTIONS USED BY E&E**
**AND TRANSLATED AS TAR BY MSG**

---

Black, plastic material mixed with brown silt
Black char, granular, with stringers of plastic tar
Moist char
Hard silty clay, tar ball stuck in sampler
Clay mixed with tar lense
Tar lense
Tar
Tar and char
Tar and clay mixed
Tarry clay
Tar, non–liquid, soft, consolidated and cohesive.
Soft Char
Char with tar lenses
Soft char, pliable and moist
Tar lens, liquid
Softer char
Oily flowing tar
New tar flow
Darker brown clay with small char stringers
Charry silty clay
Moist soft char
Char, sticky at barrier
Black soft char, pliable, not friable
Soft pliable char
Soft liquid char
Soft pliable char mixed with hard platy char
Sticky char, non–flowing
2 inch lens of gooey sticky tar consistency of frosting
Soft tar, mostly oily saturation
Soft tar
Slightly sticky semi–soft char; breaking into wafers
Friable char, oily and dripping
Moist, platy, vitreous char
Soft pliable/friable char
Black tarry char, vitreous amd pliable



**Figure 1**   *ISOPACH MAP OF TARRY MATERIAL THICKNESS (FT)*

**McColl Site Group**

Exhibit 49
6699

Sept. 10, 1991

McColl Site, Group B

Sept 10, 1991



FIGURE 2

CROSS-SECTION THROUGH SEEP AREA
AT PIT LO1

Exhibit 49
6700

## PURPOSE OF A BASELINE RISK ASSESSMENT

- Help determine whether additional response is necessary at the Site

- Modify preliminary remediation goals

- Help support selection of the "no action" remedial alternative, where appropriate

- Document the magnitude of risk at the Site, and the primary causes of that risk

## EXPOSURE

RAGS – Reasonable Maximum Exposure

Former Guidance – Worst case analyses

Examples:
    30 years versus 70 years exposure
    0.2 mg/day ingestion versus 1 mg/day

RESULT:  Drives risk of all alternatives down

## RISK: CHEMICALS AND PATHWAYS

Primary cause of risk for no-action alternative will not change

Chemicals:
      Arsenic
      Benzene

Pathway
      Inhalation of vapors and dust

RESULT:  No significant impact on risk assessment

McColl Site Group  September 10, 1991

Exhibit 49
6703

## LAND USE

RAGS requires risk estimate based on current and future Site uses

- Assume recreation

- Would not change SROA conclusions that:
  - remediation is needed
  - arsenic ingestion poses a risk

McColl Site Group  September 10, 1991

Exhibit 49
6704

## GROUNDWATER

- Groundwater was not addressed in the SROA

- It is a separate operable unit

- Therefore, omission from the SROA of exposure to groundwater chemicals does not mandate a new baseline risk assessment

## PRECEDENT

There is precedent within Region IX for relying on Baseline Risk Assessments performed in accordance with old guidelines.  (South Bay Multi-Site Cooperative Superfund Program)

McColl Site Group  September 10, 1991

Exhibit 49
6706

Environmental
Media

Air

Prevent inhalation
of benzene in
excess of $10^{-4}$
to $10^{-6}$ excess
cancer risk.

Prevent inhalation
of sulfur dioxide
in excess of _____
ppb.        no reference
            dose at this
            time

Prevent inhalation
of arsenic in excess
of 1 ug/kg-day

MSG
   A, C, G, B

(1)  Exhibit 49
     6707

Environmental
Media

Soil

Prevent ingestion/direct contact with soil having arsenic in concentrations in excess of 1 ug/kg-day.

Prevent ingestion/direct contact with soil having excess cancer risk of $10^{-4}$ to $10^{-6}$ for benzene. [1 ppb for $10^{-6}$ risk from oral ingestion.]

Prevent inhalation of benzene posing excess cancer risk of $10^{-4}$ to $10^{-6}$.

Prevent migration of arsenic in excess of 50 ppb to surface or groundwater.

Prevent migration of benzene in excess of 1 ppb to surface or groundwater.

Exhibit 49
6702

$$\frac{MSG}{A, B, D, E}$$

Exhibit 49
6709

| Environmental Media | |
|---|---|
| Solid Wastes | Prevent ingestion/direct contact with wastes having arsenic in excess of 1 ug-kg/day (reference dose) |
| | Prevent ingestion/direct contact with wastes having benzene in excess of $10^{-4}$ to $10^{-6}$ excess cancer risk [1 ppb for $10^{-6}$ risk from oral injestion]. |
| | Prevent inhalation of benzene posing excess cancer risk of $10^{-4}$ to $10^{-6}$. |
| | Prevent migration of benzene in excess of 1 ppb to surface/groundwater. |

Environmental

Media

Soil & wastes

Prevent Migration
of Arsenic in
excess of 50 ppb
to surface / ground-
water

$$\frac{MSG}{B, C, D, E, G}$$

Exhibit 49
6711

Environmental
Media

Groundwater                    Prevent migration of
                               benzene to groundwater
                               aquifer in concentrations
                               greater than 1 ppb.

                               Prevent migration of
                               arsenic to groundwater
                               aquifer in concentrations
                               greater than 50 ppb.

MSG
   D

Exhibit 49
(6)  6712

Environmental Media

Surface water

Prevent migration of benzene to surface water in concentrations greater than 1 ppb.

Prevent migration of arsenic to surface water in concentrations greater than 50 ppb.

MSG
E

Remedial Action Objectives Not Addressed:

(1)  Eliminate community exposure to site odors
(2)  Protect against seismic events
(3)  Provide a site that is compatible with
     the surrounding community
(4)  Balance the reduction in residual
     risk against any implementation risk
     to workers and nearby residents