# EXHIBIT 50

Exhibit 50
6715

1654-04521



215 East Orangethorpe Avenue, Suite 304, Fullerton, California 92632 (714) 665-7391

ᴀR2533

October 18, 1991

SFUND RECORDS CTR
88103066

Mr. John Blevins
U.S. EPA, Region IX
75 Hawthorne Street, H-6-1
San Francisco, California  94105

Re:  McColl Superfund Site

Dear John:

Enclosed is Dr. Charles Satterfield's paper entitled "The Reactions Occurring In the McColl Superfund Site."  As we have discussed in recent technical meetings, Dr. Satterfield has reviewed the McColl Site data and has concluded:

- The original acidic petroleum waste deposited in the sumps has converted over time to a tarry material and an asphaltic cement-like material ("asphaltic cement");

- Three reactions are responsible for converting the original waste into asphaltic cement: (i) acid-catalyzed polymerization and polycondensation of organic material, (ii) acid-catalyzed polymerization and polycondensation of organic material, accelerated by autoxidation, and (iii) acid-catalyzed polymerization and polycondensation of organic material, accelerated by acidified clay and reaction with clay;

- The tarry material is an intermediate product of the reaction mechanisms occurring at the Site and represents waste that has not completely transformed into asphaltic cement; and

- The reactions responsible for converting the original waste into asphaltic cement are not reversible under conditions existing at McColl.

Exhibit 50
6716

The McColl Site Group is composed of
Shell Oil Company, ARCO, Phillips Petroleum, Texaco and UNOCAL



**THE McCOLL SITE GROUP**   215 East Orangethorpe Avenue, Suite 304, Fullerton, California 92632 (714) 665-7391

Mr. John Blevins
October 18, 1991
Page 2


        We believe this particular work product is a good
example of our joint technical effort to further understand the
McColl Site.  We request that this work be submitted into the
administrative record for McColl.

                        Very truly yours,

                        William J. Duchie

Enclosures

cc:  Mr. David B. Jones
     Ms. Pamela Wieman
     Mr. Steve Linder
     Ms. Caroline Rudolph
     Mr. Steve Gaytan
     Mr. Barry Eaton
     Mr. David Bushey
     Mr. Kenneth Ritter
     Mr. Barry Brown
     Mr. Robert Wilson
     Larry Lawton, Esq.

Exhibit 50
6717

The McColl Site Group is composed of
Shell Oil Company, ARCO, Phillips Petroleum, Texaco and UNOCAL.

**THE REACTIONS OCCURRING**

**IN THE McCOLL SUPERFUND SITE**

**Charles N. Satterfield**
**October 11, 1991**

Exhibit 50
6718

# The Reactions Occurring

## in the McColl Superfund Site

Charles N. Satterfield

October 11, 1991

## Executive Summary

The McColl site contains twelve sumps into which acidic petroleum waste was deposited between 1942 and 1946. This waste was a by-product from the manufacturing of high octane aviation fuel during World War II. Site investigations conducted since 1980 have found that the waste has converted to a hard asphaltic cement-like material ("asphaltic cement") with relatively high ash content. Tar material, generally found above the denser asphaltic cement, is also found within the sumps. This tar is an intermediate product and represents waste that has not been completely transformed into asphaltic cement.

The reactions that are responsible for changing the waste into the asphaltic cement are:

(1) acid-catalyzed polymerization and polycondensation of organic material;

(2) the above reactions, accelerated by autoxidation; and

(3) the above reactions, accelerated by acidified clay, and reaction with clay.

These reactions, which are continuing to occur, are not reversible under conditions existing at the McColl Site.

Clay, which is contained in the soils surrounding the sumps and other materials placed on top of the waste, has played a key role in the reactions and is the likely source of the ash found in the asphaltic cement-like material. By acidification from the sulfuric acid, the clay became a catalyst for polymerization/condensation reactions and this, combined with the clay's high adsorbent capabilities, led to the formation of an asphaltic

Exhibit 50
6719

cement-like material.

