# EXHIBIT 51

Exhibit 51
6736

SFUND RECORDS CTR
1654-93482



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX
75 Hawthorne Street
San Francisco, Ca. 94105-3901

AR2581

SFUND RECORDS CTR
88109508

March 17, 1992

Mr. William Duchie
The McColl Site Group
215 East Orangethorpe Avenue
Suite 304
Fullerton, CA 92632

Dear Bill:

    This letter is to confirm EPA's decision regarding the presentation of the viable alternatives in the McColl Supplemental Reevaluation of Alternatives II (SROA II), which is expected to be released in April 1992. As you are aware, the following alternatives will be fully evaluated:

1. Full in-situ Solidification
2. Soft Material Solidification
3. Selective Excavation (MSG proposal)
4. Partial Treatment (MSG proposal without excavation)
5. On-site incineration
6. Containment
7. Closure
8. No action

    I would like to acknowledge the fact that all of the in-situ solidification alternatives mentioned above were developed as a result of the MSG submitting their selective excavation proposal. EPA believes that the partial treatment, soft material solidification, and full in-situ solidification alternatives are adaptations of the technical concept presented in the MSG proposal.

    As we mentioned during our meeting on March 5th, we have developed a format for the SROA II which includes the MSG proposal without undertaking duplicative effort or incurring additional cost while allowing for a fair and unbiased analysis. While the presentation for the MSG proposal and the EPA developed proposal are different all of the alternatives are considered viable and will be treated equally.

    It is important to remember that EPA plans to evaluate each of the eight alternatives mentioned above using the 9 criteria mentioned in the NCP and we plan to discuss all of the alternatives equally in the Proposed Plan.

*Printed on Recycled Paper*

Exhibit 51
6737

-2-

I would also like to confirm MSG's commitment to provide EPA with a summary of the changes that have been incorporated into the selective excavation alternative since the MSG original proposal dated February 12, 1991. Your proposal continues to evolve and we believe it would be helpful to have all the changes summarized in one document. We look forward to receiving this information as soon as possible.

If you have any questions feel free to contact either myself or Pam Wieman at (415) 744-2241, (415) 744-2242 respectively.

Sincerely,

John B. Blevins, Chief
Southern California Section

cc: IAC Members
L. Goldshimdt, Sierra Club
F. Felter, EPA
G. Ritter, EPA
A. Ng, ICF
D. Bushey, FHCA
A. Knaster, Mediation Institute

Exhibit 51
6738