# EXHIBIT 52

Exhibit 52
6739

*327,000 tons*
*Char pre-treatment*
*2:1 c/char ratio*



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX
75 Hawthorne Street
San Francisco, Ca. 94105

AR2492

SFUND RECORDS CTR
1654-92434

SFUND RECORDS CTR
88108462

July 25, 1991

Mr. William Duchie
McColl Site Group
c/o Shell Oil Company
511 N. Brookhurst Street
Anaheim, CA  92803

Dear Bill:

    Enclosed are some cost estimates that we have developed for off-site incineration of the McColl waste.  These estimates consider total waste excavation, on-site storage, tarry waste treatment, off-site transport, and off-site incineration for two potential treatment facilities:

1) the Rollins Environmental Services, Deer Park, Texas facility and 2) the Chem Waste Management Kettleman Hills facility.

    It should be noted that the Deer Park facility is the closest operating commercial incinerator of sufficient size that could handle the volume of McColl wastes.  Chemical Waste Management has applied for permits to construct a commercial hazardous waste incinerator at Kettleman Hills.  The construction of this facility has not been approved to date; however, Chemical Waste Management, Inc. has indicated that an operational incinerator at Kettleman Hills is anticipated by the first quarter of 1993, and that the project is on tract and that the incinerator "in all likelihood will be built."  For this reason, cost estimates were developed for the Kettleman Hills facility, assuming the incinerator will be on line in 1993.

    Some simple assumptions were made to allow the cost estimation to occur.  The assumptions are as follows:

    1) Rotary kiln incineration was chosen as the representative technology type

    2) Excavation under an enclosure would occur as detailed in the SITE applications analysis report

    3) Both the tar and char would need to be pretreated on-site prior to shipment off-site

    4) The waste material would be shipped off-site via trucks

*Printed on Recycled Paper*

Exhibit 52
6740

5) Ash disposal would be undertaken by incineration company

6) Incineration capacity is nominally 100 tons/day

7) Rollins Environmental Services facility in Deer Park, Texas was identified as the closest operating permitted unit

8) Chemical Waste Management facility in Kettleman Hills was identified as the most likely future operating unit in California

9) Bid and scope contingencies were estimated at 12%

10) Costs were assumed to escalate at 5% per year

11) Incineration costs are estimated at 60 cents/lb

Based on the above assumptions, the costs (in millions) for the two facilities are as follows:

| | DEER PARK, TX | KETTLEMAN HILLS, CA |
|---|---|---|
| EXCAVATION AND STORAGE | 62 | 62 |
| TAR TREATMENT | 5 | 5 |
| CHAR TREATMENT | 16 | 16 |
| TRANSPORTATION | 85 | 12 |
| INCINERATION AND ASH DISPOSAL | 392 | 392 |
| TOTAL | $ 560 | $ 487 |
| CONTINGENCIES | 67 | 58 |
| TOTAL PLUS CONTINGENCIES | $ 627 | $ 545 |
| TOTAL COST WITH 5% PER YEAR ESCALATION | $ 800 | $ 696 |
| REMEDIAL OPERATIONS TIMEFRAME | 6 years (based on 100 tons/day) | 6 years (based on 100 tons/day) |

Exhibit 52
6741

If you have any questions or would like to discuss this in further, please let me know and we can discuss at our August 6th meeting.

Sincerely,

Pam Wieman, Project Manager
McColl Superfund Site

cc: D. Jones, EPA
    J. Blevins, EPA
    S. Linder, EPA
    C. Rudolph, DHS

Exhibit 52
6742