# EXHIBIT 53

Exhibit 53
6743

SFUND RECORDS CTR
1654-92436



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

REGION IX

**75 Hawthorne Street**
**San Francisco, Ca. 94105**

AR2495

SFUND RECORDS CTR
**88108464**

0 2 AUG 1991

Dear IAC Member:

Enclosed are some cost estimates that EPA developed for off-site incineration of the McColl waste. These estimates consider total waste excavation, on-site storage, tarry waste treatment, off-site transport, and off-site incineration for the following two potential treatment facilities:

1) Rollins Environmental Services, Deer Park, Texas

2) Chem Waste Management, Kettleman Hills, California

It should be noted that the Deer Park facility is the closest operating commercial incinerator of sufficient size that could handle the volume of McColl wastes. Chemical Waste Management has applied for permits to construct a commercial hazardous waste incinerator at Kettleman Hills. The construction of this facility has not been approved to date; however, Chemical Waste Management, Inc. has indicated that an operational incinerator at Kettleman Hills is anticipated by the first quarter of 1993, and that the project is on track and that the incinerator "in all likelihood will be built." For this reason, cost estimates were developed for the Kettleman Hills facility assuming the incinerator will be on line in 1993.

Some simple assumptions were made to allow the cost estimation to occur. The assumptions are as follows:

1) Rotary kiln incineration was chosen as the representative technology type

2) Excavation under an enclosure would occur as detailed in the SITE applications analysis report

3) Both the tar and char would need to be pretreated on-site prior to shipment off-site

4) The waste material would be shipped off-site via trucks

5) Ash disposal would be undertaken by incineration company

6) Incineration capacity is nominally 100 tons/day

7) Bid and scope contingencies were estimated at 12%

*Printed on Recycled Paper*

Exhibit 53
6744

-2-

8) Costs were assumed to escalate at 5% per year

9) Incineration costs are estimated at 60 cents/lb

Based on the above assumptions, the costs (in millions) for the two facilities are as follows:

| | DEER PARK,TX | KETTLEMAN HILLS, CA |
|---|---|---|
| EXCAVATION AND STORAGE | 62 | 62 |
| TAR TREATMENT | 5 | 5 |
| CHAR TREATMENT | 16 | 16 |
| TRANSPORTATION | 85 | 12 |
| INCINERATION AND ASH DISPOSAL | 392 | 392 |
| TOTAL | $ 560 | $ 487 |
| CONTINGENCIES | 67 | 58 |
| TOTAL PLUS CONTINGENCIES | $ 627 | $ 545 |
| TOTAL COST WITH 5% PER YEAR ESCALATION | $ 800 | $ 696 |
| REMEDIAL OPERATIONS TIMEFRAME | 6 years (based on 100 tons/day) | 6 years (based on 100 tons/day) |

One of the actions contemplated by the National Contingency Plan (NCP) is the screening of remedial alternatives during the formulation stage. The NCP details three criteria by which alternatives should be evaluated during screening. These criteria are effectiveness, implementability and cost. If an alternative can not pass one of these screening criteria, then it should be eliminated from further consideration.

The language contained in the NCP {section 300.430 e7(iii)} related to the cost criteriom reads as follows:

Exhibit 53
6745

-3-

"... Alternatives providing effectiveness and implementability similar to that of another alternative by employing a similar method of treatment or engineering control, but at greater cost, may be eliminated."

When comparing the on- versus off-site thermal destruction (using rotary kiln incineration as the example) alternatives with the screening criteria as a guide, EPA has made a determination that off-site thermal destruction will no longer be considered a viable alternative for the remediation of the McColl site.  If you look at the effectiveness of the two alternatives, they are similar, if not the same, in that all of the hazardous material at the site will be permanently removed.  When examining the implementability criterion the alternatives are similar.  Both alternatives will be difficult to implement.  Implementation of on-site thermal destruction will be difficult due to air emissions.   Implementation of off-site thermal destruction will be difficult due to air emissions and transportation concerns. Therefore with the effectiveness and implementability of these two options not being significantly different, and the estimated cost of off-site thermal destruction being considerable higher, it is appropriate to screen out off-site thermal destruction from further consideration.

