# EXHIBIT 54

Exhibit 54
6748



**South Coast
AIR QUALITY MANAGEMENT DISTRICT**
9150 FLAIR DRIVE, EL MONTE, CA 91731    (818) 572-6200

SFUND RECORDS CTR
1654-04518

AR2519

SFUND RECORDS CTR
88103063

September 24, 1991

Mr. John Blevins
Section Chief
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, California 94105

Dear Mr. Blevins:

Thank you for providing us with a copy of EPA's cost estimates that were developed for off-site incineration of the McColl Waste, as detailed in EPA's letter dated August 2, 1991 (copy attached).

For remediation of Superfund sites, the Superfund program has established a methodology to evaluate potential remedial options. As pointed out in the attached EPA's letter, one of the actions contemplated by the National Contingency Plan (NCP) is the screening process of remedial alternatives during the formulation stage. EPA has performed an evaluation of the three criteria (effectiveness, implementability and cost) required for the screening of remedial alternatives, and has determined that effectiveness and implementability of the on-site and off-site incineration alternatives are similar, if not the same. It is then stated that, since the estimated cost of off-site incineration is significantly higher ($1,200/ton for off-site incineration versus $150/ton for on-site incineration), it is appropriate to screen out the off-site incineration alternative from further consideration pursuant to NCP Section 300.430 e7(iii). As a result, EPA has made the determination that off-site incineration will no longer be considered as a viable alternative for the remediation of the McColl Site.

The South Coast Air Quality Manangement District (District) does not concur with your determination and feels that deletion of the off-site incineration alternative from further consideration, based on the analysis in the attached letter, is not appropriate. As stated in Chapter 4 (Development and Screening of Alternatives) of EPA's document titled "Guidance for Conducting Remedial Investigations and Feasibility Studies Under CERCLA, EPA/540/G-89/004, October 1988", a key aspect of the screening evaluation is the effectiveness of each alternative in protecting human health and the environment. Each alternative should be evaluated as to its effectiveness in providing protection and the reductions in toxicity, mobility, or volume that it will achieve. One of the areas that this effectiveness evaluation should focus on is the potential impacts to human health and the environment during the construction and implementation phase.

As you are aware, the South Coast Air Basin has the worst air quality in the nation and is not in compliance with the federal ambient air quality standards for ozone, carbon monoxide (CO), fine particulate matter (PM10) and nitrogen oxide ($NO_2$). The maximum ozone concentrations in this basin reach about three times the federal standards. CO and PM10 reach maximum levels of twice the federal standards. The South Coast Air Basin is the only area in the nation that still fails to meet the federal $NO_2$ standard. Furthermore, the McColl site is located in a residential area with very close proximity to family homes. On-site incineration will

Exhibit 54
6749

U.S. Environmental	2	September 24, 1991
Protection Agency

not only worsen the already heavily polluted air in the South Coast Air Basin, but may also result in significant potential health impacts to the public in this heavily populated residential area. Since off-site incineration would be located in less polluted and less populated areas, the potential environmental and public health impacts would be less significant. Therefore, the effectiveness of these two alternatives are not similar.

Furthermore, the District feels that the cost for on-site incineration ($150/ton) has been substantially under-estimated. The District has the most stringent air pollution control requirements in the nation under BACT/LAER and Toxics BACT (T-BACT). The cost of air pollution control equipment required to comply with the stringent air quality standards in the District would result in much higher costs than for off-site locations. In order to better compare the cost of on-site versus off-site incineration, a revised and more detailed cost analysis should be considered which includes the higher cost of compliance with the District requirements. In addition, the Rotary Kiln technology has not been permitted to operate in the South Coast Air Basin and it has not been demonstrated that it can comply with the District stringent requirements. The last incinerator proposed for an on-site trial burn at McColl was the Ogden Circulating Bed Combustor. This unit, although proposed to be equipped with advanced air pollution control equipment, still could not demonstrate compliance with our BACT requirements. Since off-site incineration would be outside the South Coast Air Basin, it is more likely that the incinerator used could meet the less stringent requirements compared to the more stringent District's requirements. Therefore, the implementability of the on-site and off-site incinerators are also not similar.

