# EXHIBIT 56

Exhibit 56
6761

**88108487**

# REDACTED DOCUMENT

**Portions of this document are protected from public disclosure pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §552(b), exemption number: (check all that apply)**

[   ]  1.  National security

[   ]  2.  Internal personnel rules and practices of an agency

[   ]  3.  Prohibited from disclosure by another federal statute:
           (specify) _____

[   ]  4.  Confidential trade secrets and/or commercial/financial information

[   ]  5.  Inter-agency and/or intra-agency communications:
           (specify)

           [   ]  Deliberative process

           [   ]  Attorney-client privilege

           [   ]  Attorney work product

           [   ]  Settlement negotiation privilege

           [   ]  Other privilege: (specify) _____

[ X ]  6.  Personal privacy

[   ]  7.  Information compiled for law enforcement purposes where disclosure
           could reasonably be expected to:
           (specify)

           [   ]  A.  Interfere with enforcement proceedings

           [   ]  B.  Deprive a person of the right to a fair trial or impartial adjudication

           [   ]  C.  Constitute an unwarranted invasion of personal privacy

           [   ]  D.  Disclose a confidential source

           [   ]  E.  Risk circumvention of the law because of disclosure of law enforcement
                     guidelines or procedures

           [   ]  F.  Endanger the life or physical safety of any individual

[   ]  8.  Information used by agencies regulating or supervising financial institutions

[   ]  9.  Oil and gas well information

Exhibit 56
6762

## DEPARTMENT OF TOXIC SUBSTANCES CONTROL
400 P Street, 4th Floor
P O Box 806
Sacramento, CA 95812-0806

(916) 323-9723

SFUND RECORDS CTR
88108467

AR2499

SFUND RECORDS CTR
1654-92439



19 AUG 1991

RA DRA 8.9.91
Action H-1
CC: E-1
        C. Roberts
File:

August 12, 1991

The Honorable Cecil Green
Member of the Senate
State Capitol, Room 2054
Sacramento, California 95814

Dear Senator Green:

The Department of Toxic Substances Control (Department), formerly the Department of Health Services - Toxic Substances Control Program, is in receipt of your letter dated July 12, 1991, to Dr. Molly Joel Coye, Director of the Department of Health Services. The Department apologizes for the delay in responding to your letter. As you may be aware, the Department became a part of the newly formed California Environmental Protection Agency on July 17, 1991. While the transition from the Department of Health Services has been extremely smooth, it has generated some minor procedural delays.

The United States Environmental Protection Agency (EPA) is the lead agency for the McColl Hazardous Waste Site in Fullerton, California with the Department playing a pivotal support role. The Department was disappointed that EPA chose to delay its decision regarding the chosen cleanup remedy for the McColl site. EPA has stated such a delay was necessary and in a May 23, 1991 response to similar concerns voiced by Congressman William Dannemeyer, was prompted by three factors: "EPA's evolving recognition of the complexity of engineering and safety controls which would accompany any excavation of McColl waste; EPA's evolving legal standards for a Record of Decision which were incorporated into the new [National Contingency Plan] NCP; and statements made by the major oil companies that they would fully litigate any remedy with which they disagree or which was chosen in a manner inconsistent with EPA's new NCP requirements". The oil companies make up a large faction of the site's Potentially Responsible Parties (PRPs) and are known in the local community as the McColl Site Group.

The Department agrees with your statement that the community should be utilized as a resource in the decision making process; furthermore, the public's involvement is required by both the federal NCP and state law. Regulations promulgated for the new NCP set forth higher standards regarding the public's, including the PRPs and the community, input on all documents the EPA would use in its decision making process. Additionally, any remedy decision must stand on three fundamental principles: the chosen remedy must be protective of human health and the environment, technically implementable, and legally defensible.

Exhibit 56
6763

The Honorable Cecil Green
August 12, 1991
Page 2

Evaluation of the data gathered during the trial excavation conducted by EPA last year has led the agency to incorporate a number of engineering and safety controls to protect workers and the community during any excavation alternative. These controls, along with the abundance of technical documents on waste treatability and excavation collected by EPA in the last year, must be included in the decision making and shared with the public. The best process for EPA to share this information and comply with the NCP is to issue a new proposed plan. The previous proposed plan was issued by EPA in February of 1989 in which EPA and the Department announced the preferred cleanup remedy was thermal destruction, either on-site or off-site. EPA no longer considers thermal destruction as their preferred remedy and will re-evaluate two of the four alternatives previously considered for the McColl site in 1989. Excavation of the waste and contaminated soil, transport, and off-site redisposal will not be included and, based on a re-evaluation of associated costs, EPA has recently eliminated off-site incineration from the list of its possible remedial alternatives. On-site incineration is still considered a viable option. EPA and the Department are holding discussions with the South Coast Air Quality Management District to identify any air quality concerns related to the on-site incineration option as well as other possible alternatives, including concepts gleaned from the oil companies' proposed alternative submitted to EPA in February of 1991.

