# EXHIBIT 57

Exhibit 57
6769

Case 2:91-cv-00589-CJC Document 677-28 Filed 07/10/20 Page 2 of 3 Page ID #:6813
OCT- 2-91 WED 14:52    FULLERTON DEV. SERVICES    FAX NO. 7147383110    P.01

SFUND RECORDS CTR
1654-92596

Pam/Steve -
FYI!

# City still seeks McColl cleanup

AR2525

FULLERTON NEWS - TRIBUNE - 9/26/91

By John Kane
Staff Writer

In a move that disappointed a McColl residents group, the City Council has decided to continue its policy of seeking a complete clean up of the toxic waste site and not schedule a public meeting to debate the issue.

City Manager William Winter said the council decided to stick with the policy after a closed session with its attorney Sept. 17 to review McColl litigation.

The McColl residents group, the Fullerton Hills Community Association, had earlier sent the council a resolution requesting that it schedule a public session to address the city's position.

The council's refusal "follows in line with their previous stance over the last 30 to 40 years — and that is, if you ignore the problem it'll go away," said FHCA President Dave Bushey.

Mayor Pro Tem Don Bankhead said the council felt that until a permanent solution can be found, responsibility for the clean up should be left with the EPA.

The FHCA wants the city to drop its longstanding support for a cleanup remedy closely studied by the U.S. Environmental Protection Agency and to back an alternative proposed by the oil companies facing potential liability for McColl.

Please see MCCOLL, Page 2A

## MCCOLL
Continued from Page 1A

In June, the oil companies unveiled a self-funded $90 million plan to excavate and treat a portion of the toxic soil, then enclose and stabilize the remaining wastes.

The proposal was made after the EPA announced a two-and-a-half year delay in the clean up schedule.

Bushey said the FHCA wanted the council to schedule a meeting on McColl to allow people the opportunity to air their views on the clean up remedies, "and from that make no decision or make a decision — at least do something."

Prior to annoucing the delay, the EPA was on track towards selecting on-site incineration as the clean up remedy. The EPA, which is restudying all clean up alternatives, is expected to again announce its preferred remedy in August 1992.

Bushey said the FHCA is worried that if on-site incineration is again selected, wastes from other toxic sites will be brought to McColl for treatment.

McColl was created during the 1940s in a then-rural area of northwest Fullerton. The site was used as the dumping ground for petroleum sludge produced during the refining of aviation fuel for the war effort.

SFUND RECORDS CTR
88108624

Post-It™ brand fax transmittal memo 7671  # of pages ▶
To: JOHN BLEVINS
From: BARRY EATON
Co.: EPA
Co.: FULLERTON
Dept.: T-4-1
Phone #: 714-738-6544
Fax #: (415) 744-1070 (?)
Fax #: 714-738-3110

Exhibit 57
6770

# Oil firms' McColl remedy criticized

*FULLERTON NEWS-TRIBUNE - 10/3/91*

**By John Kane**
*Staff Writer*

Fullerton's chief planner has criticized the McColl oil companies' recent efforts to gain the city's endorsement of their proposal for the toxic waste site as an attempt to get quick federal approval of the plan.

The planner, Barry Eaton, claimed the oil companies' "aggressive promotion campaign" is an attempt to force the city to "'re-visit' its long-held position that the McColl site should be permanently cleaned up in some manner such that the site is no longer a hazardous waste site."

Eaton outlined his views in a six-page memorandum prepared prior to the Sept. 17 meeting of the City Council, in which the McColl legal issues were reviewed in a closed session.

Afterwards, the council declined to schedule a public hearing on the waste site requested by McColl area residents who have been pressing the city to join them in supporting the oil companies' proposal.

The oil companies, which face potential liability for McColl, have proposed a self-funded $75 million to $90 million plan to excavate and treat a portion of the toxic soil, then enclose and stabilize the remaining wastes.

*Please see* **McCOLL**, *Page* **2A**

## McCOLL

*Continued from Page 1A*

In his memorandum, Eaton wrote, "it appears that (the oil companies') ultimate goal is to add even more momentum to their campaign to convince the EPA to quickly adopt their plan by adding the city's endorsement to their position.

"In order to reach this goal, they appear to be pushing hard to have the City Council hold an extensive public hearing at which they would attempt to make a strong presentation of the benefits of their plan and of the 'ever-widening support' for it."

Eaton concurred with the recommendation of Dave Jones, a top U.S. Environmental Protection Agency Superfund official, that "it would be clearly premature for the city to change its position to favor any particular remedy for the McColl site at this time."

Oil companies' spokesman Bill Duchie said Eaton "apparently sees (the request for a public hearing) as a public relations plan and it is not.

"We and the community have been struggling to find a solution (to McColl) for more than 10 years ... The city of Fullerton, unfortunately I think, has just pulled themselves out of the process."

Eaton raised several concerns about the oil companies' "selective excavation" plan, including whether it could be done safely and if the oil companies would stand behind the remedy "in perpetuity" with technical and financial support.

Duchie responded that the concerns Eaton raised about selective excavation have already been answered by the oil companies or are now being researched.

He added that the oil companies — Union Oil of California, Texaco Refining and Marketing, Shell Oil, Atlantic Richfield and Phillips Petroleum — intend to give complete financial and technical support to the plan if it is accepted.

"We believe the (selective excavation) system works and that it's a proven remedy," he said.

The oil companies announced their selective excavation remedy in June shortly after the EPA announced a two-and-a-half year delay in the cleanup schedule.

Since 1989, the EPA had been on a track towards selecting on-site incineration of the wastes as the clean up remedy over other options.

The delay, which will require the EPA to re-analyse all alternative remedies for McColl, was prompted in part by unexpected problems encountered during a trial excavation of the wastes in the summer of 1990.

Exhibit 57
6771