WILLIAM A. WEINISCHKE
Bill.weinischke@usdoj.gov
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
MS State Bar No. 7082
4 Constitution Square
150 M Street, N.W., Suite 2.900
Washington, D.C. 20002
Telephone: (202) 514-4592
Telefax:    (202) 514-2583

NICOLA T. HANNA
United States Attorney for the
Central District of California
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) <br> ) <br> ) CASE N0. 91-0589 (CJC) |
| Plaintiffs, | ) |
| v. | ) CERTIFICATE OF SERVICE <br> ) |
| SHELL OIL COMPANY, et al., | ) |
| Defendants. | ) Date:        August 10, 2020 <br> ) Time:       1:30 P.M. <br> ) Courtroom: 7C, First Street Court <br> )                    House <br> ) Judge:      Cormac J. Carney |

_____

1

Case No. CV 91-0589 RJK (Ex)
Certificate of Service

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I sent by electronic mail: 1) United States' Notice of Motion for Partial Summary Judgment as to the Amount of Recoverable Response Costs, 2) United States' Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment as to the Amount of Recoverable Response Costs, 3) United States' Statement of Uncontroverted Facts and Conclusions of Law in Support of United States' Motion for Partial Summary Judgment as to the Amount of Recoverable Response Costs, and 4) [Proposed] Order on Motion for Partial Summary Judgment as to the Amount of Recoverable Response Costs to:

Greg Christianson
Alston & Bird
560 Mission Street
Suite 2100
San Francisco, CA 94105
Greg.christianson@alston.com

Nathaniel Johnson
Alston & Bird
560 Mission Street
Suite 2100
San Francisco, CA 94105
Nate.johnson@alston.com

Sparsh S. Khandeshi
Deputy Attorney General
California Department of Justice
600 West Broadway
Suite 1800
San Diego, CA 92101
Sparsh.khandeshi@doj.ca.gov

Respectfully submitted,

/s/ William A. Weinischke
William A. Weinischke
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
   Division
United States Department of Justice
(202) 514-4592
Bill.weinischke@usdoj.gov