# EXHIBIT 7

Exhibit 7
0757

WILLIAM A. WEINISCHKE
Bill.weinischke@usdoj.gov
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.W., Suite 2.900
Washington, D.C.  20002
Telephone:    (202) 514 4592

NICOLA T. HANNA
United States Attorney for the
Central District of California

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| ) | Civil No. 91-CV-0589 (CJC) |
| Plaintiff, ) | |
| ) | **DECLARATION OF RUSTY** |
| ) | **HARRIS-BISHOP IN SUPPORT OF THE** |
| v. ) | **UNITED STATES' MEMORANDUM OF** |
| ) | **POINTS AND AUTHORITIES IN SUPPORT** |
| ) | **OF ITS MOTION FOR PARTIAL** |
| SHELL OIL COMPANY, et al., ) | **SUMMARY JUDGMENT AS TO THE** |
| ) | **AMOUNT OF RECOVERABLE RESPONSE** |
| Defendants. ) | **COSTS** |

**DECLARATION OF RUSTY HARRIS-BISHOP**

I, Rusty Harris-Bishop, pursuant to 28 U.S.C. § 1746, and based on my personal

knowledge, declare and state the following:

1.    I am currently employed by the United States Environmental Protection Agency

("EPA") Region 9, in San Francisco, California.  I was employed as an RPM from August 2006

until March 2020. I am currently a Section Chief in the Superfund and Emergency Management

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0758

1   Division, supervising RPMs.  In May 1985, I received a BS degree in Mechanical Engineering

2   from North Carolina State University, and in August 2000 I received my MS in Environmental

3   Management from the University of San Francisco.

4         2.     During my employment at EPA, I have managed or have been involved with

5   hazardous substance response actions at approximately eight (8) Superfund sites.

6         3.     As an RPM , and continuing now as a Section Chief, I am responsible for

7   coordinating, monitoring, or directing remedial or other actions conducted at Superfund sites

8   pursuant to Section 104 of the Comprehensive Environmental Response, Compensation and

9   Liability Act ("CERCLA"), 42 U.S.C. § 9604, and the National Contingency Plan ("NCP"), 40

10  C.F.R. Part 300.

11        4.     I am familiar with the NCP, and my responsibilities include ensuring that the

12  response actions performed are not inconsistent with the NCP.

13        5.     I was the RPM at the McColl Superfund Site ("Site") from September 2006 to

14  March 2020 and have performed the duties listed in Paragraph 3 amongst other duties performed

15  at the Site.  As RPM for the Site, and continuing now as a Section Chief, I have reviewed Site

16  files, including historic and recent technical data and reports.  I also have traveled to the Site on

17  numerous occasions to personally observe Site conditions and oversee Site work currently being

18  performed by the Defendants.  Therefore, I am familiar with, and have personal knowledge of,

19  the response actions conducted at the Site as well as on-going operation and maintenance of the

20  remedy.

21        6.     The McColl Superfund Site is located on 22 acres in the City of Fullerton, Orange

22  County, California.  The Site is fenced and is located entirely within the boundaries of the Los

23  Coyotes Country Club.  Surface use consists of in-bounds and out-of-bounds areas of the Lake

24  Nine portion of the country club's 27-hole golf course.  The northeast corner of the Site is

25  located at the intersection of Rosecrans Boulevard and Sunny Ridge Drive.

26        7.     From 1942-1946 the 22 acres served as a disposal site, during which time twelve

27  pits or sumps were dug and filled with a total estimated 72,600 cubic yards of petroleum refinery

28

2

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0759

1  waste.  At the time the waste pits were created, the local area was sparsely populated.  Refinery

2  operations took place on land located to the north/northwest of the Site.  Subsequently, the golf

3  course, then residences, were built on adjacent land.  (Ex. 11 at 1000.)

4      8.      The Site was included on the EPA National Priorities List in September 1983.

5  (Federal Register Notice, Volume 48, No. 175, September 8, 1983, pp. 40658-40673.)

6  Following the State of California Department of Toxic Substances, EPA became the lead

7  oversight agency for the Site on November 2, 1989.  (Ex. A attached hereto.)

8      9.      EPA divided the McColl Superfund Site into two operable units ("OUs"): the

9  Source OU and the Groundwater OU.  The Source OU addresses the threat posed by the

10  petroleum waste itself.  The Groundwater OU addresses the threat posed by releases of

11  hazardous substances to groundwater from the petroleum waste.  Separate Remedial

12  Investigations and Feasibility Studies were undertaken for the two OUs.  The Source OU Record

13  of Decision ("ROD") was signed on June 30, 1993 and the Groundwater OU ROD was signed on

14  May 15, 1996.  (Ex. 11 at 0880; Ex. 12 at 1309.)  An Explanation of Significant Differences for

15  the Groundwater OU was signed on September 1, 2005.

