# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>SHELL OIL CO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:91-cv-00589-CJC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/10/2020

Document Number(s):   674

Title of Document(s):   Notice of Motion and Motion for Partial Summary Judgment

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motion for partial summary judgment

Hearing information is missing, incorrect, or not timely.

Proposed Document was not submitted as separate attachment.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 13, 2020         By:  /s/ *Trina Debose  714-338-4568*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**