# EXHIBIT A



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) ) | CASE NO.   CV-91-0589 RJK |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| SHELL OIL COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | CONSTITUTES NOTICE OF ENTRY |
| | ) ) | AS REQUIRED BY FRCP, RULE 77(d). |
| AND RELATED CLAIMS | ) ) | |

Plaintiffs move the Court for a ruling as to the appropriate standard and scope of review of agency action and to limit the scope of discovery.   Oral argument was heard this day.   Upon consideration of the parties' moving papers, oral argument, and all other pertinent material, the Court now grants Plaintiffs' motion. Wherefore, IT IS HEREBY ORDERED:

1)   pursuant to section 113(j)(1) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), codified as amended at 42 U.S.C. § 9613(j)(1), the scope of the Court's review of whether any response action selected



by the United States or the State of California is inconsistent with the national contingency plan shall be limited to the administrative record before the United States or the State of California at the time the response action was selected;

    2)   pursuant to section 113(j)(2), <u>codified as amended at</u> 42 U.S.C. § 9613(j)(2), the standard that shall be applied in such review is the "arbitrary and capricious" standard of review;

    3)   except as provided in paragraph 4 of this Order, all remaining discovery pertaining to the selection by the United States or the State of California of response actions to be taken at the McColl site shall be in accordance with and limited by the paragraphs 1 and 2 of this Order; and

    4)   upon certification of the ·administrative record, Defendants may move the Court to supplement the administrative record, which motion shall be granted upon a showing **(a)** that the administrative record is inadequate in that:

    i.   the record inadequately explains the agency action;

    ii.   the record is incomplete in that it does not contain documents considered by the decisionmaker;

    iii. the agency failed to consider all relevant factors; or

    iv.   there is a strong showing that the agency acted improperly or in bad faith;

and **(b)** that remand to the agency will not cure the inadequacy.

1      The Clerk shall send, by United States mail, a copy of this

2 Order to counsel for all parties.

3      IT IS SO ORDERED.

4

5 DATED:     FEB 16 1993 ，1993

                         *ROBERT J. KELLEHER*

6                         Honorable Robert J. Kelleher
                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTORNEY GENERAL
SAN DIEGO

FEB 22   10 12 AM '93