# EXHIBIT C

Exhibit C
035

```
BARRY M. HARTMAN
Acting Assistant Attorney General
Environment & Natural Resources Division

JOSHUA M. LEVIN
Environment & Natural Resources Division
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: 202-514-4198

LOURDES G. BAIRD
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney

PETER HSIAO
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: 213-894-6117

Attorneys for Federal Counterdefendants, United States of America
    et al.
```

COPY

FILED
APR 21 1992
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al., )
                    Plaintiffs, )
         v. )
SHELL OIL COMPANY, et al., )
                   Defendants. )
_____)
AND RELATED CLAIMS )
_____)

CASE NO.
CV 91-0589 RJK(Ex)

STIPULATION AND AGREEMENT
EXTENDING DISCOVERY SCHEDULE;
[~~PROPOSED~~] ORDER THEREON

WHEREAS, Plaintiff and Counterclaim Defendant United

States of America, Plaintiff State of California, ("Plaintiffs

FORM OBD-183
MAR. 83

Exhibit C
036

and Counterclaim Defendant"), and Defendants Shell Oil Company, Union Oil Company, Atlantic Richfield Company, Texaco, Inc., and McAuley LCX Corporation ("Defendants") (collectively the "Parties" to this Stipulation) have diligently proceeded in good faith with the conducting of discovery in this matter; and

WHEREAS, on October 31, 1991 this Court entered an Order requiring discovery on behalf of Plaintiffs to be completed no later than June 30, 1992 and discovery on behalf of Defendants to be completed no later than July 30, 1992; and

WHEREAS, the Counterclaim Defendant has previously sought leave of the Court for additional time to complete discovery, in light of certain difficulties which have been experienced identifying and scheduling depositions of witnesses, and a mutual extension is agreeable to the Parties to meet both these discovery needs as well as any additional discovery which may be required by the other Parties; and

WHEREAS, the Court's October 30, 1991 Order further placed this matter on calendar for a Pre-Trial Conference which was scheduled in the Order to be held September 28, 1992; and

WHEREAS, the Parties have recently discovered that the scheduled Pre-Trial Conference date coincides with the start of a religious holiday which will be observed by certain counsel for each of the Parties in this matter; and

WHEREAS, the Parties further seek leave of the Court to reschedule the Pre-Trial Conference to a date which does not

FORM OBD-183
MAR. 83

conflict with the schedule of counsel, and will still enable this case to proceed expeditiously to trial; and

WHEREAS, no previous extensions of time to conclude discovery have been obtained, and extending the discovery for all Parties will not prejudice the rights of any Party and will still enable this case to proceed expeditiously to trial:

NOW THEREFORE, the Parties stipulate and respectfully request that each Party be given until September 8, 1992 to complete discovery in this matter, and that the Pre-Trial Conference be rescheduled to occur on October 19, 1992 at 10:00 a.m. The parties stipulate that all others terms contained in this Court's October 30, 1991 Order remain in full effect.

Respectfully submitted,

PLAINTIFF AND COUNTERDEFENDANT
UNITED STATES OF AMERICA

By: /s/ Joshua M. Levin

Dated: April 13, 1992
JOSHUA M. LEVIN
Environmental Defense Section
United States Department of Justice

By: /s/ William A. Weinischke

Dated: April 13, 1992
WILLIAM A. WEINISCHKE
Environmental Enforcement Section
United States Department of Justice

PLAINTIFF STATE OF CALIFORNIA

By: /s/ Timothy R. Patterson

Dated: April 15, 1992
TIMOTHY R. PATTERSON
Deputy Attorney General
California Department of Justice

- 3 -

```
                          DEFENDANT AND COUNTERCLAIMANT MCAULEY
                          LCX CORPORATION

                          By: /s/ Jeffrey B. Springer
Dated: April 17, 1992    JEFFREY B. SPRINGER
                          MICHAEL A. FRANCIS
                          MELISSA A. CHAITIN
                          Demetriou, Del Guercio & Lovejoy


                          DEFENDANTS AND COUNTERCLAIMANTS SHELL
                          OIL COMPANY, UNION OIL COMPANY OF
                          CALIFORNIA, ATLANTIC RICHFIELD COMPANY,
                          and TEXACO, INC.

                          By: /s/ Cary B. Lerman
Dated: April 17, 1992    PETER R. TAFT
                          CARY B. LERMAN
                          Munger, Tolles & Olson
```

---

## ORDER

Having reviewed the Parties' Stipulation and Agreement Extending Discovery,

IT IS HEREBY ORDERED that all Parties shall complete discovery no later than September 8, 1992. Additionally,

IT IS HEREBY ORDERED that the Pre-Trial Conference originally scheduled to be held September 28, 1991, as set by this Court in its Order of October 30, 1991, is rescheduled for October 19, 1992 at 10:00 a.m.

- 4 -

1  All other terms contained in this Court's October
2  30, 1991 Order shall remain in effect..

*ROBERT J. KELLEHER*
ROBERT J. KELLEHER
United States District Judge

APR 20 1992
Dated: April ____, 1992

FORM OBD-183
MAR. 83

## DECLARATION OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF LOS ANGELES    )

    I, the undersigned, declare that I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071.

    On April 17, 1992, I served the foregoing document described as Stipulation And Agreement Extending Discovery Schedule; [Proposed] Order Thereon by personally placing a true copy thereof enclosed in a sealed envelope as follows:

    SEE ATTACHED SERVICE LIST

    I personally placed such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

    I hereby declare that I am employed by a member of the Bar of this Court, at whose direction this service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed this 17th day of April, 1992, at Los Angeles, California.

                      */s/ Michelle Godfrey*
                        MICHELLE GODFREY

Exhibit C
041

## SERVICE LIST

William A. Weinischke, Esq.
Environmental Enforcement Section
United States Department of Justice
10th & Pennsylvania Ave., N.W.
Washington, D.C. 20530

Peter Hsiao, Esq.
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012

Joshua M. Levin, Esq.
Environmental Defense Section
United States Department of Justice
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Timothy R. Patterson, Esq.
Office of the Attorney General
110 West "A" Street
Suite 700
P.O. Box 85266
San Diego, California 92186-5266

Gregg Ritter, Esq.
Assistant Regional Counsel
Hazardous Waste Law Branch
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105

Jeffrey Z.B. Springer, Esq.
Michael A. Francis, Esq.
Melissa A. Chaitin, Esq.
Demetrious, Del Guercio & Lovejoy
Chase Plaza, 10th Floor
801 South Grand Avenue
Los Angeles, California 90017

Bridget A. Gauntlett, Esq.
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

Exhibit C
042

ATTORNEY GENERAL
SAN DIEGO

APR 27   10 05 AM '92

Exhibit C
043