# EXHIBIT D

FILED
OCT 30 1991
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al<br><br>Plaintiff,<br><br>v.<br><br>SHELL OIL CO. et al<br><br>Defendant. | CV 91-589-RJK<br><br>ORDER RE DISCOVERY<br>CUT-OFF AND NOTICE<br>OF PRE-TRIAL CONFERENCE |

TO: Richard B. Stewart
William A. Weinischke
U.S. Dept. of Justice
P.O.B. 7611, Ben Franklin
            Station
Washington, D.C. 20044

AUSA, Peter Hsiao

Timothy Patterson, Dep. A/G
110 West "A" St., Ste 700
San Diego, CA 92101-3786

Peter R. Taft
Munger Tolles & Olson
355 So. Grand St, 35th Floor
L.A., CA 90071

Patrick Breen
Allen Matkins Leck Gamble etc
18400 Von Karman, 4th Floor
Irvine, CA  92715-1597

Jeffrey Z. B. Springer
Demetriou DelGuercio & Lovejoy
Chase Plaza, 10th Floor
801 So. Grand Ave.
L.A.,            CA 90017

Having reviewed the Joint Report of Early Meeting filed by counsel, the Court now ORDERS that all discovery on behalf of plaintiff be <u>completed</u> no later than    JUNE 30, 1992    and that all discovery on behalf of defendant be <u>completed</u> no later than    JULY 30, 1992    .

1

2   All depositions, answers to
3   interrogatories, and production of documents are to be completed
4   by the discovery cut-off date, unless, for good cause shown, the
5   Court extends the cut-off date. HOWEVER, EXCEPT FOR LEGAL CAUSE
6   TIMELY SHOWN IN WRITING, NO REQUEST FOR EXTENSION OF THE DISCOVERY
7   CUT-OFF DATE WILL BE GRANTED.

8   Furthermore, this case has been placed on calendar for
9   PRE-TRIAL CONFERENCE in Courtroom ~~21~~ a to be assigned of this Court at 10:00 a.m.
10  on  SEPTEMBER 28, 1992  pursuant to Rule 16 of the Federal
11  Rules of Civil Procedure and Local Rule 9 of this Court. Unless
12  excused for good cause, each party appearing in the action shall
13  be represented at the Pre-Trial Conference, and at all Pre-Trial
14  meetings of counsel, by the attorney who will be in charge of the
15  cnduct of the trial on behalf of such party. The Court orders
16  the timely filing of a carefully-prepared Memorandum of Contentions
17  of Fact and Law and proposed Pre-Trial Conference Order, which
18  documents shall be in full compliance with Local Rule 9.

19
20
21  DATED: 10-30-91
22                                              _____
                                                ROBERT J. KELLEHER
23                                              United States District Judge
24
25
26
27
28