# EXHIBIT A





UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) Plaintiffs, ) ) v. ) ) SHELL OIL COMPANY, et al., ) ) Defendants. ) _____ ) ) AND RELATED CLAIMS ) _____ ) | CASE NO.   CV-91-0589 RJK **ORDER** CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

     Plaintiffs move the Court for a ruling as to the appropriate
standard and scope of review of agency action and to limit the
scope of discovery.  Oral argument was heard this day.  Upon
consideration of the parties' moving papers, oral argument, and all
other pertinent material, the Court now grants Plaintiffs' motion.
Wherefore, IT IS HEREBY ORDERED:

     1)  pursuant to section 113(j)(1) of the Comprehensive
Environmental Response, Compensation, and Liability Act of 1980
("CERCLA"), codified as amended at 42 U.S.C. § 9613(j)(1), the
scope of the Court's review of whether any response action selected



1   by the United States or the State of California is inconsistent

2   with the national contingency plan shall be limited to the

3   administrative record before the United States or the State of

4   California at the time the response action was selected;

5      2)  pursuant to section 113(j)(2), <u>codified as amended at</u> 42

6   U.S.C. § 9613(j)(2), the standard that shall be applied in such

7   review is the "arbitrary and capricious" standard of review;

8      3)  except as provided in paragraph 4 of this Order, all

9   remaining discovery pertaining to the selection by the United

10   States or the State of California of response actions to be taken

11   at the McColl site shall be in accordance with and limited by the

12   paragraphs 1 and 2 of this Order; and

13      4)  upon certification of the administrative record,

14   Defendants may move the Court to supplement the administrative

15   record, which motion shall be granted upon a showing **(a)** that the

16   administrative record is inadequate in that:

17     i.   the record inadequately explains the agency action;

18     ii.  the record is incomplete in that it does not contain

19         documents considered by the decisionmaker;

20     iii. the agency failed to consider all relevant factors;

21         or

22     iv.  there is a strong showing that the agency acted

23         improperly or in bad faith;

24   and **(b)** that remand to the agency will not cure the inadequacy.

25

26

27

28

1    The Clerk shall send, by United States mail, a copy of this

2  Order to counsel for all parties.

3    IT IS SO ORDERED.

4

5  DATED: _____FEB 16 1993_____, 1993

*ROBERT J. KELLEHER*

6    Honorable Robert J. Kelleher
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTORNEY GENERAL
SAN DIEGO

FEB 22   10 12 AM '93