GREG CHRISTIANSON (SBN 181231)
**ALSTON & BIRD LLP**
560 Mission St.
Suite 2100
San Francisco, CA 94105
Telephone:    415-243-1000
Facsimile:    415-243-1001
E-mail:        greg.christianson@alston.com

Attorney for Defendants
SHELL OIL COMP ANY, TEXACO INC., ATLANTIC
RICHFIELD COMPANY, AND UNION OIL
COMPANY OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                                   Plaintiffs,<br><br>       v.<br><br>SHELL OIL COMPANY, et al.,<br><br>                                   Defendants. | Case No. CV 91-0589 (CJC)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br> Date:          October 5, 2020<br> Time:          1:30 p.m.<br>Judge:         Hon. Cormac J. Carney<br>Ctrm.:          9B, Ronald Reagan Federal Building |

- 1 -

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendants Shell Oil Company, Texaco Inc., Atlantic Richfield Company, and Union Oil Company of California (collectively, the "Companies") hereby request the Court take judicial notice of the following documents, attached hereto as Exhibits 1–2, in support of the Companies' Opposition to Plaintiff United States' Motion for Partial Summary Judgment:

1. *Shell Oil Co. v. United States*, 130 Fed. Cl. 8 (2017), *aff'd*, 896 F.3d 1299 (Fed. Cir. 2018), a true and correct copy of which is attached hereto as **Exhibit 1**.

2. *Shell Oil Co. v. United States*, No. 19-1795C, ---Fed.Cl.---, 2020 WL 3618890 (Fed. Cl. June 29, 2020), a true and correct copy of which is attached hereto as **Exhibit 2**.[1]

## II. DISCUSSION

Rule 201(b) of the Federal Rules of Evidence permits the Court to take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Courts regularly take judicial notice of "proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *Radke v. Holbrook*, No. CV 09-01355-GAF(VBK), 2010 WL 9010982, *5 (C.D. Cal. May 11, 2010) (taking judicial notice of pleadings and orders in underlying state court cases).  Taking judicial notice of another court's record may be done so "for the existence of the document and not for the truth of the facts therein."  *Personnel Staffing*

---

[1] Exhibits 1-2 attached hereto are true and correct copies of opinions accessed through the U.S. Court of Federal Claims' website.  *See*, Declaration of Greg A. Christianson in Support of Defendants Shell Oil Company, Texaco, Inc., Atlantic Richfield Company, and Union Oil Company of California's Opposition to Plaintiff United States' Motion for Partial Summary Judgment filed concurrently herewith, ¶¶ 21, 30.

- 1 -

*Group, LLC v. Protective Insurance Company*, No. 2:19-cv-06728-ODW(JEMx), 2020 WL 2039945 at *2 (C.D. Cal., Apr. 28, 2020,) *appeal filed*, No. 20-55503 (9th Cir. May 26, 2020).

As public records, Exhibits 1-2 are judicially noticeable.  Exhibits 1-2 are opinions issued by the United States Court of Federal Claims in cases between the United States and the Companies.  Both opinions relate to topics relevant to the instant litigation and relevant to the Companies' opposition to the United States' Motion for Partial Summary Judgment, and their authenticity is not in dispute.  The Court should not hesitate to take judicial notice where Federal Claims decisions, such as those attached thereto, are directly related to matters at issue.

## III. CONCLUSION

The above listed Exhibits 1-2 are all documents obtainable from the United States Court of Federal Claims.  The Court should take judicial notice of the above listed Exhibits 1–2, because they are public records not subject to reasonable dispute and they contain directly relevant evidence of the facts contained in the Companies' opposition to the United States' Motion for Partial Summary Judgment and accompanying documents.

Respectfully submitted,

Dated:   August 10, 2020          **ALSTON & BIRD LLP**


By:  /s/Greg A. Christianson
     Greg Christianson

Attorney for Defendants
SHELL OIL COMP ANY, TEXACO INC.,
ATLANTIC RICHFIELD COMPANY, AND
UNION OIL COMPANY OF CALIFORNIA