# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 91-00589-CJC                                         Date: October 2, 2020

Title: UNITED STATES OF AMERICA. v. SHELL OIL COMPANY, *et al.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [Dkt. 674]**

This 1991 case concerns "who must pay for cleaning up the McColl Superfund Site in Fullerton, California." *United States v. Shell Oil Co.*, 294 F.3d 1045, 1048 (9th Cir. 2002). Before the Court is Plaintiffs' motion for partial summary judgment as to the amount of recoverable costs. On the Court's own motion, the Court **CONTINUES** the hearing on this motion to November 9, 2020, at 1:30 p.m.

cb

MINUTES FORM 11
CIVIL-GEN                                                                           Initials of Deputy Clerk CW