# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 91-00589-CJC | Date | November 9, 2020 |
|---|---|---|---|
| Title | United States of America, et al v. Shell Oil Co, et al | | |

**PRESENT:**

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

William Weinischke
Sparsh Khandeshi

ATTORNEYS PRESENT FOR DEFENDANT:

Ivan Gutierrez
Phillip Perez
Tyler Bowlin
James Lucari
Zach Hughes

**PROCEEDINGS:** **ZOOM VIDEO HEARING** RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE AMOUNT OF RECOVERABLE COSTS [674]

Motion hearing held. Madeline Gallo, Cisselon Nichols Hurd and Robin McGinnis are also present. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order to issue.

1 : 06

Initials of Deputy Clerk  rrp

CC: