FILED
CLERK, U.S. DISTRICT COURT
2/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA DEPARTMENT OF HEALTH SERVICES HAZARDOUS SUBSTANCES CLEANUP FUND,<br><br>v.<br><br>SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, TEXACO, INC., LO COYOTES ESTATES, LTD., RAMPARTS RESEARCH CORPORATION, and MCAULE LCX CORP.,<br><br>**Defendants.** | Case No. CV-91-0589 (CJC) |

## [~~PROPOSED~~] JUDGMENT

For reasons stated in the Order Granting the United States' Motion for Summary Judgment (Dkt. 674), dated December 10, 2020, (Dkt. 704) it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered against defendants Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco, Inc., to pay the plaintiff, the United States of America, in the amount of $49,861,337.62, plus CERCLA interest under 42 U.S.C. § 9607 from September 30, 2019 until this

document is signed, and post-judgment interest under 28 U.S.C. § 1961; see attached Memorandum pursuant to L.R. 58.7;

  2. Payment shall be made by wire transfer directed to the Federal Reserve Bank of New York:  ABA: 021030004, Account Number:  68010727, SWIFT address:  FRNYUS33, 33 Liberty Street, New York, N.Y.  Field Tag 4200 of the Fedwire message should read as follows "D 68010727 Environmental Protection Agency."  The wire transfer shall reference McColl SSID 9-04; United States of America, et al. v. Shell Oil Company, et al., CV-91-0589 (CJC); DOJ No. 90-11-2-3A; and U.S.A.O file number 91-00-586 (McColl Superfund Site, Fullerton, California); and

  3. Pursuant to Fed. R. Civ. P. 54(b), as this action involves multiple parties, the Court determines that there is no just reason for delay of the entry of this judgment.

DATED: February 3, 2021

            _____
            HON. CORMAC J. CARNEY
            UNITED STATES DISTRICT JUDGE