WILLIAM A. WEINISCHKE
Bill.weinischke@usdoj.gov
4 Constitution Square
150 M Street, N.W., Suite 2.900
Tel. (202) 514-4592
Washington, D.C.  20002
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice

Attorney for Plaintiff United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) ) |
| Plaintiffs, | ) CASE N0. 91-0589 (CJC) ) |
| v. | ) NOTICE OF LODGING ) OF PROPOSED |
| SHELL OIL COMPANY, et al., | ) PARTIAL CONSENT DECREE ) REGARDING CERTAIN COST |
| Defendants. | ) CLAIMS ) |
| | ) Date:      No Hearing ) Time: ) Courtroom: 7C, First Street Court )                    House ) Judge:     Cormac J. Carney |

## NOTICE OF LODGING
**NO ACTION REQUIRED**

This Notice of Lodging provides the Court with a summary of the settlement embodied in the Partial Consent Decree between the United States and Shell Oil Company Regarding Certain Cost Claims ("Partial Consent Decree").  No action is

1

required by the Court at this time. After the public comment period expires thirty (30) days after publication in the Federal Register, in the absence of any comments which would require withdrawal or modification of the Partial Consent Decree, the United States will file a motion with the Court seeking the Court's approval and entry of the Partial Consent Decree.

    The Partial Consent Decree requires that Defendant Shell Oil Company pay $29,481,904.11, plus post judgment interest of $73.62 per day from February 3, 2021, through the date of payment into the McColl Special Account. That sum represents Shell Oil Company's allocated fair share of the costs incurred by the United States in connection with the McColl Superfund Site in Fullerton, California. The Partial Consent Decree further requires that Shell Oil Company pay its allocated fair share of future response costs incurred by the United States in connection with the Site. Shell Oil Company, under the Partial Consent Decree, has waived its rights to appeal this Court's February 3, 2021 judgment.

    Consistent with the United States Department of Justice policy, 28 C.F.R. § 50.7, and as required by 42 U.S.C. § 6973(d), for at least thirty (30) days prior to moving for entry of the proposed Partial Consent Decree, the public will be afforded an opportunity to submit comments on the proposed settlement embodied in the Partial Consent Decree. The United States will consider and file with the Court any written comments, views, or allegations submitted to the United States relating to the proposed settlement. The United States may submit written responses to written comments, views or allegations received during the public comment period. The United States may withdraw or withhold their consent to the proposed Consent Decree if the comments, views, or allegations concerning the settlement disclose facts or considerations which indicate that the proposed Partial Consent Decree is inappropriate, improper or inadequate.

    After considering all comments, views, and allegations received, should the

Notice of Lodging of Proposed Partial Consent Decree Regarding Certain Cost Claims (CV 91-0589 RJK (Ex))

United States conclude that the settlement is in the public interest, the United States will move the Court to sign and enter the proposed Partial Consent Decree as a final judgment. Accordingly, the United States requests that no further action be taken by the Court with respect to this Partial Consent Decree until it so moves, or otherwise notifies, the Court.

          Respectfully submitted,

          TODD KIM
          Assistant Attorney General
          Environment and Natural Resources Division

          /s/ William A. Weinischke

          WILLIAM A. WEINISCHKE
          Senior Attorney
          Environmental Enforcement Section
          Environmental and Natural Resources Division
          U.S. Department of Justice
          P.O. Box 7611
          Washington, D.C. 20044-7611
          (202) 514-4592
          Bill.weinischke@usdoj.gov