1. Introduction

The McColl Site is an inactive waste disposal facility located in the city of Fullerton, California.  According to McColl Site records, the facility accepted acid petroleum waste between 1942 and 1946 (Radian, February 4, 1983), which was placed in twelve excavated sumps.

During the 1950's at least three of the sumps in the Ramparts area were covered with drilling mud from various California oil fields.  The western sumps were later covered with natural fill materials during the construction of the Los Coyotes Country Club golf course in the late 1950's.

Various site investigations have been conducted since 1980 to identify the types and quantities of wastes at the McColl Site.  Results of these investigations indicate that the waste originally placed in the sumps in the 1940's has been transformed into tar and an asphaltic cement-like material ("asphaltic cement"), the latter sometimes termed "char." The asphaltic cement is more dense than the tar.  In general the more dense asphaltic cement is found at the bottom portion of the sumps, while the less dense tar is found in the upper portions.  It appears that pockets of tar also exist within the asphaltic cement.

This paper addresses the possible reactions that have occurred at the McColl Site that have resulted in changing the original waste into the present composition.


2. Origin and Original Composition of Waste

The waste that was deposited in the McColl sumps is described as a waste product from the production of high octane aviation fuel during World War II by alkylation of

isoparaffins catalyzed by sulfuric acid. In the alkylation reaction, isobutane is mixed with $C_3$ - $C_5$ olefins at ambient pressure and a temperature in the range of 45-70°F, in the presence of sulfuric acid. The product consists essentially of $C_7$ - $C_9$ isoparaffins and its octane number is quite sensitive to the concentration of $H_2SO_4$. The sulfuric acid becomes diluted with water and organics dissolved in it. Fresh acid is typically charged at 98-99.5 wt% $H_2SO_4$ and is discarded typically at about 90 wt% (Putney, 1959).

The organic material in the acid can come from several sources. Mercaptans and hydrogen sulfide are present in nearly all untreated light olefin feedstocks (Putney, 1959), and these would dissolve into the acid. Water may be present in small amounts in the feedstocks, either absorbed or entrained, which dilutes the acid. Olefins can polymerize with each other, a reaction that is minimized by using a great excess of isobutane to olefins in the alkylation reactor, yet some can still occur, the resulting polymeric material going into the acid. Abraham (Vol. 1, pp. 78-79) states that concentrated sulfuric acid removes unsaturated and aromatic hydrocarbons, asphaltic bodies, and "saponifiable bases" by a complex combination of formation of sulfo derivatives, simple solutions and polymerization.

In summary, the organic constituents in the original waste consisted of undefined material of varying molecular weight and composition, formed by polymerization-condensation side reactions of the ideal feedstocks, together with other complex reactions from impurities, plus various dissolved species. The original acid concentration in the waste was probably about 90% $H_2SO_4$. More details are given, for example, in the review by Putney (1959). It is important to note that essentially no "ash" or non-combustible mineral matter would have been present in the original waste.

**3**

Exhibit 50
6721

### 3.  Present Composition of Waste Material

From the data available to me, there are only two sets of chemical analyses that seem to distinguish between tar and "char" in the sumps.

In 1983 Radian, in a "McColl Phase II study," reported on samples obtained in an earlier Phase I study in 1982 from cores at Ramparts R-1, R-2, and R-5, and Los Coyotes L-1 and L-2. Two samples from each of the five cores were analyzed. Eight of the ten fell into a class termed W-4 and were described as (Radian, 23 Feb., p. 1-1) "a hard, black, asphaltic waste with a slight rubbery texture." The analysis showed an average ash content of 48% by weight, sulfur of 8.1%, a pH of 1.5 and a bulk density of 1.1 g/cm³ (disturbed material). The Radian report did not provide data on the ash content of individual samples.