The final estimated cost of on-site thermal destruction has not been calculated, but EPA is confident (due to the fact that processing costs for off-site incineration are being quoted at $1200/ton while on-site costs are being quoted at $150/ton) that it will not approach the 700 to 800 million dollar cost estimated for off-site thermal destruction.

If you have any questions or would like to discuss our decision on this issue, feel free to call us at (415) 744-2242 or (415) 744-2243, respectively.

Sincerely,

Pam Wieman, Project Manager
McColl Superfund Site

Steve Dander, Project Manager
McColl Superfund Site

cc:  D. Jones, EPA
     J. Blevins, EPA
     David Bushey
     Adam Ng, ICF
     Bill Duchie, MSG
     McColl Repository

Exhibit 53
6746

## McColl IAC Distribution List

| NAME | TITLE | COMPANY | ADDRESS | CITY | STATE | ZIP |
|------|-------|---------|---------|------|-------|-----|
| Mr. Barry Eaton | Chief Planner | City of Fullerton | 303 W. Commonwealth Ave. | Fullerton | CA | 92632 |
| Mr. Chris Meyer | Asst. City Manager | City of Fullerton | 303 W. Commonwealth Ave. | Fullerton | CA | 92632 |
| Mr. Frank Hamamura | Dist. Engineer | DHS, Public Water Supply Branch | 28 Civic Center Plaza, Rm. 275 | Santa Ana | CA | 92701 |
| Hon. William Dannemeyer | Attn: Brett Barbre | | 1235 N. Harbor Blvd., Suite 100 | Fullerton | CA | 92632 |
| Mr. Ken Williams | | CRWQCB, Santa Ana | 6809 Indiana Ave., Suite 200 | Riverside | CA | 92506 |
| Mr. Kurt Berchtold | | CRWQCB, Santa Ana | 6809 Indiana Ave., Suite 200 | Riverside | CA | 92506 |
| Mr. Mark Leary | | DHS - Stringfellow/McColl | 714/744 P St., P.O. Box 942732 | Sacramento | CA | 94234-7320 |
| Mr. Nabil S. Henein | | City of Buena Park, Env. Svs. | 6650 Beach Blvd. | Buena Park | CA | 90620 |
| Ms. Patricia Henshaw | Haz. Waste Specialist | Dept. of Env. Health, Orange Co. | P.O. Box 355 | Santa Ana | CA | 92702 |
| Mr. Robert Merryman | Director | Dept. of Health, Orange Co. | P.O. Box 355 | Santa Ana | CA | 92702 |
| Mr. Robert Allen | | Orange Co. Env. Health | P.O. Box 355 | Santa ana | CA | 92702 |
| Mr. Steve Gaytan | | DHS - Special Projects | 714/744 P St., P.O. Box 942732 | Sacramento | CA | 94234-7320 |
| Mr. Ted Commerdinger | Assc Planner | City of Fullerton | 303 W. Commonwealth Ave. | Fullerton | CA | 92632 |
| Mr. Ted Kowalczyk | | South Coast Air Quality Mgmt Dist | 9150 Flair Drive | El Monte | CA | 91731 |
| Ms. Mohsen Nazemi | Engineering Division | South Coase Air Quality Mgmt Dist | 9150 Flair Drive | El Monte | CA | 91732 |
| Mr. William M. Draper | | DHS - Stringfellow/McColl | 714/744 P St., P.O. Box 942732 | Sacramento | CA | 94234-2913 |
| Mr. William Vance | | DHS/Hazardous Waste Toxics Sect. | 714 P Street | Sacramento | CA | 95814 |
| Ms. Caroline Rudolph | | DHS/TSCP Special Projects | 714/744 P St., Box 942732 | Sacramento | CA | 94234-7320 |
| Mr. Ed Pupka | Air Toxics Ctrl Brch | South Coast Air Quality Mgmt. Dist | 9150 Flair Drive | El Monte | CA | 91731 |

Exhibit 53
6747