Since the effectiveness and implementability of these two alternatives are not the same, then the District does not concur with EPA's determination to delete the off-site incineration alternative at this stage.

If you have any questions regarding this matter, please contact Mr. Brian Yeh at (818) 307-3536 or Ted Kowalczyk at (818) 572-6186.

Very truly yours,

Mohsen Nazemi
Senior Engineering Manager

TK:mcolltr2
Attachment
cc:	Ed Camarena
	Bill Fray
	Nick Nikkila
	Brian Yeh
	IAC Members

Exhibit 54
6750



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION IX
75 Hawthorne Street
San Francisco, Ca. 94105

0 2 AUG 1991

Dear IAC Member:

Enclosed are some cost estimates that EPA developed for off-site incineration of the McColl waste. These estimates consider total waste excavation, on-site storage, tarry waste treatment, off-site transport, and off-site incineration for the following two potential treatment facilities:

1)  Rollins Environmental Services, Deer Park, Texas

2)  Chem Waste Management, Kettleman Hills, California

It should be noted that the Deer Park facility is the closest operating commercial incinerator of sufficient size that could handle the volume of McColl wastes. Chemical Waste Management has applied for permits to construct a commercial hazardous waste incinerator at Kettleman Hills. The construction of this facility has not been approved to date; however, Chemical Waste Management, Inc. has indicated that an operational incinerator at Kettleman Hills is anticipated by the first quarter of 1993, and that the project is on track and that the incinerator "in all likelihood will be built." For this reason, cost estimates were developed for the Kettleman Hills facility assuming the incinerator will be on line in 1993.

Some simple assumptions were made to allow the cost estimation to occur. The assumptions are as follows:

1) Rotary kiln incineration was chosen as the representative technology type

2) Excavation under an enclosure would occur as detailed in the SITE applications analysis report

3) Both the tar and char would need to be pretreated on-site prior to shipment off-site

4) The waste material would be shipped off-site via trucks

5) Ash disposal would be undertaken by incineration company

6) Incineration capacity is nominally 100 tons/day

7) Bid and scope contingencies were estimated at 12%

*Printed on Recycled Paper*

Exhibit 54
6751

-2-

8) Costs were assumed to escalate at 5% per year

9) Incineration costs are estimated at 60 cents/lb

Based on the above assumptions, the costs (in millions) for the two facilities are as follows:

|  | DEER PARK, TX | KETTLEMAN HILLS, CA |
|---|---|---|
| EXCAVATION AND STORAGE | 62 | 62 |
| TAR TREATMENT | 5 | 5 |
| CHAR TREATMENT | 16 | 16 |
| TRANSPORTATION | 85 | 12 |
| INCINERATION AND ASH DISPOSAL | 392 | 392 |
| TOTAL | $ 560 | $ 487 |
| CONTINGENCIES | 67 | 58 |
| TOTAL PLUS CONTINGENCIES | $ 627 | $ 545 |
| TOTAL COST WITH 5% PER YEAR ESCALATION | $ 800 | $ 696 |
| REMEDIAL OPERATIONS TIMEFRAME | 6 years (based on 100 tons/day) | 6 years (based on 100 tons/day) |

One of the actions contemplated by the National Contingency Plan (NCP) is the screening of remedial alternatives during the formulation stage. The NCP details three criteria by which alternatives should be evaluated during screening. These criteria are effectiveness, implementability and cost. If an alternative can not pass one of these screening criteria, then it should be eliminated from further consideration.

The language contained in the NCP {section 300.430 e7(iii)} related to the cost criteriom reads as follows:

Exhibit 54
6752

-3-

"... Alternatives providing effectiveness and implementability similar to that of another alternative by employing a similar method of treatment or engineering control, but at greater cost, may be eliminated."

When comparing the on- versus off-site thermal destruction (using rotary kiln incineration as the example) alternatives with the screening criteria as a guide, EPA has made a determination that off-site thermal destruction will no longer be considered a viable alternative for the remediation of the McColl site. If you look at the effectiveness of the two alternatives, they are similar, if not the same, in that all of the hazardous material at the site will be permanently removed. When examining the implementability criterion the alternatives are similar. Both alternatives will be difficult to implement. Implementation of on-site thermal destruction will be difficult due to air emissions. Implementation of off-site thermal destruction will be difficult due to air emissions and transportation concerns. Therefore with the effectiveness and implementability of these two options not being significantly different, and the estimated cost of off-site thermal destruction being considerable higher, it is appropriate to screen out off-site thermal destruction from further consideration.