The oil companies' proposed alternative, which members of the local community embraced after EPA announced its decision to delay the cleanup, involves selectively excavating and treating only a portion of the hazardous waste found at McColl and then performing a Resource Conservation and Recovery Act (RCRA) equivalent closure. The RCRA equivalent closure would involve leaving the waste in place with subsurface side walls and covering the waste with a multi-layer cap. The oil companies' alternative as submitted would not assure long-term protection of public health and the environment nor could the oil companies demonstrate that the selective excavation option was technically implementable. EPA, with the Department's support, has been meeting with the oil companies to resolve the two agencies' concerns. The oil companies' alternative will be included in EPA's new list of possible remedial alternatives.

The Department acknowledges EPA's need to follow the new NCP regulations to assure technically sound decisions which are legally defensible. The Department will also continue to work with all the parties involved, including EPA, the PRPs, the local governments, and those living near the site, to reach a mutually agreeable cleanup remedy that is protective of public health and

Exhibit 56
6764

The Honorable Cecil Green
August 12, 1991
Page 3

the environment. To that end, when such resolution is achieved, the Department is committed to facilitating the implementation of the chosen remedy without further delay and needless frustration to all affected parties.

   The Department appreciates your concern regarding this issue and will keep you informed by providing your office with copies of all McColl Interagency Committee communications and future fact sheets. If the Department can be of any further assistance regarding this issue, please contact me at the above telephone number or if you have any additional questions regarding the McColl site, please contact Mr. Mark Leary, Chief of the Department's Special Projects Branch at (916) 323-2945.

                                        Sincerely,

                                        John J. Kearns
                                        Acting Director

cc:  See next page

Exhibit 56
6765

The Honorable Cecil Green
August 12, 1991
Page 4


cc:   Mr. James M. Strock
      Secretary for Environmental Protection
      555 Capitol Mall, Suite 235
      Sacramento, California 95814

      Mr. John Wise
      Deputy Regional Administrator
      U. S. Environmental Protection Agency
      Region IX
      75 Hawthorne Street
      San Francisco, California 94105

      The Honorable Bill Dannemeyer
      Member of the Congress
      1235 North Harbor Blvd., Suite 100
      Fullerton, California 92632

      The Honorable Bob Dornan
      Member of the Congress
      300 Plaza Alicante, Suite 360
      Garden Grove, California 92640

      The Honorable Alan Cranston
      Member of the Congress
      5757 W. Century Blvd., #620
      Los Angeles, California 90045

      The Honorable Ed Royce
      Member of the Senate
      State Capitol, Room 4053
      Sacramento, California 95814

      The Honorable Art Torres
      Member of the Senate
      State Capitol, Room 2080
      Sacramento, California 95814

      The Honorable Frank Hill
      Member of the Senate
      State Capitol, Room 4082
      Sacramento, California 95814

      The Honorable Ross Johnson
      Member of the Assembly
      State Capitol, Room 2114
      Sacramento, California 95814

Case 2:91-cv-00589-CJC   Document 677-27   Filed 07/10/20   Page 6 of 8   Page ID #:6809

Exhibit 56
6766

The Honorable Cecil Green
August 12, 1991
Page 5

The Honorable Tom Umberg
Member of the Assembly
State Capitol, Room 4139
Sacramento, California 95814

The Honorable Sally Tanner
Member of the Assembly
State Capitol, Room 4146
Sacramento, California 95814

Mr. Arnold Peters
Chief of Staff
Assemblywoman Sally Tanner
State Capitol, Room 4146
Sacramento, California 95814

Mr. Bob Fredenburg
Principal Consultant
Senate Toxics Committee
State Capitol, Room 2080
Sacramento, California 95814

The Honorable Chris Norby, Mayor
City Council Members
City of Fullerton
City Hall
Fullerton, California 92634

Mr. Barry Eaton
City Planner
City of Fullerton
Fullerton, California 92634

The Honorable Griffin, Mayor
City Council Members
City of Buena Park
Buena Park, California 90622

Exhibit 56
6767

The Honorable Cecil Green
August 12, 1991
Page 6

      Mr. Gaddi Vasquez
      Orange County Board of Supervisors
      10 Civic Center Plaza
      Santa Ana, California 92701-4061

      Mr. Bill Duchie
      Shell Oil Company
      511 N. Brookhurst Street
      Anaheim, California 92803

      Mr. David Bushey
      1819 Fairgreen Drive
      Fullerton, California 92633

Exhibit 56
6768