16      10.      At the Source OU, the following organic and inorganic chemicals of potential

17  concern ("COPCs") were identified in samples of the petroleum waste and surrounding soil at

18  the Site:

19  **Source OU**

20  **Organic COPCs and Concentration in micrograms/kilogram (ug/kg)**

21
22

| COPCs | Waste Specific Sample Average (ug/kg)[1] | Average, All Samples (ug/kg)[2] |
|---|---|---|
| Methylene Chloride | 15,814 | 5,233 |
| Benzene | 226,428 | 53,755 |
| Ethylbenzene | 57,404 | 16,724 |
| Toluene | 166,179 | 41,310 |

27

28

3

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0760

| COPCs | Waste Specific Sample Average (ug/kg)[1] | Average, All Samples (ug/kg)[2] |
|---|---|---|
| Xylenes | 102,676 | 31,283 |
| Acetone | 36,333 | 11,876 |
| 2-Butanone | 7,384 | 5,568 |
| 2-Methylnapthalene | 99,031 | 43,158 |
| Napthalene | 143,313 | 68,815 |
| Phenanthrene | 58,550 | 19,076 |
| bis(2-ethylhexyl)phthalate | 52,050 | 16,266 |
| tetrahydrothiophenes | 198,923 | 70,720 |
| leachable sulfate | 192,718 | 41,821 |

[1] Each "layer" of the sumps was sampled. The worst-case layer, or the layer with the highest quantifiable levels of the COPC, was used to calculate the "Waste Specific Sample Average," and all samples from that layer only were averaged to obtain this number.

[2] In contrast, the "Average, All Samples" value was obtained by adding together all of the results, the worst-case sample and all others and these were averaged out to obtain this value.

**Source OU pH concentration**

| | Waste Specific Sample | Average, All Samples |
|---|---|---|
| pH | 1.73 | 5.5 |

**Source OU**

**Inorganic COPCs and Concentrations in mg/kg**

4

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0761

| COPCs | Average, All Samples (mg/kg) |
|---|---|
| Antimony | 15.1 |
| Arsenic | 179.0 |
| Beryllium | 0.35 |
| Cadmium | 1.2 |
| Chromium | 134.2 |
| Copper | 4.2 |
| Lead | 14.6 |
| Manganese | 216.1 |
| Mercury | 0.05 |
| Nickel | 56.1 |
| Tin | 5.2 |
| Vanadium | 35.5 |
| Zinc | 50.1 |

These tables are from the 1993 Source OU ROD.  (Ex. 11 at 0890-0891.)

11.    At the Source OU, the exposure pathways of concern evaluated for potential health risks were: 1) inhalation of volatile organic compounds ("VOCs") emitted from the waste sumps; 2) inhalation of fugitive dust and inorganic compounds generated by wind erosion; 3) incidental ingestion of contaminated soil; 4) ingestion of contaminated garden vegetables; and 5) dermal contact with contaminated soil.  (Ex. 11 at 0892; *see also* Ex. 24 at 2169, Ex. 25 at 2711, Ex. 26 at 3172, Ex. 27 at 3233, Ex. 28 at 3241.)

12.    At the Groundwater OU, the following organic and inorganic chemicals of potential concern (COPCs) were identified in groundwater at the Site:

| THIOPHENES | Tetrahydrothiophene<br>2-methyltrahydrothiophene<br>3 -methyltrahydrothiophene |
|---|---|

5

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0762

| Volatile Organic Compounds (VOCs) | Acetone | Ethylbenzene |
|---|---|---|
| | Benzene | 2-hexanone |
| | 2-butanone | Methylene Chloride |
| | Carbon Disulfide | Toluene |
| | Chloroform | Xylenes |
| | 1 ,2-dichloroethane | |
| Semi-Volatile Organic Compounds (S VOCs) | Bis (2-ethylhexyl) phthalates | |
| | Butylbenzylphthalate | |
| | Dimethylphthalate | |
| | Di-n-butylphthalate | |
| | Isophorone | |
| | 2-Methyiphenol | |
| | Nitrobenzene | |
| | Phenol | |
| | Pyrene | |
| INORGANICS | Aluminum | Lead |
| | Arsenic | Manganese |
| | Barium | Mercury |
| | Beryllium | Nickel |
| | Cadmium | Selenium |
| | Chromium | Thallium |
| | Cobalt | Vanadium |
| | Copper | Zinc |

(Ex. 12 at 1294; *see also* Ex. 38 at 4929, Ex. 39 at 5689-5735, Ex. 14 at 1664.)