The EPA Pre-Publication Report (September, 1990) gives information on samples of "raw mud, raw tar, raw char and treated tar" from the L-4 sump. Table 1 summarizes relevant data from the report. The proximate and ultimate analyses were performed on four sets of samples. As stated on page 4-94 of the EPA report, "In all of these analyses, some volatile matter was driven off of the sample when it was heated to 105 °C to determine the moisture fraction. Also, the moisture content of these samples may be higher than undisturbed waste due to the foam vapor suppressants sprayed on the waste, which contained large amounts of water."

As shown in Table 1, the EPA report notes that "the raw tar sample contained a high percentage of combustible material, . . . an ash content of less than 2 percent, and a high sulfur content of 10.6 percent" and "raw char has a fairly high ash level of about 55

<u>4</u>

Exhibit 50
6722

percent, a sulfur level of 4.5 percent."

**TABLE 1.  TRIAL EXCAVATION WASTE SAMPLE ANALYSIS**

**PROXIMATE AND ULTIMATE (AS-RECEIVED BASIS)**

Ref:  EPA, September 1990 (Table 4-16)

| Parameter | Raw tar | Raw char |
|---|---|---|
| Proximate | | |
| Moisture, wt %[a] | 11.6 | 21.2 |
| Volatiles | 69.9 | 20.1 |
| Fixed carbon, wt %[b] | 16.9 | 4.0 |
| Ash, wt % | 1.6 | 54.7 |
| | | |
| Ultimate | | |
| Carbon, wt % | 51.1 | 8.6 |
| Hydrogen, wt % | 5.4 | 3.7 |
| | (4.1)[c] | (1.3)[c] |
| Sulfur, wt % | 10.6 | 4.5 |
| Nitrogen, wt % | 0.1 | 0.1 |
| Oxygen, wt %[d] | 31.1 | 28.3 |
| | (20.8)[c] | (9.5)[c] |

-------------------------------------------------------------------------------------
[a]  Moisture includes some volatiles lost at 105°C.
[b]  Fixed carbon determined by difference in proximate analysis.
[c]  Excludes hydrogen and oxygen contained in water.
[d]  Oxygen determined by difference in ultimate analysis.
-------------------------------------------------------------------------------------

The EPA report also provides proximate and ultimate analyses performed on core samples collected from various depths in sump L-4.  Results from the proximate analyses further indicate that higher ash contents are found at greater depths within the sumps. For a sample believed to be tar, the ash content was 14.7%.  In comparison, two deeper samples believed to be the asphaltic cement had ash contents of 49.4% and 53.8%. Results from the ultimate analyses indicated that total sulfur content ranged from 10.4 to

**5**

Exhibit 50
6723

14.5% for the asphaltic cement and tarry material, respectively.  These analyses give the total sulfur present but not the form in which the sulfur is combined.


4.  Presence of Clay at the McColl Site

Waste from an alkylation unit in a refinery would be expected to contain negligible amounts of ash, which is mineral matter.  The one analysis in Table 1 appears to be the best available at present for "raw tar."  Particularly noteworthy, however, is that all eight samples of asphaltic cement from the Radian analyses, the raw "char" from the more recent EPA study, and the lower bore samples contained large amounts of ash, averaging in the neighborhood of 50%.  This suggests the possibility that substantial amounts of clay were introduced into the waste sumps from the surrounding soil as well as from drilling muds and other sources.  Most of the asphaltic cement was probably formed by reactions between the waste and the clay material.

The boring logs prepared by CH$_2$M Hill in 1987 show that material containing clay was present in all borings of soil near the sumps (LO-SO-01 through LO-SO-09 and RA-SO-01 through RA-SO-07).  The soil was described in many cases as clayey silt, silty clay, clayey sand or sandy clay.  Radian (Feb. 15, 1983), p. 3-23, gives a diagram of soil textural classes from a book by Hillel, "Soil and Water Physical Principles and Processes," that shows that these definitions mean that the clay content is at least 30%.  According to the boring logs, almost without exception, clay was present in the top 15-20 feet of the soil and in many cases also much lower.