The final estimated cost of on-site thermal destruction has not been calculated, but EPA is confident (due to the fact that processing costs for off-site incineration are being quoted at $1200/ton while on-site costs are being quoted at $150/ton) that it will not approach the 700 to 800 million dollar cost estimated for off-site thermal destruction.

If you have any questions or would like to discuss our decision on this issue, feel free to call us at (415) 744-2242 or (415) 744-2243, respectively.

Sincerely,

*John Blevins for*
Ram Wieman, Project Manager
McColl Superfund Site

Steve Linder, Project Manager
McColl Superfund Site

cc: D. Jones, EPA
    J. Blevins, EPA
    David Bushey
    Adam Ng, ICF
    Bill Duchie, MSG
    McColl Repository

Exhibit 54
6753

## McColl IAC Distribution List

| NAME | TITLE | COMPANY | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Mr. Barry Eaton | Chief Planner | City of Fullerton | 303 W. Commonwealth Ave. | Fullerton | CA | 92632 |
| Mr. Chris Meyer | Asst. City Manager | City of Fullerton | 303 W. Commonwealth Ave. | Fullerton | CA | 92632 |
| Mr. Frank Hamamura | Dist. Engineer | DHS, Public Water Supply Branch | 28 Civic Center Plaza, Rm. 275 | Santa Ana | CA | 92701 |
| Hon. William Dannemeyer | Attn: Brett Barbre | | 1235 N. Harbor Blvd., Suite 100 | Fullerton | CA | 92632 |
| Mr. Ken Williams | | CRWQCB, Santa Ana | 6809 Indiana Ave., Suite 200 | Riverside | CA | 92506 |
| Mr. Kurt Berchtold | | CRWQCB, Santa Ana | 6809 Indiana Ave., Suite 200 | Riverside | CA | 92506 |
| Mr. Mark Leary | | DHS - Stringfellow/McColl | 714/744 P St., P.O. Box 942732 | Sacramento | CA | 94234-7320 |
| Mr. Nabil S. Henein | | City of Buena Park, Env. Svs. | 6650 Beach Blvd. | Buena Park | CA | 90620 |
| Ms. Patricia Henshaw | Haz. Waste Specialist | Dept. of Env. Health, Orange Co. | P.O. Box 355 | Santa Ana | CA | 92702 |
| Mr. Robert Merryman | Director | Dept. of Health, Orange Co. | P.O. Box 355 | Santa Ana | CA | 92702 |
| Mr. Robert Allen | | Orange Co. Env. Health | P.O. Box 355 | Santa ana | CA | 92702 |
| Mr. Steve Gaytan | | DHS - Special Projects | 714/744 P St., P.O. Box 942732 | Sacramento | CA | 94234-7320 |
| Mr. Ted Commerdinger | Assc Planner | City of Fullerton | 303 W. Commonwealth Ave. | Fullerton | CA | 92632 |
| Mr. Ted Kowalczyk | | South Coast Air Quality Mgmt Dist | 9150 Flair Drive | El Monte | CA | 91731 |
| Ms. Mohsen Nazemi | Engineering Division | South Coase Air Quality Mgmt Dist | 9150 Flair Drive | El Monte | CA | 91732 |
| Mr. William M. Draper | | DHS - Stringfellow/McColl | 714/744 P St., P.O. Box 942732 | Sacramento | CA | 94234-2913 |
| Mr. William Vance | | DHS/Hazardous Waste Toxics Sect. | 714 P Street | Sacramento | CA | 95814 |
| Ms. Caroline Rudolph | | DHS/TSCP Special Projects | 714/744 P St., Box 942732 | Sacramento | CA | 94234-7320 |
| Mr. Ed Pupka | Air Toxics Ctrl Brch | South Coast Air Quality Mgmt. Dist | 9150 Flair Drive | El Monte | CA | 91731 |

Exhibit 54
6754