13.     As an RPM, and continuing now as a Section Chief, I am familiar with, and have personal knowledge of the term "hazardous substance," as defined by CERCLA Section 101(14), 42 U.S.C. § 9601(14). The substances referenced in ¶¶ 10 and 12, which were found at the Site, are hazardous substances within the meaning of § 10 (14) of CERCLA, 42 U.S.C. § 9601(14) and 40 C.F.R. § 302.4.

14.     The Source OU ROD was signed on June 30, 1993. Following extensive testing of solidification, EPA concluded that the technology selected was not feasible for the site and selected the contingency remedy, a RCRA-equivalent closure system. The contingency remedy included: 1) constructing a multi-layer cap over the untreated sumps with a gas collection and treatment system to prevent infiltration of water and release of hazardous air emissions; 2) building subsurface walls around the sumps to prevent migration of water into the waste and outward migration of water soluble and gaseous contaminants; 3) stabilizing steep slopes on the

6

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0763

site with retaining walls; and 4) monitoring groundwater. Operations and maintenance of the cap and slurry wall, gas collection and treatment system, and site security are necessary in perpetuity at the site. (Ex. 11 at 0880.)

15.     The Groundwater OU ROD was signed on May 15, 1996. The groundwater remedy required that infiltration of water into the ground be reduced through redirection of surface water off the site, grading of areas adjacent to the containment system, and lining of onsite drainage channels with low permeability materials. The groundwater remedy stipulated continuing groundwater monitoring with implementation of institutional controls should certain criteria be exceeded. (Ex. 12 at 1285.)

16.     An Explanation of Significant Differences (ESD) to the Groundwater OU ROD was signed on September 1, 2005. The ESD modified the Groundwater ROD based on a finding from the 2002 Five-Year Review that the use of tetrahydrothiopenes (THTs) as a chemical trigger for groundwater institutional controls was not optimal. Benzene is a more appropriate chemical trigger to predict movement of the COPCs in groundwater.  In the future, if benzene is found at specified levels outside the Site's boundaries, the ESD requires immediate initiation of a revised risk assessment and the potential for additional remedial actions.

17.     Based on my review of the Site file, the following contractors performed response activities or supported our response activities at the Site: 1) U.S. Department of Health and Human Services (ATSDR); 2) CH2M Hill; 3) ICF Technology, Inc.; 4) Bechtel Environmental Inc.; 5) CET Environmental Services; 6) Roy F. Weston; 7) U.S. Army Corps of Engineers; 8) Techlaw, Inc.; 9) Federal Express; 10) PEI Associates, Inc.; 11) ACZ Inc Lab Div; 12) PRC/SSC; 13) Science Applications International Corp.; 14) Edward Aul & Associates, Inc.; 15) Ronson Management Corporation; 16) California Newspaper Services Bureau, Inc.; 17) Dun and Bradstreet; 18) Government Printing Office; 19) ASRC Aerospace Corp.; 20) Labat-Anderson Incorporated; 21) Armstrong Data Services, Inc.; 22) California Department of Toxic Substances Control; 23) Ecology and Environment, Inc.; 24) ICF Incorporated; 25) GRB Environmental Services; 26) Toeroek - Herndon Joint Venture; 27) Daily Journal Corp.; 28) Bakersfield California Newspaper; and 29) Contract Lab Program.

7

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0764

18.     Construction activities to implement the groundwater remedial action began in July 1996, with the official onsite construction date of March 31, 1997, and were completed in November 1997. These activities included the following: 1) Installation of Subsurface Cut-off Walls; 2) Installation of an Impermeable Cover; 3) Grading to Facilitate Surface Water Control; 4) Erosion Control Measures; 5) Building a Gas Collection and Treatment Plant; and 6) Golf Course Restoration Activities. (See Five Year Review September 30, 2002.)

19.     On November 13, 1997, EPA and the California DTSC conducted a final inspection of the construction of the McColl Superfund Site. EPA determined that construction had been completed according to specifications and the remediation had been successfully implemented. In April 1998, EPA approved the Final Remedial Action Report for the McColl Site. On June 30, 1998, EPA signed the Superfund Closeout Report for the Site. This Final Close Out Report documents that all remedial activities for the McColl Superfund Site (Operable Unit 1 - Source and Operable Unit 2 - Groundwater) have been completed in accordance with Close-out Procedures for National Priorities List Sites (interim Final) (OSWER Directive 9320.2-09, August 1995).

20.     Additional components of the remedy beyond physical construction include institutional controls and long-term monitoring. Institutional controls have been implemented as part of the Source OU remedy, and the Groundwater OU contains the option for groundwater institutional controls should certain criteria be met.

21.     Operation and Maintenance ("O&M") chiefly consists of three categories of tasks: operation and maintenance of the gas collection and treatment system; inspection of the cap and retaining walls, maintenance of ground cover, and site security; and collection of groundwater monitoring data for use in evaluating the groundwater remedy.