Drilling mud consists essentially of bentonite clay which mostly consists of a type

**6**

Exhibit 50
6724

of clay having a chemical structure termed "montmorillonite." Radian (15 Feb. 1983), p. 2-1, states that in the early to mid-1950's, drilling mud was used to cover some of the sumps in the Ramparts section while in the late 1950's the western sumps were covered during the construction of the Los Coyotes golf course. (This cover is described, p. 3-15, as being clayey topsoil). The drilling logs of $CH_2M$ Hill give information on nine boreholes drilled in the Ramparts sumps. These show that drilling muds were disposed of in the R-1, R-2 and R-4 sumps. The $CH_2M$ Hill drilling logs also indicate the presence of clay material above the waste within sumps. The Ecology and Environment report (1991) on the subsurface investigation at sump L-1 indicated significant clay cap material, up to as much as 10 feet in thickness.

Radian (17 Mar., p. 3-15) further quotes a soil survey by Wachtell in 1978. The natural soils in the Ramparts area are described as being primarily clays and clayey loams. From the soil survey, the Los Coyotes area is reported as consisting mostly of a sandy loam with clays possibly occurring along the western edge.

## 5. Reactions

To obtain an understanding of the probable reactions and changes in composition of the McColl wastes over the last 45 to 50 years requires piecing together data and information from a variety of sources. Several observations and facts are pertinent:

Source of $SO_2$: It is evident that sulfuric acid is slowly reduced to $SO_2$ by organic material in the alkylation waste. Kalichevsky and Stagner (1942), p. 76, give data on the increase in $SO_2$ over a 21-day period in a waste from treatment of cracked gasoline. A

7

Exhibit 50
6725

fresh acid waste from refining of heavy oils analyzed 1.37% $SO_2$ and this amount of $SO_2$ increased as the waste aged (Kalichevsky and Stagner, p. 122). The $H_2SO_4$ in the waste at McColl may still be slowly reduced to $SO_2$ by organic material present. However, $SO_2$ has a considerable solubility in $H_2SO_4$. The $SO_2$ that escapes to the atmosphere when McColl waste is first exposed probably represents release of entrapped gas and dissolved $SO_2$.

Polymerization and Condensation: The presence of sulfuric acid will catalyze the polymerization and condensation of unsaturated compounds to form higher molecular weight material. These reactions will occur in the absence of air but are accelerated by oxygen (see "Autoxidation" below). The most reactive compounds disappear first so the process as a whole will steadily decrease in rate with time. Some compounds such as saturated hydrocarbons will never polymerize in the absence of oxygen but may become autoxidized or adsorbed onto clay. This explains why tar, which is an intermediate product between the waste and asphaltic cement, still exists within the sumps.

Autoxidation: It has been observed that tar appearing on the surface as tar seeps often hardens rapidly. This is a type of polymerization/condensation which is set off by oxygen and is termed autoxidation. Autoxidation is defined as a spontaneous, self-catalysed oxidation from air and occurs with a large variety of substances. An example of autoxidative polymerization occurring at ambient conditions is the commonly-experienced use of an oil-base paint. Upon exposure to air, the paint thickens and hardens. There are many other examples. The viscosity of a vegetable oil such as linseed oil is increased by blowing with air at moderately elevated temperature.

<u>8</u>

Exhibit 50
6726

Similarly the viscosity of asphalt is increased by air blowing (Barth, 1962).  Many years ago Kalichevsky and Kobe (p. 107) reported that lubricating oil acid wastes "may be allowed to solidify on standing."