22.     From March 2000 through September 2002, O&M was performed by the federal government using funds provided by an Interim Settlement Agreement between the federal government and the Defendants. Since September 2002, the Defendants have been performing O&M activities, with EPA oversight.

8

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0765

23.     EPA completed the first Five-Year Review (FYR) of the remedy on September 30, 2002. The second FYR was completed September 27, 2007. The third FYR was completed September 28, 2012. The fourth FYR was completed September 27, 2017. All FYRs have concluded that the remedy was protective of human health and the environment, though the last FYR identified tert-butyl alcohol (TBA) in groundwater as a concern, as it may indicate that the groundwater contamination has migrated off-site. A new investigation into TBA at the Site is being initiated by the federal government.

24.     The actions listed in ¶¶ 14, 15, 16, 18, 19, 20, 21, 22, and 23 are remedial and response actions as defined in CERCLA at 42 U.S.C. § 9601 (24, 25).

25.     As a result of its response actions at the Site, EPA incurred costs. EPA charged all costs incurred at the Site, including contractor costs, following our usual practice.


I, Rusty Harris-Bishop, declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on _____July 7_____ ,2020.



Rusty Harris-Bishop
Section Chief
California Site Cleanup Section III
U.S. Environmental Protection Agency
Region 9

9

DECLARATION OF RUSTY HARRIS-BISHOP

Exhibit 7
0766

88107871

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

SFUND RECORDS CTR.
1654-91841

overnor

## DEPARTMENT OF HEALTH SERVICES

714/744 P STREET
P.O. BOX 942732
SACRAMENTO, CA 94234-7320

(916) 323-2913

NOV 0 2 1989

AR2416

Mr. Jeff Zelikson, Chief
Toxics & Waste Management Division
USEPA, Region 9
215 Fremont Street
San Francisco, CA 94105

Dear Mr. Zelikson:

In keeping with Superfund's new emphasis on enforcement, and reflective of your agency's traditional role as lead in enforcement activities, the State will transition lead role responsibility for the McColl project to Environmental Protection Agency effective December 1, 1989. I believe that such a transition will allow the agencies to complete the remedy selection process while minimizing potential for schedule delays brought about by differences in State and Federal requirements.

As a result of this transition and the shift to responsible parties carrying out activities, the State's roles and responsibilities (as currently defined in the McColl Cooperative Agreement) will be re-negotiated, and a new Action Plan will be prepared to reflect such changes. As in the past, however, I anticipate that the State will continue its active role in the remediation of the McColl site.

If you have any questions regarding this matter, please contact Mr. Ted Rauh of my staff at (916) 324-7193.

Sincerely,

C. David Willis
Deputy Director
Toxic Substances Control Program

cc: Ted Rauh, Chief
DHS/TSCP
Program and Administrative
Support Division

Jan Meyer, Manager
DHS/TSCP
Special Projects Team

Exhibit 7
0767

AR 2416

# HWMD
# ROUTING SLIP
# DIRECTOR'S OFFICE

Date: 11/6

| | | | |
|---|---|---|---|
| ___ H-1 | ZELIKSON | Director | |
| ___ H-1 | KOHNERT | Acting Deputy Dir. | ___ |
| ___ H-1 | KAHAN | Program Analyst | ___ |
| ___ H-1-A | DALLAS | Admin. Analyst | ___ |
| ___ H-1-1 | COOPER | Community Rels. | ___ |
| ___ H-1-B | PPT LEAD PERSON | ___ | ___ |
| ___ H-1 | OTHERS | ___ | ___ |

## HEALTH AND EMERGENCY PLANNING

| | | | |
|---|---|---|---|
| ___ H-1-2 | SHIMMIN | Office Chief | ___ |
| ___ H-1-2 | OTHERS | ___ | ___ |

## W A S T E   P R O G R A M S

| | | | |
|---|---|---|---|
| ___ H-2 | VAILLE | Assistant Director | ___ |
| ___ H-3 | FEELEY | State Program | ___ |
| ___ H-4 | SCHWINN | Waste Compliance | ___ |
| ___ H-2-1 | YUNKER | Underground Tank | ___ |
| ___ H-2 | OTHERS | ___ | ___ |

## S U P E R F U N D   P R O G R A M S

| | | | |
|---|---|---|---|
| ✓ H-5 | ~~CLIFFORD~~ | Assistant Director | |
| ✓ H-6 | JONES | SF Remedial | |
| ✓ H-7 | STRAUSS *hooray!* | SF Enforcement | |
| H-8 | WHITE | Field Operations | ___ |
| ✓ H-6-1 | OTHERS - *Blevins* | ___ | ___ |

## NOTES:

*It's official!   Congratulations John!*
                                    *A.S.*

10/89

Exhibit 7
0768