A principal purpose of sulfuric acid treatment of petroleum products is to remove components especially susceptible to autoxidative polymerization, since this reaction leads to the formation of insoluble gums in gasoline and distillate fuels and sludges in lubricating oils.  The reactions are highly complex but may be divided into two types, dehydropolymerization and polycondensation.  The two types may be symbolized in general as:

$$RH + R'H \xrightarrow{\ O_2\ } R{\cdot}R' + H_2O \ \ \text{etc.} \qquad (1)$$

$$R(O)H + R'(O)H \dashrightarrow \ R{\cdot}R' \ \text{or} \ R(O)R' + H_2O \ \ \text{etc.} \qquad (2)$$

Here RH and R'H represent hydrocarbons from which, in an overall sense, hydrogen is removed by oxygen to form $H_2O$, accompanied by combination of the two hydrocarbons to form a larger molecule, R'R'.  The process then repeats.  R(O)H and R'(O)H represent insertion of oxygen from the air as the first step, followed by elimination of $H_2O$ and condensation.  Again, the process repeats to form higher molecular weight products.

Unsaturated bonds, e.g., those in olefinic compounds and aromatics, are particularly susceptible to autoxidation but the degree of reactivity varies greatly with structure.  Some sulfur and nitrogen compounds even in small amounts greatly accelerate the oxidation rate (Lundberg, Vol. II, p. 716), while other materials act as inhibitors.  Thus the overall oxidative polymerization rate can vary greatly with slight changes in

**2**

Exhibit 50
6727

composition.  This explains why one tar seep at McColl may harden rapidly while another may remain fairly soft.

The most probable mechanism in dehydropolymerization (reaction 1) involves initial reaction with oxygen to form a hydroperoxide which in turn decomposes to initiate a polymerization reaction that proceeds by a free-radical (or ionic) chain mechanism.

In polycondensation (reaction 2) the initial reaction is that of oxygen with the organic to form an acid, alcohol or similar oxygenated structure.  These then combine with the release of water.  A simple example in commerce is the manufacture of polyester polymers by condensation of a dicarboxylic acid and a dihydroxy alcohol.  More information on oxidative polymerizations is given in books by Scott (1965) and a two-volume compilation edited by Lundberg (1962).

Autoxidation would accelerate the conversion of the original waste to a thicker tarry material, but this would depend on the extent to which air could have access to the waste.  One can visualize two extremes:  (1)  Waste was disposed on a rotating basis amongst several sumps, forming a relatively thin layer and with considerable intervals between disposals.  This would maximize autoxidation. (2)  One sump at a time was filled, reducing the opportunity for autoxidation.

Sludge Asphalts:  Some further clues come from scattered information on so-called "sludge asphalts."  For many years (e.g., 1910-1950) these were produced from sulfuric acid sludge resulting from treatment of a variety of petroleum products in refineries.  A great variety of methods were used to treat the sludge with the objective of producing asphalt of desired physical properties.  Samples of six sludge asphalts were

**10**

Exhibit 50
6728

examined by Abraham (Abraham, p. 192).  Most of his characterizations are of minor interest here, but he reports that his sludge asphalts had a high sulfur content, from 5.4 to 8.7 wt%.  He also comments that sludge asphalts significantly differ from other asphalts in having a high percentage of oxygen, but gives no data.  He also reported that air blowing of sludge asphalts hardens the sludge.

## 6.  What Happens When Clays Contact An Acidic Hydrocarbon Waste?

First and foremost, clayey material at McColl, when contacted with acid waste, was transformed into a solid acid catalyst.  This catalyzed polymerization/condensation and simultaneously the products were adsorbed onto the acidic clay, forming an asphaltic cement-like material.  The following describes how the solid acids are formed and then how the clayey material could have contacted and converted the waste.

Clays after acid treatment have been used for decolorization of mineral oils since the 1920's and the first petroleum cracking catalysts (early 1930's) were prepared by first treating bentonite clay with sulfuric acid (Ryland et al., p. 14).  The reactions of sulfuric acid with a clay are complex, but they involve replacement of exchangeable cations with hydrogen to form so-called acid-clays, together with various degrees of dissolution of the clays and precipitation of new phases.  These changes depend on acid concentration, temperature and time of contact.

Clays are hydrated aluminosilicates that exist in a variety of types of structures. Two of the types commonly found are:

Kaolin (ideal) $Al_4Si_4O_{10}(OH)_8 \cdot nH_2O$

**11**

Exhibit 50
6729

Montmorillonite (ideal) $(Al_{3.15}Mg_{0.85})Si_{8.0}O_{20}(OH)_4X_{0.85} \cdot nH_2O$

where X = monovalent cation

Drilling muds consist essentially of bentonite, a montmorillonite type of clay, which swells in water to form a thixotropic gel. The above two types are the "ideal" compositions but in nature impurities may be present.

As an example of the effects of acid treatment, Mills et al. (1950) give detailed information on the degree of removal of various cations from a variety of bentonite clays using 5-20% sulfuric acid at 93°C for times of up to 16 hours, followed by extensive washing. Impurities (Ca, Mg, Fe) in the ideal montmorillonite structure are typically present in the order of 1-4 wt.% each. For a representative case, the percent removal of various ions as reported by Mills et al. was Na, 90%; Ca, 96%; Mg, 60%; Fe, 63%; Al, 47%. In the case where a clay is mixed with McColl acidic waste, clay would be converted into the acidic form by replacement of cations, together with varying degrees of solution of alumina, followed by complex precipitation of hydroxides as pH rose with gradual disappearance of sulfuric acid.

Benesi (1956) prepared samples of hydrogen-exchanged montmorillonite and kaolinite by treatment with an ion-exchange resin in the acid form, so as to avoid the dissolution-precipitation of the clayey material. He reported that the clays had acid strengths, in terms of the Hammett acidity function, Ho, of about -5.6 to -8.2. These were determined by colorimetric indicator methods (see, e.g., Satterfield, 1991) and this acid strength is equivalent to a sulfuric acid concentration of 71 to 90% (Benesi, 1956). The acidified clays can thus catalyse the same polymerization/condensation (and other

**12**

Exhibit 50
6730

reactions) as concentrated sulfuric acid. In addition, these acidified clays are also good adsorbents. The combination leads to the formation of an asphaltic cement-like material.

Contact of acid waste with clayey material could have occurred at McColl in at least three different ways.

$\underline{A}$. The sides of the sumps were sloped. As waste was deposited down the slopes there would have been opportunity for the concentrated acid in the waste to dissolve and/or suspend clayey material. Upon subsequent drop in sulfuric acid concentration by rainwater, reduction to $SO_2$, etc., converted clayey-type material would precipitate and/or coagulate with polymeric carbonaceous material to form an asphaltic cement.

$\underline{B}$. In sumps covered with drilling mud or a clay cap, contact of waste and the clayey material could have caused the same processes as in ($\underline{A}$) above. The EPA 1990 report in Appendix F (p. F-2) gives the density of raw char as 74 lb/ft$^3$ and raw tar as 33 lb/ft$^3$, as measured in the field by weighing a 5-gallon bucket of waste material. The value for tar seems low, but in any event the density of asphaltic cement would be expected to be greater than that of tar, so it would tend to settle, providing a mechanism for gross mixing when drilling mud was dumped on top of tar in the sumps. The difference in density between the two materials would also explain why the less dense tar material would be found above the much denser asphaltic cement. Small pockets of tar may also exist within the asphaltic cement. These could be due to non-reactive tar trapped within the asphaltic cement matrix, or tar which is only slowly converting to asphaltic cement because of lack of oxygen.

**13**

Exhibit 50
6731

C. Other sumps are presently covered with several feet of soil. This soil generally appears to contain clayey material that would react as in A and B above.

As described above, it becomes evident that clays play a key role in conversion of tar to asphaltic cement. In summary:

A. Clays are converted to the acidic form by sulfuric acid.

B. Acidified clays dissolve/disperse.

C. The converted clays precipitate and/or coagulate as acid concentration drops. Simultaneously, the clays

· catalyze polymerization reactions, and

· adsorb polymeric materials and gradually become inactive as they

  become coated.

The result is the formation of an asphaltic cement.


## 8. Can Asphaltic Cement Be Converted into Tar?

Acid catalysts such as sulfuric acid and acidified clay can catalyze a wide variety of reactions of hydrocarbons and other organics.   (Satterfield, 1991, Chapter 7; Tanabe, 1970; and other sources):  Polymerization and condensation reactions readily occur and the polymeric products are adsorbed onto the clay. As these products accumulate, they surround the clay particles and the clay becomes inactive.

The reactions described here all occur spontaneously at ambient conditions and are mildly exothermic (i.e., give off heat). Likewise the adsorption of waste onto clay is exothermic. Thus the reverse of these reactions cannot occur spontaneously under the

**14**

Exhibit 50
6732

same conditions that drove them forward.  To convert an asphaltic cement into a tar would require a high temperature pyrolysis (which is endothermic, i.e., soaks up heat) or some form of hydrogenation in massive processing equipment.  None of these conditions exist at the McColl site.

There is no theory or evidence that asphaltic cement in the McColl sumps will be converted back into tar under the conditions there.  Everyday observations and knowledge of reactions occurring with carbonaceous materials indeed all indicate that conversions are in the opposite direction.  For example, in mining coal one does not observe tarry material accompanying it, and an asphalt road gradually becomes harder rather than softer with time.

**15**

Exhibit 50
6733

## References

1.   Abraham, H., "Asphalts and Allied Substances," 6th ed., 5 volumes, van Nostrand, 1960.

2.   Barth, E.J., "Asphalt:  Science and Technology," Gordon and Breach, 1962.

3.   Benesi, H., J. Am. Chem. Soc., 78, 5490 (1956).

4.   Ecology and Environment, Inc., Report to the EPA dated February 20, 1991.

5.   EPA Technology Evaluation Report, Pre-Publication Report, September, 1990. Section 4.7.

6.   Kalichevsky, V.A. and Stagner, B.A., "Chemical Refining of Petroleum," Reinhold, 1942.

7.   Kalichevsky, V.A. and Kobe, K.A. "Petroleum Refining with Chemicals," Elsevier, 1956.

8.   Lundberg, W.O., ed., "Autoxidation and Antioxidants," 2 vol.  Wiley, 1962.

9.   Mills, G.A., Holmes, J., and Cornelius, E.B., J. Phys. Colloid Chem., 54, 1170 (1950).

10.  Putney, D.H., "Sulfuric Acid Alkylation of Paraffins," in "Advances in Petroleum Chemistry and Refining," K.A. Kobe and J.J. McKetta, Jr., eds., Vol. II, 1959, p. 313.

11.  Radian Report DCN 83-211-078-01-01, Technical Memorandum, 4 February 1983.

12.  Radian Report DCN 83-211-078-01-03, Tech. Memorandum, 15 February 1983.

13.  Radian Report DCN 211-078-04-01, Tech. Memorandum, 23 February 1983.

14.  Radian Report DCN 83-211-078-01-01, Tech. Memorandum, 17 March 1983.

Exhibit 50
6734

15.   Radian, Final Report, June 1983.

16.   Ryland, L.B., Tamele, M.W., and Wilson, J.N., in "Catalysis," P.H. Emmett, ed., Vol. 7, p. 1 (1960).

17.   Satterfield, C.N., "Heterogeneous Catalysis in Industrial Practice," 2nd ed., McGraw-Hill, Chapter 7, 1991.

18.   Scott, G., "Atmospheric Oxidation and Antioxidants," Elsevier, 1965.

19.   Tanabe, K., "Solid Acids and Bases:  Their Catalytic Properties," Kodansha (Tokyo), Academic, 1970.

Exhibit 50
6735